# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CITY OF PHILADELPHIA** | : | CIVIL ACTION |
| | : | |
| **V.** | : | NO. 26-cv-434 |
| **BURGUM et al** | | |

## ORDER

**AND NOW,** this 23rd day of January, 2026, **IT IS ORDERED** that a Telephone Status Conference in the above matter is scheduled for **Monday, January 26, 2026, at 10:30 A.M.**

**Please use the following call-in telephone number to be connected to the conference: 267-817-5858 access code: 536068599#.**

                                           **BY THE COURT:**

                                           **S/CYNTHIA M. RUFE**
                                           **CYNTHIA M. RUFE, J.**