# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CITY OF PHILADELPHIA,**<br>        **Plaintiff,**<br>   v.<br>**DOUG BURGUM,** *et al.***,**<br>        **Defendants.** | CIVIL ACTION NO.  26-434 |

# ORDER

**AND NOW,** this 23rd day of January 2026, upon consideration of Plaintiff's Motion for a Preliminary Injunction [Doc. No. 2], it is hereby **ORDERED** as follows:

1. Defendants are hereby directed to respond to Plaintiff's Motion for a Preliminary Injunction **by 4 p.m. on January 27, 2026**.

2. This matter shall be heard by the Honorable Cynthia M. Rufe on **January 28, 2026 at 10:30 a.m.** in Courtroom 12A of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

3. All parties, witnesses, and counsel must be present at the January 28, 2026 hearing on the matter.

It is so **ORDERED.**

BY THE COURT:

/s/ Hon. Cynthia M. Rufe
_____
HON. CYNTHIA M. RUFE, J.