IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CITY OF PHILADELPHIA** : | |
| : | |
| **Plaintiff,** : | **CIVIL ACTION** |
| : | |
| **vs.** : | |
| : | |
| **DOUG BURGUM, SECRETARY OF** : | **No. 2:26-cv-00434** |
| **THE INTERIOR,** : | |
| : | |
| **UNITED STATES DEPARTMENT OF** : | |
| **THE INTERIOR,** : | |
| : | |
| **JESSICA BOWRON, ACTING** : | |
| **DIRECTOR OF THE NATIONAL** : | |
| **PARK SERVICE,** : | |
| : | |
| : | |
| **Defendants.** : | |

<u>**NOTICE OF ENTRY OF APPEARANCE**</u>

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Bailey Axe as co-counsel for Plaintiff, the City of

Philadelphia, in connection with the above-captioned matter.

CITY OF PHILADELPHIA
LAW DEPARTMENT

Dated: January 23, 206       BY:    */s/ Bailey E. Axe*
                                       Bailey E. Axe, Deputy City Solicitor
                                       Attorney ID No. 309686
                                       One Parkway Building, 15th Floor
                                       1515 Arch Street
                                       Philadelphia, PA 19102-1595
                                       Tel (215) 683-5024 and Fax (215) 683-5299

                                     *Counsel for Plaintiff the City of Philadelphia*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CITY OF PHILADELPHIA** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| **vs.** | : | |
| | : | |
| **DOUG BURGUM, SECRETARY OF** | : | |
| **THE INTERIOR,** | : | **No. 2:26-cv-00434** |
| | : | |
| **UNITED STATES DEPARTMENT OF** | : | |
| **THE INTERIOR,** | : | |
| | : | |
| **JESSICA BOWRON, ACTING** | : | |
| **DIRECTOR OF THE NATIONAL** | : | |
| **PARK SERVICE,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

**CERTIFICATE OF SERVICE**

I, Bailey Axe, certify that a true and correct copy of the foregoing Entry of Appearance

was filed via the Court's electronic filing system and is available for downloading.

Dated: January 23, 2026          BY:    */s/ Bailey E. Axe*
                                        Bailey E. Axe, Deputy City Solicitor
                                        Attorney ID No. 309686
                                        One Parkway Building, 15th Floor
                                        1515 Arch Street
                                        Philadelphia, PA 19102-1595
                                        Tel (215) 683-5024 and Fax (215) 683-5299

                                        *Counsel for Plaintiff the City of Philadelphia*