# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CITY OF PHILADELPHIA, | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | No. 26-cv-00434 |
| v. | : | |
| JESSICA BOWRON, ACTING DIRECTOR OF THE NATIONAL PARKS SERVICE, | : | |
| DOUG BURGUM, SECRETARY OF THE INTERIOR, | : | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, JESSICA BOWRON, ACTING DIRECTOR OF THE NATIONAL PARKS SERVICE, | : | |
| NATIONAL PARKS SERVICE, UNITED STATES DEPARTMENT OF THE INTERIOR | : | |
| *Defendants.* | : | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendants in the above-captioned matter.

Respectfully submitted,

DAVID METCALF
United States Attorney


*/s/ Gregory B. David*
Gregory B. David

Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone # (215) 861-8521
Gregory.David@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this date, the foregoing Entry of Appearance was filed electronically and is available for viewing and downloading from the Court's ECF system.

                                          */s/ Gregory B. David*
                                          Gregory B. David
                                          Assistant United States Attorney