IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUG BURGUM, SECRETARY OF THE INTERIOR, *et al.*,<br><br>    Defendants. | Case No. 26-cv-434 |

# NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

    I am admitted to practice in this Court and appear in this case as counsel for Defendants.

Dated:  January 23, 2026                   Respectfully submitted,

                                              DAVID METCALF
                                              United States Attorney

                                              */s/ Gregory B. in den Berken*
                                              GREGORY B. IN DEN BERKEN
                                              Assistant United States Attorney
                                              Eastern District of Pennsylvania
                                              615 Chestnut Street, Suite 1250
                                              Philadelphia, PA 19106
                                              Phone:   (215) 861-8505
                                              Email:    gregory.indenberken@usdoj.gov

                                              *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on January 23, 2026, a true and correct copy of the foregoing Notice of Appearance was filed electronically via the Court's CM/ECF system and served via CM/ECF on all counsel of record.

/s/ *Gregory B. in den Berken*
GREGORY B. IN DEN BERKEN