IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br>          Plaintiff,<br>v.<br>DOUG BURGUM, *et al.*,<br>          Defendants. | CIVIL ACTION NO. 26-434 |

## ORDER

**AND NOW,** this 27th day of January 2026, upon consideration of Plaintiff's request, and with no objection from the Defendants, it is hereby **ORDERED** that the hearing on Plaintiff's Motion for a Preliminary Injunction [Doc. No. 2] is **RESCHEDULED** to **Friday, January 30th, 2026 at 10:30 a.m.** in Courtroom 12A of the United States District Court, 601 Market Street, Philadelphia, PA, 19106 before the Honorable Cynthia M. Rufe. All parties, witnesses, and counsel must be present at the January 30, 2026 hearing in this matter.

The hearing will be made available to members of the public, including the press by audio only by use of the following dial-in information:

**Telephone: 646-828-7666 Meeting ID: 1615991628 Passcode: 181072**

No recording will be permitted.

It is further **ORDERED** that Defendants' request to extend their response deadline to Plaintiff's Motion for Preliminary Injunction is **GRANTED** and they are hereby directed to respond to Plaintiff's Motion for a Preliminary Injunction by **4 p.m. on Wednesday, January 28, 2026.**

It is so **ORDERED.**

                                                                                                 BY THE COURT:

                                                                                         /s/ Hon. Cynthia M. Rufe
                                                                                         **HON. CYNTHIA M. RUFE, J.**