IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY DOUG BURGUM, et al.,<br><br>Defendants. | No. 2:26-cv-434 |

## [PROPOSED] ORDER

AND NOW, this _____ day of January, 2026, **IT IS ORDERED** that Governor Shapiro's unopposed motion for leave to file an amicus brief in support of plaintiff's motion for a preliminary injunction is **GRANTED**.

The brief attached as Exhibit 1 to the motion shall be docketed.

**BY THE COURT:**


/s/_____
**CYNTHIA M. RUFE, J.**