UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>               Plaintiff,<br><br>     v.<br><br>DOUG BURGUM, SECRETARY OF THE INTERIOR,<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>JESSICA BOWRON, ACTING DIRECTOR OF THE NATIONAL PARK SERVICE,<br><br>             and<br><br>NATIONAL PARK SERVICE, UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>               Defendants. | Civil Action No. 2:26-cv-434<br><br>Honorable Cynthia M. Rufe |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of proposed Amici Avenging the Ancestors Coalition and The Black Journey in the above-captioned matter.

| | |
|---|---|
| Dated: January 27, 2026 | Respectfully submitted,<br><br>*/s/ Cara McClellan*<br>Cara McClellan<br>Attorney ID: 331129<br>Penn Legal Assistance Office<br>3501 Sansom Street<br>Philadelphia, PA 19104<br>(215) 746-2164<br>caralm@law.upenn.edu |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2026, I caused the foregoing document to be filed with the Clerk of Court via CM/ECF. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Cara McClellan*
Cara McClellan
