UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>      Plaintiff,<br><br>    v.<br><br>DOUG BURGUM, SECRETARY OF THE INTERIOR,<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>JESSICA BOWRON, ACTING DIRECTOR OF THE NATIONAL PARK SERVICE,<br><br>    and<br><br>NATIONAL PARK SERVICE, UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>      Defendants. | Civil Action No. 2:26-cv-434<br><br>Honorable Cynthia M. Rufe |

**PROPOSED ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE AND TO PARTICIPATE IN THE HEARING**

Having read and considered the motion of Avenging the Ancestors Coalition and The Black Journey to file a brief as amici curiae, for good cause shown, there being no evident prejudice to the parties, it is hereby ORDERED that the motion is GRANTED. The clerk shall accept the brief attached to the motion.

Dated this __ day of _____ 2026.

                  _____
                  Honorable Cynthia M. Rufe
                  United States District Court Judge