IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CITY OF PHILADELPHIA,**<br>　　　　**Plaintiff,**<br>　v.<br>**DOUG BURGUM,** *et al.*,<br>　　　　**Defendants.** | CIVIL ACTION NO.  26-434 |

## AMICI ORDER

**AND NOW,** this 28th day of January 2026, upon consideration of Avenging the Ancestors Coalition and The Black Journey's unopposed Motion for Leave to File an Amicus Brief in Support of Plaintiff's Motion for a Preliminary Injunction [Doc. No 19], it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part**. Movants' request to file an amicus brief is **GRANTED**. The brief attached to the motion [Doc. No 19-1] shall be docketed. The Court defers ruling on Movants' request to produce evidence at the hearing subject to an offer of proof.

　　　　It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　/s/ Hon. Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　**HON. CYNTHIA M. RUFE, J.**