# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>      Plaintiff,<br><br>   v.<br><br>DOUG BURGUM, SECRETARY OF THE INTERIOR, *et al.*,<br><br>      Defendants. | Case No. 26-cv-434 |

## DECLARATION OF STEVEN SIMS

I, Steven Sims, declare as follows.

1. I am an adult and competent to give this declaration, which is based on my personal knowledge. If called upon, I would testify to these facts under penalty of perjury.

2. I am an employee of the U.S. National Park Service ("NPS"). Since November 2023 I have served as the Superintendent of Independence National Historical Park in Philadelphia, which includes the President's House Site. In April 2025 I was detailed to serve as the Acting NPS Regional Director for Interior Region 1 and will return as Superintendent of Independence National Historical Park on February 1, 2026.

3. As Superintendent, my role is to implement the mission of the National Park Service to "preserve unimpaired the natural and cultural resources and values of the National Park System for the enjoyment, education, and inspiration of this and future generations."

4. On January 22, 2026, I received direction from the acting Director of the NPS to remove the video and exhibits on the interior and exterior of the walls of the President's House. However, the footprints in the concrete and the names on the Memorial Wall were to remain as-is. I was directed to effectuate this removal on the same day.

5. I directed the Acting Superintendent of Independence National Historical Park to direct park staff to take this action.

6. At or around 3:00 p.m., NPS employees removed all but one of the exhibits on the interior and exterior of the President's House walls using hand tools, including wrenches and crowbars, to remove bolts fastening the exhibits to the walls and pull the exhibits from the walls. The removal took approximately two and a half hours.

7. The remaining sign is made of wood and located at the southern end of the site in a stand alone structure made of metal. NPS did not remove it on January 22, 2026 because additional tools were needed to do so. When and if NPS removes the sign, it will be stored with the other panels.

8. The videos are turned off and the panels removed and secured. They are in NPS custody and have been placed into storage at the National Constitution Center. They will remain in storage at this location pending the outcome of this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct. *See* 28 U.S.C. § 1746(2).

Executed on January _27_, 2026.

_____
Steven Sims  
Acting Regional Director, IR1  
U.S. National Park Service

Digitally signed by STEVEN SIMS  
Date: 2026.01.27 15:00:39 -05'00'