**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CITY OF PHILADELPHIA,

                     Plaintiff,

      v.

DOUG BURGUM, SECRETARY OF THE INTERIOR,

UNITED STATES DEPARTMENT OF THE INTERIOR,

JESSICA BOWRON, ACTING DIRECTOR OF THE NATIONAL PARK SERVICE,

           and

NATIONAL PARK SERVICE, UNITED STATES DEPARTMENT OF THE INTERIOR,

                  Defendants.

**Civil Action No. 2:26-cv-434**

Honorable Cynthia M. Rufe

**OFFER OF PROOF ON BEHALF OF AMICUS AVENGING THE ANCESTORS COALITION IDENTIFYING TESTIMONY OF FOUNDER MICHAEL COARD**

Amicus Avenging the Ancestors Coalition, through their counsel, respectfully submit this offer of proof in response to the Court's order. ECF No. 24.[1]  Michael Coard is the founder of Avenging the Ancestors Coalition ("ATAC") and has served as its leader for 24 years. ATAC led the advocacy before National Park Service, Congress, and the City of Philadelphia, that resulted in a six-panel exhibit entitled "Freedom and Slavery in the Making of a New Nation" (the "President's House Exhibit"). ATAC was an official member of Mayor John Street's committee that oversaw the design process for the President's House Exhibit. There is no other person who

---

[1] Counsel for Amici apologize to the Court and to the Defendants for the misunderstanding regarding Defendants' position on Amici participating in the Preliminary Injunction hearing.

has been more deeply and consistently involved in the development of the President's House Exhibit and Coard can therefore provide the Court with full background on this dispute.

If permitted to testify, Coard can offer firsthand testimony on the value of the information that exists at the President's House Exhibit and the harm that comes from its removal. Coard can speak to the purpose of the President's House Exhibit; ATAC's advocacy that led to the public recognition of the significance of the site and funding for it; the circumstances through which an agreement between the City of Philadelphia and National Park Service was adopted; the process through which the design for the exhibit was selected and the public's engagement; the ways community organizations like ATAC have relied on the President's House Exhibit since it opened; and the potential harm to ATAC members and other community organizations if the exhibit is not restored.

This proposed testimony is admissible under Federal Rule of Evidence 602 because it is based on Coard's own personal knowledge and relevant to the claims at issue. Specifically, this evidence is important and relevant to the Court's determination of whether to grant a preliminary injunction because it will help inform the Court as to why NPS's removal of the site was arbitrary and capricious in violation of the Administrative Procedure Act, the imminent harm to the City of Philadelphia if the exhibit is not restored, and why the restoration of the exhibit is in the public interest. The testimony is not unduly prejudicial to either party and will not be cumulative as the witness will speak from his perspective as the leader of a community organization directly involved throughout the process of establishing the President's House Exhibit.

Dated: January 28, 2026                Respectfully submitted,

                                           */s/ Cara McClellan*        

Cara McClellan

Attorney ID: 331129

Mary Catherine Roper

Attorney ID: 71107

Kate McNamara-Marsland

 *(Certified Legal Intern Application forthcoming)*

Nathalie Rincon

*(Certified Legal Intern Application forthcoming)*

Penn Legal Assistance Office

3501 Sansom Street

Philadelphia, PA 19104

(215) 746-2164

caralm@law.upenn.edu

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 28, 2026, I caused the foregoing document to be filed with the Clerk of Court via CM/ECF. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Cara McClellan*
Cara McClellan