## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CITY OF PHILADELPHIA,                    :
                                         :
            *Plaintiff*,                  :
                                         :
    v.                                    :        Civil Action No. 2:26-cv-434
                                         :
SECRETARY DOUG BURGUM, *et al.*,          :
                                         :
            *Defendants*.                 :

### AMICI ORDER

AND NOW, this 29th day of January, 2026, upon consideration of the Unopposed Motion for Leave to File Amicus Curiae Brief of Members of the Democratic Caucus of the Senate of Pennsylvania [Doc. No. 29], it is hereby **ORDERED** that the Motion is **GRANTED**.

The brief attached to the motion shall be docketed as the Members of the Democratic Caucus of the Senate of Pennsylvania's amicus brief.

BY THE COURT:

**/s/ Hon. Cynthia M. Rufe**

_____

Honorable Cynthia M. Rufe
United States District Court Judge