UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>                    Plaintiff,<br><br>     v.<br><br>DOUG BURGUM, SECRETARY OF THE INTERIOR, et al.,<br><br>                    Defendants. | Civil Action No. 2:26-cv-434 |

**PLAINTIFF CITY OF PHILADELPHIA'S EXHIBITS MOVED INTO EVIDENCE IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**

| Tab | Document |
|---|---|
| 1. | 1950 City-US Cooperative Agreement |
| 2. | 2003 U.S. House of Representatives Report 107-564 |
| 3. | 2006 City-US Cooperative Agreement |
| 4. | 2007 First Amendment to Cooperative Agreement |
| 5. | 2008 Second Amendment to Cooperative Agreement |
| 6. | 2009 Third Amendment to Cooperative Agreement |
| 7. | 2015 City-US Assignments of IP Rights |
| 8. | 2017 Independence National Historical Park Foundation Document (NPS) |
| 9. | 2026.01.22 – Screenshots of NPS Website |
| 10. | 2022 - Application and Approval for Presidents House in Underground Railroad Network |
| 11. | Photos of site (prior to January 22, 2026) |

| | |
|---|---|
| 12. | 2010 script for video media |
| 13. | 2015 drawings and inventory list for IP Rights |
| 14. | 2005 Request for Qualification |
| 15. | 2006 Request for Proposals |
| 16. | 2006.08.21 Kelly/Maiello, Additional Information Proposal for Design, Fabrication, and Installation for THE PRESIDENT'S HOUSE: Freedom and Slavery in Making a New Nation |
| 17. | 2007.02.07 City-NPS Press Release |
| 18. | 2007.03.21 City-NPS Press Release |
| 19. | 2007.05.02 City-NPS Press Release |
| 20. | 2007.05.10 City-NPS Press Release |
| 21. | 2007.06.17 City-NPS Press Release |
| 22. | 2009.08.21 City-NPS Press Release |
| 23. | 2010.12.15 City-NPS Press Release |
| 24. | Photos of site (taken on January 28, 2026) |