NATIONAL PARK SERVICE  •  U.S. DEPARTMENT OF THE INTERIOR



# Foundation Document
## Independence National Historical Park
## Associated National Historic Sites and Memorials
Pennsylvania                                    September 2017



Foundation Document



Independence National Historical Park • Associated National Historic Sites and Memorials





# Contents

**Mission of the National Park Service** . . . . . . . . . . . . . . . . . . . . . . . . . 1

**Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

**Part 1: Core Components** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Brief Description of Legislated National Park Units . . . . . . . . . . . . . . . 4

**Part 1.1: Core Components – Independence National Historical Park** . . . . . . . 5
    Brief Description of Independence National Historical Park . . . . . . . . . . 5
    Park Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    Park Significance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Fundamental Resources and Values . . . . . . . . . . . . . . . . . . . . . 10
    Other Important Resources and Values . . . . . . . . . . . . . . . . . . . 12
    Interpretive Themes . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

**Part 1.2: Core Components – Edgar Allan Poe National Historic Site** . . . . . . 14
    Brief Description of Edgar Allan Poe National Historic Site . . . . . . . . 14
    Park Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
    Park Significance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
    Fundamental Resources and Values . . . . . . . . . . . . . . . . . . . . . 16
    Interpretive Themes . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

**Part 1.3: Core Components – Gloria Dei Church National Historic Site** . . . . . 18
    Brief Description of Gloria Dei Church National Historic Site . . . . . . . 18
    Park Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19
    Park Significance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
    Fundamental Resources and Values . . . . . . . . . . . . . . . . . . . . . 20
    Interpretive Themes . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

**Part 1.4: Core Components – Thaddeus Kosciuszko National Memorial** . . . . . 21
    Brief Description of Thaddeus Kosiuczko National Memorial . . . . . . . . 21
    Park Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
    Park Significance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
    Fundamental Resources and Values . . . . . . . . . . . . . . . . . . . . . 23
    Interpretive Themes . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

**Part 2: Dynamic Components** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24
    Special Mandates and Administrative Commitments . . . . . . . . . . . . 24
    Assessment of Planning and Data Needs . . . . . . . . . . . . . . . . . . 25

**Part 3: Contributors** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39

**Appendixes** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40
    Appendix A: Enabling Legislation for Independence
        National Historical Park and its Associated Units . . . . . . . 40
    Appendix B: Inventory of Special Mandates for
        Independence National Historical Park . . . . . . . . . . . 45
    Appendix C: Inventory of Administrative Commitments for Independence
        National Historical Park and its Associated Units . . . . . . . 52
    Appendix D: Analysis of Fundamental and Other Important Resources
        and Values . . . . . . . . . . . . . . . . . . . . . . . . . 57
    Appendix E: Past and Ongoing Park Planning and Data Collection Efforts . 80



# Mission of the National Park Service

The National Park Service (NPS) preserves unimpaired the natural and cultural resources and values of the national park system for the enjoyment, education, and inspiration of this and future generations. The National Park Service cooperates with partners to extend the benefits of natural and cultural resource conservation and outdoor recreation throughout this country and the world.

The NPS core values are a framework in which the National Park Service accomplishes its mission. They express the manner in which, both individually and collectively, the National Park Service pursues its mission. The NPS core values are:

- **Shared stewardship:** We share a commitment to resource stewardship with the global preservation community.

- **Excellence:** We strive continually to learn and improve so that we may achieve the highest ideals of public service.

- **Integrity:** We deal honestly and fairly with the public and one another.

- **Tradition:** We are proud of it; we learn from it; we are not bound by it.

- **Respect:** We embrace each other's differences so that we may enrich the well-being of everyone.

The National Park Service is a bureau within the Department of the Interior. While numerous national park system units were created prior to 1916, it was not until August 25, 1916, that President Woodrow Wilson signed the National Park Service Organic Act formally establishing the National Park Service.

The national park system continues to grow and comprises more than 400 park units covering more than 84 million acres in every state, the District of Columbia, American Samoa, Guam, Puerto Rico, and the Virgin Islands. These units include, but are not limited to, national parks, monuments, battlefields, military parks, historical parks, historic sites, lakeshores, seashores, recreation areas, scenic rivers and trails, and the White House. The variety and diversity of park units throughout the nation require a strong commitment to resource stewardship and management to ensure both the protection and enjoyment of these resources for future generations.



*The arrowhead was authorized as the official National Park Service emblem by the Secretary of the Interior on July 20, 1951. The sequoia tree and bison represent vegetation and wildlife, the mountains and water represent scenic and recreational values, and the arrowhead represents historical and archeological values.*

# Introduction

Every unit of the national park system will have a foundational document to provide basic guidance for planning and management decisions—a foundation for planning and management. The core components of a foundation document include a brief description of the park as well as the park's purpose, significance, fundamental resources and values, other important resources and values, and interpretive themes. The foundation document also includes special mandates and administrative commitments, an assessment of planning and data needs that identifies planning issues, planning products to be developed, and the associated studies and data required for park planning. Along with the core components, the assessment provides a focus for park planning activities and establishes a baseline from which planning documents are developed.

A primary benefit of developing a foundation document is the opportunity to integrate and coordinate all kinds and levels of planning from a single, shared understanding of what is most important about the park. The process of developing a foundation document begins with gathering and integrating information about the park. Next, this information is refined and focused to determine what the most important attributes of the park are. The process of preparing a foundation document aids park managers, staff, and the public in identifying and clearly stating in one document the essential information that is necessary for park management to consider when determining future planning efforts, outlining key planning issues, and protecting resources and values that are integral to park purpose and identity.

While not included in this document, a park atlas is also part of a foundation project. The atlas is a series of maps compiled from available geographic information system (GIS) data on natural and cultural resources, visitor use patterns, facilities, and other topics. It serves as a GIS-based support tool for planning and park operations. The atlas is published as a (hard copy) paper product and as geospatial data for use in a web mapping environment. The park atlas for Independence National Historical Park and associated units can be accessed online at: http://insideparkatlas.nps.gov/.



# Part 1: Core Components

The core components of a foundation document include a brief description of the park, park purpose, significance statements, fundamental resources and values, other important resources and values, and interpretive themes. These components are core because they typically do not change over time. Core components are expected to be used in future planning and management efforts.

The purpose statement identifies the specific reason(s) for establishment of a particular park. A park purpose statement is drafted through a careful analysis of the park's enabling legislation and legislative history that influenced its development. The purpose statement lays the foundation for understanding what is most important about the park.

Significance statements express why the park's resources and values are important enough to merit designation as a unit of the national park system. These statements are linked to the purpose of park, and are supported by data, research, and consensus. Statements of significance describe the distinctive nature of the park and why an area is important within a global, national, regional, and systemwide context. They focus on the most important resources and values that will assist in park planning and management.

Fundamental resources and values (FRVs) are those features, systems, processes, experiences, stories, scenes, sounds, smells, or other attributes determined to warrant primary consideration during planning and management processes because they are essential to achieving the purpose of the park and maintaining its significance. Fundamental resources and values are closely related to a park's legislative purpose and are more specific than significance statements.

Fundamental resources and values help focus planning and management efforts on what is truly significant about the park. One of the most important responsibilities of NPS managers is to ensure the conservation and public enjoyment of those qualities that are essential (fundamental) to achieving the purpose of the park and maintaining its significance. If fundamental resources and values are allowed to deteriorate, the park purpose and/or significance could be jeopardized.

Other important resources and values (OIRVs) are resources and values that are not fundamental to the purpose of the park, and may be unrelated to its significance, but are important to consider in planning processes. These resources and values have been selected because they are important in the operation and management of the park, and warrant special consideration in park planning.

Interpretive themes are often described as the key stories or concepts that visitors should understand after visiting a park—they define the most important ideas or concepts communicated to visitors about a park unit. Themes are derived from, and should reflect, park purpose, significance, resources, and values. The set of interpretive themes is complete when it provides the structure necessary for park staff to develop opportunities for visitors to explore and relate to all park significance statements and fundamental and other important resources and values.

Interpretive themes are an organizational tool that reveal and clarify meaning, concepts, contexts, and values represented by park resources. Sound themes are accurate and reflect current scholarship and science. They encourage exploration of the context in which events or natural processes occurred and the effects of those events and processes. Interpretive themes go beyond a mere description of the event or process to foster multiple opportunities to experience and consider the park and its resources. These themes help explain why a park story is relevant to people who may otherwise be unaware of connections they have to an event, time, or place associated with the park.

Foundation Document

## Brief Description of Legislated National Park Units

Established in 1948, Independence National Historical Park covers more than 51 acres in downtown Philadelphia, Pennsylvania, and beyond. As an administrative unit of the National Park Service, Independence National Historic Park also manages and operates three other legislated national park units in and around the city of Philadelphia. This foundation document affirms a single, shared understanding for each national park unit identified below:

- Independence National Historical Park

- Edgar Allan Poe National Historic Site

- Gloria Dei Church National Historic Site

- Thaddeus Kosciusko National Memorial






# Part 1.1: Core Components – Independence National Historical Park

## Brief Description of Independence National Historical Park

Established in 1948, Independence National Historical Park was created to protect the historic places associated with the birth of the American republic, standing as icons of freedom and democratic ideals for people around the world. The park spans more than 51 acres within the City of Philadelphia, preserving and interpreting a rich collection of the United States of America's Colonial, Revolutionary, and Federal period heritage. The park's designers were strongly influenced by the City Beautiful Movement as well as the trend toward colonial revival in design introduced at Williamsburg, Virginia. While the urban renewal movement in Philadelphia was underway, the National Park Service was working collaboratively with local preservationists and stakeholders in developing Independence National Historical Park. Pioneering historic structure restoration in the 1950s and 1960s, with architects, engineers, archeologists, curators, and historians working on Independence Hall as well as other park structures, landscapes, and collections, led to development of a modern methodology and rigorous standards for restoration and reconstruction that are still a model for the National Park Service and private sector professionals. Most of the park's historic structures are located in the vicinity of the four landscaped blocks between Philadelphia's Chestnut, Walnut, 2nd, and 6th Streets. Here, along these streets, amid these venerable houses and public buildings, colonists began their quest for freedom and independence. Here too, the United States of America was born and its ideals enacted in the Constitution.

The centerpiece of the park is Independence Hall, where the Declaration of Independence, the Articles of Confederation, and the United States Constitution were debated and adopted in the late 18th century. Independence Hall and nearby Congress Hall were the principal meetinghouses of the Second Continental Congress from 1775 to 1783 and the Constitutional Convention in the summer of 1787. In Independence Square, the Declaration of Independence was read publicly for the first time on July 8, 1776. The legacy of the nation's founding documents—universal principles of freedom and democracy—has influenced lawmakers around the world and distinguished Independence Hall as a United Nations Educational, Scientific and Cultural Organization (UNESCO) World Heritage Site.

Across the street from Independence Square, the Liberty Bell, an iconic symbol of independence and an international symbol of freedom, is displayed in the Liberty Bell Center. Hung in the State House in 1753, it summoned the Pennsylvania Assembly to work. In the 1830s anti-slavery groups named it the Liberty Bell. The bell cracked sometime around 1846, but its message still rings out. Surrounding the Liberty Bell Center is the park's Independence Mall, one of Philadelphia's great outdoor public spaces, which runs between 5th and 6th Streets, from Chestnut Street to Race Street.

Independence National Historical Park is much more than Independence Hall and the Liberty Bell. The park preserves and interprets many of our country's most important resources associated with the establishment of the government of the United States of America. Carpenters' Hall is the site of the First Continental Congress held in September 1774. The Supreme Court of the United States first met at Philadelphia's Old City Hall. The site of the President's House, where George Washington and John Adams and their households lived and worked during their terms as the first and second presidents of the United States, prior to Adams' move to the White House in 1800, is interpreted by the park, especially in the paradox of the Washingtons bringing their enslaved people to work and live there. Franklin Court preserves the site of Benjamin Franklin's house and businesses, providing a window into the life and times of this founding father. Washington Square, one of William Penn's five original squares, is home to the Tomb of the Unknown Soldier of the American Revolution.

Foundation Document

The park also protects the First and Second Bank buildings of the United States; the Merchants Exchange Building; and the faithfully reconstructed social, cultural, and political center of Philadelphia during the park's period of significance, the City Tavern. These are just a few of the many historic buildings and landscapes managed and protected by Independence National Historical Park.

With so many important places under its care, Independence National Historical Park works collaboratively with many partners and stakeholders in the stewardship of our national heritage. The park works closely with the city of Philadelphia and the state of Pennsylvania, and with the Independence Visitor Center Corporation jointly managing the Independence Visitor Center located on 6th and Market Streets. Some of the historic buildings in the park are still owned by private organizations such as the American Philosophical Society and the Carpenters' Company of the City and County of Philadelphia, so the park must work closely with these groups on the protection and interpretation of these properties. The park is also involved with numerous houses of worship and congregations, whose churches and cemeteries are an integral part of the historic significance of the park. Congress created the National Constitution Center as a private nonprofit organization in the park, located in a federally owned building on the mall, to be a nonpartisan interpreter of the history of the Constitution and its current relevance. There are numerous civic organizations, nonprofit groups, corporations, and countless stakeholders locally, nationally, and internationally that the park engages with on a regular basis. The diverse interests and passion of the park's many partners and stakeholders reflect the importance of buildings and resources protected by Independence National Historical Park.



# Park Purpose

The purpose statement for Independence National Historical Park was drafted through a careful analysis of its enabling legislation and the legislative history that influenced its development. The park was established when the enabling legislation adopted by Congress was signed into law on June 28, 1948 (see appendix A for enabling legislation). The purpose statement lays the foundation for understanding what is most important about the park.

> *The birthplace of the United States of America, INDEPENDENCE NATIONAL HISTORICAL PARK preserves and interprets the buildings, grounds, and museum collections of outstanding national significance associated with the American Revolution and growth of the country. Individuals today can make meaningful connections with the events, ideas, and people represented by the park resources, including the Liberty Bell and Independence Hall, a World Heritage Site.*



Foundation Document

## Park Significance

The following significance statements have been identified for Independence National Historical Park. (Please note that the sequence of the statements does not reflect the level of significance.)

1. **Ideals of Freedom and Democracy:** Independence National Historical Park protects the buildings where the United States government was founded on the ideals of liberty, democracy, and religious freedom. Both the Liberty Bell and Independence Hall, a World Heritage Site, are recognized as national and international symbols of these ideals.

2. **The First and Second Continental Congress:** In 1774 the First Continental Congress met at Carpenters' Hall in Philadelphia to debate the need for a new course of action for the American colonies. Meeting again in 1776, this time at the State House, the Second Continental Congress expressed this new course of action through the Declaration of Independence, and provided direction to the American Revolution resulting in independence for a new nation.

3. **Founding Documents of Democracy:** Within many of the historic buildings at Independence National Historical Park, the founding documents of modern democracy, including the Declaration of Independence and the Constitution of the United States of America were drafted, debated, and signed. These documents have served as models for other countries, contributing to the World Heritage Site designation for Independence Hall.

4. **Establishment of the Executive Branch of Government:** The executive branch of the United States Government took shape here as the presidencies of George Washington (1790–1797) and John Adams (1797–1800) established enduring precedents for the executive office, and witnessed, with Adams' inauguration, the first peaceful transfer of executive power in the western world.

5. **Establishment of the Legislative Branch of Government:** After the ratification of the Constitution of the United States, it was in Congress Hall where the legislative branch worked to bring the ideals of the revolution into reality by governing. Among the historic events that took place here were the establishment of the Bank of the United States, the Federal Mint, the Department of the Navy and the ratification of Jay's treaty with England. The Bill of Rights was fully ratified the year Congress first met in this building.

6. **Establishment of the Judicial Branch of Government:** The Constitution established the Supreme Court as the judicial branch of the United States government; the court made its first decisions in 1791 while meeting in Philadelphia's City Hall, today known as Old City Hall.

7. **First Bank of the United States:** As the first federally chartered bank, the first Bank of the United States established the first standard currency for the young country, resulting in greater economic stability, a central role for the federal government in the monetary system, and the ability for the nation to pay off debt resulting from the Revolutionary War.

8. **Benjamin Franklin:** Franklin Court commemorates and preserves the location of Benjamin Franklin's home in Philadelphia. Its museum, working print shop, and post office provide a window into the life of Benjamin Franklin, who personified the spirit, ideals, curiosities, and ingenuity of 18th-century America.

9. **Economic Growth of a Young Nation:** Designed by renowned architect William Strickland, the Second Bank of the United States and the Merchants Exchange Building, the first stock exchange in America, reflect the entrepreneurial spirit and developing economy of the young nation.

10. **Washington Square:** With its multilayered history, Washington Square is one of the five original squares designated by William Penn in Philadelphia. The square is the 18th century burial ground for many Revolutionary War soldiers, yellow fever victims, and African Americans, and includes the Tomb of the Unknown Soldier of the American Revolution.

11. **Relationships with American Indians:** As the new national government of the United States took shape in Philadelphia, the executive and congressional branches formed sovereign-to-sovereign relationships with American Indian nations, while the president of the United States received visiting delegations to Philadelphia such as the Iroquois and Cherokee, and negotiated treaties with these tribes.

12. **Paradox of Freedom and Slavery:** Seeking to win agreement for a new Constitution that would replace the Articles of Confederation, delegates to the Constitutional Convention postponed the discussion about slavery in America by stating that the importation of slaves would cease in 1808. Because this weak clause did not address the issues of slave ownership or the emancipation of individuals held in bondage, the paradox of a nation conceived in liberty but once bound by legalized slavery can be explored at Independence National Historical Park.

13. **First Amendment Rights:** Since the first public reading of the Declaration of Independence by John Nixon in 1776, the grounds now constituting Independence National Historical Park have long been a venue for public dissent and a place to exercise First Amendment Rights, a tradition that continues today. Notable examples of exercising the freedom of free speech include abolitionist Frederick Douglass's famous 1844 speech while a fugitive slave and Susan. B. Anthony's first public reading of the "Women's Declaration of Rights" urging women's suffrage on July 4, 1876.

14. **Religious Freedom:** The many houses of worship and cemeteries affiliated with Independence National Historical Park represent the spirit of religious diversity and tolerance that began with William Penn and became federal law with the passage of the Bill of Rights.

15. **Urban Renewal and Historic Preservation:** The making of Independence National Historical Park was achieved by creating public parks and open green space in order to showcase iconic historic buildings connected to the founding of the nation. Influenced by the City Beautiful Movement as well as the trend toward colonial revival in design introduced at Williamsburg, Virginia, the National Park Service worked with local preservationists in the development of Independence National Historical Park and pioneered many of the techniques commonly used in historic preservation today.




## Fundamental Resources and Values

The following fundamental resources and values have been identified for Independence National Historical Park:

- **Structures Associated with the Founding and Growth of the Nation:** Independence National Historical Park preserves and protects a diverse collection of structures and public buildings linked to the American Revolution and development and growth of the country. Significant historic events that forged the United States government and molded the young nation took place in many of the building found in the park today. In the 1950s and 1960s, architects, engineers, archeologists, curators, and historians working on Independence Hall as well as other park structures, landscapes, and collections pioneered modern methodology and rigorous standards for restoration and reconstruction that are still a model for the National Park Service and private sector professionals. Some of the most iconic historic buildings at the park include, Carpenters' Hall, Independence Hall, Congress Hall, Old City Hall, First Bank of the United States, Second Bank of the United States, the Free Quaker Meeting House, Christ Church, and the Merchants Exchange. As the site where the Declaration of Independence was signed and an international symbol of freedom, Independence Hall is recognized as a UNESCO World Heritage Site. The collection of structures at Independence National Historical Park also reflects private residences of the era such as the Todd House, Bishop White House, Deshler-Morris House (Germantown White House), Franklin Court, and Market Street Houses. Although some structures exist today as historic reconstructions, these buildings are still important due to the context they provide within the park and are managed as if they were historic structures. These include, the City Tavern, New Hall (Military Museum), Pemberton House, and the Declaration House. Woven into the urban fabric of downtown Philadelphia and beyond, the numerous structures at Independence National Historical Park provide a tangible connection to the events, ideas, and people responsible for the founding and growth of the nation.

- **Cultural Landscapes:** Cultural landscapes at Independence National Historical Park are woven into the urban fabric of downtown Philadelphia and provide a unique setting for many of the historic structures at the park. Both historic landscapes and those landscapes that were created when the park was established in 1948 are considered fundamental cultural landscapes to the park. Independence Square and Washington Square (one of the five original squares laid out in William Penn's survey for the city of Philadelphia) are historic landscapes that existed during the American Revolution and founding of the country. When Independence National Historical Park was developed, green space and an open park setting was created, resulting in additional cultural landscapes. These landscapes showcase specific historic buildings while providing a park-like setting that links many of these sites in the city. These landscapes include: the Rose Garden, Welcome Park, the Magnolia Garden, Independence Mall, 18th Century Garden, and Area A. Christ Church Park, St. Joseph's Park, and St. George's Park were also developed and maintained to serve as buffers to other significant structures that are not directly managed by the park, but contribute to our understanding of the Revolutionary War era in Philadelphia. Franklin Court was reinterpreted in 1975 by Venturi and Scott-Brown and is now treated as a cultural landscape.




- **Museum Collections:** The museum collections at Independence National Historical Park contain a wide range of archives, artifacts, and objects related to the American Revolution and founding of the United States. The most iconic object in the museum collection is the Liberty Bell, which is on permanent display in the Liberty Bell Center. Over 4 million objects including archeological and archival collections have been accessioned and catalogued into the museum collections. Many museum objects are historic furnishings and are on display in historic buildings throughout the park. The museum collections also serve as a repository for materials collected during archeological investigations. A large archeological collection associated with construction of the National Constitution Center on the Independence Mall, as well as other materials collected during past archeological research projects at the President's House and Franklin Court make up a significant part of the museum collection's inventory. The collections also include a large architectural fragments collection composed of items removed from park buildings during rehabilitation and examples of Delaware Valley architecture used as study pieces or prototypes for restorations. There is a large paint sample collection assembled from architectural investigations in park buildings and used to determine the correct paint colors of structures during the park's period of significance. The museum collections program for Independence National Historical Park also manages and facilitates the stewardship of collections related to the Thaddeus Kosciuszko National Memorial and the Edgar Allan Poe National Historic Site.

- **Archeological Resources:** The archeological resources associated with Independence National Historical Park serve as direct links to the past and inform our understanding of the historic events and people associated with the American Revolution and the founding of the nation. Many archeological investigations, such as projects associated with the development of area F and the National Constitution Center, have occurred throughout the park and illustrate the importance of this resource, not only in providing valuable data but also in connecting visitors to the past. Archeological investigations at the President's House Site revealed physical connections to the enslaved in President George Washington's household. This information was used to guide future development at the site. Based on these discoveries, the park designed its first community-based exhibition at the President's House archeological site that interprets race and slavery in its historic context. Franklin Court is another example of the role that archeological resources play in the park, and how these resources can be used to support interpretive programming that enhances visitor experience and understanding. The park still contains many subsurface archeological resources that have the potential to yield valuable information about the past.



Foundation Document




- **Civic Responsibility and the Exercise of First Amendment Rights:** Preserving the sites where the founding ideals of the United States government took shape, Independence National Historical Park serves as a venue for exploring civic responsibilities and expressing the rights defined in the founding of the nation. As a fundamental value for the park, civic responsibilities can be explored, debated, and expressed at Independence National Historical Park in many ways. The buildings and sites protected by the park have a long history of serving as a backdrop for countless people exercising their First Amendment Rights. Today, the park maintains People's Plaza as a dedicated space for groups to exercise their First Amendment rights. As individuals make connections to the events, ideals, and people associated with the American Revolution and the founding of the nation at Independence National Historical Park, they can also explore and gain a better understanding of their own sense of civic responsibility.

- **Pioneering Partnerships and Collaboration:** Independence National Historical Park is a pioneer in the development and use of partnerships in order to ensure the protection and stewardship of our national heritage. As a fundamental value, partnerships and working collaboratively with numerous state, local, and nonprofit organizations is essential to the success of the park. The dynamic role of partnerships at the park is best illustrated by Independence National Historical Park's close working relationship with the City of Philadelphia, which still owns the most iconic building Independence Hall and resources such as the Liberty Bell. Likewise, the park works in close collaboration with other key property owners such as the Carpenters' Company and the American Philosophical Society that still own important landmarks within the park. Along with these property owners, the park also works in partnership with many local congregations in Philadelphia to help preserve significant places of worship associated with the founding of the nation. Numerous nonprofit organizations and stakeholder groups provide support and a spirit of collaboration that is essential to the future of Independence National Historical Park.

## Other Important Resources and Values

The following other important resources and values have been identified for Independence National Historical Park:

- **Appropriate Recreation:** The park environment created through the development of Independence National Historical Park provides a unique place for appropriate recreational opportunities. As some of the only open space in the heart of downtown Philadelphia, the park has seen an increase in recreational activities such as on-leash dog walking and picnicking. As traditional urban areas around the park transition from offices and commercial uses into more urban residential neighborhoods, the recreational use of the park will continue to evolve. Managing the demands for recreational activities in a way that allows for appropriate uses that respects the historic context and other visitor's experiences will provide both opportunities and challenges for the park in the future.

## Interpretive Themes

The following interpretive themes have been identified for Independence National Historical Park:

### Theme 1 – What Was "Revolutionary" About the American Revolution?

The American Revolution was the result of new ideas expressed in our founding documents, which created profound changes in power, perception, and opportunity that continue to affect people in the United States and around the world.

### Theme 2 – Liberty: The Promises and the Paradoxes

The promises of liberty and equality granted in the founding documents present a paradox: not only are they ideals to strive for but they are unfulfilled promises for people who struggle to be fully included as citizens of our nation.

### Theme 3 – E Pluribus Unum: Out of Many, One

The motto E Pluribus Unum, meaning "out of many, one," illustrates a distinctive characteristic of the United States—a democratic nation of many states and diverse people with different cultures, beliefs, and political ideas—that contributes to the dynamic tension and growth of American society.

### Theme 4 – Benjamin Franklin – the Relevant Revolutionary

Benjamin Franklin was revolutionary in his thinking and actions, he struggled to achieve liberty but did not always extend it to others, and he worked to bring many people together for a common goal.









# Part 1.2: Core Components –
# Edgar Allan Poe National Historic Site

## Brief Description of Edgar Allan Poe National Historic Site

Edgar Allan Poe National Historic Site preserves the only surviving Philadelphia residence of acclaimed 19th century author, Edgar Allan Poe. Located in the Spring Garden neighborhood of Philadelphia, the national historic site was authorized as a unit of the National Park Service in 1976 and is currently managed by Independence National Historical Park. The site includes the original home and grounds where Poe and his family lived in about 1843–1844 as well as adjoining homes that serve as the site's visitor center and exhibit space. Although the Poe house remains unfurnished, the building itself provides many connections to the environment in which the author lived and drew creative inspiration for many of his best known tales. Exhibits at the site explore Poe's personal and family life as well as his literary and publishing career. The national historic site offers guided tours of the Poe house as well as opportunities to enjoy his stories in the Reading Room, a space with furnishings based on his fictional essay, "The Philosophy of Furniture."

Described as horrifying, mystifying, and full of genius, Edgar Allan Poe's writing has engaged generations of readers all over the globe. The six years Poe lived in Philadelphia, the publishing capital of America at the time, are often considered his happiest and most productive. Not only did Poe edit and provide critical reviews for very successful magazines, but he also invented the modern detective story. While in Philadelphia, Poe penned such classics as "The Gold Bug," "The Tell-Tale Heart," "The Fall of the House of Usher" and poems such as "The Haunted Palace" and "To Helen." Yet Poe also struggled with bad luck, personal demons, and his wife's tuberculosis. In Poe's humble home, visitors are given the opportunity to reflect on the human spirit surmounting crushing obstacles, and celebrate Poe's astonishing creativity.



## Park Purpose

The purpose statement for Edgar Allan Poe National Historic Site was drafted through a careful analysis of its enabling legislation and the legislative history that influenced its development. The park was established when the enabling legislation adopted by Congress was signed into law on November 10, 1978 (see appendix A for enabling legislation). The purpose statement lays the foundation for understanding what is most important about the park.

*EDGAR ALLAN POE NATIONAL HISTORIC SITE commemorates Poe's literary legacy by preserving and interpreting the Poe House complex in Philadelphia where he lived during his most prolific period.*



Foundation Document

## Park Significance

The following significance statements have been identified for Edgar Allan Poe National Historic Site. (Please note that the sequence of the statements does not reflect the level of significance.)

1. **Literary Achievements:** Edgar Allan Poe attained great success as an author, poet, editor, and critic during the six years he lived in Philadelphia. Poe pioneered many literary styles, created the detective story genre, and published some of his classic tales, including "The Gold Bug," "The Fall of the House of Usher," "The Tell-Tale Heart," and "The Murders in the Rue Morgue" while living in the city.

2. **Tangible Connection to Edgar Allan Poe:** Of Poe's several Philadelphia homes, only this one survives, serving as a tangible link to the author's height of literary power and time in Philadelphia. Poe drew inspiration from his surroundings, and the basement of this house is reflected in one of his best known stories, "The Black Cat."

3. **Philadelphia, Publishing Capital of the U.S.:** Poe's residence in Philadelphia, one of the literary and publishing capitals of 19th century America, was no accident. He chose to live in Philadelphia in order to influence his career and enhance his success.

## Fundamental Resources and Values

The following fundamental resources and values have been identified for Edgar Allan Poe National Historic Site:

- **Poe House Complex:** While living in Philadelphia, Edgar Allan Poe rented the house at 532 N. 7th Street from 1843 to 1844. Once a free-standing structure, this house was both inspiration and home for Poe who lived at this location with his wife and mother-in-law. Today, the unfurnished house is the focal point of the national historic site, providing a glimpse into Poe's private life and serving as a tangible connection to his time in Philadelphia. Along with the three-story brick building where Poe resided, the Poe House complex also includes the adjoining mid-19th century brick townhouse and the north and south gardens outside the buildings. This townhouse functions as the site's visitor contact station as well as exhibit space highlighting the life and time of Edgar Allan Poe.



Independence National Historical Park  •  Associated National Historic Sites and Memorials

## Interpretive Themes

The following interpretive themes have been identified for Edgar Allan Poe
National Historic Site:

- **Poe's Body of Work:** Edgar Allan Poe demonstrated the breadth of his creative
  inspiration by pioneering and mastering a variety of literary forms.

- **Poe's Continuing Literary Influence:** Edgar Allan Poe's influence on literary
  expression, art, and popular culture began during his lifetime and continues today.

- **Poe's Life and Times:** Edgar Allan Poe's personal life and the literary world in which
  he made his living affected his creative expression.





## Part 1.3: Core Components –
## Gloria Dei Church National Historic Site

### Brief Description of Gloria Dei Church National Historic Site

Designated as a national historic site in 1942, the Gloria Dei (Old Swedes') Church provides an opportunity to explore more than 300 years of religious freedom in America and the area's connections to early Swedish settlement. Gloria Dei Church National Historic Site sits at 916 South Swanson Street and is managed by the National Park Service through Independence National Historical Park. The national historic site includes the Gloria Dei Church and supporting buildings, the church cemetery, and a park. Although most of the site is in private ownership, the National Park Service does own the park area surrounding Gloria Dei Church in order to provide an appropriate setting for this national historic site. Still an active congregation, religious ceremonies and other special events may limit access to the interior of the historic church at times.

Also known as Old Swedes' Church, Gloria Dei Church offers an opportunity to interpret the intricacies of European colonization in Pennsylvania. Gloria Dei was a Lutheran church established during the years the lower Delaware Valley was a Swedish colony. New Sweden flourished from 1638 to 1655 when the area was incorporated into the Dutch New Netherlands until Penn's arrival in 1682. Although the present church was consecrated in 1700, the Gloria Dei congregation traces its history as far back as 1646. It remained a Lutheran congregation until 1831 and has been an Episcopal church since 1845. The extensive population of Swedes and Finns remaining in the area assimilated into the larger Philadelphia society. Many descendants of the original Lutheran congregants still celebrate Swedish customs at the church and the interior of the church houses many artifacts reflecting its Swedish heritage. Independence National Historical Park works collaboratively with the congregation and local stakeholders on the stewardship and interpretation of Gloria Dei Church National Historic Site.




## Park Purpose

The purpose statement for Gloria Dei Church National Historic Site was drafted through a careful analysis of its enabling legislation and the legislative history that influenced its development. The unit was designated a National Historic Site on December 5, 1942 (see appendix A for enabling legislation). Today, the historic church and its grounds are an in-holding surrounded by federal land authorized by Congress in 1958. The purpose statement lays the foundation for understanding what is most important about the park.

> GLORIA DEI CHURCH NATIONAL HISTORIC SITE provides a dignified landscape setting for the Gloria Dei (Old Swedes') Church.



## Park Significance

The following significance statements have been identified for Gloria Dei Church National Historic Site. (Please note that the sequence of the statements does not reflect the level of significance.)

1. **Relationship to the Church:** Gloria Dei Church National Historic Site frames Old Swedes' Church, one of the oldest active churches in North America and the oldest church in the state of Pennsylvania.

2. **Historic Preservation:** Created in order to provide a fitting setting for Old Swedes' Church, Gloria Dei Church National Historic Site illustrates early historic preservation efforts in America.

3. **A Place of Remembrance:** Because of the graveyard next to the church, burial markers from the nearby graves of Revolutionary War officers were relocated to Gloria Dei Church National Historic Site in the early 1950s. Today, these cenotaphs honor the memory of these patriots.

## Fundamental Resources and Values

The following fundamental resources and values have been identified for Gloria Dei Church National Historic Site:

- **Dignified Landscape:** Designated as a national historic site in 1942, the landscape associated with the Gloria Dei Church National Historic Site consists of 2.61 acres adjacent to the Old Swedes' Church and cemetery. The landscape is bounded by Delaware Avenue, Washington Avenue, Water Street, and Christian Street. A mixture of evergreens and deciduous plants create a park-like setting on the landscape. Other key landscape features include masonry walls surrounding the church, cemetery, and grounds, as well as metal gates. A collection of relocated cenotaphs and burial markers can also be found on this landscape and contribute to the dignified open setting at Gloria Dei Church National Historic Site.

## Interpretive Themes

Although no interpretive themes have been directly identified for Gloria Dei Church National Historic Site, the following interpretive theme for Independence National Historical Park guides interpretive programming at the site.

### Theme 3 – E Pluribus Unum: Out of Many, One

The motto E Pluribus Unum, meaning "out of many, one," illustrates a distinctive characteristic of the United States—a democratic nation of many states and diverse people with different cultures, beliefs, and political ideas—that contributes to the dynamic tension and growth of American society.




# Part 1.4: Core Components –
# Thaddeus Kosciuszko National Memorial

## Brief Description of Thaddeus Kosicuszko National Memorial

Thaddeus Kosciuszko National Memorial commemorates and interprets the life of international human rights champion and Polish hero, Thaddeus Kosciuszko. Located on the corner of 3rd and Pine Streets in the Society Hill neighborhood of Philadelphia, the house was listed in the National Register of Historic Places in 1970. Later dedicated a national monument in 1972, the house was donated to the National Park Service and is currently managed by Independence National Historical Park. The National Park Service restored the exterior of the building and the second floor bedroom to its 1798 appearance when Kosciusko resided there while recovering from wounds suffered while fighting for his native Poland. At .02 acres, the Thaddeus Kosciuszko National Memorial is the smallest national park unit in the system.

Despite its size, the Thaddeus Kosciuszko National Memorial honors a man who was, in Thomas Jefferson's words, " … as pure a son of liberty as I have ever known, and of that liberty which is to go to all, and not to the few or the rich alone." Visitors to the memorial are able to get a glimpse into the life of Thaddeus Kosciuszko, who served with distinction during the American Revolution and advocated the principles of liberty and democracy throughout the world. The first floor of the memorial includes museum exhibits related to Kosciuszko's military career as an engineer during the American Revolution and his work as a freedom fighter for his native Poland. The second floor includes the painstakingly restored room where Kosciuszko took up residency during the winter of 1797–1798, receiving notable visitors such as Chief Little Turtle and Thomas Jefferson. A short orientation film is presented in both Polish and English. The memorial serves as a window into the legacy of Thaddeus Kosciuszko, reminding us of universal struggles for liberty and freedom.



## Park Purpose

The purpose statement for Thaddeus Kosciuszko National Memorial was drafted through a careful analysis of its enabling legislation and the legislative history that influenced its development. The unit was established when the enabling legislation adopted by Congress was signed into law on October 21, 1972 (see appendix A for enabling legislation). The purpose statement lays the foundation for understanding what is most important about the park.

> *THADDEUS KOSCIUSZKO NATIONAL MEMORIAL honors Kosciuszko as a great Polish patriot and a hero of the American Revolution by preserving and interpreting the Philadelphia house where he lived.*

## Park Significance

The following significance statements have been identified for Thaddeus Kosciuszko National Memorial. (Please note that the sequence of the statements does not reflect the level of significance.)

1. **Commemorating Kosciuszko:** Serving as a memorial to the legacy of Polish national Thaddeus Kosciuszko, the Philadelphia house where he resided during the winter of 1797–1798 pays tribute to his life spent in pursuit of liberty and freedom.

2. **Military Career:** A respected military engineer, Colonel Kosciuszko served the United States in the Continental Army, making many important contributions to the American Revolutionary War effort, most notably including the design and construction of fortifications at Saratoga and West Point in New York.

3. **Champion of Human Rights:** Thaddeus Kosciuszko was a lifelong champion of human rights and freedom, leading an insurrection of his native Poland against Tsarist Russia, and opposing slavery in America.



## Fundamental Resources and Values

The following fundamental resources and values have been identified for Thaddeus Kosciuszko National Memorial:

- **Kosciuszko House and its Connections to the Polish American Community:**
  Located at 3rd and Pine Streets in what is now known as the Society Hill neighborhood of Philadelphia, the Kosciuszko House serves as both a tangible connection and memorial to Thaddeus Kosciuszko. The three and a half story masonry building contains an exhibit space dedicated to Kosciuszko and a visitor contact station on the first floor. The second floor bedroom where Kosciuszko resided in the winter of 1798 has been restored to reflect his occupancy while recovering from wounds he suffered while fighting for his native Poland during the Polish insurrection. Dedicated as a national memorial in 1972, the site remains an important touchstone and source of pride for the Polish American community, linking them to a fellow countryman and to the roots of our nation.

## Interpretive Themes

The following interpretive themes have been identified for Thaddeus Kosciuszko National Memorial:

- **The Struggle for Human Rights:** Throughout his life, Kosciuszko championed human rights by joining the American Revolution, by leading an insurrection in his native Poland against Czarist Russia, and (through his will) by seeking to purchase the freedom and education of enslaved Africans in the United States.

- **Kosciuszko's Military and Engineering Expertise:** Representative of the many foreign patriots who helped the United States win its war for independence, Kosciuszko used his military engineering expertise and problem-solving ability to aid the American Army.

- **Remembering Kosciuszko:** Kosciuszko, "the hero of two continents," is memorialized in Poland and the United States (and throughout the world).




# Part 2: Dynamic Components

The dynamic components of a foundation document include special mandates and administrative commitments and an assessment of planning and data needs. These components are dynamic because they will change over time. New special mandates can be established and new administrative commitments made. As conditions and trends of fundamental and other important resources and values change over time, the analysis of planning and data needs will need to be revisited and revised, along with key issues. Therefore, this part of the foundation document will be updated accordingly.

## Special Mandates and Administrative Commitments

Many management decisions for a park unit are directed or influenced by special mandates and administrative commitments with other federal agencies, state and local governments, utility companies, partnering organizations, and other entities. Special mandates are requirements specific to a park that must be fulfilled. Mandates can be expressed in enabling legislation, in separate legislation following the establishment of the park, or through a judicial process. They may expand on park purpose or introduce elements unrelated to the purpose of the park. Administrative commitments are, in general, agreements that have been reached through formal, documented processes, often through memorandums of agreement. Examples include easements, rights-of-way, arrangements for emergency service responses, etc. Special mandates and administrative commitments can support, in many cases, a network of partnerships that help fulfill the objectives of the park and facilitate working relationships with other organizations. They are an essential component of managing and planning for Independence National Historical Park and its associated units.

### Special Mandates

**Public Law 82-497, July 10, 1952.** This special mandate authorizes the American Philosophical Society to build and operate a library on the former site of Library Hall within the boundary of Independence National Historical Park.

> *"The Secretary of the Interior is authorized to permit the American Philosophical Society, a nonprofit corporation, without cost to the United States, to construct, operate, and maintain in the park a building to be located on approximately the original site of historic Library Hall to house the library of the American Philosophical Society . . ."*

**Public Law 92-551, October 25, 1972.** This special mandate establishes the Benjamin Franklin National Memorial, an affiliated site of the National Park Service, and requires the Secretary of the Interior to maintain a cooperative agreement with the Franklin Institute that manages the memorial.

> *"To designate Benjamin Franklin Memorial Hall at the Franklin Institute, Philadelphia, Pennsylvania, as the Benjamin Franklin National Memorial."*

 

**Public Law 100-433, September 16, 1988.** This special mandate authorizes the development of a national center for the United States Constitution by establishing the National Constitution Center at Independence National Historical Park.

> *"To provide for continuing interpretation of the Constitution in appropriate units of the National Park System by the Secretary of the Interior, and to establish a National Center for the United States Constitution within the Independence National Historical Park in Philadelphia, Pennsylvania."*

**Public Law 106-131, December 7, 1999.** This special mandate authorizes the current relationship between Independence National Historical Park and the Gateway Visitor Center Corporation, a nonprofit organization established by the Commonwealth of Pennsylvania, to manage and operate the regional Gateway Visitor Center on Independence Mall.

> *"The purpose of this Act is to authorize the Secretary of the Interior to enter into a cooperative agreement with the Gateway Visitor Center Corporation to construct and operate a regional visitor center on Independence Mall."*

For more information about these existing special mandates for Independence National Historical Park, please see appendix B. No special mandates were identified for Edgar Allan Poe National Historic Site, Gloria Dei Church National Historic Site, or Thaddeus Kosciuszko National Memorial.

## Administrative Commitments

For more information about the existing administrative commitments for Independence National Historical Park and its associated units, please see appendix C.

# Assessment of Planning and Data Needs

Once the core components of part 1 of the foundation document have been identified, it is important to gather and evaluate existing information about the park's fundamental and other important resources and values, and develop a full assessment of the park's planning and data needs. The assessment of planning and data needs section presents planning issues, the planning projects that will address these issues, and the associated information requirements for planning, such as resource inventories and data collection, including GIS data.

There are three sections in the assessment of planning and data needs:

1. analysis of fundamental and other important resources and values (see appendix D)

2. identification of key issues and associated planning and data needs

3. identification of planning and data needs (including spatial mapping activities or GIS maps)

The analysis of fundamental and other important resources and values and identification of key issues leads up to and supports the identification of planning and data collection needs.

## Analysis of Fundamental Resources and Values

The fundamental resources and values analysis table includes current conditions, potential threats and opportunities, planning and data needs, and selected laws and NPS policies related to management of the identified resource or value.

Please see appendix D for the analysis of fundamental and other important resources and values for Independence National Historical Park and its associated units.

Foundation Document

### Identification of Key Issues and Associated Planning and Data Needs

This section considers key issues to be addressed in planning and management and therefore takes a broader view over the primary focus of part 1. A key issue focuses on a question that is important for a park. Key issues often raise questions regarding park purpose and significance and fundamental and other important resources and values. For example, a key issue may pertain to the potential for a fundamental or other important resource or value in a park to be detrimentally affected by discretionary management decisions. A key issue may also address crucial questions that are not directly related to purpose and significance, but that still affect them indirectly. Usually, a key issue is one that a future planning effort or data collection needs to address and requires a decision by NPS managers.

The following are key issues for Independence National Historical Park and its associated units and the associated planning and data needs to address them:

- **Operational Efficiency and Management of Multiple Park Units and Sites.** One of the most pressing issues facing Independence National Historical Park is finding operational efficiencies in balancing the management needs of four different park units—Independence National Historical Park, Edgar Allan Poe National Historic Site, Gloria Dei Church National Historic Site, and Thaddeus Kosciuszko National Memorial. The historic buildings and landscapes that make up Independence National Historical Park and the associated units it manages are woven into the urban fabric of Philadelphia. Roughly 10 miles from park headquarters, the Deshler-Morris House (Germantown Whitehouse) is another important site managed as part of Independence National Historical Park. Edgar Allan Poe National Historical Park and Gloria Dei Church National Historic Site are each approximately a mile (in different directions) from park headquarters within the city of Philadelphia. A rented storage and equipment area for the maintenance shop is also more than a mile away from the maintenance staff. Because of the number of buildings and their geographic distribution, meeting the operational needs creates logistical challenges for meeting stewardship and maintenance objectives as well as providing appropriate staffing levels and visitor access.



Due to the multiple structures and their dispersed locations, there are several building systems that the park must maintain and operate. These building systems are at various stages of their operational life-cycle and many of the buildings themselves are more than 200 years old. Fully documenting and understanding these assets is the highest priority for the park. In order to better inform operational efficiency and building maintenance needs, the park identified the completion of condition assessments for individual buildings and systems, and the completion of documenting all park assets in the Facility Management Software System (FMSS) as the highest priority data need for all four units. Based on this information, the park would then develop a building management plan that would provide guidance for the future stewardship and appropriate uses for individual historic and nonhistoric structures.

The number and locations of these historic structures also presents operational challenges related to access and impacts from visitation. Some of the more iconic buildings at the park, such as Independence Hall, receive constant and heavy volumes of visitation, putting significant wear and tear on its historic fabric, especially doors, floors, and stairs. This creates additional maintenance needs as well as staffing needs to safely handle the crowds, while other buildings have limited hours of operation or are accessible only on guided tours. Developing strategies to best meet the demands of visitors, while protecting the historic integrity of park resources is an operational challenge. Exploring ways to bring attention to the park's other sites, such as the Second Bank, Edgar Allan Poe National Historic Site or Thaddeus Kosciuszko National Monument may draw visitors to these other locations, relieving pressure from the more heavily visited buildings. This would require balancing other operational needs such as staffing and improving access to these other buildings. In order to better understand the impacts of visitation at multiple sites, both a visitor use study and a visitor use management plan were identified as needs that would inform decision making about visitor capacity as it relates to operational needs at the park.

- **Security of National Icons.** Maintaining a heightened level of security at Independence National Historical Park is a constant need that impacts all park operations and management decisions. Independence Hall and the Liberty Bell have been identified as designated American icons by the Department of Homeland Security due to both their historical importance and roles as national symbols for the United States of America. Independence National Historical Park is 1 of only 10 sites with this designation in the National Park Service, making it a potential target for terrorist threats. With this status, the park is required to maintain mandated staffing and security levels, as well as commissioned law enforcement rangers. Sustaining this heightened level of security is very costly and continuing to become more so, as staff training and new technologies are needed. New security measures should also be sensitive to the historic context and setting of the park. Balancing ongoing security concerns for these iconic resources with the need to provide public access, especially in Independence Square, presents many challenges for park managers. Both a visitor use study and a visitor use management plan were identified as data and planning needs to help park managers address issues related to security and visitor access.

Compounding the challenges surrounding security, Independence National Historical Park receives many requests for special events and permits throughout the year. Because of the iconic nature of the park and its meaning to the American people, the park fields many different requests such as individual citizens and advocacy groups wanting to exercise their First Amendment rights, notable politicians and religious leaders wanting to visit the park, requests for commercial filming and television broadcasts, and groups holding commemorative events. Meeting these requests while balancing security needs with public access and enjoyment consumes a significant amount of staff time and park resources. In order to help address many of these requests, the park does have a dedicated plaza for First Amendment activities. The development of a second volume to the park administrative history would provide research and insights into past special events that have taken place at the park and how park staff managed these special events.

Foundation Document





- **Communicating Agencywide Goals and Initiatives.**
Given both its place in American history and the diversity of sites and resources managed by the park, Independence National Historical Park works collaboratively with numerous stakeholders, partners, and a friends group. Managing expectations while balancing the interests of numerous stakeholders with agencywide goals and initiatives is both a challenge as well as an opportunity for the park. The park actively engages with urban communities throughout Philadelphia, maintains strong internship and volunteer programs, and consistently collaborates with a wide variety of park partners in the stewardship and interpretation of park resources. A park partner strategic plan was identified as a planning need that would help the park better coordinate and leverage the efforts of its many partners. A strategic plan for education and youth engagement was also identified to provide guidance and lay out a more strategic approach to youth programs at the park.

Independence National Historical Park also actively participates in and is a leader in larger agencywide initiatives such as the urban agenda and the *A Call to Action: Preparing for a Second Century of Stewardship and Engagement*. Some NPS-wide initiatives and programs are not always a natural fit for an urban/historical park or may not be applicable to a park located in one of the largest cities in America. With so many initiatives and active partnerships going on at the park, internal agency communications at both the program and regional level can be a challenge. Improving communication to ensure regional and agency programs are fully aware of all of the initiatives, collaborative programs, and other opportunities in which the park is actively engaged in is important. A business plan, an information technology (IT) plan, and a public relations plan would be valuable planning tools for improving both internal and external communication about the park and the diverse programs in which it participates. The park continues to strive to improve internal and external communications.

## Planning and Data Needs

To maintain connection to the core elements of the foundation and the importance of these core foundation elements, the planning and data needs listed here are directly related to protecting fundamental resources and values, park significance, and park purpose, as well as addressing key issues. To successfully undertake a planning effort, information from sources such as inventories, studies, research activities, and analyses may be required to provide adequate knowledge of park resources and visitor information. Such information sources have been identified as data needs. Geospatial mapping tasks and products are included in data needs.

Items considered of the utmost importance were identified as high priority, and other items identified, but not rising to the level of high priority, were listed as either medium- or low-priority needs. These priorities inform park management efforts to secure funding and support for planning projects.

| Planning Needs – Where A Decision-Making Process Is Needed | | | |
|---|---|---|---|
| **Related to an FRV, OIRV, or Key Issue?** | **Planning Need** | **Priority (H, M, L)** | **Notes** |
| Independence National Historical Park | | | |
| Key Issue; Structures; Museum Collections | Building management plan (for individual buildings and space management planning) | H | Building on various historic structure reports, a building management plan would set a comprehensive vision and for use of space in individual buildings at the park. This management plan would address administrative use in the building, overall building systems operations, and cyclical maintenance goals, while taking into account the protection of historic fabric and long-term resource stewardship of the structure. The plan would address all historic park buildings. |
| Key Issue | Business plan | H | A comprehensive business plan is needed for not only Independence National Historical Park but the other three designated park units under its jurisdiction. Such a plan would provide a vision, goals, and clear parkwide operational priorities to address major budget, process, organizational, and administrative challenges. This plan would also provide information regarding day-to-day operations, tasks, and activities involved in running each park unit, while focusing on staffing capacity issues and management strategies for the operations of all four park units. |
| Key Issue; Pioneering Partnerships and Collaboration; Appropriate Recreation | Strategic plan for education and youth engagement | H | With the park's location in downtown Philadelphia, Independence National Historical Park recognizes the need to develop a strategic plan to coordinate park efforts with agency initiatives focusing on youth engagement and education programming for the next generation of park advocates. A key focus of this strategic plan would be on coordinating ongoing efforts and programs at the park with ongoing Urban Agenda initiative programs. A strategic plan would build a collaborative framework to best leverage the efforts of the Urban Initiative with existing park outreach. |
| Key Issue | Information technology plan | H | An information technology plan is needed for the entire park in order to provide strategic guidance for developing and updating aging IT infrastructure. This plan would help address the technology challenges and network security needs associated with managing multiple locations and the distribution of park staff in numerous builds spread throughout the park. Such a plan would guide updating computer system networks through the park while proactively identify future IT needs to meet the demands of changing technology landscape. |
| Structures | Comprehensive accessibility plan | H | The park is currently conducting a targeted accessibility improvement program for Independence Square. Building on this effort a comprehensive accessibility plan would provide an opportunity for developing a parkwide approach to identifying gaps in accessibility compliance and determining if particular areas or buildings meet Architectural Barriers Act standards. It would help the park effectively prioritize and plan for accessibility and programmatic needs for funding requests to address access. |
| Cultural Landscapes; Archeological Resources | Cultural landscape report for Franklin Court | M | A cultural landscape report would provide guidance for the appropriate treatment and management of the Franklin Court landscape. It would guide the stewardship of important characteristics, features, and materials that make up the historic landscape. Analysis of the site would also provide an understanding of past features and conditions in order to inform future management decisions at this site. |

| Planning Needs – Where A Decision-Making Process Is Needed | | | |
|---|---|---|---|
| **Related to an FRV, OIRV, or Key Issue?** | **Planning Need** | **Priority (H, M, L)** | **Notes** |
| **Independence National Historical Park (continued)** | | | |
| Cultural Landscapes | Cultural landscape report for Welcome Park | M | A cultural landscape report would provide guidance for the appropriate treatment and management of the Welcome Park landscape. It would guide the stewardship of important characteristics, features, and materials that make up the historic landscape. Analysis of the site would also provide an understanding of past features and conditions in order to inform future management decisions at this site. |
| Key Issue; Pioneering Partnerships and Collaboration | Public relations plan | M | The park recognized the need for a comprehensive public relations plan that would promote all four NPS units in Philadelphia that are currently managed by Independence National Historical Park. Maximizing the iconic status of Independence National Historical Park could help raise awareness and support for these other NPS units. This plan would identify strategies and best practices for reaching local, national, and international audiences. A public relations plan would also explore social media, signage, and other communication techniques to reach audiences in an effective way that builds park unit support and advocacy. Such a plan would take into account key partners such as VisitPhilly, the Independence Visitor Center Corporation, the Philadelphia Convention and Visitors Bureau, and related tourism groups in the city in order to better integrate and share resources promoting the National Park Service and its role in the community. |
| Structures; Cultural Landscapes | All-season landscape maintenance plan | M | An all-season landscape maintenance plan is needed to address mowing practices in the park, management of ornamental gardens, and tree pruning. This plan would use a comprehensive approach to address a variety of needs related to grounds maintenance within the park, given limited staffing and funding challenges in maintaining these landscapes. |
| Cultural Landscapes | Wayfinding/sign plan | M | Because of its location in downtown Philadelphia on busy city streets, navigating the park can be challenging for visitors. Park staff identified the need to develop a comprehensive wayfinding/sign plan that would develop strategies to improve signage and navigational aids for visitors throughout the park. Wayside exhibits and interpretation could also be considered as a part of any wayfinding strategy. |
| Key Issue; Structures; Civic Responsibility; Appropriate Recreation | Visitor use management plan | L | Key areas of the park such as Independence Hall and the Liberty Bell Center see significantly more visitors, resulting in congestion and impacts on park resources. Using data collected during the visitor use study, a visitor use management plan would evaluate and plan for appropriate types and levels of visitation throughout the entire park and its many sites. It would be set goals in regard to resource and infrastructure carrying capacity. |

| Planning Needs – Where A Decision-Making Process Is Needed | | | |
|---|---|---|---|
| **Related to an FRV, OIRV, or Key Issue?** | **Planning Need** | **Priority (H, M, L)** | **Notes** |
| **Independence National Historical Park (continued)** | | | |
| Key Issue; Pioneering Partnerships and Collaboration | Park partner strategic plan | L | A formal partner action strategy covering Independence National Historical Park and its many partners would allow staff to leverage volunteer and partner efforts throughout the park and better manage relationships between the parks, the state, local municipalities, property owners within the park, and numerous outside stakeholder groups and organizations. |
| Cultural Landscapes | Update cultural landscape report for Independence Square | L | An update is needed to the cultural landscape report for Independence Square in order to address evolving security needs at the site, while respecting the historic integrity of the landscape. Based on historic research and building off of the existing cultural landscape report, an update would make additional treatment recommendations for long-term stewardship and management of Independence Square to meet the changing needs of this space. |
| Cultural Landscapes; Appropriate Recreation | Turf management plan | L | A turf management plan would focus on the long-term maintenance of grass/lawn areas of the park that see significant pedestrian traffic and use during special events. A key focus of this plan would be Independence Mall where the lawn sees the highest volume of use and damage. This plan would identify best practices and set management objectives and goals for the grass/lawn areas of the park. |
| Structures | Update historic structure reports for individual buildings | L | Historic structures reports were completed for various buildings throughout the park and they should be updated. A historic structure report would provide data on individual structure's construction, as well as a detailed architectural description and treatment recommendations for the maintenance of each building. |
| Structures; Archeological Resources; Civic Responsibility | Update the long-range interpretive plan | L | An update to the 2007 long-range interpretive plan would allow park staff to revisit the park's current interpretive framework. Updates to this plan may be needed as more scholarly research is conducted and the understanding of the park's resources, history, and significance evolve over time. |
| **Edgar Allan Poe National Historic Site** | | | |
| Poe House Complex | Building management plan | H | Building on the historic structure report, a building management plan would set a comprehensive vision for the use of the Poe House complex. This management plan would address administrative use in the building, overall building systems operations, and cyclical maintenance goals, while taking into account the protection of historic fabric and long-term resource stewardship of the structure. |
| Poe House Complex | All-season landscape maintenance plan | H | An all-season landscape maintenance plan is needed to address mowing practices at the site, management of ornamental gardens, and tree pruning. This plan would use a comprehensive approach to address a variety of needs related to grounds maintenance within the park, given limited staffing and funding challenges in maintaining the landscape per its historic period of significance. |

Foundation Document

| Planning Needs – Where A Decision-Making Process Is Needed | | | |
|---|---|---|---|
| Related to an FRV, OIRV, or Key Issue? | Planning Need | Priority (H, M, L) | Notes |
| Edgar Allan Poe National Historic Site (continued) | | | |
| Poe House Complex | Business plan | H | A comprehensive business plan would be conducted in conjunction with Independence National Historical Park. Such a plan would provide a vision, goals, and clear parkwide operational priorities to address major organizational and administrative challenges. This plan would also provide information regarding day-to-day operations, tasks, and activities involved in running each park unit, while focusing on balancing staffing capacity issues and management strategies for the operations of all four park units. |
| Poe House Complex | Public relations plan | M | The park recognized the need for a comprehensive public relations plan that would promote all four NPS units in Philadelphia that are currently managed by Independence National Historical Park. Maximizing the iconic status of Independence National Historical Park could help raise awareness and support for these other NPS units. This plan would identify strategies and best practices for reaching local, national, and international audiences. A public relations plan would also explore social media, signage, and other communication techniques to reach audiences in an effective way that builds park unit support and advocacy. Such a plan would take into account key partners such as VisitPhilly, the Independence Visitor Center Corporation, the Philadelphia Convention and Visitors Bureau, and related tourism groups in the city in order to better integrate and share resources promoting the National Park Service and its role in the community. |
| Poe House Complex | Update historic structure report for buildings | L | A historic structure report was completed for the Poe House complex in 1990 and should be updated. A historic structure report would provide data on the building's construction, as well as a detailed architectural description and treatment recommendations for the maintenance of this structure. |
| Gloria Dei Church National Historic Site | | | |
| Dignified Landscape | All-season landscape maintenance plan | H | An all-season landscape maintenance plan is needed to address mowing practices at the site and tree pruning. This plan would use a comprehensive approach to address a variety of needs related to grounds maintenance within the park, given limited staffing and funding challenges in maintaining a fitting setting for Gloria Dei Church. |
| Dignified Landscape | Public relations plan | M | The park recognized the need for a comprehensive public relations plan that would promote all four NPS units in Philadelphia that are currently managed by Independence National Historical Park. Maximizing the iconic status of Independence National Historical Park could help raise awareness and support for these other NPS units. This plan would identify strategies and best practices for reaching local, national, and international audiences. A public relations plan would also explore social media, signage, and other communication techniques to reach audiences in an effective way that builds park unit support and advocacy. Such a plan would take into account key partners such as VisitPhilly, the Independence Visitor Center Corporation, the Philadelphia Convention and Visitors Bureau, and related tourism groups in the city in order to better integrate and share resources promoting the National Park Service and its role in the community. |

| Planning Needs – Where A Decision-Making Process Is Needed | | | |
|---|---|---|---|
| Related to an FRV, OIRV, or Key Issue? | Planning Need | Priority (H, M, L) | Notes |
| Thaddeus Kosciuszko National Memorial | | | |
| Kosciuszko House | Building management plan | H | Building on the historic structure report, a building management plan would set a comprehensive vision for the use of the Kosciuszko House. This management plan would address administrative use in the building, overall building systems operations, and cyclical maintenance goals, while taking into account the protection of historic fabric and long-term resource stewardship of the structure. |
| Kosciuszko House | Business plan | H | A comprehensive business plan would be conducted in conjunction with Independence National Historical Park. Such a plan would provide a vision, goals, and clear parkwide operational priorities to address major organizational and administrative challenges. This plan would also provide information regarding day-to-day operations, tasks, and activities involved in running each park unit, while focusing on balancing staffing capacity issues and management strategies for the operations of all four park units. |
| Kosciuszko House | Public relations plan | M | The park recognized the need for a comprehensive public relations plan that would promote all four NPS units in Philadelphia that are currently managed by Independence National Historical Park. Maximizing the iconic status of Independence National Historical Park could help raise awareness and support for these other NPS units. This plan would identify strategies and best practices for reaching local, national, and international audiences. A public relations plan would also explore social media, signage, and other communication techniques to reach audiences in an effective way that builds park unit support and advocacy. Such a plan would take into account key partners such as VisitPhilly, the Independence Visitor Center Corporation, the Philadelphia Convention and Visitors Bureau, and related tourism groups in the city in order to better integrate and share resources promoting the National Park Service and its role in the community. |
| Kosciuszko House | Update historic structure report for the building | L | A historic structure report was completed for the Kosciuszko House in 1974 and is in need of updating. A historic structure report would provide data on the building's construction, as well as a detailed architectural description and treatment recommendations for the maintenance of this structure. |

| Data Needs – Where Information Is Needed Before Decisions Can Be Made | | | |
|---|---|---|---|
| Related to an FRV, OIRV, or Key Issue? | Data Need | Priority (H, M, L) | Notes |
| Independence National Historical Park | | | |
| Key Issue; Structures | Complete condition assessments for individual buildings and systems | H | Completing a condition assessment for all buildings in the park including their operating systems (heating, ventilation, and air conditioning [HVAC]; security; etc.) would provide valuable data that would be used to update both the FMSS and List of Classified Structures (LCS) databases. |
| Key Issue; Structures | Complete documentation of all park assets in FMSS database | H | Completing the documentation of all park assets in the FMSS database would be a critical step in the management of these resources. FMSS data are used to prioritize cyclical maintenance projects and inform future funding as well as deferred maintenance costs for the park. |
| Key Issue, Structures; Civic Responsibility; Appropriate Recreation | Visitor use study | H | A visitor use study would be an important first step in better understanding and collecting data on the number of visitors at key buildings and sites within the park. These data would also provide insights into the visitor use patterns at these locations. These data would support the development of a visitor use management plan and would aid managers in the decision-making process related to hours of operation and providing public access to various buildings throughout the park. |
| Archeological Resources | Condition survey of ruins at the President's House | H | A condition survey of the ruins at the President's House is needed to better understand and document the current physical conditions of the ruins, which include the remains of brick foundations. These data are needed to better inform management decisions related to the stewardship and protection of these resources. |
| Structures | Research on appropriate interior and exterior lighting for historic structures | H | Additional research is needed into the appropriate type of lighting for many of the historic structures in the park. Identifying exterior lighting that gives attention to the buildings at night in a busy urban area but that does not overwhelm them or compromise their character is a challenge. Identifying lighting fixtures that are sensitive to the historic period of building interiors, while providing adequate lighting for visitors that does not impact museum collections on display, is a challenge. These data would be used in making recommendations that could then be implemented. |
| Cultural Landscapes | Condition assessment for all maintained landscapes (including irrigation system assessment) | H | Similar to completing a condition assessment for individual buildings, a formal condition assessment of all the maintained landscapes in the park is needed. This would include operating irrigation systems in many of the parks green/open spaces. |

Independence National Historical Park  •  Associated National Historic Sites and Memorials

| Data Needs – Where Information Is Needed Before Decisions Can Be Made | | | |
|---|---|---|---|
| Related to an FRV, OIRV, or Key Issue? | Data Need | Priority (H, M, L) | Notes |
| Independence National Historical Park (continued) | | | |
| Museum Collections; Archeological Resources | Complete documentation and cataloguing of the National Constitution Center archeological collection | H | Completing the documentation and cataloguing of all archeological materials from the National Constitution Center excavation is needed. This process would culminate in the development of a final report and is a required step as part of the mitigation strategy for the development of this facility. |
| Structures | Functional space/use analysis | M | A functional space/use study would inform management decisions related to the most cost effective and efficient use of space for both administration as well as operations. Data collected from this study could inform the planning for the adaptive reuse of historic structures. |
| Key Issue; Structures; Civic Responsibility | Administrative history – volume 2 | M | An administrative history for the park was completed in 1976, but a second volume of the administrative history is needed. This second volume would provide valuable information about the ongoing history, events, and development of Independence National Historical Park since 1976. Oral histories of past as well as current park staff would be collected to inform the development of this administrative history and would be an essential tool in the continuity of park management. |
| Structures | Energy audit of all buildings | M | A formal energy audit of all park buildings would provide data that could be used to make the overall park more energy efficient in its operation of so many historic buildings. This audit would tie into larger agency initiatives such as the Climate Friendly Parks Program and the Green Parks Plan. |
| Cultural Landscapes | Cultural landscape inventories of identified park landscapes | M | A cultural landscape inventory would identify existing cultural landscapes within the park by providing a physical history, site maps, analysis, evaluation of integrity, and a condition assessment. The information would be used in planning, compliance, preservation, and interpretation of these landscapes. Information collected would then be used to develop treatment recommendations in a cultural landscape report. |
| Archeological Resources | Finalize archeological overview and assessment | L | Completing the archeological overview and assessment would provide a comprehensive document for the management of archeological resources at the park. Countless archeological investigations have been undertaken at the park, and this overview and assessment would provide a larger context for all these efforts. These data would be used to provide a proactive approach to compliance-related projects in the park, better inform maintenance practices, and guide future research projects. |

| Data Needs – Where Information Is Needed Before Decisions Can Be Made | | | |
|---|---|---|---|
| **Related to an FRV, OIRV, or Key Issue?** | **Data Need** | **Priority (H, M, L)** | **Notes** |
| **Independence National Historical Park (continued)** | | | |
| Cultural Landscapes; Archeological Resources | National register nomination for Franklin Court | L | A National Register of Historic Places nomination for the Franklin Court site needs to be completed. This would formally identify and recognize the site's national significance and would be an important form of baseline documentation for a historic site. |
| Civic Responsibility; Pioneering Partnerships and Collaboration; Appropriate Recreation | Update ethnographic overview and assessment | L | A rapid ethnographic assessment was originally conducted in 1994, but this needs to be updated to provide current information on how the park and its different sites are being used by various traditionally associated user groups and neighborhood communities. This update would help the park better understand diverse audiences and the role of the park in serving different communities in the Philadelphia area. |
| Museum Collections | Catalog architectural drawings | L | A large collection of architectural drawings of details and features on historic structures in the park need to be catalogued into the museum collection's archives. |
| Archeological Resources | Ethnohistory of President's House site | L | An ethnohistory of the President's House site would provide primary, scholarly research into diverse histories associated with this site. It would explore the historic context of the site in the context of its ties to slavery and the lives of the enslaved who lived at the site. |
| Structures; Cultural Landscapes | Climate change vulnerability assessment | L | A climate change vulnerability assessment focusing on facilities, historic structures, and cultural landscape components would identify issues related to climate change and inform future planning and maintenance activities based on potential climate futures. |
| **Edgar Allan Poe National Historic Site** | | | |
| Poe House Complex | Complete condition assessments for individual buildings and systems | H | Completing a condition assessment for the park building including operating systems (HVAC, security, etc.) would provide valuable data that would be used to update both the FMSS and LCS databases. |
| Poe House Complex | Complete documentation of all park assets in FMSS database | H | Completing the documentation of all park assets in the FMSS database is a critical step in the management of these resources. FMSS data are used to prioritize cyclical maintenance projects and inform future funding as well as deferred maintenance costs for the park. |
| Poe House Complex | Energy audit of Poe House complex | M | A formal energy audit of the Poe House complex would provide data that could inform planning to make the overall park more energy efficient in its operation of so many historic buildings. This audit would tie into larger agency initiatives such as the Climate Friendly Parks Program and the Green Parks Plan. |

| Data Needs – Where Information Is Needed Before Decisions Can Be Made | | | |
|---|---|---|---|
| Related to an FRV, OIRV, or Key Issue? | Data Need | Priority (H, M, L) | Notes |
| **Edgar Allan Poe National Historic Site (continued)** | | | |
| Poe House Complex | Functional space/use analysis | M | A functional space/use study would inform management decisions related to the most cost effective and efficient use of space for both administration as well as operations. Data collected from this study could inform the planning for the adaptive reuse of historic structures. |
| Poe House Complex | Administrative history | L | An administrative history would provide valuable information about the overall history and development of Edgar Allan Poe National Historic Site. Given the overlapping management responsibilities of this site with Independence National Historical Park, these efforts might be combined. |
| Poe House Complex | Climate change vulnerability assessment | L | A climate change vulnerability assessments focusing on facilities, historic structures, and cultural landscape components would identify issues related to climate change and inform future planning and maintenance activities based on potential climate futures. |
| **Gloria Dei Church National Historic Site** | | | |
| Dignified Landscape | Complete condition assessments for site walls and gate | H | Completing a condition assessment for key structures (cemetery wall and gates) would provide valuable data that would be used to update both the FMSS and LCS databases. |
| Dignified Landscape | Complete documentation of all park assets in FMSS database | H | Completing the documentation of all park assets in the FMSS database is a critical step in the management of these resources. FMSS data are used to prioritize cyclical maintenance projects and inform future funding as well as deferred maintenance costs for the park. |
| Dignified Landscape | Research potential interpretive themes and programming at the site | M | Currently, there are no interpretive themes specifically developed for Gloria Dei Church National Historic Site. Additional research would allow the park to explore the development of standalone interpretive themes for the site as well as other interpretive media such as additional wayside signage or brochures to better connect visitors to the site's significance and historic context. |
| Dignified Landscape | Rapid ethnographic assessment | L | A rapid ethnographic assessment would target various descendant groups that are still active with the congregation at Gloria Dei as well as surrounding neighborhood communities. The assessment would document these traditionally associated user groups and the role of the church site as an ethnographic resource for the community. |
| Dignified Landscape | Climate change vulnerability assessment | L | A climate change vulnerability assessments focusing on facilities, historic structures, and cultural landscape components would identify issues related to climate change and inform future planning and maintenance activities based on potential climate futures. |

Foundation Document

| Data Needs – Where Information Is Needed Before Decisions Can Be Made | | | |
|---|---|---|---|
| Related to an FRV, OIRV, or Key Issue? | Data Need | Priority (H, M, L) | Notes |
| Thaddeus Kosciuszko National Memorial | | | |
| Kosciuszko House | Complete condition assessments for building and systems | H | Completing a condition assessment for the park building including operating systems (HVAC, security, etc.) would provide valuable data that would be used to update both the FMSS and LCS databases. |
| Kosciuszko House | Complete documentation of all park assets in FMSS database | H | Completing the documentation of all park assets in the FMSS database is a critical step in the management of these resources. FMSS data are used to prioritize cyclical maintenance projects and inform future funding as well as deferred maintenance costs for the park. |
| Kosciuszko House | Functional space/use analysis | M | A functional space/use study would inform management decisions related to the most cost effective and efficient use of space for both administration as well as operations. Data collected from this study could inform the planning for the adaptive reuse of historic structures. |
| Kosciuszko House | Energy audit of buildings | M | A formal energy audit of Thaddeus Kosciusko National Memorial would provide data that could inform planning to make the overall park more energy efficient in its operation. This audit would tie into larger agency initiatives such as the Climate Friendly Parks Program and the Green Parks Plan. |
| Kosciuszko House | Historic resource study | L | A historic resource study would provide scholarly research and documentation into the memorials connections to Polish history as well as the Polish American community. Such a study would generate valuable baseline information that would strengthen interpretive and educational programming at the park. |
| Kosciuszko House | Climate change vulnerability assessment | L | A climate change vulnerability assessments focusing on facilities, historic structures, and cultural landscape components would identify issues related to climate change and inform future planning and maintenance activities based on potential climate futures. |

# Part 3: Contributors

## Independence National Historical Park

BJ Dunn, Deputy Superintendent

Doris Fanelli, Chief of Cultural Resources

Dawn Harrington, Safety Officer

Patricia Jones, Chief of Interpretation and Visitor Services

Cynthia MacLeod, Superintendent

Cinda Waldbuesser, Acting Partnerships Coordinator

## NPS Northeast Region

Allen Cooper, Senior Planner

Shaun Eyring, Chief of Cultural Resources

James Farrell, GIS Coordinator and Planner

Bonnie Halda, Chief of Preservation Assistance

## Other NPS Staff

Melody Bentfield, Contract Librarian (former), Denver Service Center – Planning Division

Ken Bingenheimer, Contract Editor (former), Denver Service Center – Planning Division

Justin Henderson, Project Manager, Denver Service Center – Planning Division

Danielle Hernandez, Contract Visual Information Specialist, Denver Service Center – Planning Division

Pam Holtman, Quality Assurance Coordinator, WASO Park Planning and Special Studies

John Paul Jones, Visual Information Specialist, Denver Service Center – Planning Division

Nancy Shock, Foundation Coordinator, Denver Service Center – Planning Division

Brenda Todd, Project Manager (former), Denver Service Center – Planning Division

# Appendixes

## Appendix A: Enabling Legislation for Independence National Historical Park and its Associated Units

### Independence National Historical Park

62 STAT.]    80TH CONG., 2D SESS.—CH. 687—JUNE 28, 1948

[CHAPTER 687]

AN ACT

To provide for the establishment of the Independence National Historical Park, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That, for the purpose of preserving for the benefit of the American people as a national historical park certain historical structures and properties of outstanding national significance located in Philadelphia, Pennsylvania, and associated with the American Revolution and the founding and growth of the United States, the Secretary of the Interior, following the consummation of agreements with the city of Philadelphia and the Carpenters' Company of Philadelphia as prescribed in section 2 of this Act, is authorized to acquire by donation or with donated funds, or to acquire by purchase, any property, real or personal, within the following-described areas, such park to be fully established as the "Independence National Historical Park" when, in the opinion of the Secretary, title to sufficient of the lands and interests in lands within such areas, shall be vested in the United States: *Provided,* That the park shall not be established until title to the First United States Bank property, the Merchants' Exchange property, the Bishop White house, the Dilworth-Todd-Moylan house, and the site of the Benjamin Franklin house, together with two-thirds of the remaining lands and interests in lands within the following-described areas, shall have been vested in the United States:

(a) An area of three city blocks bounded generally by Walnut Street, Fifth Street, Chestnut Street, and Second Street, but excluding the new United States customhouse at the southeast corner of Second and Chestnut Streets, identified as "project A", as described in the report of the Philadelphia National Shrines Park Commission, dated December 29, 1947.

(b) A memorial thoroughfare, or mall, extending generally from the south side of Walnut Street to the north side of Manning Street, identified as part of "project B" in the report of the Commission.

(c) The site of the residence of Benjamin Franklin, and related grounds, comprising approximately a one-hundred-foot-wide strip, extending southward from Market Street approximately three hundred feet between Third and Fourth Streets, and encompassing a portion of Orianna Street, identified as "project C" in the report of the Commission.

(d) Certain land and buildings immediately adjacent to Christ Church, situated on the west side of Second Street, and north of Market Street, identified as "project E" in the report of the Commission: *Provided,* That the Secretary of the Interior first enter into an agreement with the proprietor or proprietors of said property (Christ Church), said agreement to contain the usual and customary provisions for the protection of the property, assuring its physical maintenance as a national shrine, without any limitation or control over its use for customary church purposes.

Sec. 2. In furtherance of the general purposes of this Act as prescribed in section 1 hereof, the Secretary of the Interior is authorized to enter into cooperative agreements with the city of Philadelphia to assist in the preservation and interpretation of the property known as the Independence Hall National Historic Site and with the Carpenters' Company of Philadelphia to assist in the preservation and interpretation of Carpenters' Hall, in connection with the Independence National Historical Park. Such agreements shall contain, but shall not be limited to, provisions that the Secretary of the Interior,

through the National Park Service, shall have right of access at all reasonable times to all public portions of the property now within Independence Hall National Historic Site and to Carpenters' Hall for the purpose of conducting visitors through such buildings and grounds and interpreting them to the public, that no changes or alterations shall be made in the property within the Independence Hall National Historic Site, including its buildings and grounds, or in Carpenters' Hall, except by mutual agreement between the Secretary of the Interior and the other parties to the contracts.

Sec. 3. The Secretary of the Interior, in his discretion, is authorized to construct upon a portion of the land described in section 1 of this Act, or upon other land that may be donated for such purpose, which property he is hereby authorized to accept, such offices and administration buildings as he may deem advisable, together with a suitable auditorium for the interpretation of the historical features of the national historical park. The Secretary of the Interior is also authorized to accept donations of property of national historical significance located in the city of Philadelphia which the Secretary may deem proper for administration as part of the Independence National Historical Park. Any property donated for the purposes of this section shall become a part of the park, following its establishment, upon acceptance by the United States of title to such donated property.

Sec. 4. The Secretary of the Interior is authorized, in his discretion, to establish a suitable advisory commission of not to exceed eleven members. The members of the advisory commission shall be appointed by the Secretary of the Interior, with three members to be recommended by the Governor of Pennsylvania, three by the mayor of Philadelphia, and one each by the Carpenters' Company of Philadelphia and the Independence Hall Association.

The functions of the advisory commission shall be to render advice to the Secretary of the Interior, from time to time, upon matters which the Secretary of the Interior may refer to them for consideration.

Sec. 5. The administration, protection, and development of the park shall be exercised under the direction of the Secretary of the Interior by the National Park Service, subject to the provisions of the Act of August 25, 1916 (39 Stat. 535; 16 U. S. C. 1–4), as amended and supplemented, and the Historic Sites Act of August 21, 1935 (49 Stat. 666; 16 U. S. C. 461–467).

Sec. 6. For the purpose of acquiring the property described in section 1 of this Act, there is hereby authorized to be appropriated not to exceed the sum of $4,435,000. Funds appropriated pursuant to this Act shall be available for any expenses incidental to acquisition of property as prescribed by this Act, including the employment of the necessary services in the District of Columbia, and including to the extent deemed necessary by the Secretary of the Interior, the employment without regard to the civil-service laws or the Classification Act of 1923, as amended, of such experts and other officers and employees as are necessary to carry out the provisions of this Act efficiently and in the public interest.

Approved June 28, 1948.

**Edgar Allan Poe National Historic Site**

## PUBLIC LAW 95–625—NOV. 10, 1978

tenance of environmental values within the Pinelands National Reserve or the Federal Project Review Area.

(k) There is authorized to be appropriated not to exceed $26 million to carry out the provisions of this section. Not to exceed $3 million shall be available for planning: *Provided*, That any funds not used for planning shall be available for land acquisition; *Provided further*, That $23,000,000 shall be made available for land acquisition, as authorized by this section. Such appropriations may be made from the general fund of the Treasury or from revenues due and payable to the United States under the Outer Continental Shelf Lands Act, as amended, which would otherwise be credited to miscellaneous receipts.

### EDGAR ALLAN POE NATIONAL HISTORIC SITE

SEC. 503. (a) In recognition of the literary importance attained by Edgar Allan Poe, there is hereby authorized to be established the Edgar Allan Poe National Historic Site.

(b) The Secretary is authorized to acquire by donation, purchase or exchange the lands and buildings within the area described in subsection (c). The lands and buildings acquired by the Secretary under this section shall comprise the Edgar Allan Poe National Historic Site and shall be administered by the Secretary through the National Park Service. The Secretary shall administer, maintain, protect, and develop the site subject to the provisions of law generally applicable to national historic sites.

(c) The lands and buildings specified in subsection (b) comprise that area of Philadelphia, Pennsylvania, known as the Poe House complex and includes the house at the rear of 530 North Seventh Street, the adjoining three-story brick residence on the front of the land backing up to and including the building at 532 North Seventh Street, and the North Garden of approximately seven thousand and eighty square feet and the South Garden of approximately nine thousand three hundred and fifty square feet.

(d) As soon as the Secretary finds that a substantial portion of the acquisition authorized under subsection (b) has been completed, he shall establish the Edgar Allan Poe National Historic Site by publication of notice thereof in the Federal Register.

(e) There are hereby authorized to be appropriated such sums as are necessary to carry out the provisions of this section.

## Gloria Dei Church National Historic Site

**FEDERAL REGISTER,** *Saturday, December 5, 1942*                    10157

### TITLE 36—PARKS AND FORESTS

#### Chapter I—National Park Service

PART 1.13—NATIONAL HISTORIC SITES

GLORIA DEI (OLD SWEDES') CHURCH

ORDER DESIGNATING THE CHURCH A NATIONAL HISTORIC SITE

Whereas the Congress of the United States has declared it to be a national policy to preserve for the public use historic sites, buildings, and objects of national significance for the inspiration and benefit of the people of the United States; and

Whereas the Gloria Dei (Old Swedes') Church, situated in the City of Philadelphia, Commonwealth of Pennsylvania, is recognized as possessing national significance as a splendid example of the cultural and religious aspects of Swedish colonization in North America; and

Whereas a cooperative agreement has been made between The Corporation of Gloria Dei (Old Swedes') Church and the United States of America, providing for the designation, preservation, and use of the Gloria Dei (Old Swedes') Church as a national historic site:

Now, therefore, I, Abe Fortas, Under Secretary of the Interior, by virtue of and pursuant to the authority contained in the Act of August 21, 1935 (49 Stat. 666), do hereby designate the following described lands, together with all historic structures thereon and all appurtenances connected therewith, to be a national historic site having the name "Gloria Dei (Old Swedes') Church National Historic Site":

All those lots, pieces, or parcels of land which are now owned or may hereafter be acquired by The Corporation of Gloria Dei (Old Swedes') Church lying within the block bounded by Washington Avenue, Swanson Street, Christian Street, and Water Street, in the City of Philadelphia, Commonwealth of Pennsylvania.

The administration, protection, and development of this national historic site shall be exercised in accordance with the provisions of the above-mentioned cooperative agreement and the Act of August 21, 1935, *supra*.

Warning is expressly given to all unauthorized persons not to appropriate, injure, destroy, deface, or remove any feature of this historic site.

In witness whereof, I have hereunto set my hand and caused the official seal of the Department of the Interior to be affixed, at the City of Washington, this 17th day of November 1942.

[SEAL]                    ABE FORTAS,
          *Under Secretary of the Interior.*

[F. R. Doc. 42-12531; Filed, December 4, 1942; 12:07 p. m.]

## Thaddeus Kosciuszko National Memorial

Public Law 92-524

AN ACT

To provide for the establishment of the Thaddeus Kosciuszko Home National Historic Site in the State of Pennsylvania, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That, in order to provide for the development of a suitable memorial to General Thaddeus Kosciuszko, great Polish patriot and hero of the American Revolution, the Secretary of the Interior is authorized to acquire by donation or purchase with donated funds the property at the northwest corner of Third and Pine Streets specifically designated as 301 Pine Street and/or 342 South Third Street, Philadelphia, Pennsylvania, including improvements thereon, together with such adjacent land and interests therein as the Secretary may deem necessary for the establishment and administration of the property as a national memorial.

Sec. 2. The property acquired pursuant to the first section of this Act shall be known as the Thaddeus Kosciuszko National Memorial and it shall be administered by the Secretary of the Interior in accordance with the Act of August 25, 1916 (39 Stat. 535), as amended and supplemented (16 U.S.C. 1, 2–4), and the Act of August 21, 1935 (49 Stat. 666; 16 U.S.C. 461–467).

Sec. 3. There are hereby authorized to be appropriated not more than $592,000 for the development of the national memorial.

Approved October 21, 1972.

# Appendix B: Inventory of Special Mandates for Independence National Historical Park

## Public Law 82-497, July 10, 1952

66 STAT.]          PUBLIC LAW 498—JULY 10, 1952

Public Law 497                                    CHAPTER 653

AN ACT

To amend the Act of June 28, 1948 (62 Stat. 1061), relating to the establishment of the Independence National Historical Park.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That subsection (b) of section 1 of the Act of June 28, 1948 (62 Stat. 1061), is hereby amended by the addition to that subsection of the following sentence: "The properties identified generally as 269, 271, 273, and 275 South Fifth Street in 'project B' in the report of the Commission."

SEC. 2. Section 3 of the Act of June 28, 1948, is hereby amended by the addition thereto of the following sentence:

"The Secretary of the Interior is authorized to permit the American Philosophical Society, a nonprofit corporation, without cost to the United States, to construct, operate, and maintain in the park a building to be located on approximately the original site of historic Library Hall to house the library of the American Philosophical Society and any additions to said library, such permission to be granted the society pursuant to a lease, contract, or authorization without charge, on such terms and conditions as may be approved by the Secretary and accepted by the society, and for such length of time as the society shall continue to use the said building for the housing, display, and use of a library and scientific and historical collections:

*Provided,* That the plans for the construction of the building and any additions thereto shall be approved by the Secretary of the Interior."

SEC. 3. The first sentence of section 6 of the Act of June 28, 1948, is hereby amended to read as follows: "For the purpose of acquiring the property described in section 1 of this Act, there is hereby authorized to be appropriated not to exceed the sum of $7,700,000."

Approved July 10, 1952.

45

**Public Law 92-551, October 25, 1972**

JOINT RESOLUTION

To designate Benjamin Franklin Memorial Hall at the Franklin Institute, Philadelphia, Pennsylvania, as the Benjamin Franklin National Memorial.

Whereas the American people feel a deep debt of gratitude to Benjamin Franklin for his outstanding services to this Nation as a statesman and for his achievements as a scientist and inventor;

Whereas the Franklin Institute, of Philadelphia, Pennsylvania, has played a leading role in promoting the development of science and technology in the United States;

Whereas the said Franklin Institute named the Benjamin Franklin Memorial Hall in honor of Benjamin Franklin over thirty years ago;

Whereas the year 1974 is the one hundred and fiftieth anniversary of the founding of the said Franklin Institute;

Whereas the city of Philadelphia, Pennsylvania, is a most appropriate location for a national memorial to Benjamin Franklin since Philadelphia was his home for many years;

Whereas Benjamin Franklin Memorial Hall is a fitting memorial to this great American: Now, therefore, be it

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That Benjamin Franklin Memorial Hall located in the Franklin Institute of Philadelphia, Pennsylvania, is hereby designated as Benjamin Franklin National Memorial.

SEC. 2. The designation made by the first section of this resolution shall become effective upon conclusion of a cooperative agreement satisfactory to the governing body of the Franklin Institute and the Secretary of the Interior.

Approved October 25, 1972.

**Public Law 100-433, September 16, 1988**

# An Act

To provide for continuing interpretation of the Constitution in appropriate units of the National Park System by the Secretary of the Interior, and to establish a National center for the United States Constitution within the Independence National Historical Park in Philadelphia, Pennsylvania.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

### SECTION 1. SHORT TITLE.

This Act may be cited as the "Constitution Heritage Act of 1988".

### SEC. 2. FINDINGS AND PURPOSES.

(a) FINDINGS.—Congress finds that:

(1) 1987 was the bicentennial of the signing of the United States Constitution;

(2) commemoration of the Constitution's bicentennial included various events conducted by the Federal Commission on the Bicentennial of the United States Constitution, and State and local bicentennial commissions;

(3) bicentennial activities included important educational and instructional programs to heighten public awareness of the Constitution and the democratic process;

(4) educational programs for the Constitution should continue after the bicentennial to document its profound impact on the political, economic and social development of this Nation, and in order to recognize those Americans instrumental in the history of the Constitution; and

(5) units of the National Park System preserve and interpret key historic sites that document the history of the origins, subsequent development, and effects of the United States Constitution on this Nation.

(b) PURPOSES.—It is therefore the policy of the Congress to provide each of the following:

(1) the necessary resources to develop a national resource center to undertake, on an ongoing basis, educational programs on the Constitution;

(2) exhibits of, and an archives for, programs on or related to the recent bicentennial of the United States Constitution; and

(3) interpretation of the United States Constitution at those units of the National Park System particularly relevant to its history.

### SEC. 3. ESTABLISHMENT OF THE CENTER.

(a) ESTABLISHMENT BY SECRETARY OF THE INTERIOR.—The Secretary of the Interior (hereafter in this Act referred to as the "Secretary") shall establish The National Constitution Center (hereafter in this Act referred to as the "Center") within or in close proximity to the Independence National Historical Park. The Center shall disseminate information about the United States Constitution on a non-

47

partisan basis in order to increase the awareness and understanding of the Constitution among the American people.

(b) FUNCTIONS OF THE CENTER.—The functions of the Center shall include—

    (1) serving as a center of exhibits and related materials on the history and contemporary significance of the Constitution;

    (2) directing a national program of public education on the Constitution; issuing traveling exhibits, commissioning radio and television programs, furnishing materials for the schools, and providing other education services;

    (3) functioning as an intellectual center, drawing both academics and practitioners to debate and refine constitutional issues and, at the same time, providing intellectual support for the Center's exhibits and public education program; and

    (4) creating archives for programs on the bicentennial of the United States Constitution.

SEC. 4. ACQUISITION OF SITE FOR AND OPERATION OF THE CENTER.

(a) PROVIDING A SITE.—The Secretary through the General Services Administration, is authorized to provide, upon adequate reimbursement, a site, including necessary structures, for the Center by—

    (1) using an existing structure or modifying an existing structure for use; or

    (2) constructing a new structure to house the Center. The Secretary may acquire such land as is necessary to provide a site for the Center.

(b) PROVISION OF FUNDS TO THE CENTER.—The Secretary is authorized to make grants to, and enter into cooperative agreements, contracts or leases with the National Constitution Center, Philadelphia, Pennsylvania, which shall operate the Center as provided in this Act in order to carry out the purposes of this Act. Funds authorized to be appropriated under this Act may be made available to the National Constitution Center only to the extent that they are matched by such entity with funds from nonfederal sources.

SEC. 5. DIRECTIVES TO SECRETARY.

(a) INDEPENDENCE NATIONAL HISTORICAL PARK AND OTHER UNITS.—The Secretary shall interpret the origins, subsequent development, and effects of the United States Constitution on this country at Independence National Historical Park and at such other units of the National Park System as are closely associated with the Constitution. The Secretary shall select not less than 12 units of the National Park System for such interpretation, including Independence National Historical Park.

(b) MEMORIAL.—The Secretary is authorized to establish and maintain at Independence National Historical Park an appropriate memorial to the United States Constitution as a key document in our Nation's history.

(c) PUBLIC MATERIALS.—In coordination with the National Constitution Center, the Secretary shall develop and make available to the public interpretive and educational materials related to sites within the National Park System as referred to in subsection (a).

(d) COOPERATIVE AGREEMENTS.—The Secretary may enter into cooperative agreements with the owners or administrators of historic sites closely associated with the Constitution, pursuant to

which the Secretary may provide technical assistance in the preservation and interpretation of such sites.

(e) RESEARCH AND EDUCATION.—The Secretary shall contract with the National Constitution Center and other qualified institutions of higher learning for research and other activities including the distribution of interpretive and educational materials as appropriate in order to carry out the provisions of this Act.

(f) Nothing in this section may be construed to alter or waive the requirement that the Secretary maintain the historic integrity of units of the National Park System, including compliance with section 106 of the Historic Preservation Act (90 Stat. 1320) as amended.

## SEC. 6. FUNDING.

There are authorized to be appropriated such sums as may be necessary to carry out the provisions of this Act.

Approved September 16, 1988.

---

LEGISLATIVE HISTORY—H.R. 1939:

HOUSE REPORTS: No. 100–107 (Comm. on Interior and Insular Affairs).
SENATE REPORTS: No. 100–450 (Comm. on Energy and Natural Resources).
CONGRESSIONAL RECORD:
    Vol. 133 (1987): May 27, considered and passed House.
    Vol. 134 (1988): Aug. 9, considered and passed Senate, amended.
           Sept. 8, House concurred in Senate amendments.

**Public Law 106-131, December 7, 1999**

# An Act

To authorize the Gateway Visitor Center at Independence National Historical Park, and for other purposes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*,

**SECTION 1. SHORT TITLE.**

This Act may be cited as the "Gateway Visitor Center Authorization Act of 1999".

**SEC. 2. FINDINGS AND PURPOSE.**

(a) FINDINGS.—The Congress finds the following:

(1) The National Park Service completed and approved in 1997 a general management plan for Independence National Historical Park that establishes goals and priorities for the park's future.

(2) The general management plan for Independence National Historical Park calls for the revitalization of Independence Mall and recommends as a critical component of the Independence Mall's revitalization the development of a new "Gateway Visitor Center".

(3) Such a visitor center would replace the existing park visitor center and would serve as an orientation center for visitors to the park and to city and regional attractions.

(4) Subsequent to the completion of the general management plan, the National Park Service undertook and completed a design project and master plan for Independence Mall which includes the Gateway Visitor Center.

(5) Plans for the Gateway Visitor Center call for it to be developed and managed, in cooperation with the Secretary of the Interior, by a nonprofit organization which represents the various public and civic interests of the greater Philadelphia metropolitan area.

(6) The Gateway Visitor Center Corporation, a nonprofit organization, has been established to raise funds for and cooperate in a program to design, develop, construct, and operate the proposed Gateway Visitor Center.

(b) PURPOSE.—The purpose of this Act is to authorize the Secretary of the Interior to enter into a cooperative agreement with the Gateway Visitor Center Corporation to construct and operate a regional visitor center on Independence Mall.

**SEC. 3. GATEWAY VISITOR CENTER AUTHORIZATION.**

(a) AGREEMENT.—The Secretary of the Interior, in administering the Independence National Historical Park, may enter into

an agreement under appropriate terms and conditions with the Gateway Visitor Center Corporation (a nonprofit corporation established under the laws of the Commonwealth of Pennsylvania) to facilitate the construction and operation of a regional Gateway Visitor Center on Independence Mall.

(b) OPERATIONS OF CENTER.—The Agreement shall authorize the Corporation to operate the Center in cooperation with the Secretary and to provide at the Center information, interpretation, facilities, and services to visitors to Independence National Historical Park, its surrounding historic sites, the City of Philadelphia, and the region, in order to assist in their enjoyment of the historic, cultural, educational, and recreational resources of the greater Philadelphia area.

(c) MANAGEMENT-RELATED ACTIVITIES.—The Agreement shall authorize the Secretary to undertake at the Center activities related to the management of Independence National Historical Park, including, but not limited to, provision of appropriate visitor information and interpretive facilities and programs related to Independence National Historical Park.

(d) ACTIVITIES OF CORPORATION.—The Agreement shall authorize the Corporation, acting as a private nonprofit organization, to engage in activities appropriate for operation of a regional visitor center that may include, but are not limited to, charging fees, conducting events, and selling merchandise, tickets, and food to visitors to the Center.

(e) USE OF REVENUES.—Revenues from activities engaged in by the Corporation shall be used for the operation and administration of the Center.

(f) PROTECTION OF PARK.—Nothing in this section authorizes the Secretary or the Corporation to take any actions in derogation of the preservation and protection of the values and resources of Independence National Historical Park.

(g) DEFINITIONS.—In this section:

(1) AGREEMENT.—The term "Agreement" means an agreement under this section between the Secretary and the Corporation.

(2) CENTER.—The term "Center" means a Gateway Visitor Center constructed and operated in accordance with the Agreement.

(3) CORPORATION.—The term "Corporation" means the Gateway Visitor Center Corporation (a nonprofit corporation established under the laws of the Commonwealth of Pennsylvania).

(4) SECRETARY.—The term "Secretary" means the Secretary of the Interior.

Approved December 7, 1999.

## Appendix C: Inventory of Administrative Commitments for Independence National Historical Park and its Associated Units

| Name | Agreement Type | Start Date | End Date | Stakeholders | Purpose |
|------|---------------|-----------|----------|--------------|---------|
| **Independence National Historical Park** | | | | | |
| Agreement with Historic Philadelphia Incorporated | CA P12AC3 | April 19, 2012 | May 1, 2017 | Historic Philadelphia Incorporated | Provide story-telling and interpretive services to Independence National Historical Park. |
| Carpenters' Company of the City and County of Philadelphia | CA SECY-50-01 | May 1950 | Indefinite term | Carpenters' Company of the City and County of Philadelphia, National Park Service | Carpenters' Hall has been continuously owned and operated by The Carpenters' Company of the City and County of Philadelphia, the oldest trade guild in America, since 1770. The park works cooperatively with this group on the management and stewardship of this iconic building. |
| Leased space at Market Street Houses at Franklin Court | Lease agreement | - | - | U.S. Post Office | The U.S. Post Office leases space in the Market Street Row House. This post office supports interpretive programming related to Benjamin Franklin and his role as the first U.S. Postmaster. |
| Liberty Hall | CA 4450030002 Lease | Oct. 4, 1955 | Indefinite unless the American Philosophical Society vacates the building | The American Philosophical Society | Liberty Hall was built and is currently owned by the American Philosophical Society, which works collaboratively with the National Park Service in its stewardship and preservation. |
| Buffer park at Saint Joseph's Church | CA-SECY-60-02 | December 1960 | Indefinite | Saint Joseph's Church, National Park Service | The park maintains a buffer park next to the church property in order to provide a fitting setting for this historically significant property. The National Park Service also provides protection, technical assistance, and interpretation of the church. |
| Buffer park and burial ground agreement | - | - | - | Christ Church | The park maintains a buffer park (accessible by the public) as well as support for the burial ground in order to provide a fitting setting for this historically significant property. |

Independence National Historical Park • Associated National Historic Sites and Memorials

| Name | Agreement Type | Start Date | End Date | Stakeholders | Purpose |
|------|----------------|------------|----------|--------------|---------|
| **Independence National Historical Park (continued)** | | | | | |
| Museum of the American Revolution | Programmatic agreement | 2010 | Deed restrictions ride with the deed | Museum of the American Revolution, Advisory Council on Historic Preservation, Pennsylvania Historic Preservation Office, American Indian tribes, National Park Service | Written into the deed for the land exchanged with the Museum of the American Revolution are certain restrictions related to the building footprint and associated signage and activities allowed on the outside of this building. These restrictions ensure the integrity of the streetscape surround the park. |
| Agreement with City of Philadelphia Police Department | Memorandum of understanding | - | - | City of Philadelphia Police Department | This memorandum of understanding outlines the working relationship between park law enforcement and the City of Philadelphia Police Department to ensure timely response in emergencies. |
| Operation of the City Tavern building | Concessions contract | 1994 | - | City Tavern Restaurant / Walter Staib | In 1994, Walter Staib was awarded the concessions contract for the City Tavern building that features a colonial era-themed menu. |
| Parking garage agreement | Long-term agreement | March 1, 2009 | Feb. 27, 2039 | Philadelphia Parking Authority | Two long-term lease agreements are associated with two parking garages in the park. These parking garages will turn over to the National Park Service when their leases expire. |
| Independence National Historical Park maintenance facility storage space | Lease through General Services Administration | - | May 31, 2017 | Mascher Street LLP through General Services Administration | Currently the park leases space for the storage of maintenance equipment and supplies by the Asset Preservation and Maintenance Division on Oxford Street. |
| Union contract | Contract | 2015 | 3 years with automatic renewal | American Federation of Government Employees, park employees | The park has a written contract with the employee union. |

Foundation Document

| Name | Agreement Type | Start Date | End Date | Stakeholders | Purpose |
|------|----------------|------------|----------|--------------|---------|
| Independence National Historical Park (continued) | | | | | |
| Park museum accreditation status | Accreditation | 2008 | 2023 | American Alliance for Museums | The park is accredited by the American Alliance of Museums, the highest recognition and honor for meeting industry standards for collections stewardship. |
| Joint Terrorism Task Force | Interagency agreement | - | Indefinite | Federal Bureau of Investigation | The park has full-time representation on the Federal Bureau of Investigation's Philadelphia Joint Terrorism Task Force, fostering interagency partnerships to work toward the common goal of protecting American icons from foreign and domestic terrorism. |
| Bell of Pennsylvania | CX4450-6-0008 | May 12, 1989 | Indefinite | Bell of Pennsylvania (now Verizon) | Allowed to maintain conduit and telephone cables between First Bank of the United States and Carpenters' Hall. |
| Benjamin Franklin National Memorial | Memorandum of agreement | Nov. 6, 1973 | Indefinite | Department of the Interior and Franklin Institute | Cooperatively maintain and interpret colossal statue of Benjamin Franklin inside the Franklin Institute Science Museum. |
| Bond House | Lease | March 6, 1987 | March 5, 2037 | Bond House Association, National Park Service | Allows for the operation of a bed and breakfast at this location. |
| Charles Kurz & Co. | Letter of agreement | April 1975 | Indefinite | Today owned by Chemical Heritage Museum | National Park Service agrees to assume all costs and liability concerning floodlight on elevator penthouse wall at north end of Kurz property (Franklin Court). |
| Friends of Independence National Historical Park | Friends group agreement 2013002 | May 2, 2013 | Indefinite with termination provisions | Friends of Independence National Historical Park and Independence National Historical Park | Agreement outlines the terms of the friends group operation. |
| Independence Visitor Center Corporation | CA P12AC30033 | Dec. 23, 2011 | Sep. 30, 2016 | Independence Visitor Center Corporation | The purpose of CA P12AC30033 is to define the relationship between the National Park Service and the visitor center. It describes each party's obligations. |

Independence National Historical Park  •  Associated National Historic Sites and Memorials

| Name | Agreement Type | Start Date | End Date | Stakeholders | Purpose |
|---|---|---|---|---|---|
| **Independence National Historical Park (continued)** | | | | | |
| Independence Visitor Center Corporation | Construction agreement | May 8, 2000 | - | Independence Visitor Center Corporation | Agreement related to the building of the new visitor center. |
| Independence Visitor Center Corporation | Design agreement | Oct. 19, 1998 | - | Independence Visitor Center Corporation | Agreement related to the design of the new visitor center. |
| Independence Visitor Center Corporation | Garage great room sublease | July 1, 1997 | May 30, 2027 | Philadelphia Authority for Industrial Development; prime lease assigned to General Services Administration | Agreement that outlines the development of a structure over the parking garage and connects the visitor center to it. |
| Independence Visitor Center Corporation | Operating agreement | April 6, 2010 | April 25, 2040 | Independence Visitor Center Corporation, National Park Service | Ongoing operations of visitor center and café. |
| Living wall | Memorandum of understanding | Jan. 23, 2013 | Jan. 23, 2014 | Philadelphia Water Department and Independence National Historical Park | Cooperatively two entities will create and maintain wall of living plants on gable end of the Independence Park Institute. |
| Louis Glanzman | Agreement for original artwork | April 1987 | Indefinite | National Park Service, Louis Glanzman and his heirs | Agreement outlines the creation of a work of art, historical genre painting of the signing of the U.S. Constitution. Specifies artist's rights, copyright, crediting. |
| Mikveh Israel Cemetery | CA SECY 59.01 | Oct. 10, 1978 | Indefinite | Secretary of the Interior, Kaal Kadosh Mickveh Israel | The park works cooperatively to preserve integrity and public awareness of this historic cemetery. |
| National Constitution Center | Operating agreement | Jan. 5, 2009 | Jan. 5, 2069 | National Constitution Center, National Park Service | Operating conditions for the National Constitution Center and its building. |
| Penn Mutual | CA 4450-63-01 | July 30, 1963 | Indefinite | Penn Mutual Insurance Co., Independence National Historical Park | Allows National Park Service to place radio equipment on Penn Mutual's roof. |

Foundation Document

| Name | Agreement Type | Start Date | End Date | Stakeholders | Purpose |
|------|----------------|------------|----------|--------------|---------|
| **Independence National Historical Park (continued)** | | | | | |
| Society Hill Civic Association | - | April 17, 2013 | - | Society Hill Civic Association, Independence National Historical Park | Parties can accept donations and volunteer services to manage Washington Square. |
| U.S. Marine Corps | CA 4450-56-01 | April 1956 | Indefinite | U.S. Marine Corps , National Park Service | Shared planning, development of museum to memorialize history and traditions of U.S. Marine Corps in New Hall. |
| Washington Square | MU-SECY-1-9001 | 1991 | Indefinite | Department of the Interior, City of Philadelphia through Fairmount Park Commission | Donated to Independence National Historical Park by easement upon completion of agreed improvements. |
| **Edgar Allan Poe National Historic Site** | | | | | |
| See Independence National Historical Park commitments listed above | - | - | - | - | Due to overlapping management responsibilities, many of the agreements associated with Independence National Historical Park apply to the operation of Edgar Allan Poe National Historic Site. |
| **Gloria Dei Church National Historic Site** | | | | | |
| See Independence National Historical Park commitments listed above | - | - | - | - | Due to overlapping management responsibilities, many of the agreements associated with Independence National Historical Park apply to the operation of Gloria Dei Church National Historic Site. |
| Gloria Dei Church National Historic Site access and management agreement | CA SECY-42-01 | May 1, 1942 | Indefinite | Gloria Dei Church congregation | The park maintains a cooperative agreement for the management and stewardship of lands next to Gloria Dei Church. This also addresses parking and access to the site. |
| **Thaddeus Kosciuszko National Memorial** | | | | | |
| See Independence National Historical Park commitments listed above | - | - | - | - | Due to overlapping management responsibilities, many of the agreements associated with Independence National Historical Park apply to the operation of Thaddeus Kosciuszko National Memorial. |

# Appendix D: Analysis of Fundamental and Other Important Resources and Values

## Independence National Historical Park

| Fundamental Resource or Value | Structures Associated with the Founding and Growth of the Nation |
|---|---|
| **Related Significance Statements** | All significance statements. |
| **Current Conditions and Trends** | **Conditions**<br>• The park is responsible for numerous historic buildings, many of which are more than 200 years old. Five are listed as national historic landmarks.<br>• Independence Hall is formally designated a World Heritage Site.<br>• The majority of these historic buildings are located in downtown Philadelphia on busy city streets.<br>• The park also maintains the Deshler-Morris House located in the Germantown neighborhood, roughly 10 miles from the main park unit.<br>• Most of the building systems are at the end or past their operational life cycle. Deferred maintenance and component renewal costs are high. Some systems are so dated that replacement parts cannot be acquired, and a full system replacement may be required.<br>• Some buildings do not meet current building codes, especially the Architectural Barriers Act Accessibility Standard.<br>• Architects, engineers, archeologists, and historians in the 1950s and 1960s working on Independence Hall and other park structures developed a modern methodology and rigorous standards for restoration and reconstruction that are still a model for the National Park Service and private sector professionals.<br>• In January 2015 the Second Bank of the United States experienced fire and soot damage, but has undergone restoration and conservation treatment and is again open to the public.<br><br>**Trends**<br>• Historic structures require ongoing cyclical maintenance, and given the high volume of structures, keeping up with maintenance requirements is an increasing challenge.<br>• Increasing visitation and usage of the buildings at the park creates an additional stress on the structures. Independence Hall and Congress Hall are the most heavily visited, impacting the historic fabric of these structures.<br>• There is increasing adaptive reuse of historic structures for purposes that may not be the most appropriate use for these buildings.<br>• There is increasing public interest in the First Bank of the United States building, and the story of America's early financial systems.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| **Threats and Opportunities** | **Threats**<br>• Gutter drainage issues on historic structures are resulting in water damage, and water infiltration is damaging historic plaster in some buildings.<br>• Severe weather events and other climate change-related factors are accelerating weather threats to historic structures at the park.<br>• Inappropriate use of steps, handrails, etc. by skateboarders damages structural elements of some buildings.<br>• Vandalism, including graffiti and theft of downspouts, door knockers, etc., results in the loss of historic fabric and damage to historic buildings. |

| Fundamental Resource or Value | Structures Associated with the Founding and Growth of the Nation |
|---|---|
| **Threats and Opportunities** | **Threats (continued)**<br>• Due to its remote location, there is a lack of National Park Service presence at the Deshler-Morris House, which results in limited site monitoring. Due to a poorly maintained sprinkler system at the site, the building was flooded. This may have been caught sooner if there was more of a presence at this location.<br>• The electrical systems of many park buildings require upgrading to meet current demand.<br>• Facilitating large public events and meeting security requirements for these events, like setting up barriers, takes up maintenance staff time and reduces their ability to work on the cyclical maintenance needs of the historic structures.<br>• Appropriate lighting in many historic structures is insufficient, particularly at Independence Hall and other buildings on Independence Square. Current lighting is primarily for security purposes and is not sensitive to the historic context of these buildings.<br>• Park museum collections are threatened by poorly operating or outmoded HVAC systems in many park buildings.<br>• Security systems and visitor security screening in historic buildings take up space that was formerly used for exhibits. The additional security process adds stress to the buildings because they funnel large numbers of visitors through these structures in large groups.<br>• Some security and fire suppression systems are outdated and need to be either updated or replaced with new technology. Given the number of different buildings that require their own systems, this is a concern for park staff.<br><br>**Opportunities**<br>• There are opportunities to work with technical schools and other groups to support and foster historic preservations skills and traditional building crafts (masonry, carpentry, etc.) to maintain historic buildings.<br>• The park needs to explore strategies for the most efficient ways to update fire suppression and security systems as well as address accessibility issues.<br>• Reaching out to and developing relationships with local disability advocacy groups could inform accessibility improvement strategies and goals.<br>• To support the green parks initiative the park could explore energy efficiencies that are compatible with many of its historic structures.<br>• The park should implement the site plan for the First Bank of the United States and make it accessible to the public. The park should cultivate donors and potential stakeholders who may be willing to support this effort. A funding strategy also needs to be identified to facilitate the implementation of this site plan.<br>• The drainage of storm water at the Bringhurst House needs to be addressed.<br>• The park could explore leasing the apartment at the Deshler-Morris House at a realistic rate to create a presence at the site.<br>• Enhancing the lighting at Independence Hall and other buildings on the square would allow visitors and staff to have a safe walking environment, as well as experience the exhibits with appropriate light levels that are sensitive to the historic context and fabric of the buildings. |

| Fundamental Resource or Value | Structures Associated with the Founding and Growth of the Nation |
|---|---|
| **Data and/or GIS Needs** | <ul><li>Complete condition assessments for individual buildings and systems.</li><li>Complete documentation of all park assets in FMSS database.</li><li>Visitor use study.</li><li>Research on appropriate interior and exterior lighting for historic structures.</li><li>Energy audit of all buildings.</li><li>Functional space/use analysis.</li><li>Administrative history – volume 2.</li><li>Climate change vulnerability assessment.</li></ul> |
| **Planning Needs** | <ul><li>Update historic structures reports for individual buildings.</li><li>Building management plan (for individual buildings).</li><li>Visitor use management plan.</li><li>Comprehensive accessibility plan.</li><li>All-season landscape maintenance plan.</li><li>Update the long-range interpretive plan.</li></ul> |
| **Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance** | **Laws, Executive Orders, and Regulations That Apply to the FRV**<ul><li>Americans with Disabilities Act of 1990 (42 USC 12101 et seq.)</li><li>Architectural Barriers Act of 1968 (42 USC §4151 et seq.)</li><li>"Americans with Disabilities Act (ADA) Accessibility Guidelines for Buildings and Facilities; Architectural Barriers Act (ABA) Accessibility Guidelines" (36 CFR 1191)</li><li>Rehabilitation Act of 1973 (29 USC §701 et seq.)</li><li>Historic Sites Act of 1935 (54 USC §320101 et seq.)</li><li>National Historic Preservation Act of 1966, as amended (54 USC §300101 et seq.)</li><li>"Protection of Historic Properties" (36 CFR 800)</li><li>Executive Order 11593, "Protection and Enhancement of the Cultural Environment"</li><li>Secretarial Order 3289, "Addressing the Impacts of Climate Change on America's Water, Land, and Other Natural and Cultural Resources"</li></ul>**NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<ul><li>NPS *Management Policies 2006* (§4.10) "Lightscape Management"</li><li>NPS *Management Policies 2006* (chapter 9) "Park Facilities"</li><li>Director's Order 42: *Accessibility for Visitors with Disabilities in National Park Service Programs and Services*</li><li>NPS *Management Policies 2006* (chapter 5) "Cultural Resource Management"</li><li>Director's Order 28: *Cultural Resource Management*</li><li>*The Secretary of the Interior's Standards and Guidelines for Archeology and Historic Preservation*</li><li>Director's Policy Memorandum 12-02, "Applying NPS Management Policies in the Context of Climate Change"</li><li>Director's Policy Memorandum 14-02, "Climate Change and Stewardship of Cultural Resources"</li><li>Director's Policy Memorandum 15-01, "Addressing Climate Change and Natural Hazards for Facilities"</li></ul> |

| Fundamental Resource or Value | Cultural Landscapes |
|---|---|
| **Related Significance Statements** | All significance statements. |
| **Current Conditions and Trends** | **Conditions**<br>• In keeping with the intentions of its enabling legislation, the park maintains significant designed historic landscapes that provide a serene setting for historic structures and visitors as well as for interpretation of the past.<br>• While the park has a cultural landscape inventory to level II for all designed landscapes (with the exception of Independence Mall), only Washington Square and Independence Square have been fully documented with cultural landscape reports that specify their treatment.<br>• The other designed landscapes throughout the park include Area A, Independence Mall, the Magnolia Garden, the Rose Garden, the Eighteenth Century Garden, the Benjamin Rush Garden, Franklin Court, the Deshler Morris yard, the rear yard behind the Todd, Griffiths and Marshall Houses, Welcome Park, the buffer parks next to St. Joseph's, St. George's, and Christ Churches and Mikveh Israel Cemetery. These areas deserve individual evaluation and some, even nomination to the National Register of Historic Places.<br>• These cultural landscapes are an important part of the urban fabric of downtown Philadelphia and are an important part of the city.<br>• Maintaining the gardens, trees, pathways, sidewalks, and other landscape features requires a significant investment in staff time and resources.<br><br>**Trends**<br>• As the urban context around the park is changing from commercial to more residential, the use of the landscapes at the park is also changing. These landscapes are seeing more around-the-clock use and less of the traditional day (lunchtime) use of the past.<br>• There has been an observed increase in the use of these landscapes for dog walking and recreational activities.<br>• The park is seeing increasing organized support from the neighborhoods in the stewardship of these landscapes.<br>• Independence Square and Independence Mall continue to see high levels of visitation, and requests for special events on the Mall continue to increase.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| **Threats and Opportunities** | **Threats**<br>• Cultural landscapes are threatened by unchecked small incremental change that may affect their overall historic context and integrity.<br>• Inappropriate activities such as skateboarding in these spaces can damage the cultural landscapes.<br>• The location of these cultural landscapes in downtown Philadelphia presents many of the challenges facing any city. Littering and vagrancy are some of the issues that impact these landscapes.<br>• Maintaining healthy tree populations and addressing hazardous trees and tree succession are important issues.<br>• The location of security operations and needed security measures on Independence Square impacts the cultural landscape as well as the visitor experience.<br>• Graffiti and other forms of vandalism threaten cultural landscapes.<br>• The outdoor lighting—in particular the Franklin Lamp and other electrical elements—are difficult to maintain and repair. The outdoor lighting is insufficient in some locations. Balancing the needs of appropriate light levels, style of lights used, and the overall integrity of the cultural landscape is a challenge.<br>• Heavy visitation on Independence Square and Independence Mall result in impacts on the turf. Special events also have significant impacts on turf and grass at the park. |

Independence National Historical Park  •  Associated National Historic Sites and Memorials

| Fundamental Resource or Value | Cultural Landscapes |
|---|---|
| **Threats and Opportunities** | **Threats (Continued)**<br>• Some snow removal practices can damage sidewalks and other elements of the cultural landscape.<br>• Because of its location within the City of Philadelphia, some visitors may not realize they are in a national park when they spend time on these landscapes.<br>• A lack of designated parking spots results in staff and contractors parking vehicles in inappropriate locations, damaging walls, paving materials, and turf, as well as impacting the visual scene.<br>• Some of the ornamental plants used in the landscaping require manual pruning, resulting in additional labor demands.<br>• Many of the park's irrigation systems are damaged and outdated.<br>• Climate change may increase severe storms, flooding, and invasive species, and cause a northward shift in native species ranges, all of which may alter the landscape.<br><br>**Opportunities**<br>• The park could explore more health related events and initiatives such as Healthy Parks Healthy People and the "Explore" Call to Action activities on appropriate landscapes within the park.<br>• The park can continue to play an active role working with local communities, stakeholders, and the City of Philadelphia to better steer change in some locations, such as local planning around Christ Church Park.<br>• Completing the camera coverage program at Washington Square would provide more security and help monitor this landscape.<br>• The park could work with partners and stakeholders to create landscape stewards and stewardship programs for specific areas. This could build on volunteer programs to help with garden pruning and similar gardening activities.<br>• To support green parks initiatives, there are opportunities to explore leaf removal and composting programs at the park.<br>• Improving signage and wayfinding tools may raise awareness about the National Park Service identity and areas of the city that are managed by the park.<br>• Develop educational programs and seek training for horticultural staff on the care of maintained landscapes.<br>• The park should complete formal documentation of all cultural landscapes within the park, including those related to commemoration and development of the national historical park. Updating National Register of Historic Places nomination could help inform this process. |
| **Data and/or GIS Needs** | • Cultural landscape inventories for identified landscapes with the park.<br>• National register nomination for Franklin Court.<br>• Condition assessment for all maintained landscapes (including irrigation system assessment).<br>• Climate change vulnerability assessment. |
| **Planning Needs** | • Cultural landscape report for Franklin Court.<br>• Update cultural landscape report for Independence Square.<br>• All-season landscape maintenance plan.<br>• Turf management plan.<br>• Wayfinding / sign plan.<br>• Cultural landscape report for Welcome Park. |

| Fundamental Resource or Value | Cultural Landscapes |
|---|---|
| **Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance** | **Laws, Executive Orders, and Regulations That Apply to the FRV**<br>• National Historic Preservation Act of 1966, as amended (54 USC 300101 et seq.)<br>• Archeological and Historic Preservation Act of 1974<br>• Federal Noxious Weed Act of 1974, as amended<br>• "Protection of Historic Properties" (36 CFR 800)<br>• Executive Order 13112, "Invasive Species"<br>• Executive Order 11593, "Protection and Enhancement of the Cultural Environment"<br>• Secretarial Order 3289, "Addressing the Impacts of Climate Change on America's Water, Land, and Other Natural and Cultural Resources"<br><br>**NPS Policy-level Guidance (NPS _Management Policies 2006_ and Director's Orders)**<br>• NPS _Management Policies 2006_ (chapter 5) "Cultural Resource Management"<br>• NPS _Management Policies 2006_ (chapter 7) "Interpretation and Education"<br>• Director's Order 28: _Cultural Resource Management_<br>• Director's Order 6: _Interpretation and Education_<br>• Director's Order 64: _Commemorative Works and Plaques_<br>• _The Secretary of the Interior's Standards and Guidelines for Archeology and Historic Preservation_<br>• Director's Policy Memorandum 12-02, "Applying National Park Service Management Policies in the Context of Climate Change"<br>• Director's Policy Memorandum 14-02, "Climate Change and Stewardship of Cultural Resources" |






| Fundamental Resource or Value | Museum Collections |
|---|---|
| **Related Significance Statements** | All significance statements. |
| **Current Conditions and Trends** | **Conditions**<br>• The Liberty Bell is the park's most well-known museum object and is more fragile than it appears. The bell's condition is stable in the current location at the Liberty Bell Center. In an effort to better preserve the bell, visitors are no longer allowed to touch the object.<br>• Portions of the collections storage meet the standards prescribed by the American Alliance of Museums, and the park is fully accredited by that organization.<br>• As of 2015, the museum collections contained more than 4,132,000 objects, ranging from significant art collections such as the Peale Portrait Collection to materials collected during various archeological investigations.<br>• A huge collection of artifacts resulted from the archeological excavations during the mitigation efforts for the construction of the National Constitution Center.<br>• Individual exhibit plans are created for specific projects and sites as needed.<br>• The case for the Great Essentials exhibit in the west wing of Independence Hall is beginning to show signs of wear. The Friends of Independence have a successful adopt-a-museum-object program to help raise funds and support for museum collections stewardship.<br>• The majority of the museum fine art and Americana collections are stored at the Second Bank of the United States building.<br>• In January 2015 the Second Bank of the United States experienced fire and soot damage, but has undergone restoration and conservation treatment and is again open to the public.<br><br>**Trends**<br>• The Liberty Bell is constantly monitored by conservation experts. Due to conservation treatment recommendations, visitors are no longer allowed to touch the Liberty Bell.<br>• Great Essentials exhibit document cases are on a six month cycle to replace argon that is needed to preserve the historic papers on display.<br>• Research requests to access and use the museum collections are consistent throughout the year, and require staff time and supervision.<br>• The park's scope of collections statement limits the growth of the collections to objects that are needed for exhibits or relevant to the park's history.<br>• The park is currently working on accessioning and documenting a backlog of archeological materials that were collected during the construction of the National Constitution Center. As part of the mitigation effort for this site, park partners have committed an annual investment toward the completion of this project. This project is estimated to take an additional six years to complete.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |

| Fundamental Resource or Value | Museum Collections |
|---|---|
| Threats and Opportunities | **Threats**<br>• Given the iconic nature of the park and in particular the Liberty Bell, security and threats from terrorism are a concern for park staff.<br>• Aging fire suppression systems are a concern for the museum collections. The threats of potential fires are illustrated by a recent incident at the Second Bank of the United States building.<br>• Individual building environments where museum collections are displayed are problematic due to outdated HVAC systems, pipes bursting, and other building conditions that vary greatly.<br>• Historic furnishings in many of the buildings may be damaged by visitors touching or handling objects on display.<br>• Addressing the accessioning backlog of excavated archeological materials from the National Constitution Center project is a concern for park staff, as interest and support for this project may wane the longer it takes to complete this effort.<br><br>**Opportunities**<br>• The architectural details in the museum collection could be better displayed and better access to these collections would support educational programs.<br>• Expanding the use of museum collections for research and scholarship would raise awareness and support for these resources.<br>• Data loggers could be used to monitor the climate conditions in individual structures where museum collections are on display. This could provide valuable information on the effectiveness of climate control systems in these locations.<br>• The museum collections could be better used to facilitate connections between visitors and the park purpose and significance. Some potential strategies could be online catalogues of the museum collections, use of social media, and other digital tools to engage virtual visitors with the museum collections.<br>• The park can continue its work to enter paper records into the Interior Collections Management System database.<br>• The park continues to seek additional support and potential intern positions to help address the museum collections accessioning backlog for the archeological materials associated with the National Constitution Center. |
| Data and/or GIS Needs | • Complete documentation and cataloguing of the National Constitution Center archeological collection.<br>• Catalog architectural drawings. |
| Planning Needs | • Building management plan (for individual buildings). |
| Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance | **Laws, Executive Orders, and Regulations That Apply to the FRV**<br>• National Historic Preservation Act of 1966, as amended (54 USC 300101 et seq.)<br>• Archeological and Historic Preservation Act of 1974<br>• Archaeological Resources Protection Act of 1979<br>• Museum Properties Management Act of 1955, as amended<br>• "Curation of Federally-Owned and Administered Archaeological Collections" (36 CFR 79)<br>• "Protection of Historic Properties" (36 CFR 800)<br>• Executive Order 11593, "Protection and Enhancement of the Cultural Environment" |

Independence National Historical Park • Associated National Historic Sites and Memorials

| Fundamental Resource or Value | Museum Collections |
|---|---|
| **Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance** | **NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br>• NPS *Management Policies 2006* (§1.6) "Cooperative Conservation Beyond Park Boundaries"<br>• NPS *Management Policies 2006* (§2.3.1.4) "Science and Scholarship"<br>• NPS *Management Policies 2006* (§4.1) "General Management Concepts"<br>• NPS *Management Policies 2006* (§4.1.4) "Partnerships"<br>• NPS *Management Policies 2006* (§4.2) "Studies and Collections"<br>• NPS *Management Policies 2006* (§5.1) "Research"<br>• NPS *Management Policies 2006* (§8.10) "Natural and Cultural Studies, Research, and Collection Activities"<br>• Director's Order 24: *NPS Museum Collections Management*<br>• Director's Order 28: *Cultural Resource Management*<br>• NPS *Museum Handbook*, parts I, II, and III<br>• *The Secretary of the Interior's Standards for Archeological Documentation*<br>• *The Secretary of the Interior's Standards and Guidelines for Archeology and Historic Preservation*<br>• NPS-75 *Natural Resources Inventory and Monitoring Guideline*<br>• NPS *Natural Resource Management Reference Manual 77*<br>• Director's Policy Memorandum 12-02, "Applying National Park Service Management Policies in the Context of Climate Change"<br>• Director's Policy Memorandum 14-02, "Climate Change and Stewardship of Cultural Resources" |







| Fundamental Resource or Value | Archeological Resources |
|---|---|
| **Related Significance Statements** | All significance statements. |
| **Current Conditions and Trends** | **Conditions**<br>• The majority of archeological research completed at the park is related to required compliance (i.e., section 106 of the National Historic Preservation Act). The President's House and the James Dexter Site (National Constitution Center bus parking area) were more recent research digs. Both efforts were beneficial in generating public interest and civic engagement.<br>• Park staff review plans for construction projects or other potential ground disturbance to avoid archeological resources and requires monitoring for any such project in the park.<br>• The display enclosures at Franklin Court protect the archeological resources well, while making them accessible to the public.<br>• A huge collection of artifacts resulted from the archeological excavations during the mitigation efforts for the construction of the National Constitution Center.<br><br>**Trends**<br>• With new trends in archeological research and the park's preservation mission, no new excavation requests have been approved. New technologies such as ground penetrating radar are creating new research opportunities for archeologists.<br>• There continues to be growing public interest in archeological resources at the park.<br>• The park continues to maintain working relationship with various universities such as Temple and the University of Pennsylvania, which participate in research and documentation efforts.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| **Threats and Opportunities** | **Threats**<br>• Some utility and similar types of ground-disturbing work can impact archeological resources at the park.<br>• Addressing the accessioning backlog of excavated archeological materials from the National Constitution Center project is a growing concern for park staff, as interest and support for this project may wane the longer it takes to complete this effort.<br>• The glass enclosures at President's House need to be modified/leak-proofed to better protect archeological resources. The current enclosures undergo significant temperature changes that impact exposed archeological resources.<br>• Stormwater flowing through the park and drainage issues may impact archeological resources in certain areas.<br>• Climate change-related storms, flooding, and erosion threaten archeological resources.<br><br>**Opportunities**<br>• There are many opportunities to actively interpret archeology at 318 Market Street, the visitor center, President's House, and Franklin Court.<br>• Volunteers could help process current National Constitution Center collection archeological materials.<br>• The excavations at Franklin Court are recognized as great examples of public archeology and engagement and can serve as an example for other NPS units.<br>• When the park was created, many structures were demolished and these buildings were collapsed into basements and left as is, creating a rich layer in the archeological record and an opportunity for future research.<br>• Although pre-contact archeological deposits are probably heavily disturbed from the historical activities that occurred within the park, some yard areas and historic streets are undisturbed and retain a high level of integrity. |

| Fundamental Resource or Value | Archeological Resources |
|---|---|
| **Data and/or GIS Needs** | • Finalize archeological overview and assessment.<br>• Complete documentation and cataloguing of the National Constitution Center archeological collection.<br>• National register nomination for Franklin Court.<br>• Condition survey of ruins at the President's House.<br>• Ethnohistory of President's House site. |
| **Planning Needs** | • Cultural landscape report for Franklin Court.<br>• Update the long-range interpretive plan. |
| **Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance** | **Laws, Executive Orders, and Regulations That Apply to the FRV**<br>• Antiquities Act of 1906<br>• Historic Sites Act of 1935<br>• Archeological and Historic Preservation Act of 1974<br>• Archaeological Resources Protection Act of 1979<br>• National Historic Preservation Act of 1966, as amended (54 USC 300101 et seq.)<br>• Superintendent's Compendium<br>• American Battle Monuments Commission (36 CFR Chapter IV)<br>• Executive Order 11593, "Protection and Enhancement of the Cultural Environment"<br>• "Protection of Historic Properties" (36 CFR 800)<br>• "Americans with Disabilities Act (ADA) Accessibility Guidelines for Buildings and Facilities; Architectural Barriers Act (ABA) Accessibility Guidelines" (36 CFR 1191)<br>• Secretarial Order 3289, "Addressing the Impacts of Climate Change on America's Water, Land, and Other Natural and Cultural Resources"<br><br>**NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br>• NPS *Management Policies 2006* (§1.4) "Park Management"<br>• NPS *Management Policies 2006* (chapter 5) "Cultural Resource Management"<br>• Director's Order 28: *Cultural Resource Management*<br>• Director's Order 28A: *Archeology*<br>• *The Secretary of the Interior's Standards for the Treatment of Historic Properties with Guidelines for the Treatment of Cultural Landscapes* |





Foundation Document

| Fundamental Resource or Value | Civic Responsibility and the Exercise of First Amendment Rights |
|---|---|
| **Related Significance Statements** | Significance statement 13. |
| **Current Conditions and Trends** | **Conditions**<br>• An important form of civic responsibility expressed at Independence National Historical Park is the exercise of First Amendment rights.<br>• The whole park, with the exception of Independence Square, can be used for First Amendment purposes. The majority of First Amendment activities occur in the designated space near Independence Hall.<br>• Due to security concerns and visitor safety, the park can place conditions on permits for exercising First Amendment rights. A permit is required for any group greater than 25 people.<br>• There is a distinction between exercising First Amendment rights and advertising. For example, protesters cannot leave an installation or sign without staffing it.<br><br>**Trends**<br>• Overall there is a steady request for First Amendment permits and requests, but at certain times of year—such as the Fourth of July—the park sees an increase in requests.<br>• Due to the iconic nature of Independence Hall and the Liberty Bell, the park receives many photograph requests each year.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| **Threats and Opportunities** | **Threats**<br>• Accommodating the many requests for First Amendment-related events and activities require significant staff time. For example with larger events, maintenance staff may need to place barricades at the request of law enforcement.<br>• Sometimes First Amendment protesters try to engage visitors at the park to an excessive level and this leads to conflicts. Balancing the importance of First Amendment activities with visitor experiences is a challenge. There is a court injunction related to how the park manages some of the First Amendment activities.<br>• Visitor and safety of the public are a concern. Some groups are known for creating violence or unrest. Counter groups may appear to counter protest, resulting in conflicting protests. Law enforcement and park staff work hard to manage gatherings that may turn into a violent demonstration or violent counter-demonstration.<br>• Large gatherings of people may become potential terror targets, and require heightened security and law enforcement presence.<br><br>**Opportunities**<br>• Independence National Historical Park has a long history of groups expressing their First Amendment rights, and takes very seriously the protection of people's rights. There are measures put in place to guarantee the ability to exercise these rights.<br>• The iconic nature of the park for exercising First Amendment rights makes the park relevant and allows the park to interpret and engage in a dialogue about civic responsibilities.<br>• There are many interpretive opportunities related to First Amendment activities and the role of the park as a public space for expressing this right.<br>• The park can build larger support and advocacy by engaging stakeholders in the importance of the public space in American life and the health of our government. |
| **Data and/or GIS Needs** | • Administrative history – volume 2.<br>• Visitor use study.<br>• Update ethnographic overview and assessment. |

Independence National Historical Park  •  Associated National Historic Sites and Memorials

| Fundamental Resource or Value | Civic Responsibility and the Exercise of First Amendment Rights |
|---|---|
| **Planning Needs** | <ul><li>Visitor use management plan.</li><li>Update the long-range interpretive plan.</li></ul> |
| **Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance** | **Laws, Executive Orders, and Regulations That Apply to the FRV**<br><ul><li>Americans with Disabilities Act of 1990 (42 USC 12101 et seq.)</li><li>Architectural Barriers Act of 1968 (42 USC 4151 et seq.)</li><li>"Americans with Disabilities Act (ADA) Accessibility Guidelines for Buildings and Facilities; Architectural Barriers Act (ABA) Accessibility Guidelines" (36 CFR 1191)</li><li>NPS Concessions Management Improvement Act of 1998</li></ul>**NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br><ul><li>NPS *Management Policies 2006* (chapter 7) "Interpretation and Education"</li><li>NPS *Management Policies 2006* (chapter 8) "Use of the Parks"</li><li>NPS *Management Policies 2006* (chapter 9) "Park Facilities"</li><li>NPS *Management Policies 2006* (chapter 10) "Commercial Visitor Services"</li><li>Director's Order 6: *Interpretation and Education*</li><li>Director's Order 42: *Accessibility for Visitors with Disabilities in National Park Service Programs and Services*</li></ul> |



Foundation Document



| Fundamental Resource or Value | Pioneering Partnerships and Collaboration |
|---|---|
| **Related Significance Statements** | Signficance statements 13, 14, and 15. |
| **Current Conditions and Trends** | **Conditions**<br>• Independence National Historical Park was one of the first parks in the National Park Service system to have a friends group – Friends of Independence.<br>• The City of Philadelphia still owns Independence Hall and the Liberty Bell. The National Park Service works collaboratively with the city on the long-term stewardship and management of these two resources.<br>• The park has an extensive array of active partners and partnerships, who are actively engaged in the stewardship and interpretation of park resources.<br><br>**Trends**<br>• Opportunities for new partnerships and collaborative projects are increasing faster than can be accommodated by park staff.<br>• There are an increasing number of new nonprofit organizations in the City of Philadelphia.<br>• Some of the past park donors and volunteers are now supporting other causes.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| **Threats and Opportunities** | **Threats**<br>• Managing public expectations and the challenge of an increasing perception that the National Park Service has unlimited resources because it is part of the federal government is an issue the park faces.<br>• It is challenging to keep up with all the possible opportunities for partnerships and collaborative programs.<br>• There is increasing competition between many nonprofits in the area for limited resources and support.<br>• The rules and regulations that the National Park Service must follow can be frustrating for partners who can move at a faster pace. This divergence makes accommodating some activities difficult, if not impossible. For example, issues around brand advertising are both complex and problematic for the park.<br>• Some park partners are not fully aware of the NPS mission, values, laws, policies, and regulations. This can make it challenging to engage in mutually beneficial activities, partnerships, and collaborations.<br>• There is limited organizational capacity to match partner opportunities, expectations, and demands. These limitations can be frustrating for both park staff and partner groups. |

Independence National Historical Park • Associated National Historic Sites and Memorials

| Fundamental Resource or Value | Pioneering Partnerships and Collaboration |
|---|---|
| **Threats and Opportunities** | **Opportunities**<br>• There are countless opportunities to cultivate new partnerships for collaborative programs and events<br>• Partners could take advantage of the LaSalle University Nonprofit Center for fundraising assistance and other resources offered by the National Park Service. Many of these services are free of charge.<br>• There are opportunities to improve communication and increase the effectiveness of the park's friends group.<br>• The park could explore opportunities for further collaboration with key property owners or occupants within the park, including the American Philosophical Society and the Carpenters' Company.<br>• There are many opportunities for joint, collaborative educational and special events with a variety of partners.<br>• Agencywide initiatives such as the NPS Director's A Call to Action provide new opportunities for engaging diverse park partners.<br>• Introducing the park's many partners to each other could help these organizations make connections that lead to more collaboration and support between park stakeholders. |
| **Data and/or GIS Needs** | • Update ethnographic overview and assessment. |
| **Planning Needs** | • Park partner strategic plan.<br>• Strategic plan for education and youth engagement.<br>• Public relations plan. |
| **Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance** | **Laws, Executive Orders, and Regulations That Apply to the FRV**<br>• National Environmental Policy Act of 1969 (42 USC 4321)<br>• Executive Order 11593, "Protection and Enhancement of the Cultural Environment"<br>• Executive Order 12898, "Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations"<br><br>**NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br>• NPS *Management Policies 2006* (chapter 7) "Interpretation and Education"<br>• NPS *Management Policies 2006* (chapter 8) "Use of the Parks"<br>• NPS *Management Policies 2006* (chapter 9) "Park Facilities"<br>• NPS *Management Policies 2006* (chapter 10) "Commercial Visitor Services"<br>• NPS *Management Policies 2006* (§1.6) "Cooperative Conservation Beyond Park Boundaries"<br>• NPS *Management Policies 2006* (§4.1) "General Management Concepts"<br>• NPS *Management Policies 2006* (§4.1.4) "Partnerships"<br>• Director's Order 6: *Interpretation and Education*<br>• Director's Order 7: *Volunteers in Parks*<br>• Director's Order 16B: *Diversity in the National Park Service*<br>• Director's Order 21: *Donations and Fundraising*<br>• Director's Order 32: *Cooperating Associations*<br>• Director's Order 42: *Accessibility for Visitors with Disabilities in National Park Service Programs and Services*<br>• Director's Order 75A: *Civic Engagement and Public Involvement* |

| Other Important Resource or Value | Appropriate Recreation |
|---|---|
| **Current Conditions and Trends** | **Conditions**<br>• The park offers some of the only green/open space in downtown Philadelphia.<br>• The Superintendent's Compendium identifies what is considered appropriate activities, such as walking dogs on leash and picnicking, within the park.<br>• The park hosts many publicly accessible special events in the park such as Opera on the Mall.<br><br>**Trends**<br>• As the urban context around the park is changing from commercial to more residential, there is increasing use of the park for recreational activities. The park's landscapes are seeing more around-the-clock use and less of the traditional day (lunchtime) use of the past.<br>• There has been an observed increase in the use of the park for dog walking and recreational activities.<br>• The park is actively encouraging some uses like yoga programs and walking as part of larger agency initiatives such as Healthy Parks Healthy People.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| **Threats and Opportunities** | **Threats**<br>• Increased use of green spaces such as Independence Mall can make it difficult to carry out maintenance and mowing of this landscape. Heavy recreational uses can also negatively impact lawns in the park.<br>• Vandalism and damage to park resources may occur from inappropriate types of recreational activities.<br>• Different recreational activities may lead to conflicts among different user groups.<br>• Active team sports may not be appropriate for the park and could negatively impact some visitors' experiences of the historical park.<br>• Impacts from dog walking and improperly disposed of dog waste can impact park landscapes and be a health hazard.<br><br>**Opportunities**<br>• Recreational users at the park are an important stakeholder group who the park can connect with. These groups can become park supporters and advocates.<br>• There are educational opportunities to reach out to recreational users and interpret the historic significance of the park and its resources.<br>• Implementing a recycling program in the park for individuals who lunch and picnic there would support the green park's initiatives.<br>• Promoting appropriate recreational activities is a way for the park to participate in agencywide programs such as Healthy Parks Healthy People and the "Explore" Call to Action initiatives that could be used to engage recreational users in the mission and purpose of the National Park Service. |
| **Data and/or GIS Needs** | • Visitor use study.<br>• Update ethnographic overview and assessment. |
| **Planning Needs** | • Visitor use management plan.<br>• Strategic plan for education and youth engagement.<br>• Turf management plan. |

Independence National Historical Park • Associated National Historic Sites and Memorials

| Other Important Resource or Value | Appropriate Recreation |
|---|---|
| **Laws, Executive Orders, and Regulations That Apply to the OIRV, and NPS Policy-level Guidance** | **Laws, Executive Orders, and Regulations That Apply to the OIRV**<br>• Americans with Disabilities Act of 1990 (42 USC 12101 et seq.)<br>• Architectural Barriers Act of 1968 (42 USC 4151 et seq.)<br>• "Americans with Disabilities Act (ADA) Accessibility Guidelines for Buildings and Facilities; Architectural Barriers Act (ABA) Accessibility Guidelines" (36 CFR 1191)<br>• Rehabilitation Act of 1973 (29 USC 701 et seq.)<br>• Superintendent's Compendium<br><br>**NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br>• NPS *Management Policies 2006* (chapter 7) "Interpretation and Education"<br>• NPS *Management Policies 2006* (chapter 8) "Use of the Parks"<br>• NPS *Management Policies 2006* (chapter 9) "Park Facilities"<br>• NPS *Management Policies 2006* (chapter 10) "Commercial Visitor Services"<br>• Director's Order 6: *Interpretation and Education*<br>• Director's Order 42: *Accessibility for Visitors with Disabilities in National Park Service Programs and Services*<br>• Director's Policy Memorandum 12-02, "Applying National Park Service Management Policies in the Context of Climate Change" |









## Edgar Allan Poe National Historic Site

| Fundamental Resource or Value | Poe House Complex |
|---|---|
| **Related Significance Statements** | All significance statements. |
| **Current Conditions and Trends** | **Conditions**<br>• Currently, the house is only open three days a week (Friday, Saturday, and Sunday). Because of these limited hours, visitation to the Poe house is less than 10,000 per year.<br>• The site maintains a successful outreach program with a local school. There is a long-running program for fourth and fifth grade classes that builds connections between the community and the Poe House. The kids make field trips to the house and participate in Poe related activities.<br>• There is no on-site parking. However, there is street parking and access to the site via public transportation.<br>• There is no accessible restroom, and as a whole accessibility at the site is limited.<br>• The base budget for Edgar Allan Poe National Historic Site does not cover the total cost of operations and maintenance for the Poe House complex, so these additional costs are absorbed into the Independence National Historical Park's budget.<br>• Many of the building systems are aging and becoming outdated.<br>• The Poe House complex roof was replaced in the summer of 2016.<br><br>**Trends**<br>• The sewer lines in the house were replaced in 2015.<br>• Graffiti and vandalism at the site have decreased, perhaps due to outreach activities.<br>• The site maintains a good working relationship with the nearby German Society across the street.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| **Threats and Opportunities** | **Threats**<br>• Due to the poor condition of the roof, there has been plaster damage to the interior walls and ceilings. Plaster is being impacted by moisture in multiple locations.<br>• Keeping up with cyclical maintenance needs is an ongoing challenge.<br>• Edgar Allan Poe National Historic Site is located some distance away from park headquarters at Independence National Historical Park, and this presents logistical challenges for management. This is compounded by the lack of on-site parking.<br>• There have been issues with crime and break-ins in and around the site. The fence that borders the property is also a location for criminal activities. There have been violence and other dangerous activities in the vicinity of the site.<br>• There are safety concerns for staff and volunteers stationed at the visitor contact station in the Poe House complex. The park entrance door is never left unlocked, and visitors must knock to enter the site.<br>• Due to weathering and rot, new dormer windows are needed.<br>• Severe weather events and other climate change-related factors may accelerate weather threats to historic structures at the park. |

| Fundamental Resource or Value | Poe House Complex |
|---|---|
| **Threats and Opportunities** | **Opportunities**<br>• Edgar Allan Poe National Historic Site competes well for project funding.<br>• There is a growing fascination with Poe's legacy and this is a great way to connect with writers, movie directors, etc. and build overall advocacy and support for the site. There is even an annual award for writers called "the Edgar."<br>• The site could explore reestablishing The Friends of Poe group or engage the Friends of Independence group in supporting activities and fundraising for the site.<br>• The outdoor bathroom could be reconstructed to provide an accessible bathroom for the site.<br>• There is the potential to grow the relationship further with the German Society across the street.<br>• The site can continue to build on its successful outreach programs with local schools and engage new youth audiences in the legacy of Poe.<br>• The use of social media tools and a stronger online presence could be used to engage the international literary community in the story and legacy of Poe.<br>• The park could explore leasing the apartment at the Edgar Allan Poe site at a realistic rate to create a presence at the site. The rental rates established by the NPS housing program are too high to attract a tenant here or at Deshler-Morris House.. |
| **Data and/or GIS Needs** | • Complete condition assessments for individual buildings and systems.<br>• Complete documentation of all park assets in the FMSS database.<br>• Energy audit of Poe House complex.<br>• Functional space/use analysis.<br>• Administrative history.<br>• Climate change vulnerability assessment. |
| **Planning Needs** | • All-season landscape maintenance plan.<br>• Building management plan.<br>• Business plan.<br>• Public relations plan.<br>• Update historic structure report. |
| **Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance** | **Laws, Executive Orders, and Regulations That Apply to the FRV**<br>• Historic Sites Act of 1935<br>• National Historic Preservation Act of 1966, as amended (54 USC 300101 et seq.)<br>• Archeological and Historic Preservation Act of 1974<br>• Archaeological Resources Protection Act of 1979<br>• Executive Order 11593, "Protection and Enhancement of the Cultural Environment"<br>• "Protection of Historic Properties" (36 CFR 800)<br>• Secretarial Order 3289, "Addressing the Impacts of Climate Change on America's Water, Land, and Other Natural and Cultural Resources"<br><br>**NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br>• Director's Order 28: *Cultural Resource Management*<br>• Director's Order 28A: *Archeology*<br>• NPS *Management Policies 2006* (chapter 5) "Cultural Resource Management"<br>• *The Secretary of the Interior's Standards and Guidelines for Archeology and Historic Preservation*<br>• Director's Policy Memorandum 12-02, "Applying National Park Service Management Policies in the Context of Climate Change"<br>• Director's Policy Memorandum 14-02, "Climate Change and Stewardship of Cultural Resources" |

## Gloria Dei Church National Historic Site

| Fundamental Resource or Value | Dignified Landscape |
|---|---|
| **Related Significance Statements** | All significance statements. |
| **Current Conditions and Trends** | **Conditions**<br>• Gloria Dei Church is listed in the National Register of Historic Places. The grounds include a green space next to the church cemetery, surrounding cemetery walls, and a metal gate.<br>• Visitors to the site use the current church parking lot, and access the site by walking through the church cemetery.<br>• Nine memorial cenotaphs, related to the Revolutionary War era, were moved to this site from other locations around Philadelphia. No human remains were transferred with these markers.<br>• The park maintains one interpretive wayside sign at the church parking area and there is a small concrete amphitheater on-site.<br>• Gloria Dei Church National Historic Site does not have an annual appropriation, and funding for site maintenance comes from the Independence National Historical Park budget.<br>• Sidewalks, walls, and the concrete amphitheater are deteriorating.<br><br>**Trends**<br>• The neighborhood around the park is changing due to new residential and mixed use development.<br>• There is increasing use of the site by dog walkers, as the surrounding neighborhood is seeing an increase in residential development.<br>• Gloria Dei Church is an active congregation, and has a day care facility on-site through a lease. The church also hosts a lot of special events.<br>• The park is investigating moving the cenotaphs to a different site on the property where they will not be threatened by encroaching tree roots.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| **Threats and Opportunities** | **Threats**<br>• The cemetery walls and gate are in need of stabilization and restoration. There are multiple cracks and rusting of the gate is occurring.<br>• Due to the location of Interstate 95, access to the site is challenging for visitors.<br>• With the increasing activities at the site—dog walking, day care use, church functions—there are increasing risks of potential user conflicts at the site.<br>• Due to its distance from Independence National Historical Park and challenges of accessing the site, maintaining and patrolling the site is problematic.<br>• The amphitheater and sidewalks at the site are in need of maintenance work.<br>• Climate change may increase severe storms, flooding, and invasive species, and cause a northward shift in native species ranges, all of which may alter the landscape.<br><br>**Opportunities**<br>• The active congregation and church-related activities present an opportunity to engage a diverse audience and build advocacy for the National Park Service.<br>• The site is relatively small with little infrastructure and competes well for project funding.<br>• There is the opportunity to establish a Friends of Gloria Dei Group, to support the stewardship and management of this site.<br>• There are opportunities to enhance overall interpretation related to religion in colonial America, and the cenotaphs provide additional interpretive potential.<br>• Swedish heritage groups and organizations could be another stakeholder group for the park to establish relationships with. |

| Fundamental Resource or Value | Dignified Landscape |
|---|---|
| **Data and/or GIS Needs** | • Complete condition assessments for site walls and gate.<br>• Complete documentation of all park assets in the FMSS database.<br>• Research potential interpretive themes and programming at the site.<br>• Rapid ethnographic assessment.<br>• Climate change vulnerability assessment. |
| **Planning Needs** | • All-season landscape maintenance plan.<br>• Public relations plan. |
| **Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance** | **Laws, Executive Orders, and Regulations That Apply to the FRV**<br>• Historic Sites Act of 1935<br>• National Historic Preservation Act of 1966, as amended (54 USC 300101 et seq.)<br>• Archeological and Historic Preservation Act of 1974<br>• Federal Noxious Weed Act of 1974, as amended<br>• "Protection of Historic Properties" (36 CFR 800)<br>• Executive Order 13112, "Invasive Species"<br>• Executive Order 11593, "Protection and Enhancement of the Cultural Environment"<br>• Secretarial Order 3289, "Addressing the Impacts of Climate Change on America's Water, Land, and Other Natural and Cultural Resources"<br><br>**NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br>• NPS *Management Policies 2006* (chapter 5) "Cultural Resource Management"<br>• NPS *Management Policies 2006* (chapter 7) "Interpretation and Education"<br>• Director's Order 28: *Cultural Resource Management*<br>• Director's Order 6: *Interpretation and Education*<br>• Director's Order 64: *Commemorative Works and Plaques*<br>• *The Secretary of the Interior's Standards and Guidelines for Archeology and Historic Preservation*<br>• Director's Policy Memorandum 12-02, "Applying NPS Management Policies in the Context of Climate Change"<br>• Director's Policy Memorandum 14-02, "Climate Change and Stewardship of Cultural Resources"<br>• Director's Policy Memorandum 15-01, "Addressing Climate Change and Natural Hazards for Facilities" |



## Thaddeus Kosciuszko National Memorial

| Fundamental Resource or Value | Kosciuszko House and its Connections to the Polish Community |
|---|---|
| **Related Significance Statements** | All significance statements. |
| **Current Conditions and Trends** | **Conditions**<br>• The house is listed in good condition per the FMSS and LCS databases. The roof and building envelope are in good condition.<br>• The Kosciuszko House is open for limited hours on Saturdays and Sundays for six months of the year.<br>• There are exhibits on the first floor, and a display on the second floor where Thaddeus Kosciuszko lived. The exhibits are relatively new and the film was created at the same time. The third floor is currently not used.<br>• The house is located in the Society Hill neighborhood of Philadelphia.<br>• The park works with the Polish American Cultural Center to connect with Polish communities around the county.<br>• The base budget for Thaddeus Kosciuszko National Memorial does not cover the total cost of operations and maintenance for the Kosciuszko House, so these additional costs are absorbed into the Independence National Historical Park budget.<br><br>**Trends**<br>• The exhibits and the film at the house were updated in 2008.<br>• The Society Hill neighborhood remains a desirable residential neighborhood to live in Philadelphia.<br>• Polish heritage groups and organizations remain active in the park and are interested in the legacy of Kosciuszko.<br>• The park strives to promote an active, engaged culture of safety in all its activities. |
| **Threats and Opportunities** | **Threats**<br>• The house needs a new fire alarm system.<br>• Limited public access and limited hours of operation are a threat to connecting people to the memorial and its stories.<br>• Maintaining the historic structure requires ongoing cyclical maintenance.<br>• The house sits at the corner of a busy urban intersection. Vibrations from motor vehicles and exhaust fumes may be damaging the historic fabric of the building.<br>• Severe weather events and other climate change-related factors may accelerate weather threats to historic structures at the park.<br><br>**Opportunities**<br>• There are large Polish communities throughout Philadelphia that the park could reach out to in order to build both support and advocacy for the memorial. These groups could also be a source of volunteers for the site.<br>• There are opportunities to connect the Kosciuszko story to other Revolutionary War sites and memorials.<br>• There are opportunities to connect with international communities in Poland and other countries where Kosciuszko inspired the quest for freedom.<br>• The Polish National Alliance and the Polish American Cultural Center are two other organizations that the park could forge stronger relationships with. |

| Fundamental Resource or Value | Kosciuszko House and its Connections to the Polish Community |
|---|---|
| Data and/or GIS Needs | • Complete condition assessments for building and systems.<br>• Complete documentation of all park assets in the FMSS database.<br>• Functional space/use analysis.<br>• Energy audit of buildings.<br>• Historic resource study.<br>• Climate change vulnerability assessment. |
| Planning Needs | • Building management plan.<br>• Business plan.<br>• Public relations plan.<br>• Update historic structure report for the building. |
| Laws, Executive Orders, and Regulations That Apply to the FRV, and NPS Policy-level Guidance | **Laws, Executive Orders, and Regulations That Apply to the FRV**<br>• Historic Sites Act of 1935<br>• National Historic Preservation Act of 1966 (54 USC 300101 et seq.)<br>• Archeological and Historic Preservation Act of 1974<br>• Executive Order 11593, "Protection and Enhancement of the Cultural Environment"<br>• "Protection of Historic Properties" (36 CFR 800)<br>• Secretarial Order 3289, "Addressing the Impacts of Climate Change on America's Water, Land, and Other Natural and Cultural Resources"<br><br>**NPS Policy-level Guidance (NPS *Management Policies 2006* and Director's Orders)**<br>• Director's Order 28: *Cultural Resource Management*<br>• NPS *Management Policies 2006* (chapter 5) "Cultural Resource Management"<br>• *The Secretary of the Interior's Standards and Guidelines for Archeology and Historic Preservation*<br>• Director's Policy Memorandum 12-02, "Applying National Park Service Management Policies in the Context of Climate Change"<br>• Director's Policy Memorandum 14-02, "Climate Change and Stewardship of Cultural Resources" |




Foundation Document

## Appendix E: Past and Ongoing Park Planning and Data Collection Efforts

| Document Title | Date |
| --- | --- |
| **Independence National Historical Park**<br>**(The park's cultural resource bibliography contains more than 600 entries.)** | |
| Franklin's House – Historic Structure Report | 1969 |
| National Register of Historic Places Nomination – Society Hill Historic District | 1971 |
| Graff House – Historic Structure Report | 1972 |
| National Register of Historic Places Nomination – American Philosophical Society Hall | 1974 |
| National Register of Historic Places Nomination – Carpenters' Hall | 1974 |
| National Register of Historic Places Nomination – Christ Church | 1974 |
| Liberty Bell – Special History Study | 1985 |
| Domestic Servants in Philly – Special Report | 1986 |
| National Register of Historic Places Nomination – First Bank of the United States | 1986 |
| Land Protection Plan | 1987 |
| National Register of Historic Places Nomination – Second Bank of the United States | 1987 |
| Visitor Services Project | 1987 |
| Historic Furnishings Plan – Mayors Court Chamber in Old City Hall | 1988 |
| National Register of Historic Places Nomination – Independence National Historical Park | 1988 |
| Historic Furnishings Plan – 3rd floor Bishop William White House | 1989 |
| Historic Furnishings Plan – 1st Floor Congress Hall | 1992 |
| Statement of Management | 1993 |
| Rapid Ethnographic Assessment Procedures | 1994 |
| Resource Management Plan | 1994 |
| Visitor Utilization Study | 1994 |
| Cultural Landscape Inventory – Phase 1 | 1994 |
| Cultural Landscape Report – Independence Mall | 1994 |
| Historic Furnishings Plan – 1st Floor Congress Hall – Supplement | 1995 |
| Interpretive Program Review | 1995 |
| Visitor Utilization Study | 1995 |

| Document Title | Date |
|---|---|
| **Independence National Historical Park (continued)** | |
| Bringhurst House – Historic Structure Report | 1995 |
| Independence Hall Tower Spire – Chronology | 1995 |
| Woody Plant Inventory and Condition Assessment – Independence Square | 1996 |
| General Management Plan | 1997 |
| Cultural Landscape Report – Independence Square | 1998 |
| Geotechnical Investigation – Independence Mall | 1999 |
| Historic Resource Study – Independence Mall | 2000 |
| Business Plan for Independence Park Institute | 2001 |
| Phase II Archeological Investigation Liberty Bell Complex | 2001 |
| Transportation Study Report | 2001 |
| Schematic Plan – 2nd Bank of the United States | 2001 |
| Business Plan | 2003 |
| Cultural Landscape Treatment Plan – Deshler-Morris-Bringhurst Plan | 2003 |
| Cultural Landscape Report – Independence Square | 2004 |
| Historic Resource Study – Portions of Independence Mall | 2004 |
| Deshler-Morris-Bringhurst House – Utilities and Exhibit Rehabilitation / Environmental Assessment | 2005 |
| Review of Interpretive Programs | 2005 |
| Evaluation of Bus Management Options | 2005 |
| Security Fence and Facilities Environmental Assessment | 2006 |
| Cycle Three Road Inventory | 2006 |
| Long-Range Interpretive Plan | 2007 |
| Supplemental Historic Furnishings Plan – Dillorth-Todd-Moylan House | 2008 |
| Visitor Use Summery | 2008 |
| Historic Structures Report / Preservation Plan | 2009 |
| Phase 1 – Archeological Sensitivity Study | 2010 |
| Cultural Landscape Report – Washington Square | 2011 |
| Structural Analysis – 2nd Bank of the United States | 2011 |
| Cycle Five Road Inventory | 2013 |
| Superintendent's Compendium | 2015 |

| Document Title | Date |
|---|---|
| **Edgar Allan Poe National Historic Site** | |
| National Register of Historic Places Nomination | 1974 |
| Historic Resource Study | 1981 |
| Historic Structure Report | 1990 |
| Government Performance and Results Act Plan | 1997 |
| Archeological Testing and Monitoring (Sidewalk Replacement) | 2000 |
| Long-Range Interpretive Plan | 2003 |
| Imagining Poe Interpretive Report | 2005 |
| Superintendent's Compendium | 2013 |
| Park Visitation and Climate Change Resource Brief | 2015 |
| **Gloria Dei Church National Historic Site** | |
| Development Concept Plan | 1973 |
| **Thaddeus Kosciuszko National Memorial** | |
| Thaddeus Kosciuszko Study Report | 1973 |
| Historic Structure Report | 1974 |
| Historic Furnishings Plan | 1988 |
| Resource Management Plan | 1994 |
| Interpretive Prospectus | 1996 |
| Government Performance and Results Act Plan | 1997 |
| Long-Range Interpretive Plan | 2003 |
| Superintendent's Compendium | 2015 |

## Northeast Region Foundation Document Recommendation

### Independence National Historical Park | Associated National Historic Sites and Memorials

**September 2017**

This Foundation Document has been prepared as a collaborative effort between park and regional staff and is recommended for approval by the Northeast Regional Director.

*(signature)*                                                                        9/5/17

**RECOMMENDED**                                                                    **Date**
**Patrick Suddath, Acting Superintendent, Independence National Historical Park,**
**Edgar Allan Poe National Historic Site, Gloria Dei Church National Historic Site,**
**Thaddeus Kosciusko National Memorial**

*(signature)*                                                                        9·6·2017

**APPROVED**                                                                        **Date**
**Cynthia MacLeod, Acting Regional Director, Northeast Region**




As the nation's principal conservation agency, the Department of the Interior has responsibility for most of our nationally owned public lands and natural resources. This includes fostering sound use of our land and water resources; protecting our fish, wildlife, and biological diversity; preserving the environmental and cultural values of our national parks and historic places; and providing for the enjoyment of life through outdoor recreation. The department assesses our energy and mineral resources and works to ensure that their development is in the best interests of all our people by encouraging stewardship and citizen participation in their care. The department also has a major responsibility for American Indian reservation communities and for people who live in island territories under U.S. administration.

INDE 391/135522
September 2017

**Foundation Document • Independence National Historical Park
and Associated National Historic Sites and Memorials**



NATIONAL PARK SERVICE • U.S. DEPARTMENT OF THE INTERIOR