NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023





## NATIONAL UNDERGROUND RAILROAD
## NETWORK TO FREEDOM APPLICATION

| GENERAL INFORMATION | | | |
|---|---|---|---|
| **Date Submitted:** April 11, 2022 | **Resubmission:** ☐ Yes ☒ No   Round | **Type** (Pick One)**:** ☒ Site ☐ Facility ☐ Program | |
| **Name** (Of What You Are Nominating)**:** Ona Judge Escape Site from the President's House Site at Independence National Historical Park | | **Street Address:** 520 Chestnut Street and 6th and Market Street, Philadelphia, PA (190 High Street) | |

| **City:** Philadelphia | **State:** PA | **Zip Code:** 19106 | **County:** Philadelphia | **Congressional District:** 3rd |
|---|---|---|---|---|

| **Physical Boundaries of Site/Facility** President's House, 6th & Market, in Independence National Historical Park, Philadelphia, PA | ☐ **Address Not for Publication?** |
|---|---|
| **Is there a website?** ☒ Yes ☐ No | **Web Address:** https://www.nps.gov/inde/planyourvisit/presidentshousesite.htm |
| **Is there a visitor phone number?** ☒ Yes ☐ No | **Phone Number:** (215) 965-2305 |
| **Is the site open to the public?** ☒ Yes ☐ No | **Hours of Operation:** President's House,  7AM to 10PM daily—outdoor exhibit |

**Summary:  Tell us in 200 words or less what is being nominated and how it is connected to the Underground Railroad.**

On May 21, 1796, Ona Judge escaped from slavery from the President's House when Philadelphia was the nation's capital (1790-1800). She was enslaved by Martha Washington and her husband George, the first President of the United States. Judge, often referred to as Oney, gave brief details of her escape to a newspaper interviewer fifty years later. "I had friends among the colored people of Philadelphia, had my things carried there beforehand, and left Washington's house while they were eating dinner." On May 23, 24, 25, 1796, Frederick Kitt, George Washington's steward, ran three escape ads in two different newspapers, offering a $10 reward for Judge, stating, in part, "Absconded from the household of the President of the United States, on Saturday afternoon, ONEY Judge . . . " Judge escaped from the President's House three years after Congress, meeting in the Pennsylvania State House (now Independence Hall),  passed, and President Washington signed, the Fugitive Slave Act of 1793 into law during the 2nd United States Congress. The Act, which was signed at the President's House, affected generations of freedom seekers like Judge. When Judge died in New Hampshire on February 25, 1848, she was still considered a fugitive from justice and subject to potential recapture although both George and Martha Washington had died years before.  The President's House Site is located in Independence National Historical Park.  The application includes additional information about the importance of Independence Hall, which was listed in the Network to Freedom in 2001.

| Contact information for  ☐ Owner/Manager ☒ Application Preparer  (Share Contact Information ☐ Yes   ☒ No) |
|---|

I certify that this ☐ site ☐ facility ☐ program is included in the Network to Freedom.

_____     _____
Signature of Certifying Official/Title                                      Date

**RECORDS RETENTION:  PERMANENT.** Transfer permanent special media, and electronic records along with any finding aids or descriptive information (including linkage to the original file) and related documentation by calendar year to the National Archives when 3 years old. (Item 7A.2.) (N1-79-08-6))

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

| Name: Cheryl Janifer LaRoche | Phone: 240-535-5817 | Fax: | Email: cjlaroche35@gmail.com | | |
|---|---|---|---|---|---|
| Street Address: 5333 Strathmore Avenue | | City Kensington | | State: MD | Zip Code 20895 |
| Contact information for ⊠ Owner/Manager  ☐ Application Preparer  (Share Contact Information ☐ Yes ☐ No) | | | | | |
| Name: Cynthia MacLeod, Superintendent INDE | Phone: (215) 965-7120 | Fax: | Email: cynthia_macleod@nps.gov | | |
| Street Address: 143 S. Third Street | | City Philadelphia | | State: PA | Zip Code 19106 |
| Contact information for  ☐ Owner/Manager  ☐ Application Preparer  (Share Contact Information ☐ Yes ☐ No) | | | | | |
| Name: | Phone: | Fax: | Email: | | |
| Street Address: | | City | | State: | Zip Code |
| Contact information for  ☐ Owner/Manager  ☐ Application Preparer  (Share Contact Information ☐ Yes ☐ No) | | | | | |
| Name: | Phone: | Fax: | Email: | | |
| Street Address: | | City | | State: | Zip Code |
| Contact information for  ☐ Owner/Manager  ☐ Application Preparer  (Share Contact Information ☐ Yes ☐ No) | | | | | |
| Name: | Phone: | Fax: | Email: | | |
| Street Address: | | City | | State: | Zip Code |

NPS Form 10-946 (Rev. 04/2020)                                              OMB Control No. 1024-0232
National Park Service                                                         Expiration Date 04/30/2023

## SITES

In addition to the responses to each question, applications must also include the following attachments:

1) Letters of consent from all property owners for inclusion in the Network to Freedom (see sample in instructions)
2) Text and photographs of all site markers
3) Original photographs illustrating the current appearance and condition of the site being nominated
4) Maps showing the location of the site

***All attachments supplement, but do not replace the text.***

S1.  Type:
☐ Building            ☐ Object              ☐ District (Neighborhood)
☒ Structure          ☐ Landscape/Natural   ☒ Archeological Site

☐ Other (Describe):

S2.  Is the site listed in the National Register of Historic Places?
☐ Yes       ☒ No       If yes, what is the listing name?

S3.  Ownership of site:
☐ Private                  ☐ Private, Non-profit (501c3)   ☐ Public - Local Government
☐ Public - State Government   ☒ Public - Federal Government
S4.  Type(s) of Underground Railroad Association (select the one(s) that fit best):
☐ Station      ☐ Kidnapping     ☒ Legal Challenge     Association with Prominent Person

☒ Escape       ☐ Rescue         ☐ Maroon Community    ☒ Historic District/Neighborhood

☐ Church       ☐ Destination    ☐ Transportation Route   ☒ Commemorative Site/Monument

☐ Cemetery     ☐ Military Site   ☒ Archeological Site     ☐ Other *(Describe):*

S4a.  Describe the site's association and significance to the Underground Railroad.  Provide citations for sources used throughout the text.  Timelines are encouraged.

## Independence Hall (Pennsylvania State House)[1]

Philadelphia functioned as a dual capital. It was the capital of the United States between 1790 and 1800 and the capital of Pennsylvania between 1790 and 1799.[2] The President's House and Independence National Historical Park, in which it is now located, are significant places where federal laws regulating freedom seekers and their escape from slavery were enacted and signed.

On **March 1, 1780,** a decade before Philadelphia became the capital of the United States, the Pennsylvania General Assembly passed The Gradual Abolition Act in the Pennsylvania State House, now known as Independence Hall. The Act made provisions of freedom from slavery after enslaved workers fulfilled a six-month residency requirement. The Act greatly influenced freedom seekers to seek freedom in Pennsylvania and Philadelphia. The law contained fourteen sections, some of which detailed the rules and procedures for the gradual abolition of slavery in Pennsylvania.[3] Although it was the "first extensive abolition legislation in the western hemisphere," the Act was intended to appease slaveholders by gradually emancipating enslaved people without immediately making slavery illegal.[4] The Act allowed Pennsylvania slaveholders to continue enslaving individuals they

---

[1] The three buildings of Independence Square, including Independence Hall, Congress Hall, and Old City Hall, were listed in the Network to Freedom in September 2001.

[2] The state capital was first relocated to Lancaster in 1799, then moved to Harrisburg in 1812.

[3] An Act for the Gradual Abolition of Slavery-March 1, 1780, Pennsylvania Historical & Museum Commission, http://www.phmc.state.pa.us/portal/communities/documents/1776-1865/abolition-slavery.html accessed April 4, 2022.

[4] Gradual Abolition Act of 1780, George Washington's Mount Vernon, https://www.mountvernon.org/library/digitalhistory/digital-encyclopedia/article/gradual-abolition-act-of-1780/#:~:text=The%20Gradual%20Abolition%20Act%20of,without%20making%20slavery%20immediately%20illegal accessed April 4, 2022.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

already held in slavery unless they failed to register them annually. The Act also made provisions for the eventual freedom of those individuals born into slavery. The Act mandated the freedom of any enslaved person once they reached the age 28 and automatically freed any enslaved person who moved to or had been brought into the state and lived there for longer than six months. Initially an exemption was made for visitors such as statesmen who brought their captives with them while conducting national business since Philadelphia was seat of government and then became the capital of the nation. Section 10 of the Act made an exception for "the domestic slaves attending upon delegates in congress from the other American states, foreign ministers and consuls, and persons passing through or sojourning in this state, and not becoming resident therein."[5] On **March 29, 1788**, the Act was amended because "ill disposed persons [were] availing themselves of certain defects in the act for the gradual abolition of slavery. . ."[6]  The amendment made it illegal to rotate enslaved workers out-of-state to subvert Pennsylvania law. Legal historian Paul Finkleman indicates however that it was not clear whether or not slaveholding executive and judicial branch officers—such as George Washington or Thomas Jefferson—could keep the people they enslaved in Philadelphia longer than six months. Although the 1788 amendment offered no exceptions, "No one ever publicly challenged their right to do so, and thus no court was ever asked to decide the issue."[7] Challenges to the law came from the people of color being held illegally in slavery.

In 1787, delegates meeting in Independence Hall of the newly formed United States of America drafted the U. S. Constitution at the Constitutional Convention. This document included the three-fifths clause in Article 1, Section 2 that calculated state representation in the U. S. House of Representatives: three enslaved people counted as five whites. As a result, slaveholding increased the political power of the slaveholder. Under this clause, multiple losses of captives due to escapes from slavery should have negatively impacted tax assessments and population counts for congressional representation in the slaveholding states. Article 1 Section 9 allowed the international trade in slavery to continue for twenty years before prohibiting the practice in 1808, with ghastly results for the enslaved. The domestic trade in slaves flourished and escape from slavery became an ever more viable solution. To counter this ever-present quest for freedom, the legislation also included Article 4, Section 2, Clause 3 of the U. S. Constitution that contained the first Fugitive Slave clause dictating the legal mandates and repercussions associated with escape from slavery.[8]

Several members of congress were slaveholders who routinely traveled into and out of the city bringing their enslaved property with them. Many among the nation's founders such as George Washington, Thomas Jefferson and James Madison were slaveholders who had lost enslaved workers through escape and had had to contend with freedom seekers.[9] Madison called the

---

[5] Ibid.

[6] 1788 Amendment to the 1780 Gradual Abolition Act, (Recorded in Law Book No. III, p. 370), The President's House in Philadelphia, UShistory.org, https://www.ushistory.org/presidentshouse/history/amendment1788.php; The Act for the Gradual Abolition of Slavery, Revolutionary War, https://www.revolutionary-war.net/the-act-for-the-gradual-abolition-of-slavery/ accessed April 5, 2022. This Amendment and the Personal Liberty Laws of Pennsylvania were ruled unconstitutional in 1842 in *Prigg v. Pennsylvania*.

[7] Thomas Jefferson enslaved his cook James Hemings until 1793 when he signed an agreement to free James. Paul Finkleman, "Human Liberty, Property in Human Beings, and the Pennsylvania Supreme Court," Duquesne Law Review, Vol. 53, 453-482, p. 466, https://sites.law.duq.edu/lawreview/wp-content/uploads/2017/08/Finkelman-4531.pdf accessed April 7, 2022.

[8] "No Person held to Service or Labour in one State, under the Laws thereof, escaping into another, shall, in Consequence of any Law or Regulation therein, be discharged from such Service or Labour, but shall be delivered up on Claim of the Party to whom such Service or Labour may be due." Article 4, Section 2, Clause 3, U. S. Constitution, National Constitution Center, https://constitutioncenter.org/interactive-constitution/full-text accessed February 24, 2022.

[9] Fairfax County (Virginia) August 11, 1761, Newspaper Advertisement for Runaway Slaves, George Washington (August 20, 1761), Encyclopedia Virginia, https://encyclopediavirginia.org/wp-content/uploads/2020/11/9382hpr_e8024769c788925.jpg; "Advertisement for a Runaway Slave, *Virginia Gazette* , 7 & 14 Sept. 1769,  https://founders.archives.gov/documents/Jefferson/01-01-02-0021; "What

NPS Form 10-946 (Rev. 04/2020)                                                    OMB Control No. 1024-0232
National Park Service                                                                 Expiration Date 04/30/2023

Constitution's fugitive slave clause "better security than any that now exists. . . At present, if any slave elopes to any of those states where slaves are free, he becomes emancipated by their law."[10] The clause worked against Pennsylvania's Gradual Abolition Act and destabilized the appropriated liberty of freedom seekers and helped increase the danger of kidnapping of free Blacks.

Pennsylvania court records from the late 1700s indicate that Philadelphia was already understood as a viable destination for freedom seekers. According to legal historian Paul Finkleman, the Pennsylvania Abolition Society, formed in 1787, "became the first civil rights organization in the nation to use the courts as a vehicle for implementing social change."[11] The Society used the Gradual Abolition laws passed in 1780, 1782 and 1788 to challenge and eventually end slavery in the Commonwealth of Pennsylvania.

The United States Supreme Court and the Pennsylvania state supreme court met at Old City Hall in Independence National Historical Park. In one federal case, South Carolina slaveholding Senator Pierce Butler, one of the framers of the constitutional Fugitive Slave clause, lost his bid to hold onto his enslaved property. For a two-year period when he was not in office, Pierce continued to live in Philadelphia and held Ben in slavery in his house. Ben turned to the Pennsylvania Abolition Society, which along with his lawyer, secured Ben's freedom because Pierce kept him enslaved in Philadelphia for longer than the six months stipulated in Pennsylvania's Gradual Abolition Act.[12]

Nine cases involving escapees being held and detained for reclamation by their enslavers were recorded in the courts between January 3 and September 5, 1795. In the years leading up to Ona Judge's escape, at least twenty advertisements seeking the return of freedom seekers appeared in the *Pennsylvania Gazette*, between 1795 and 1796.[13] The Abolition Act laid the foundation for Philadelphia's evolution as a premier destination for freedom seekers, particularly in the nineteenth century. This early era of abolitionist activism helped antislavery influence stretch along the eastern seaboard. Black activists would turn the Philadelphia region into a center for freedom seekers. Many of the Underground Railroad's most famous escapes would come through Philadelphia.[14]

## President's House

The President's House and Independence National Historical Park, in which it is now located, are significant places where Ona Judge succeed in one of the most important escapes from slavery in American history. Also, federal laws regulating escape from slavery were enacted and signed in the executive mansion. Both the Fugitive Slave clause in the Constitution and The Fugitive Slave Law of 1793 had lasting repercussions for freedom seekers.

---

We Know About Anthony,' The Naming Project: Anthony, Montpelier's Digital Doorway, https://digitaldoorway.montpelier.org/2021/07/06/the-naming-project-anthony-2/ accessed April 4, 2022.

[10] Debate in Virginia Ratifying Convention, 15 June 1788, Elliot, Jonathan, ed. *The Debates in the Several State Conventions on the Adoption of the Federal Constitution as Recommended by the General Convention at Philadelphia in 1787. . . .* 5 vols. 2d ed. 1888. Reprint. New York: Burt Franklin, n.d., 3:452-54, 456-59,  The Founders' Constitution
Volume 3, Article 1, Section 9, Clause 1, Document 14, http://press-pubs.uchicago.edu/founders/documents/a1_9_1s14.html
The University of Chicago Press accessed April 4, 2022.

[11] Paul Finkelman, "Human Liberty," p. 467.

[12] Ibid.

[13] G. S. Rowe and Billy G. Smith, "Prisoners for Trail Docket and the Vagrancy Docket, in Smith, *Life in Early Philadelphia*, 68-77, 80-86 as cited in William J. Switala, *Underground Railroad in Pennsylvania* (Mechanicsburg, PA: Stackpole Books, 2001), pp. 142-43.

[14] See for example, William Still, *The Underground Railroad* (Philadelphia: Porter & Coates, 1872).

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

The case of John Davis led to the enactment of the first fugitive slave law. Three kidnappers had abducted Davis from Pennsylvania and taken him to Virginia where he was enslaved. In 1791, Pennsylvania governor, Thomas Mifflin requested extradition of the three kidnappers from Virginia to Pennsylvania. Virginia's governor refused claiming that Davis was actually a freedom seeker who had escaped to Pennsylvania. Mifflin then turned to President Washington seeking help in protecting free Blacks from kidnapping. Washington then turned to congress and asked them to pass legislation on both interstate extradition and fugitive slave rendition.[15] The result was adoption of The Fugitive Slave Act of 1793, An Act respecting fugitives from justice, and persons escaping from the service of their masters. President Washington signed the Act into law on **February 12, 1793** at the President's House during the 2nd United States Congress. Unlike what Mifflin was looking for, the law was the first among several fugitive slave laws that criminalized both escape from slavery and any attempts to assist or shelter freedom seekers. It actually worsened the kidnapping of free Blacks. The Act extended the constitutional fugitive slave clause by imposing penalties and strengthening the national, state and territorial legal authority over slaveholder's claim of ownership, including in the northern states. It gave slaveholders the legal right to the forcibly recapture, if circumstances required, freedom seekers who crossed state lines. The law allowed claimants to seize freedom seekers without a warrant. Anyone assisting escapees or interfering with an arrest faced a $500 fine. The Act imposed arrest and detainment guidelines for escapees, made the state liable for the costs or expenses incurred "in apprehending, securing and transmitting" any unclaimed freedom seeker jailed for longer than 6 months.[16] The law would have direct bearing on the escape of Ona Judge from the Executive Mansion.

After the nation's capital moved to Philadelphia, President Washington, his family and those they enslaved settled into the President's House located on High Street, slightly east of the southeast corner of Sixth Street in Philadelphia. In addition to Ona Judge, a total of eight other people were enslaved at the President's House: her brother Austin, Giles, Hercules (sometimes referred to as Uncle Harkless), Mol, Paris, Joe Richardson, Richmond, and Christopher Sheels.

On March 21, 1791, Washington began his tour of the southern states.[17] Therefore, he was away on **April 5, 1791**, when Attorney General Edmund Randolph (and a former member of Washington's cabinet) visited the President's House and delivered a warning to Martha Washington. Pennsylvania's 1780 gradual abolition law provided for the freedom of enslaved people after they had lived in the state for six consecutive months. Randolph was very aware of the law because three of the people he enslaved "had given him notice that they should tomorrow take advantage" of the Pennsylvania law "and claim their freedom." The three people who sought and won their freedom from Edmund Randolph prevailed because Randolph had become a permanent resident of the state in order to practice law.

Because Randolph had an "idea" that those enslaved by the Washingtons might try to follow by example, Randolph thought it wise to warn the President that people he enslaved might try to seek their freedom under the Act, "after a residence of six months." The President's secretary, Tobias Lear, in turn informed President Washington of the law and reported, "I have therefore communicated it to you that you might, if you thought best, give directions in the matter respecting the blacks in this

---

[15] Paul Finkelman, *Slavery and the Founders: Race and Liberty in the Age of Jefferson* (Armonk, NY: M. E. Sharpe, Inc., 2001).
[16] "A Century of Lawmaking for a New Nation: U.S. Congressional Documents and Debates, 1774–1875," Annals of Congress, 2nd Congress, 2nd Session, pp. 1414 & 1415, of 1456, American Memory, Library of Congress, https://memory.loc.gov/cgi-bin/ampage?collId=llac&fileName=003/llac003.db&recNum=702 accessed February 24, 2022.
[17] VII: Itinerary for the Southern Tour, February 1791, Founders Online, National Archives, https://founders.archives.gov/documents/Washington/05-07-02-0267-0008 accessed April 6, 2022.

NPS Form 10-946 (Rev. 04/2020)                                                              OMB Control No. 1024-0232
National Park Service                                                                            Expiration Date 04/30/2023

family.[18]  Washington heeded Randolph's warning and answered Lear a week later. Washington cautioned Lear that "in case it shall be found that any of my Slaves may, or any of them shall attempt their freedom at the expiration of six months, it is my wish and desire that you would send the whole, or such part of them as Mrs. Washington may not chuse [sic] to keep, home," considering "the idea of freedom might be too great a temptation for them to resist."[19]

After further consultation with Randolph who had carefully studied the law and advised that those enslaved at the President's House would be entitled to their freedom, Randolph offered a solution to Washington. ". . . If, before the expiration of six months, they could, upon any pretence [sic] whatever, be carried or sent out of the State, but for a single day, a new era would commence on their return, from whence the six months must be dated for it requires an *entire* six months for them to claim that right . . ."[20] President Washington and his secretary Tobias Lear devised a plan to circumvent Pennsylvania's Gradual Abolition Act. Lear wrote to the Chief Executive, "Mrs Washington proposes in a short time to make an excursion as far as Trenton, and of course, she will take with her Oney & Christopher, which will carry them out of the State; so that in this way I think the matter may be managed very well."[21]

The loophole in Section 10 of the Act exempting visitors and those staying less than 6 months had already been amended in 1788 when the President began rotating his enslaved workers out of state just prior to reaching the 6 month residency stipulation that would ensure their freedom. In devising this scheme, Washington instructed his secretary Tobias Lear to lie about both their intent and their actions. Washington wrote to Lear, "If upon taking good advise [sic] it is found expedient to send them back to Virginia, I wish to have it accomplished under pretext that may deceive both them [the enslaved] and the Public;--and none I think would so effectually do this, as Mrs. Washington coming to Virginia next month. . . This would naturally bring her maid. . . "[22] The 1788 amendment to the Gradual Abolition Act removed exemptions and prohibited this rotation scheme and spelled out punishment for those who broke the law.[23]

On May 22, 1791, Hercules, the president's chef, grew suspicious when told that he must return to Mount Vernon well before the expected arrival of the president's return from his southern tour. Tobias Lear let Washington know that "somebody" had insinuated to Hercules "that the motive for sending him home . . . was to prevent his taking the advantage of a six month's residence" in Philadelphia. Hercules' apparent mortification at the insinuation of his lack of trustworthiness, convinced Lear and Mrs. Washington "of his sincerity." Accordingly, the First Lady, in a demonstration of her faith in the chef, "told him he should not go at that time, but might remain 'till the expiration of six months and then go home.[24] Hercules may have passed this information along to Judge as well. The President's actions had direct bearing on the continuing enslavement of Ona Judge and the denied the liberty that she and the others enslaved at the President's House could legally be entitled to claim. If any of

---

[18] Tobias Lear, Letter to George Washington, April 5, 1791 in Dorothy Twohig, Ed., *The Papers of George Washington, Presidential Series 8, March – September 1791* (Charlottesville: University Press of Virginia, 1999), p. 67.

[19]  Letter to Tobias Lear, April 12, 1791; Ibid., p. 85.

[20] Tobias Lear, Letter to George Washington, April 24, 1791; Ibid., p. 131.

[21] Ibid.

[22] Ibid.

[23] 1788 Amendment to the 1780 Gradual Abolition Act, The President's House in Philadelphia, UShistory.org, https://www.ushistory.org/presidentshouse/history/amendment1788.php accessed April 4, 2022.

[24] The Papers of George Washington, ed. William W. Abbot et al. (Charlottesville: University Press of Virginia, 1983), Presidential Series, 8:132, pp. 202, 232.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

those enslaved by Martha Washington, therefore belonging to the Custis estate, escaped, George Washington would be held responsible for reimbursing the estate for the loss of property.[25]

## Ona Judge

Ona Judge's escape from the President's House in 1796 ties the site to the Underground Railroad. Judge's duties under enslavement at the President's House centered on the personal care of Martha Washington.[26] Like her mother before her, Judge was a skilled seamstress who George Washington called, "the perfect mistress of her needle."[27] Bathing, grooming, and dressing the first lady, organizing her personal belongings, and cleaning and mending her clothing, and whatever other duties Mrs. Washington demanded, were the responsibilities and expectations that fell to Judge in Philadelphia. According to Elizabeth Langdon, daughter of New Hampshire senator and governor, John Langdon, Ona prepared Martha Washington's famous caps — "a nice matter of home clear-starching, quilling and frilling . . ."[28] She also made garments for Mrs. Washington and was indispensable to the First Lady.

At 22 years old, Judge would have well-understood the world of slavery, particularly at Mount Vernon, and the highest forms of freedom for Blacks that she witnessed in Philadelphia and the free state of Pennsylvania. Judge accompanied Mrs. Washington on her social calls and various shopping trips. Mrs. Washington's enslaved maid would have been highly visible as she went about the bustling city in her own fine attire along with the First Lady. According to Mt. Vernon historians, "Her visible position in the household meant that she received a regular supply of high-quality clothing" such as "gowns, shoes, stockings, and bonnets."[29]

Judge did experience a level of autonomy and independence while in Philadelphia. She received some small cash from Tobias Lear, the President's personal secretary. On February 22, 1791, Lear recorded that Austin, who was Ona's brother, Hercules, Moll and Oney were "to receive a dollar each . . . to buy things to send home by Giles."[30] Evelyn Gerson, one of Judge's biographers, adds that as time went on during Washington's presidency and civic life became ever more frenetic, that "Ona's days became less supervised." Judge is recorded as having attended the circus and was able to experience other social and cultural events, amusements and attractions of city life. She was able to attend not only circuses, but also marketplaces, theaters, waxwork exhibitions and parties.[31]  In June 1792, Ona was able to go to the theater in the company of her brother and Hercules. Gerson believes

---

[25] Wiencek, Henry. *An Imperfect Got: George Washington, His Slaves, and the Creation of America* (New York: Farrar, Straus and Giroux),  p. 315.

[26] Judge was considered a dower slave, meaning that she was enslaved by Martha Washington's estate as part of the dower, or widow's share of her late husband's estate.

[27] GW to Oliver Wolcott, Sept. 1, 1796, Founders Online, National Archives, https://founders.archives.gov/?q=oney%20judge&s=1111311111&sa=&r=8&sr=  accessed March 8, 2022.

[28] Caroline Kirkland, *Memoirs of Washington* (New York: D. Appleton & Co., 1857), p. 468. Hathi Trust, https://babel.hathitrust.org/cgi/pt?id=loc.ark:/13960/t1gh9xh4t&view=1up&format=plaintext&seq=6&skin=2021 accessed March 6, 2022.

[29] Susan P. Schoelwer, ed., *Lives Bound Together: Slavery at George Washington's Mount Vernon* (Mount Vernon: Mount Vernon Ladies Association, 2016), p. 20; Look at original sources, Reference to People from the Presidential Household Account Books, https://www.ushistory.org/presidentshouse/history/references.php

[30] Stephen Decatur Jr, *The Private Affairs of George Washington* (Boston: Houghton Mifflin Company, 1933), p. 201.

[31] Evelyn B. Gerson,  "A Thirst for Complete Freedom: Why Fugitive Slave Ona Judge Staines Never Returned to Her Master, President George Washington." Master's Thesis, Harvard University, June 2000, p. 75.
Decatur Jr, *The Private Affairs*, p. 201, 268-9; "Washington's Household Account Book, 1793-1797," *PMHB 29* (1905); "Washington's Household Account Book, 1793-1797," *PMHB 31* (1907) 56; also see https://www.ushistory.org/presidentshouse/history/references.php accessed April 8, 2022.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

they saw Farquhar's comedy *The Beaux Stratagem*.[32] With such unaccompanied interactions, assuredly Judge would have heard of the law and understood Washington's covert strategies to maintain slavery in the presidential household in the free state of Pennsylvania. Judge would have seen Philadelphia's thriving free Black community all around her. By the summer of 1793, slaveholders escaping the Haitian Revolution brought their enslaved captives with them to Philadelphia further adding to the tumult.[33]

Sometime in 1796, Martha Washington had informed Judge that it was her intention to bequeath Judge as a wedding gift to her granddaughter, Elizabeth Parke Custis Law (b. 1776), who Judge despised.[34] The wedding was held March 21, 1796. At that moment, Judge would have understood that not only would she not be emancipated upon Mrs. Washington's death but that she was destined to be enslaved by a woman of roughly her own age. The division of the enslaved property of the Custis estate had already been determined. Compounding the problem, toward the end of Washington's second term as president, he planned to return to Mount Vernon with Judge and the other enslaved workers. Judge says she realized that if she did not attempt to escape before then, when her chances of success were greatest, that she would most likely remain enslaved for the remainder of her life.

## Ona Judge's Escape from Captivity

Ona Judge mentions in one of two interviews she granted, one in 1845 and the other in 1847, years after her escape, that she realized that once she was back on the southern plantation that Mount Vernon was, and away from the free state of Pennsylvania, that she might never obtain her freedom.[35] So, while Washington was fretting about the people he enslaved seeking legal protection under the Gradual Emancipation law, Judge laid a careful, well-thought out escape plan although at the time, she did not know where she would likely end up. With escape as her only viable choice, Judge packed her possessions for the trip back to Mt. Vernon as expected but prepared to escape her enslavement while the Washingtons were attending to their own packing preparing for their summer visit to Mt. Vernon.

On a rainy Saturday evening in Philadelphia, **May 21, 1796**, Ona Judge escaped from slavery at the hands of Martha, and her husband George Washington, the first president of the United States of America. Typical of so many successful escapes, Judge slipped away while the slaveholders were distracted and sitting down to enjoy their dinner—a time that did not require her attendance to the First Lady. Washington was highly regimented and maintained strict adherence to schedule so Judge could be confident of the timing of events. If guests were present, the meal could have extended for hours. It was a bold and daring move, particularly for an enslaved woman, nine months before Washington's term in office ended. By then, both her brother, Austin, and her mother Betty back at Mt. Vernon had died.[36] As a consequence of her escape, Ona's younger sixteen-year-old sister,

---

[32] Gerson, "A Thirst," p. 70.

[33] Julie Winch, *A Gentleman of Color: The Life of James Forten* (New York: Oxford University Press, 2002).

[34] T. H. Adams, "Washington's Runaway Slave," *Granite Freeman*, Concord, New Hampshire, May 22, 1845. See Martha Washington, A Life,   https://marthawashington.us/items/show/4.html accessed April 6, 2022.

[35] Ibid; Benjamin Chase, "A Slave of George Washington," Letter to the editor, *The Liberator,* January 1, 1847, p. 3, http://fair-use.org/the-liberator/1847/01/01/the-liberator-17-01.pdf accessed April 6, 2022.

[36] Austin, Ona Judge George Washington's Mount Vernon, https://www.mountvernon.org/library/digitalhistory/digital-encyclopedia/article/austin/ accessed April 6, 2022.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

Philadelphia (Delphy), would be given to Eliza Custis Law, the volatile and disagreeable woman under whose enslavement Ona had refused to live.[37]

Years later Judge granted two newspaper interviews that provide her brief first person account of her escape.[38] Most importantly, she told the reporter for *Granite Freeman* that she "had friends among the colored people and had her things sent ahead," demonstrating that Ona had been able to build a strong network of friendship and support in Philadelphia and that the escape had been planned with them in mind.[39] The escape advertisement noted that Judge had taken with her "many changes of very good clothes of all sorts."[40] Freed from having to carry or worry about her possessions, Judge could more readily slip out onto the Philadelphia streets and onto her place of refuge while she remained hidden in the city.

Judge was able to take advantage of Philadelphia's location as a premier port city and the proximity of the President's House to the wharf. Hers was a waterborne escape made possible by 31-year old sea Captain John Bowles out of Portsmouth, NH although it is unclear whether or not he knew who she was. He took Ona aboard his sloop, *Nancy*. Bowles' successful freight business had him sailing between Portsmouth and Philadelphia about once a month. Because of the frequency of his trips, it is impossible to say which of his numerous voyages carried Judge to freedom.[41] In the escape advertisements, Washington correctly anticipated that "she may attempt to escape by water" adding the ubiquitous warning to sea captains, "all masters of vessels and others are cautioned against receiving her on board, although she may, and probably will endeavor to pass as for a free woman, and it is said has, wherewithal to pay her passage."[42]

## Black Abolitionism in Philadelphia

Although we cannot know for certain who helped Judge escape, Black abolitionist and future AME Bishop, Richard Allen was at the President's House in March 1796, just two months prior to Judges escape. He maintained a chimney sweep business and receipts place him there as he came to collect

---

[37] Erica Armstrong Dunbar, *Never Caught: The Washingtons' Relentless Pursuit of their Runaway Slave Ona Judge* (New York: Atria, 2017), p. 188.

[38] T. H. Adams, "Washington's Runaway Slave, and How Portsmouth Freed Her," *Granite (NH) Freeman*, May 22, 1845, reprinted in Frank W. Miller, Portsmouth New Hampshire Weekly, June 2, 1877.

[39] Adams, "Washington's Runaway."

[40] "Ten Dollars Reward," *Claypoole's American Daily Advertiser,* May 25, 1796, p. 3.

[41] "For Portsmouth, N.H., *The Philadelphia Gazette & Universal Daily Advertiser*, Advertisement Philadelphia Gazette (Philadelphia, Pennsylvania), May 17, 1796, p. 2 https://infoweb-newsbank-com.proxy-um.researchport.umd.edu/apps/readex/doc?p=EANX&t=pubname%3A10CEB64FEBA73778%21Philadelphia%2BGazette/year%3A1796%211796/mody%3A0517%21May%2B17&year=1796&docref=image%2Fv%3A10CEB64FEBA73778%40EANX-10F3129D2C27E4E0%402377173-10F3129D63B6B340%401&origin=image%2Fv%3A10CEB64FEBA73778%40EANX-10F3129D2C27E4E0%402377173-10F3129D3A19BFB0%400; "Arrived," The Philadelphia Inquirer (Philadelphia, Pennsylvania)15 Aug 1796, Mon, p. 3, https://www.newspapers.com/image/467044376/?terms=Sloop%20Nancy%20and%20Bowles&match=1 Newspapers.com accessed April 4, 2022. *The Philadelphia Gazette & Universal Daily Advertiser* for 13 May 1796 contained a notice that the sloop *Nancy*, with "John Bowles, master," was in Philadelphia intending to sail for Portsmouth. *The New Hampshire Gazette* (Portsmouth) for 4 June reported the sloop's arrival, fn.1, Letter, To George Washington from Thomas Lee, Jr., 28 June 1796, Founders Online, https://founders.archives.gov/?q=george%20Washington%20to%20Thomas%20Lee%201796&s=1111311111&sa=&r=96&sr= accessed April 5, 2022.

[42] "Ten Dollars Reward," *Claypoole's American Daily Advertiser,* May 25, 1796, p. 3.

NPS Form 10-946 (Rev. 04/2020)                                                    OMB Control No. 1024-0232
National Park Service                                                                Expiration Date 04/30/2023

payment.[43] Judge also purchased a pair of shoes prior to her escape. Allen's biographer, Richard Newman suggests that it is possible that Judge could have purchased them from the shoe shop that Allen maintained in his nearby Spruce Street home.[44]

Philadelphia had been a destination for freedom seekers since at least the 1750s.[45] Decades before the concept of the "Underground Railroad" came into existence, Philadelphia was already the epicenter of Black freedom mindedness and abolitionism, and had a large free Black population. Philadelphia's Underground Railroad had its early roots in the city's various antislavery societies that formed about the time of Judge's escape, in the late 1700s and early 1800s. William Switala names the 1787 Independent Free African Society as one of the earliest of these societies. He calls it "the first attempt at an Underground Railroad system in Philadelphia."[46] Julie Winch points to the activism of a network of Philadelphia's autonomous Black organizations. Blacks, including sailmaker James Forten as well as Quakers had been very active in the antislavery movement that had also taken hold early in the state of Pennsylvania.[47] In an April 12, 1786 letter to Robert Morris, the owner of the President's House property at the time, George Washington complained that the assistance antislavery Quakers gave to freedom seekers rendered Philadelphia an undesirable place for Southerners to frequent if they planned to bring their enslaved property with them.[48] Months later, on November 20, Washington wrote a letter to William Drayton that an enslaved man, whom Washington was sending to Drayton in Charleston under the coercion of Washington's overseer, had escaped in Baltimore. The President supposed that Philadelphia was the freedom seeker's destination. The chief executive lamented, "there are numbers that had rather facilitate the escape of slaves, than apprehend them when runaways."[49] The Pennsylvania Abolition Society had formed by 1789. Washington did not perceive that Philadelphia's free Black community was responsible for many a successful escape such as Ona Judge's. Instead, he speculated that " it is certain the escape has been planned by some one who knew what he was about, & had the means to defray the expence of it & to entice her off; for not the least suspicion was entertained of her going, or having formed a connexion with any one who could induce her to such an Act."[50]

About the time the United States Constitution was being ratified in 1787, free African Americans in Philadelphia were establishing the Free African Society. Led by Absalom Jones and Richard Allen, the Society was formed on **April 17, 1787**. It became the first organized independent Black institution and mutual aid society in the United States, "and was a first attempt at an Underground Railroad system in Philadelphia."[51] The organization initially met in Richard Allen's Spruce Street home. The all-important meeting when the Society's decision to open the first Black church in Philadelphia took

---

[43] "Washington's Household Account Book, 1793-1797," March 14, 1796 and March 4, 1797, in *Pennsylvania Magazine of History and Biography* 31 (1907): 177, 344; Richard S. Newman, *Freedom's Prophet: Bishop Richard Allen, the AME Church, and the Black Founding Fathers* (New York, New York University Press, 2008), pp. 140, 321, fn. 40.

[44] Newman, *Freedom's Prophet*, p. 141; See "References to People from the Presidential Household Account Books," The President's House in Philadelphia, https://www.ushistory.org/presidentshouse/history/references.php accessed April 4, 2022.

[45] Switala, *Underground Railroad*, p. 142.

[46] Ibid., p. 143.

[47] Julie Winch, *Philadelphia's Black Elite* (Philadelphia: Temple University Press, 1988).

[48] George Washington, Letter to Robert Morris, April 12, 1786, vol. 28, 407-8; Switala, *Underground Railroad*, 142.

[49] George Washington, Letter to William Drayton, 20 November 1786, Founders Online, National Archives, https://founders.archives.gov/documents/Washington/04-04-02-0347 [Original source: The Papers of George Washington, Confederation Series, vol. 4, 2 April 1786–31 January 1787, ed. W. W. Abbot. Charlottesville: University Press of Virginia, 1995, pp. 389–390.

[50] George Washington, Letter to Oliver Wolcott, Jr., 1 September 1796, Founders Online, National Archives, https://founders.archives.gov/?q=oney%20judge&s=1111311111&sa=&r=8&sr= accessed March 6, 2022.

[51] Switala, *Underground Railroad*, p. 142.

NPS Form 10-946 (Rev. 04/2020)                                                    OMB Control No. 1024-0232
National Park Service                                                             Expiration Date 04/30/2023

place in the home of James Dexter. He lived there with nine others on a street that had more than 60 Black residents. This society grew into St. Thomas Episcopal church and was also the foremother of the African Methodist Episcopal Church.[52]

In the last decades of the 18th century, Black families could be found in every ward of the city and in every suburb.  Underground Railroad historian Charles Blockson indicated, because much of the early work of assisting freedom seekers was unorganized, private homes served as "stations" or places of refuge where freedom seekers could be sheltered for a short time prior to moved to their next destination.[53] Absalom Jones, Richard and Sarah Allen, and James Forten were among the powerful Black abolitionists who would have been at the center of that community, but their names were not yet known across the country. They would have expected little scrutiny and less suspicion in those early years.

In 1794, Richard Allen transported a blacksmith's shop to a plot of land he and his wife, Sarah, had purchased at 6th and Lombard Streets and converted it into a church. By **July 29, 1794**, Methodist founder Frances Asbury dedicated Mother Bethel Church. Of Allen's wife Sarah, AME historiographer, Bishop Daniel Payne reports that the couple were thoroughly "anti-slavery," their "house was never shut against the friendless, homeless, penniless fugitives from the 'House of Bondage.'" Allen's close associate and advisor, Rev. Walter Proctor also reported to Payne that the "house of Bishop Allen was a refuge for the oppressed, and a house for the refugee from American oppression."[54] At the time, Allen's home was located on Spruce Street. This was the firmament of racial justice and religious freedom that was fomenting in Philadelphia two years before Judge escaped from the President's House.

By 1796, the year Judge escaped, Allen and Jones been had separated from the white Methodist Episcopal church for a decade, had established the Free African Society, and were spreading freedom mindedness and a liberatory theology among Philadelphia's free Black population. Jones went on to establish St. Thomas' African Episcopal Church. Sailmaker James Forten built on the reputation he had gained through his association with the Free African Society and became a pioneer member of St. Thomas, serving on its first vestry in 1786.[55] All of this was unfolding just blocks from 6th and High Streets (now Market). See accompanying map.[56]

As the Underground Railroad, abolitionism and the anti-slavery movement took deeper root in Philadelphia, one historian placed James Forten among the fifteen most notorious abolitionists in the country.[57] James Forten had served in the Continental navy during the American Revolution. At fifteen, he enlisted on a privateer as a powder boy. As a young sailor, Forten became a prisoner of

---

[52] Preamble of the Free African Society, Africans in America, PBS-WETA, https://www.pbs.org/wgbh/aia/part3/3h465t.html accessed April 5, 2022; James Dexter's House: James Oronoko Dexter, Historical Society of Pennsylvania, http://m.philaplace.org/story/1614/ accessed April 11, 2022.

[53] Charles L. Blockson, *African Americans in Pennsylvania: a History and Guide* (Baltimore: Black Classic Press, 1994), p. 16.

[54] Daniel Payne, *History of the African Methodist Episcopal Church* (Nashville: Publishing House of the A. M. E. Sunday School Union, 1891), p. 84, https://docsouth.unc.edu/church/payne/payne.html accessed March 1, 2022.

[55] William Douglass, Annals of the First African Church in the United States of America, now styled the African Episcopal Church of St. Thomas (Philadelphia, 1862), p. 1, https://www.familysearch.org/library/books/records/item/379864-annals-of-the-first-african-church-in-the-united-states-of-america-now-styled-the-african-episcopal-church-of-st-thomas-philadelphia-in-its-connection-with-the-early-struggles-of-the-colored-people-to-improve-their-condition-with-the-co?offset=33240 accessed March 1, 2022.

[56] Located at 419 South 6th Street. See map of the area included with this submission.

[57] Reuter, Edward Byron, "The Mulatto in the United States, including a Study of the Role of Mixed-Blood Races Throughout the World," Doctoral Dissertation, University of Chicago, p. 192, https://brittlebooks.library.illinois.edu/brittlebooks_open/Books2009-10/reuted0001muluni/reuted0001muluni.pdf accessed February 24, 2022.

NPS Form 10-946 (Rev. 04/2020)                                                    OMB Control No. 1024-0232
National Park Service                                                                    Expiration Date 04/30/2023

war on board the prison ship *Old Jersey* during the Revolutionary War. It was often the practice to send African American prisoners of war into slavery in the West Indies so Forten conceived of an escape plan for himself. But, instead of using the idea to facilitate his own escape, Forten instead assisted in the escape of another young Black sailor "in an old chest of clothes." Forten actually helped carry the chest off the ship. It was a well-conceived plan.[58]

One writer says that James Forten's efforts on behalf of the enslaved population "launched pre-Garrisonian abolitionism in the United States."[59] Forten was one of the powerful Black abolitionists in operation in Philadelphia at the time of Ona Judge's escape. As a sailmaker and entrepreneur, Forten knew the docks, the sea captains and the business end of the maritime trade. He was already building his well-deserved reputation as an extraordinary sailmaker and savvy businessman. He would have been well-acquainted with the Black sailors known as "Black jacks" who were a constant fixture along America's waterfronts, north and south. They were frequently implicated in maritime escapes.[60] At the very least, these Philadelphians would have known of First Lady Martha Washington's slender, handsome, "delicately made" enslaved maid. It is also conceivable that Forten could have had a hand in Judge's waterborne escape. Charles Blockson makes the statement that "Forten was active with his family in the Underground Railroad," most likely in later years, however.[61] Forten's Lombard Street home became known as an Underground Railroad Station in later years as well. His daughter Charlotte would later marry Robert Purvis, the reputed President of the Underground Railroad.

Judge's escape in the late eighteenth century may have tapped into an early example among people of color working the Underground Railroad in Philadelphia. Unfortunately, these early abolitionists and Underground Railroad activists could not have written about or confessed to any of their early work. Admitting to assisting in the escape of the enslaved property of the first president of the United States would surely have had dire consequences. Slavery remained legal and assisting with escapes was subject to punishment and fines during the span of their lifetime. Unlike later years when freedom seekers and Underground Railroad agents wrote their narratives, there would have been no safe time to reveal one's participation in Judge's escape. For those whose involvement is suggested here, any knowledge or suspicion of them helping freedom seekers would have meant professional and financial ruin and a loss of their trusted standing in the white community.

Washington acknowledged that Judge's well-executed escape had been "planned by some one who knew what he was about & had the means to defray the expence [sic] . . . " But the Chief Executive was convinced, no matter what "she may have asserted to the contrary," that there was no doubt that Ona Judge had "been seduced and enticed off by a Frenchman, who was either really, or pretendedly

[58] Robert Purvis, *Remarks on Life and Character of James Forten*, *Delivered at Bethel Church 1842* (Philadelphia: Merrihew and Thompson, Printers, 1842); Ncurrie, Rediscovering Black History, African American Seamen of the Antebellum Era: Using Seamen's Protection Certificates to Document Early Black Mariners, National Archives, https://rediscovering-black-history.blogs.archives.gov/2021/11/10/african-american-seamen-of-the-antebellum-era/ accessed March 1, 2022; African American Sailors in the U.S. Navy, A Chronology. Naval History and Heritage Command https://www.history.navy.mil/browse-by-topic/diversity/african-americans/chronology.html#1 accessed March 1, 2022; William C. Nell, *Colored Patriots of the American Revolution*, pp. 170-172

[59] Billington, Ray Allen. "James Forten: Forgotten Abolitionist." *Negro History Bulletin* 13, no. 2 (1949): 31–45. http://www.jstor.org/stable/44174890 accessed March 1, 2022.

[60] Timothy Walker, ed., *Sailing to Freedom: Maritime Dimensions of the Underground Railroad* (Amherst: University of Massachusetts Press, 2021); Jeffrey Bolster, *Black Jacks*: *African American Seamen in the Age of Sail* (Cambridge: Harvard University Press, 1998).

[61] Charles L. Blockson, *The Underground Railroad in Pennsylvania* (Jacksonville, NC: Flame International, Inc., 1981), p. 24.

NPS Form 10-946 (Rev. 04/2020)                                                                    OMB Control No. 1024-0232
National Park Service                                                                                    Expiration Date 04/30/2023

deranged" and never seen again after Judge left.[62] At the time, an effective, mobilized and resourceful African American community capable of effecting such a successful escape as Ona's was inconceivable among Judge's pursuers. As a result of such circumstances and attitudes, whoever Judge's "friends among the colored people" were can only be suggested.

## The Aftermath of Judge's Escape

Judge was up against a powerful political and legal juggernaut in what was essentially a personal matter—the escape of Martha Washington's enslaved maid. President George Washington left an extensive paper trail of advertisements and letters written from the President's House in pursuit of Ona Judge. Two days after Judge's escape, three advertisements ran in two newspapers. The first line of the ads read, "Absconded from the household of the President of the United States." The advertisement was signed by Frederick Kitt, President Washington's Chief of Staff, rather than by the President himself.[63] Gerson observes that the president was sensitive to "his nationwide respect and adoration," which he did not want to risk. She continues, "Washington knew that he was a symbolic figure to the  populace and the sight of the President hunting down his bondswoman would contradict the philosophical principles of the nation. Entangling the Presidency in the very controversial issue of slavery might also agitate abolitionists, rally slave owners, rile lawmakers, and thus jeopardize already attenuated relations between the states." He would resort to back channels and decided as Gerson puts it, "to quietly kidnap Ona" and disregard the legal procedures he had signed into law with the Fugitive Slave Act of 1793.[64]

Washington first reached out to ask for help from his friend Thomas Lee, Jr. On **June 28, 1796**, Thomas Lee reported to Washington that a free woman of color had indicated that Judge had been in New York City and was on her way to Boston.[65] By the end of August, however, Washington knew of her whereabouts because of a chance encounter.[66] Once in New Hampshire, Judge faced perhaps her most harrowing moments. By escaping to Portsmouth, the freedom seeker had placed herself in the midst of New Hampshire's powerful, politically connected base. Several among them were friends and acquaintances of the Washingtons. Portsmouth was the home of senator John Langdon of New Hampshire, president pro-tempore of the senate during Washington's inaugural year in 1789 and he served as New Hampshire' governor at the time of Ona's escape. It was Langdon's daughter, Elizabeth, a friend to Martha Washington's granddaughter, who spotted Ona on a Portsmouth street. Langdon reported the sighting of Judge to the Washingtons in Philadelphia.  As Henry Wiencek points out, Ona "had escaped the Washingtons, but she had not escaped slavery."[67] Caroline

---

[62] Letter, From George Washington to Oliver Wolcott, Jr., 1 September 1796, Founders Online, https://founders.archives.gov/?q=%20Author%3A%22Washington%2C%20George%22%20oliver%20wolcott&s=1111311111&r=95 accessed March 9, 2022.

[63] "Advertisement," *The Philadelphia Gazette & Universal Daily Advertiser*, May 23, 1796; "Advertisement," *The Philadelphia Gazette & Universal Daily Advertiser*, May 24, 1796, https://en.wikipedia.org/wiki/Oney_Judge#/media/File:Oney_Judge_Runaway_Ad_(cropped).jpg; "Ten Dollars Reward," *Claypoole's American Daily Advertiser*, May 25, 1796, p. 3, Encyclopedia of Virginia, https://encyclopediavirginia.org/entries/advertisement-for-the-capture-of-oney-judge-claypooles-american-may-25-1796/ accessed March 6, 2022; George Washington's diary entries are missing for the year 1796, John C. Fitzpatrick, ed., *The Diaries of George Washington 1748-1799 Vol. V 1789-1799* (Boston: Houghton Mifflin Company, 1925), p. 243.

[64] Gerson, *A Thirst*," p. 232.

[65] Thomas Lee, Letter to George Washington, June 28, 1796, Founders Online, National Archives, https://founders.archives.gov/?q=%22Thomas%20Lee%22%20%20&s=1111311111&r=102 accessed March 6, 2022.

[66] Gerson, *A Thirst*, p. 82-3.

[67] Henry Wiencek, *An Imperfect God: George Washington, His Slaves and the Creation of America* (New York: Farrar, Straus and Giroux, 2003), p. 322.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

Kirkland, who interviewed the Senator's daughter, Elizabeth, narrates the one version of the encounter with Ona for an 1857 biography of President Washington.

"Why, Oney !" said Miss Langdon, "where in the world have you come from?"

"Come from New York, missis," said Oney.

"But why did you come away — how can Mrs. Washington do without you?"

"Run away, missis" was Ona's reply.

Most tellingly, when asked why she had escaped, Ona reportedly told Ms. Langdon, "I wanted to be free, missis; wanted to learn to read and write—."[68] However, George Washington's **September 1** letter to cabinet member and Secretary of the Treasury, Oliver Wolcott, Jr. references this encounter quite differently. Although Washington reports that as Ms. Langdon recognized Judge and "was about to stop and speak to her," Judge "brushed quickly by, to avoid it."[69] With either version Judge came face to face with Elizabeth Langdon on a Portsmouth, New Hampshire street, three months after her escape. Through this chance encounter with Elizabeth Langdon, an intimate friend of Washington's youngest step-granddaughter Nelly Parke Custis, and daughter of John Langdon, the President learned that the freckled face woman with "very black eyes and bushy black hair" had escaped to Portsmouth, New Hampshire.[70]

As a result of that fateful encounter, Washington had discovered Judge's precise location by mid-August. By the end of that month, the President had already spoken to Wolcott about this "personal affair" during a cabinet meeting held in the President's generous sized private study on the second floor of the President's House.[71] Washington's follow up letter to Wolcott contained Ona Judge's name and a description. "I would thank you for writing to the Collector of that Port, & him for his endeavours [sic] to recover, & send her back." The President reasoned that his property in the person of Ona Judge had been illegally delivered to Portsmouth, New Hampshire. As such, Portsmouth's Collector of Customs, Joseph Whipple needed to be contacted and recruited in the Washingtons' efforts to capture her. The September 1 letter directed to Secretary of the Treasury Wolcott asked for Whipple's help in bringing Judge back to Virginia. Washington told Wolcott that this was "a trifling occasion." The President was sure, however, that "the ingratitude of the girl, who was brought up & treated more like a child than a Servant (& Mrs Washington's desire to recover her) ought not to escape with impunity if it can be avoided."[72] Wolcott in turn wrote to Whipple, his subordinate. On **September 10, 1796**, Whipple confirmed to Wolcott that Judge was, indeed, in Portsmouth: "I shall

---

[68] Caroline Kirkland, *Memoirs of Washington* (New York: D. Appleton & Co., 1857), p. 469. Hathi Trust, https://babel.hathitrust.org/cgi/pt?id=loc.ark:/13960/t1gh9xh4t&view=1up&format=plaintext&seq=6&skin=2021 accessed March 6, 2022.

[69] Letter From George Washington to Oliver Wolcott, Jr. September 1, 1796, Founders Online, https://founders.archives.gov/?q=%20Author%3A%22Washington%2C%20George%22&s=1111311111&r=29858 accessed March 8, 2022.

[70] Ibid., 87; "Advertisement," *The Philadelphia Gazette & Universal Daily Advertiser*, May 23, 1796

[71] Gerson, *A Thirst,* p. 89; Lindsay M. Chervinsky, "George Washington and the Cabinet: The Unlikely Development of an Unintended Institution." In *Washington's Government: Charting the Origins of the Federal Administration*, edited by Max M. Edling and Peter J. Kastor, 29–56, pp. 39, 43 (Charlottesville: University of Virginia Press, 2021), https://doi.org/10.2307/j.ctv1n3589s.5.

[72] Letter From George Washington to Oliver Wolcott, Jr. September 1, 1796, Founders Online, https://founders.archives.gov/?q=%20Author%3A%22Washington%2C%20George%22&s=1111311111&r=29858 accessed March 8, 2022.

NPS Form 10-946 (Rev. 04/2020)                                                    OMB Control No. 1024-0232
National Park Service                                                             Expiration Date 04/30/2023

with great pleasure execute the President's wishes in the matter . . .—I have just ascertained the fact that the person mentioned is in this Town."[73]

On **September 21, 1796**, Wolcott wrote to Washington from Philadelphia.: "I have the honour to put under cover a Letter from Mr Whipple in answer to one I wrote respecting the Servant Girl." [74] The enclosure was the September 10 letter customs collector Whipple had written to Wolcott. Recapturing Judge in the free state of New Hampshire would require political discretion that should neither expose the president as a slave catcher nor embarrass the presidency. By now, Ona had already been free for more than four months.

By **October 4, 1796** Whipple let Wolcott know that he had "discovered her place of residence" and had "engaged a passage for her in a Vessel preparing to Sail for Philadelphia." In order to avoid alarming the freedom seeker, Whipple waited until the schooner *Thomas* was ready before contacting Judge under the pretense of offering her potential employment with his family. Whipple carefully questioned Judge about her escape and concluded she had not been "decoyed away" as had been previously thought. Rather, her only motive for escaping the President's family had been "a thirst for complete freedom" which she was informed would be the case upon her arrival in Portsmouth. Whipple asserted that Judge held great affection for the President and Mrs. Washington and would be willing to return without hesitation if she could be assured of her freedom upon the death of the Washingtons. Whipple continued, "she should rather suffer death than return to Slavery" and the liability of being sold, "or given to any other person." Thinking that this arrangement would very much please the First Family, Whipple prevailed on Judge to trust that he would obtain for her "the freedom she so earnestly wished for." Judge set out to make arrangements to leave but was careful not to tell the free Black family with whom she had been living in Portsmouth, fearing that they might try to dissuade her.[75]

As it turned out, weather and timing altered the plans. Whipple went on to say that he was "extremely sorry to add that the vessel was "detained by a contrary wind [and] in the course of the next day her intentions were discovered by her acquaintance who dissuaded her from returning and the Vessel sailed without her." With that, the prospects of Judge returning voluntarily vanished. Whipple reminded Judge's pursuers that "popular opinion" in New Hampshire was "in favor of universal freedom" which made it difficult to return freedom seekers to their enslavers. He suggested that in order to be successful and effective in her recapture, "a directive should come from an Officer of the Presidents Household to the Attorney of the United States in New Hampshire & that he adopt such measures for returning her to her master as are authorized by the Constitution of the United States." Whipple offered to "facilitate the business to the utmost of my power in obedience to whatever shall be the pleasure of the President and it is with great regret that I give up the prospect of executing the business in the favourable [sic] manner that I at first flattered myself it would be done."[76]

President Washington, one of the founders and the ascendant leader of the newly formed United States of America, was caught between his irate wife demanding Judge's return and negotiating with his wife's enslaved maid who he once described as "simple and inoffensive." He found himself in a

---

[73] Letter, From Joseph Whipple to Oliver Wolcott Jr., September 10, 1796, George Washington Papers, Series 4, General Correspondence, Library of Congress, https://www.loc.gov/resource/mgw4.109_1021_1022/ accessed March 9, 2022.
[74] Letter, To George Washington from Oliver Wolcott, Jr., September 21, 1796, Founders Online, National Archives, https://founders.archives.gov/documents/Washington/99-01-02-00971 accessed April 6, 2022.
[75] Joseph Whipple to Oliver Wolcott, Oct. 4, 1796, quoted in Fritz Hirschfeld, George Washington and Slavery: A Documentary Portrayal (Columbia: University of Missouri Press, 1997), pp. 114–15.
[76] Ibid.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

contest of wills with a twenty-three-year-old, "ungrateful," defiant freedom seeker. Washington responded to Whipple in a signed letter dated **November 28, 1796** written from the President's House, "To enter into such a compromise, as she has suggested to you, is totally inadmissible . . . for however well disposed I might be to a gradual abolition, or even to an entire emancipation of that description of People . . . it would neither be politic or just, to reward unfaithfulness with a premature preference; and thereby discontent, beforehand, the minds of all her fellow Servants; who by their steady adherence, are far more deserving than herself, of favor." In Washington's view, Judge had "absconded without the least provocation from her mistress.'" The President of the United States stressed to Whipple, "To enter into such a compromise that <u>she</u> has suggested to <u>you</u>, is totally inadmissible." Washington was uninterested in negotiating with a freedom seeker or in rewarding Judge's "unfaithfulness" by granting her her freedom. He was unmoved by Whipple's report that Judge's decision to escape was motivated by her "thirst for compleat [sic] freedom." However, the Chief Executive and the First Lady were willing to forgive her conduct if she willingly returned to slavery without obliging him "to resort to compulsory means to effect it." Washington was ready to put her onboard "a Vessel bound either to Alexandria or the Federal City." [77] "Because of the federal Fugitive Slave Law, which Washington had signed in 1793, slave owners retained the legal right to recapture enslaved people who escaped across state lines, if necessary, with force."[78]

The last things the Washingtons wanted were notoriety and indiscretion.  At this point, they was interested in shipping her back to Mt. Vernon as quickly and as stealthily as possible. Washington told Whipple, "I do not mean however, by this request, that such violent measures should be used as would excite a mob or riot," which could be possible if her supporters were aroused, or is she changed her mind.  Rather than inflame negative public sentiment, Washington was willing to "forego her services altogether," although Mrs. Washington was very anxious to enslave her once again.[79]

On **December 22, 1796**, days before Christmas, Washington received an apologetic response from Joseph Whipple to his Nov. 28th letter. Wolcott forwarded Whipple's report to the president. "I sincerely Lament the ill success of my endeavours [sic] to restore to your Lady her servant on the request of Mr Wolcott—It had indeed become a subject of Anxiety to me on an Idea that her services were very valuable to her mistress and not readily to be replaced."[80] Whipple was opposed to violent measures, but he continued his pursuit of Judge and reported that he had deferred answering Washington's letter in order to discover Ona's whereabouts. He found her living in a free Black community in New Hampshire and that she was "published for marriage" through an official notice found in the New Hampshire town records. By **January 8, 1797**, Ona Judge and seaman John (Jack) Staines, were married in Greenland, New Hampshire by Rev. Samuel Haven of Portsmouth's South Church.[81]

---

[77] Olga Tsapina, "George Washington, a Letter, and a Runaway Slave," March 21, 2018; Letter to Joseph Whipple From George Washington,, November 28, 1796. The Huntington Library, https://www.huntington.org/verso/2018/08/george-washington-letter-and-runaway-slave accessed March 7, 2022; Letter to Joseph Whipple from George Washington, November 28, 1796, National Archives, Founders Online, https://founders.archives.gov/documents/Washington/99-01-02-00037 accessed March 10, 2022.

[78] "Ona Judge," George Washington's Mount Vernon, https://www.mountvernon.org/library/digitalhistory/digital-encyclopedia/article/ona-judge/

[79] Olga Tsapina, "George Washington."

[80] Letter, From Joseph Whipple to George Washington, December 22, 1796, National Archives, Founders Online, https://founders.archives.gov/documents/Washington/99-01-02-00117 accessed March 10, 2022.

[81] *New Hampshire Gazette*, January 14, 1797 as cited in Dunbar, *Never Caught*, 155; Robert B. Dishman, "Ona Marie Judge Takes French Leave of Her Mistress to Live Free in New Hampshire," *Historical New Hampshire*, Spring 2008, pages 41-65; Hirschfeld, *George Washington*, p. 116.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

**March 3, 1797** was George Washington's last day in office as President of the United States. The President and Mrs. Washington continued to occupy the President's House until **March 21, 1797** and continued to pursue Judge during those years. Once out of office, George and Martha Washington, now private citizens continued in the efforts to recapture Judge. On **August 11, 1799,** two years after Judge had escaped, George Washington wrote to his wife's nephew, Burwell Bassett, Jr. again seeking to abduct or otherwise bring Judge and any children she may have had back to Mount Vernon.[82] Bassett, while traveling to New Hampshire on business, was entertained by former Governor John Langdon (Elizabeth's father). During dinner, Bassett mentioned that one of the purposes of the trip that he hoped to accomplish was the recapture of Ona Judge as per the president's request. By this time, Judge, now Mrs. Staines was married and the mother of a child but her husband was away at sea. Ona asserts in her *Granite Freeman* interview that Bassett was sent with orders from Washington to bring back her and "*her infant child by force.*" In her interview, Ona revealed that it was Governor Langdon who broke the law by warning her of Washington's long reach and that Washington had hired a slave catcher. Langdon may have sent his free Black butler, Cyrus Bruce to warn her.[83] She quickly hired a wagon and fled to Greenland, the neighboring town and hid, along with her child, with the Jacks, a free Black family.[84] She remained until Bassett left and her husband returned from sea. As had Whipple before him, Bassett who had to return to Virginia without Ona Judge Stains, delivered the news of his unsuccessful venture to the Washington's.

On December 29, Rev. Richard Allen delivered the eulogy at Bethel Church after George Washington died on **December 14, 1799.** Allen praised the provisions the President had made in his will to emancipate those he had enslaved (upon Martha's death).[85] Martha Washington did not emancipate any of the people she held in slavery during her lifetime or upon her death. As a dower slave, Ona Maria Judge Staines would not have been among them. At Martha Washington's death on **May 22, 1802**, the "dower slaves," i.e. the people her estate held in slavery, were divided among her four grandchildren. Had Judge been recaptured, she and any subsequent children would have become the inherited property of one of these grandchildren.[86]

Ona Judge Staines eluded the Washingtons' illegal and relentless efforts to recapture her. She would live quietly in New Hampshire for another fifty two years. Fifty years after her escape, Mrs. Staines granted two interviews and offered her views on what freedom meant to her. Like so many freedom seekers, she found the denial of education, specifically literacy, particularly onerous and insidious. Indicating that "she never received the least mental or moral instruction, of any kind," Mrs. Staines learned to read after she came to Portsmouth. She also embraced Christianity.[87]

---

[82] Member of the Virginia Senate for Charles City, James City County and New Kent Counties; Letter From George Washington to Burwell Bassett, Jr. August 11, 1799, National Archives, Founders Online, https://founders.archives.gov/?q=%20oney%20judge&s=1111311111&sa=&r=10&sr= accessed March 10, 2022.

[83] Gerson, "A Thirst"

[84] Chase, Letter to the editor.

[85] Richard Allen, "Eulogy of George Washington," delivered in Bethel Church December 29, 1799, and reprinted in the *Philadelphia Gazette*, December 31, 1799, UShistory.org, https://www.ushistory.org/presidentshouse/history/alleneulogy.php; George Washington's Last Will and Testament, 9 July 1799, Founders Online, https://founders.archives.gov/documents/Washington/06-04-02-0404-0001 accessed March 9, 2022.

[86] Erica Armstrong Dunbar, "George Washington, Slave Catcher," *New York Times*, February 16, 2015, https://www.nytimes.com/2015/02/16/opinion/george-washington-slave-catcher.html ; "Martha Washington & Slavery," https://web.archive.org/web/20150905135455/http://www.mountvernon.org/george-washington/martha-washington/martha-washington-slavery/; "George Washington and Slavery," https://web.archive.org/web/20150905132035/http://www.mountvernon.org/research-collections/digital-encyclopedia/article/george-washington-and-slavery/ George Washington's Mount Vernon: Digital Encyclopedia, accessed April 9, 2022.

[87] Benjamin Chase, Letter to the editor, *The Liberator*, January 1, 1847.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

Ona Maria Judge Staines, died at the age of 74, on **February 25, 1848** in Greenland, New Hampshire.[88] Although Staines told her interviewer that "they never troubled me any more" after Washington died, her status as a dower slave meant that after Martha Washington's death, Judge and any children she had became the property of the Custis estate. Because of the 1793 Fugitive Slave Act, signed into law in the President's House by George Washington, and because of her legal status as a dower slave, Ona Judge lived the last 52 years of her life as a free woman yet legally considered a fugitive from slavery.

## Slavery at the President's House after Judge's Escape

After Ona Judge had escaped in 1796, the President and Mrs. Washington returned to Philadelphia with a reduction in the numbers of people they enslaved there; only Moll and Joe Richardson returned to the capital in that final year. Judge's escape had set a disturbing example for the Washingtons. Of the original nine people enslaved at the president's House, Paris had been sent back to Mt. Vernon for disobedience in 1791.[89] Richmond was sent back after being caught stealing—Washington thought to fund an escape attempt for him and his father Hercules. Ona's brother Austin had died after falling from a horse in 1794. Christopher Sheels was also caught in an escape attempt at Mount Vernon in 1799. The attempt did not seem to have dire consequences.[90] Hercules, Washington's dandy chef, also was not brought back to Philadelphia. Because there had been no one to cook for at Mount Vernon while the President finished his second term, the celebrated cook had been forced to dig ditches, crush gravel, make bricks and weed the garden. Hercules escaped from Mount Vernon on **February 22, 1797**, on George Washington's sixty-fifth birthday, ten days before his term of office ended.[91]

S5. Provide a history of the site since its time of significance to the Underground Railroad, including physical changes, changes in boundaries over time, archeological work, or changes in ownership or use. Be sure to describe what is included in the present application and how that compares to what the site was historically.

## President's House Timeline

After 1800 House becomes the Francis's Union Hotel
1832-Original President's House gutted, leaving side walls and the foundations.
Ca. 1898, The Pennsylvania Sons of the American Revolution placed a plaque on surviving sections of the house, commemorating it as the site of the Executive Branch of government and the Executive Mansion.
1941-Western wall removed.
1951-Eastern wall demolished for the creation of Independence Mall.
1954-The President's House not included in final design of Independence National Historical Park. A women's toilet constructed on top of what was considered the footprint of the President's House.
2000-Archaeologists working within the footprint of the planned Liberty Bell Center uncover icehouse used by Presidents Washington and Adams.
2001-Liberty Bell groundbreaking postponed; WHYY radio directs first media attention to the need to commemorate the enslaved at the President's House site.

---

[88] Robert B. Dishman, Ona Marie Judge Takes French Leave of Her Mistress to Live Free in New Hampshire, p. 41.
[89] Edward Lawler, Jr. "Paris," The President's House in Philadelphia, UShistory.org, https://www.ushistory.org/presidentshouse/slaves/paris.php accessed March 7, 2022.
[90] Wiencek, *An Imperfect God,* p. 320.
[91] Schoelwer, ed., *Lives Bound Together*, p. 19; The Washingtons were further distracted by the wedding of their granddaughter, Eleanor Parke Custis to Lawrence Lewis on the same date.

NPS Form 10-946 (Rev. 04/2020)                                                    OMB Control No. 1024-0232
National Park Service                                                              Expiration Date 04/30/2023

2002-Groundbreaking for Liberty Bell Center; requisite archaeology brought a barrage of articles, media scrutiny,  and public protest about the proximity of the Liberty Bell to the practice of slavery at the President's House. These combine to move the National Park Service to archaeological investigations and commemoration of the enslaved workers at the President's House site
2003-Toilet located at site of the President's House removed for redevelopment of Independence Mall.
March 21 to July 31, 2007-archaeological excavation of the President's House Site; More than a quarter million visitors came to the public viewing platform overlooking the site.
2004-08-Consensus building, historical study and interpretation, artistic and cultural expression, design competition all contributed to ideas about commemoration at the President's House site.
2009-Construction started on President's House site memorial.
2010: President's House dedication as an outdoor exhibit and memorial at Sixth and Market Streets as part of Independence National Historical Park.
2020-Site celebrated its 10th anniversary.
For an overview of the President's House site development, visit
http://www.ushistory.org/presidentshouse/controversy/index.php and
Case Study: The President's House, http://www.independencehall-americanmemory.com/teaching-guides/teaching-guide-public-history/presidents-house-case-study/

S6.  Include a bibliography or list of citations for sources used through the document.  Discuss the reliability of historical sources of information and briefly discuss how you used them.

For the President's House Site and the Ona Judge story, whenever possible, I relied on the two Ona Judge interviews, primary sources and compiled the chronology based on Washington's letters. Including legal wording, presidential correspondence, account entries, and historic newspapers brought clarity and understanding of historic events. Because this is such an early date for understanding the Underground Railroad in Philadelphia, there is not much primary source material. To provide a better understanding of the Black community at that time, a map is included showing the Black residents and institutions immediately surrounding the President's House. The map gives a visual Information derived from city directories, locations mentioned in primary and secondary sources and locations taken from existing maps. The map provides visual meaning and context to Judge's statement that she had "friends among the black community . . ." Using the voices of a few key early Black Abolitionists living, working and leading the Black community in Philadelphia at the time helps amplify events of the time period.

Two secondary works on Ona Judge, Evelyn Gerson's Master's Thesis, "A Thirst for Complete Freedom" and Erica Armstrong Dunbar's *Never Caught* helped fill in details about Judges life. Mount Vernon's *Lives Bound Together* and Henry Wiencek"s, *An Imperfect God* also contained descriptions of the lives of others held captive by President and Mrs. Washington. From the earliest years of the President's House project, the USHistory,org website has been an invaluable, consistently cited reference and resource. Many of the images of the site are derived from this website. The National Archives, Founders Online and the Library of Congress have been particularly useful in chronicling the President's correspondence. Wherever possible, on-line resources are provided.

**BIBLIOGRAPHY**

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

Abbot, William W., et al. ed.,  *The Papers of George Washington*. Presidential Series, 8. Charlottesville: University Press of Virginia, 1983.

Adams, T. H. "Washington's Runaway Slave," *Granite Freeman*, Concord, New Hampshire, May 22, 1845.

"Advertisement," (May 23) *Philadelphia Gazette & Universal Daily Advertiser,* Philadelphia, PA, May 24, 1796.

"Advertisement for a Runaway Slave," *Virginia Gazette*, Sept. 7 and 14, 1769, https://founders.archives.gov/documents/Jefferson/01-01-02-0021

Allen, Richard. "Eulogy of George Washington," delivered in Bethel Church December 29, 1799. Reprinted *Philadelphia Gazette*, December 31, 1799.

"Arrived," *The Philadelphia Inquirer*, Philadelphia, Pennsylvania, August 15, 1796.

Billington, Ray Allen. "James Forten: Forgotten Abolitionist." *Negro History Bulletin* 13, no. 2 (1949): 31–45.

Blockson, Charles L. *The Underground Railroad in Pennsylvania*. Jacksonville, NC: Flame International, Inc., 1981.

_____. *African Americans in Pennsylvania: a History and Guide* (Baltimore: Black Classic Press, 1994

Bolster, Jeffrey. *Black Jacks: African American Seamen in the Age of Sail*. Cambridge: Harvard University Press, 1998.

Chase, Benjamin. "A Slave of George Washington," Letter to the editor, *The Liberator*, January 1, 1847.

Chervinsky, Lindsay M. "George Washington and the Cabinet: The Unlikely Development of an Unintended Institution," 29–56.  In Max M. Edling and Peter J. Kastor, eds. *Washington's Government: Charting the Origins of the Federal Administration*. Charlottesville*:* University of Virginia Press, 2021.

Cohen, Amy. "A History of Slavery: President's House Monument Turns 10," Hidden City, https://hiddencityphila.org/2020/12/a-history-of-slavery-presidents-house-monument-turns-10/

Debate in Virginia Ratifying Convention, 15 June 1788, Elliot, Jonathan, ed. *The Debates in the Several State Conventions on the Adoption of the Federal Constitution as Recommended by the General Convention at Philadelphia in 1787*. . . . 5 vols. 2d ed. 1888. Reprint. New York: Burt Franklin, n.d., https://press-pubs.uchicago.edu/founders/documents/a1_9_1s14.html

Decatur Jr., Stephen. *The Private Affairs of George Washington*. Boston: Houghton Mifflin Company, 1933.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

Dishman, Robert B. "Ona Marie Judge Takes French Leave of Her Mistress to Live Free in New Hampshire," *Historical New Hampshire*, Spring 2008.

Douglass, William. *Annals of the First African Church in the United States of America, now styled the African Episcopal Church of St. Thomas.* Philadelphia, 1862.

Dunbar, Erica Armstrong. *Never Caught: The Washingtons' Relentless Pursuit of their Runaway Slave Ona Judge.* New York: Atria, 2017.

Fairfax County (Virginia) August 11, 1761, Newspaper Advertisement for Runaway Slaves, George Washington (August 20, 1761), Encyclopedia Virginia, https://encyclopediavirginia.org/wp-content/uploads/2020/11/9382hpr_e8024769c788925.jpg

Finkleman, Paul. "Human Liberty, Property in Human Beings, and the Pennsylvania Supreme Court," Duquesne Law Review, Vol. 53, 453-482, https://sites.law.duq.edu/lawreview/wp-content/uploads/2017/08/Finkelman-4531.pdf

_____. *Slavery and the Founders: Race and Liberty in the Age of Jefferson.* Armonk, NY: M. E. Sharpe, Inc., 2001.

Fitzpatrick, John C., ed., *The Diaries of George Washington 1748-1799 Vol. V 1789-1799.* Boston: Houghton Mifflin Company, 1925.

"For Portsmouth, N.H.," Advertisement, *The Philadelphia Gazette & Universal Daily Advertiser*, Philadelphia, Pennsylvania, May 17, 1796.

Forten, James. Letters from a Man of Colour, on a Late Bill before the Senate of Pennsylvania (Philadelphia [1813]), 3-4, 7. One of the letters is re- printed in Carter G. Woodson, *Negro Orators and Their Orations* (Washington, 1925), 42-51.

George Washington's Last Will and Testament, 9 July 1799, Founders Online, https://founders.archives.gov/documents/Washington/06-04-02-0404-0001

Gerson, Evelyn B. "A Thirst for Complete Freedom: Why Fugitive Slave Ona Judge Staines Never Returned to her Master, President George Washington." Master's Thesis, Harvard University, 2000.

*Granite Freeman*, Concord, New Hampshire, May 22, 1845.

Hirschfeld, Fritz. *George Washington and Slavery: A Documentary Portrayal.* Columbia: University of Missouri Press, 1997.

Kirkland, Caroline. *Memoirs of Washington.* New York: D. Appleton & Co., 1857, Hathi Trust, https://babel.hathitrust.org/cgi/pt?id=loc.ark:/13960/t1gh9xh4t&view=1up&format=plaintext&seq=6&skin=2021

*The Liberator*, April 14. 1832.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

Mires, Charlene. *Independence Hall in American Memory*. Philadelphia: University of Pennsylvania Press, 2002.

Nell, William Cooper. *Colored Patriots of the American Revolution*. Boston: Robert F. Wallcut, 1855. https://docsouth.unc.edu/neh/nell/nell.html

Newman, Richard S. *Freedom's Prophet: Bishop Richard Allen, the AME Church and the Black Founding Fathers*. New York: New York University Press, 2008.

Payne, Daniel. *History of the African Methodist Episcopal Church*. Nashville: Publishing House of the A. M. E. Sunday School Union, 1891, https://docsouth.unc.edu/church/payne/payne.html

Purvis, Robert. *Remarks on the Life and Character of James Forten, Delivered at Bethel*, March 30, 1842.

Reuter, Edward Byron. "The Mulatto in the United States, including a Study of the Role of Mixed-Blood Races Throughout the World," Doctoral Dissertation, University of Chicago.

Rowe, G. S. and Billy G. Smith. "Prisoners for Trail Docket and the Vagrancy Docket, pp. 57-86. In Billy G. Smith, ed. *Life in Early Philadelphia: Documents from the Revolutionary and Early National Periods*. University Park: The Pennsylvania State University Press, 1995.

Schoelwer, Susan P.  Ed. *Lives Bound Together: Slavery at George Washington's Mount Vernon*. Mount Vernon: Mount Vernon Ladies Association, 2016.

Still, William. *The Underground Railroad*. Philadelphia: Porter & Coates, 1872.

Sumner, Charles. *The Works of Charles Sumner, Vol. III*. Boston: Lee Shepard, 1871. https://babel.hathitrust.org/cgi/pt?id=yale.39002014066766&view=page&format=plaintext&seq=9&skin=2021

Switala, William J. *Underground Railroad in Pennsylvania*. Mechanicsburg, PA: Stackpole Books, 2001.

"Ten Dollars Reward." *Claypoole's American Daily Advertiser*, Philadelphia, PA, May 24,25, 1796.

Thompson, Mary V. "*The Only Unavoidable Subject of Regret" George Washington, Slavery, and the Enslaved Community at Mount Vernon.* Charlottesville: The University of Virginia Press, 2019.

Tsapina, Olga. "George Washington, a Letter, and a Runaway Slave." The Huntington Library, Art Museum, and Botanical Gardens," March 21, 2018. https://www.huntington.org/verso/2018/08/george-washington-letter-and-runaway-slave

Twohig, Dorothy ed. *The Papers of George Washington, Presidential Series 8*, *March – September 1791*. Charlottesville: University Press of Virginia, 1999.

VII: Itinerary for the Southern Tour, February 1791, Founders Online, National Archives, https://founders.archives.gov/documents/Washington/05-07-02-0267-0008

NPS Form 10-946 (Rev. 04/2020)                                                                    OMB Control No. 1024-0232
National Park Service                                                                                  Expiration Date 04/30/2023

Walker, Timothy ed. *Sailing to Freedom: Maritime Dimensions of the Underground Railroad*. Amherst: University of Massachusetts Press, 2021.

"Washington's Household Account Book, 1793-1797," Pennsylvania Magazine of History and Biography, 29, 1905.

"Washington's Household Account Book, 1793-1797," Pennsylvania Magazine of History and Biography, 31, 1907.

Weincek, Henry, *An Imperfect God: George Washington, His Slaves and the Creation of America*. New York: Farrar, Straus and Giroux, 2003.

"What We Know About Anthony," The Naming Project: Anthony, Montpelier's Digital Doorway, https://digitaldoorway.montpelier.org/2021/07/06/the-naming-project-anthony-2/

Winch, Julie. *Philadelphia's Black Elite*. Philadelphia: Temple University Press, 1988.

_____. *A Gentleman of Color: The Life of James Forten*. New York: Oxford University Press, 2002.

**Websites**

1788 Amendment to the 1780 Gradual Abolition Act, The President's House in Philadelphia, UShistory.org, https://www.ushistory.org/presidentshouse/history/amendment1788.php

An Act for the Gradual Abolition of Slavery-March 1, 1780, Pennsylvania Historical & Museum Commission, http://www.phmc.state.pa.us/portal/communities/documents/1776-1865/abolition-slavery.html

Case Study: The President's House, Independence Hall in American Memory, Companion Site, http://www.independencehall-americanmemory.com/teaching-guides/teaching-guide-public-history/presidents-house-case-study/

"A Century of Lawmaking for a New Nation: U.S. Congressional Documents and Debates, 1774–1875," Annals of Congress, 2nd Congress, 2nd Session, American Memory, Library of Congress, https://memory.loc.gov/cgi-bin/ampage?collId=llac&fileName=003/llac003.db&recNum=702

Claflen, George L., Jr. "Framing Independence Hall," scholarship.org, https://escholarship.org/content/qt3r42n16m/qt3r42n16m_noSplash_61bfb88aee1ed9f3db0665dcfb1c6d47.pdf?t=krncb1

Founders On-Line, National Archives, https://founders.archives.gov/

George Washington's Mount Vernon, https://www.mountvernon.org/library/digitalhistory/digital-encyclopedia/article/ona-judge/

Independence Hall, UNESCO, http://whc.unesco.org/en/list/78

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

Independence Hall in American Memory, Companion Site, http://www.independencehall-americanmemory.com/timeline/

Independence National Historical Park, National Park Service, https://www.nps.gov/inde/planyourvisit/independencehall.htm and https://www.nps.gov/inde/learn/historyculture/places-independencehall.htm https://www.nps.gov/inde/planyourvisit/maps.htm

Lawler, Edward Jr., "Oney Judge," The President's House in Philadelphia, UShistory.org, https://www.ushistory.org/presidentshouse/slaves/oney.php

Lawler, Edward Jr. "Paris," The President's House in Philadelphia, UShistory.org, https://www.ushistory.org/presidentshouse/slaves/paris.php

Library of Congress, https://memory.loc.gov/cgi-bin/ampage?collId=llac&fileName=003/llac003.db&recNum=702

Preamble of the Free African Society, Africans in America, PBS-WETA, https://www.pbs.org/wgbh/aia/part3/3h465t.html

The President's House: Freedom and Slavery in the Making of a New Nation." Photographs by Edward Lawler, Jr. (12/14/2010), USHistory.org, . https://www.ushistory.org/presidentshouse/plans/exhibition.php

The President's House Site, Independence National Historical Park, National Park Service, https://www.nps.gov/inde/learn/historyculture/places-presidentshousesite.htm and https://www.nps.gov/inde/planyourvisit/presidentshousesite.htm

U. S. National Constitution Center, https://constitutioncenter.org/interactive-constitution/full-text

Visiting the President's House Site, Independence National Historical Park Pennsylvania, National Park Service, https://www.nps.gov/inde/planyourvisit/presidentshousesite.htm

S7.  Describe current educational programs, tours, markers, signs, brochures, site bulletins, or plaques at the site.  Include text and photographs of markers.

**President's House Site**
This is a self-guided outdoor exhibit that looks at slavery and freedom at the President's House. Ona Judge planned her escape and escaped from this house. President George Washington conducted much of his pursuit of the freedom seeker from this house. The text panels, artistic exhibit and signage explore multiple aspects of resistance to slavery and escape. A recreated image of The Fugitive Slave Act that Washington signed at the house is included in an art panel. The names of the people enslaved by George Washington, including Ona Judge's, are engraved on a stone marker at the site. Text panels, images and digital screens tell the story of the enslaved at the President's House site. The website explains that "The outdoor exhibits examine the paradox between slavery and freedom in the new nation." A portion of the archaeological excavation is encased within the memorial to give the visitor a visual sense of the archaeological features and components of the site. Images of the excavation are included within the display. There is also a contemplative space provided for the visitor to think about the paradox of slavery and freedom at the heart of the founding

NPS Form 10-946 (Rev. 04/2020)                                                              OMB Control No. 1024-0232
National Park Service                                                                              Expiration Date 04/30/2023

of the nation. There is extensive photo-documentation of the site at
https://www.ushistory.org/presidentshouse/plans/exhibition.php

S8.  Describe any local, State, or Federal historic designation, records, signage, or plaques at the site.

The President's House site is located within Independence Hall National Historical Park as part of the
National Park Service.

S9a. If the site is open to the public, describe accessibility conditions under the Americans with Disabilities Act.

**President's House** Site is wheelchair accessible. The video displays are captioned. The National
Constitutional Center across from the site contains written materials available to the visitor.

S10.  Describe the nature and objectives of any partnerships that have contributed to the documentation, preservation,
commemoration, or interpretation of the site.

Ona Judge was one among eight others who had been enslaved at the President's House Site while
George Washington was president of the United States. This information led to a coalition of local
politicians, community activists, and scholars to help preserve and interpret the site. The partnerships
included the City of Philadelphia, state and federal congressional representatives, Avenging the
Ancestors Coalition, Generations Unlimited, the President's House Oversight Committee, the Ad Hoc
historians, local citizens, community leaders and government officials, intent on honoring the
memorializing the site.

S11.  Additional data or comments.  (Optional) These brochures and excerpts from sources do not replace the required narrative.

NPS Form 10-946 (Rev. 04/2020)
National Park Service

OMB Control No. 1024-0232
Expiration Date 04/30/2023

# NOTICES

### Privacy Act Statement

**General:**  This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 21, 1984, for individuals completing this form.

**Authority:**   National Underground Railroad Network to Freedom Act (P.L. 105-203).

**Purpose and Uses:**  The Network to Freedom was established, in part, to facilitate sharing of information among those interested in the Underground Railroad.  Putting people in contact with others who are researching related topics, historic events, or individuals or who may have technical expertise or resources to assist with projects is one of the most effective means of advancing Underground Railroad commemoration and preservation.  Privacy laws designed to protect individual contact information (i.e., home or personal addresses, telephone numbers, fax numbers, or e-mail addresses), may prevent NPS from making these connections.  If you are willing to be contacted by others working on Underground Railroad activities and to receive mailings about Underground Railroad-related events, please add a statement to your letter of consent indicating what information you are willing to share.  The DOI and NPS may use the information to meet reporting requirements, to generate budget estimates and track performance, and to assist park staff  with visitors' education, fee collection, resource management and protection, recreational use planning, law enforcement and public safety personnel for such purposes as emergency contact and search and rescue efforts; to provide permit holders and participants with information about parks and their partners; and to provide reports of activities conducted under an issued permit.

**Disclosure:**  Voluntary. However, failure to provide the requested information may impede our ability to process your application. It is in your best interest to answer all of the questions.  The U.S. Criminal Code, Title 18 U.S.C. 1001, provides that knowingly falsifying or concealing a material fact is a felony that may result in fines of up to $10,000 or 5 years in prison, or both.  Deliberately and materially making false or fraudulent statements on this form will be grounds for not approving your application.

### Paperwork Reduction Act Statement

The authority to collect this information is the National Underground Railroad Network to Freedom Act (P.L. 105-203).  We will use this information to evaluate properties, facilities, and programs nominated for inclusion in the Network to Freedom.  We may not conduct or sponsor and you are not required to respond to a collection of information unless it displays a currently valid OMB control number. Your response is required to obtain or retain a benefit.  OMB has approved this collection of information and assigned control number 1024-0232.

### Estimated Burden Statement

Public reporting for this collection of information is estimated to average 40 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Information Collection Officer, National Park Service, 1201 Oakridge Drive, Fort Collins, CO 80525.  Please do not send your completed application to this address.



# United States Department of the Interior

**NATIONAL PARK SERVICE**
INDEPENDENCE NATIONAL HISTORICAL PARK
143 S. 3rd Street
Philadelphia, PA 19106



**IN REPLY REFER TO:**

1.A.2 (INDE)

12 September 2022

Dr. Diane Miller
National Program Manager
National Underground Railroad Network to Freedom
Harriet Tubman Underground Railroad Visitor Center
4068 Golden Hill Road
Church Creek, MD   21622

Dear Dr. Miller:

As the Superintendent of Independence National Historical Park, I consent to the inclusion of the President's House Site in the National Park Service National Underground Railroad Network to Freedom.

I also consent to share my mailing address, phone number, and e-mail address with others engaged in Underground Railroad commemoration and request that you also share contact information for Marilou Ehrler, Chief of Cultural Resources for purposes such as receiving newsletters or informational mailings, announcements of events, or research queries.  If you or your staff have any questions, please contact Marilou Ehrler, Chief of Cultural Resource Management by telephone at (215) 597-7087 or via email at marilou_ehrler@nps.gov.

Thank you,

Cynthia MacLeod
Cynthia MacLeod
Superintendent

President's House Site

Philadelphia, PA



Map data ©2022 Google    200 ft

LaRoche map
3rd proof
Bill Nelson 6/7/22



African American Life Near the President's House ca 1797





