Case 2:26-cv-00434-CMR   Document 36-11   Filed 01/30/26   Page 1 of 16



# ONEY ESCAPES!

Still a fugitive in her seventies, Ona Judge Staines (earlier called Oney Judge) tells the story of her enslavement in the President's House and her escape to freedom, in 1796, to New Hampshire, where she married John Staines and had three children.

## CHARACTERS

**Oney Judge,** *enslaved maid and seamstress to Martha*

**Ona Judge Staines,** *at age 75*

**Austin,** *Ona's enslaved half brother*

THE FAMILY DINING ROOM

# CONTAGION AND LIBERTY:
## The Yellow Fever Epidemic and the Revolution in Saint Domingue

In the 1790s, slave owners escaping the slave rebellion in Saint Domingue (now Haiti) came to Philadelphia, bringing enslaved Africans, yellow fever, and the suspicion that slavery might yield "dreadful insurrections."

## CHARACTERS

**President George Washington**

**Tobias Lear,** *Washington's secretary*

**Saint Dominguan woman,** *20s*

**Saint Dominguan child**

**Ona (or Oney) Judge,** *enslaved maid and seamstress to Martha*

**Austin,** *Ona's enslaved half brother*

**Moll,** *enslaved maid to Martha*

THE STATE DINING ROOM











### "We shall come to a civil war"

Abigail wrote to her sister in May of 1798 expressing her fears as the political debate heated up over President Adams' policies towards France. Over one thousand men marched in support of Adams on the street outside her window, while rumors spread that men opposed to President Adams and perhaps foreign agents meant to cause public havoc. The mayor placed a guard in front of the President's House and "light horse" troops patrolled to keep order.







THE PRESIDENT'S HOUSE
Freedom and Slavery in the Making of a New Nation

# The Executive Branch



## EXECUTIVE DECISIONS

### INTERNATIONAL

Both Washington and Adams faced shifting alliances with France and England, as well as issues regarding international trade. When war between France and Great Britain threatened to expand to the United States in 1794, Washington sent Chief Justice John Jay to conclude a treaty with Great Britain to settle all outstanding issues between the two countries and establish peace.

The terms of the Jay Treaty incensed many who felt that it conceded too much to England. Thomas Jefferson called the treaty an act "against the legislature and people of the United States." On July 4, 1795, Jay was hanged in effigy, and on July 25, a crowd gathered, screaming, "Kick this damn treaty to Hell!" Congress ratified the treaty, but it embittered relations with France, itself in the midst of a lengthy and bloody revolution.

### NATURALIZATION ACT OF 1790



Race was fundamental in determining citizenship in the new nation. In 1790, Congress debated a bill about the requirements to become a naturalized American citizen. While disagreement arose about religious and political affiliation, moral character, and length of residency, all agreed on the most fundamental point: future citizens must be "free white persons of good moral character."

## A NEW NATION:
### A NEW FORM OF GOVERNMENT

The federal government moved from New York City to Philadelphia in 1790. Years of contentious debate over where to locate the nation's capital contributed to the divide between North and South. Southern delegates favored a site along the Potomac River between Maryland and Virginia, both slave states. Northern delegates favored New York or Philadelphia. Alexander Hamilton was eager to have Congress pass a bill that would allow the federal government to assume the states' huge financial debt from the Revolutionary War. A compromise was reached. In exchange for southern support of his debt relief bill, Hamilton and his supporters voted in favor of designating Philadelphia as the temporary capital for a period of ten years when the seat of government would move to Washington, D.C.

While in Philadelphia, Presidents Washington and Adams had to make decisions regarding states' rights, executive power, citizenship, diplomacy, Native American territories, and slavery. Many of their initiatives, treaties, actions, and decisions determined the course of the nation for generations and contributed to establishing a national identity.

Both favored the strong central government supported by the Federalists, whose members included John Marshall and Alexander Hamilton. Republicans, such as Thomas Jefferson, were those who wanted more powers reserved for the states. Their bitter disputes led to the creation of the two-party system of government that still prevails.

### NATIONAL

#### RIGHTS OF INDIVIDUALS AND STATES

The Bill of Rights, the first ten amendments to the Constitution, was ratified in 1791 during Washington's presidency. The Bill of Rights protects basic civil liberties and rights of individuals. It also reserves all powers that are not explicitly granted to the federal government to the citizens or states. It addresses the separation of individual, state, and federal rights. These rights, however, did not apply to enslaved persons, who were considered only property.



#### RACE, ETHNICITY, & COUNTRY OF ORIGIN



In the 1700s, indigenous peoples occupied much of the land of this continent. Though chiefs of the Iroquois and other Indian nations received peace medals from President Washington, beneath this facade of friendship simmered a struggle to define the relationship of land, autonomy, and citizenship on the North American continent. While many European immigrants were becoming American citizens, citizenship did not apply to most Native Americans because they belonged to their own sovereign nations.

#### FIRST BANK OF THE UNITED STATES

The First Bank of the United States was chartered at the urging of President Washington's Secretary of the Treasury, Alexander Hamilton. Established on February 25, 1791, the Bank unified and stabilized the many currencies in use. The Bank served as the national depository for government revenue and a vehicle for paying the foreign debt.

The original bank building still stands at 120 South Third Street, within Independence National Historical Park.

#### WHISKEY REBELLION

In 1791 Congress imposed a tax on distilled whiskey to help reduce the national debt. Several thousand armed men gathered to protest. In 1794 President Washington agreed to Secretary of the Treasury Alexander Hamilton's request to lead a multi-state militia west to quell the resistance. The military action demonstrated the new government's power to enforce federal law. Resentment of this action helped elect Thomas Jefferson, a Democratic-Republican, in 1800.



#### DRIVING THE INDIAN NATIONS OUT OF THE NORTHWEST TERRITORY

Presidents Washington and Adams proclaimed respect for the sovereignty of the Indian nations, but they could not control white settlers on the frontier who frequently violated, with no consequences, the tribal boundary treaties. In the Ohio Territory, the chiefs of the Shawnee and Miami refused to leave their ancestral lands. The Battle of Fallen Timbers (1794) and the Treaty of Greenville (1795) resolved the conflict. Most of Ohio was no longer Native American territory.

#### CLOSING THE DOORS AGAINST "DANGEROUS ALIENS"

Amid an undeclared war with revolutionary France in 1798 and fearing foreign interference in American politics, Congress passed the Alien and Sedition Acts. Congress, with President Adams' support, also passed a new Naturalization Act that required an immigrant to be in residence for 14 years, rather than five, before they could become a citizen.

The **Alien Act of 1798** authorized the President to deport aliens considered "dangerous to the peace and safety of the United States" during peacetime.

The **Alien Enemies Act of 1798** allowed the wartime arrest, imprisonment, and deportation of an alien subject of an enemy power.

The **Sedition Act of 1798** stated that a treasonable act, including publication of "any false, scandalous and malicious writing" against the government, was punishable by fine and imprisonment. The law was used to stifle dissent and silence newspapers that opposed the Federalists.

John Adams noted: "I knew there was need enough for both [the Alien and Sedition Acts], and therefore I consented to them."



Case 2:20-cr-00434-CMR   Document 38-11   Filed 01/3...   Page 12 of 16

# The House & the People Who Worked & Lived In It

## A BRIEF TIMELINE OF FREEDOM AND SLAVERY AT THIS SITE

## THE HOUSE

In the 1790s, when Philadelphia was the temporary capital of the United States, this was the site of the executive offices and the residence of the first two presidents of the United States of America. From 1790 to 1797, President George Washington, members of his extended family, his secretaries, and the enslaved, indentured, and free household servants lived here. From 1797 to 1800, President John Adams and his wife Abigail lived here with their servants, most of whom were enslaved.

## GROUND PLAN FROM 1781

This plan shows the house as it likely was in 1781 when Robert Morris took possession as purchaser. He enlarged and improved it as his family residence. After the city chose Morris' house as the president's residence, Washington enlarged it before arriving to take office in 1790.

## THE PRESIDENTS' VISITORS

### OFFICIALS

Many dignitaries met or dined with Presidents Washington and Adams, including men who would become presidents themselves—Thomas Jefferson, James Madison, James Monroe, and John Quincy Adams. Visitors also included Supreme Court justices, cabinet secretaries, and congressmen.

### AMBASSADORS

Foreign ambassadors and emissaries were welcomed. Secretary of State Timothy Pickering met with Joseph Bunel who was sent by Toussaint L'Ouverture to strengthen economic ties with Haiti. L'Ouverture led the revolution that liberated the enslaved Africans in St. Domingue (Haiti) and was the first government leader in the Western Hemisphere of African descent.

### NATIVE AMERICAN DIGNITARIES

Presidents Washington and Adams met with many delegations from indigenous nations. President Washington invited Thayendanegea, also known as Joseph Brant, a famous Mohawk leader of the Iroquois Nations. Washington also invited a Chickasaw delegation, including Chiefs Piomingo, George Colbert, and William Glover, to the house to discuss future relations with the United States. Other Native American chiefs, including Seneca Chief Red Jacket, met with Washington in the state dining room. Efforts to befriend the native tribes and secure treaties of peace during this period failed over time.

## HOUSEHOLD LABOR

### ENSLAVED AFRICANS IN THE PRESIDENT'S HOUSE

George and Martha Washington transported nine enslaved African descendants from their Mount Vernon estate to Philadelphia. The enslaved included their cook Hercules, Hercules's son Richmond, Martha's personal maid Oney Judge, Oney's brother Austin, Christopher, Giles, Joe, Paris, and Moll.

### PAID ARTISANS & LABORERS

Thousands of craftsmen and laborers, including free people of African descent, lived in Philadelphia in the 1790s and were essential to the city's prosperity. Some worked and lived in the presidential households.

### INDENTURED SERVANTS

George Washington also had indentured servants at the President's House and in nearby Germantown, where he lived for several weeks with his family and servants in the summer of 1794. Most indentures required at least three years of work without wages in exchange for ship's passage, housing, food, clothing, and training. At the end of the indenture, the servant was free to negotiate wages for labor.

## SLAVERY IN THE PRESIDENT'S HOUSE

### WASHINGTON & MOUNT VERNON

### MARTHA WASHINGTON & THE DOWER SLAVES

### WASHINGTON'S DECEIT

### RESISTANCE AND ESCAPE

### PRESIDENT ADAMS



## "I will fear no Evil"

Many evenings, Oney Judge would sit on her pallet where she slept at the foot of Martha Washington's bed, sewing and listening to the First Lady read the Bible, sing hymns, and pray with her two granddaughters in the next room.

In the 1840s, after nearly fifty years of freedom in New Hampshire, Oney (then Ona) Judge told her story to the press. Oney fled the President's House because she overheard Martha Washington state her intention of giving the young woman to her granddaughter. Oney wanted to learn to read and know about religion. Oney recalled that she had "never received the least mental or moral instruction of any sort."







## A Day of Reciprocity

In late August of 1793, leading members of the free African and white communities joined in a banquet to celebrate the roof raising of the first African church in Philadelphia. The dinner was in two parts, Dr. Benjamin Rush explained, "six of the most respectable of the white company" served dinner for the men and women of African descent. "May African churches everywhere soon succeed…" was Dr. Rush's heartfelt toast as the white donors and workers then ate, served by the African participants.