THE PRESIDENT'S HOUSE VIDEOS 1-5
Revision: 19 JULY 2010
-Lorene Cary

HISTORICAL CHARACTERS:
HERCULES, male 40s
RICHMOND, male 14
AUSTIN, male 37
ONA MARIA JUDGE STAINES, female 75
YOUNG ONEY, female 22
CHRISTOPHER SHEELS, male 17
PARIS, male 14
GILES, male 37
MOLL, female 51
JOE RICHARDSON aka POSTILLION JOE, male late 20s
SAMUEL FRAUNCES, male 70s
PRESIDENT GEORGE WASHINGTON, male 61
TOBIAS LEAR, male 30
THE REV. RICHARD ALLEN, male 33
THE REV. ABSALOM JONES, male 53
MEN'S HANDS, 8-10, VARIOUS SHAPES, COLORS, AGES
FICTIONAL CHARACTERS:
TI-SOUS, ST. DOMINGAN YOUNG MOTHER, 20
COURAGE, HER DAUGHTER, 5
JOSHUA, 7 YRS OLD, CHIMNEY SWEEP ASSISTANT TO RICHARD
ALLEN

VIDEO 1:  PRIVATE DINING ROOM, ONA MARIA JUDGE STAINES

CHARACTERS:
ONA MARIA JUDGE STAINES, 75
(YOUNG) ONEY, as the Washingtons called her, 16-22
AUSTIN, 37

SCENE 1 INT. PRIVATE DINING ROOM
A wide shot of the private dining room. YOUNG ONEY and
AUSTIN
enter the frame to retrieve linen and silverware from a
side
buffet. This footage is looped and is the neutral/standby
image on the screen.

A DISSOLVE TO

SCENE 2 EXT. RURAL NEW HAMPSHIRE
ONA, at 75, sits in a chair in an exterior location in
rural
New Hampshire in the 1840s. She speaks very simply and
with
reserve that hints at the nerves of steel she had at 22,
when
she escaped from the President's House.

ONA
My name is Ona Maria Judge Staines.

> The President brought my brother
> Austin and I to Philadelphia when I
> was a girl about 16. Our mother
> Betty was left at Mount Vernon in
> Virginia. She died there while we
> were away.
> That's how it was with us then. We
> were moved around to suit them.

SCENE 3 INT. PRIVATE DINING ROOM
We see YOUNG ONEY, needle in the corner of her lips, white
thread trailing down below her chin, bent over close to
needlework.  She is gathering a three-inch wide strip of
white, lace-edged frill as an additional layer of ruffle to

attach the  white linen mob cap on the wig stand next to her.

Her hands should be fast, deft, precise with fine work:
young, rough, strong, but not farm hands. Think hot-water- and

lye-soap laundry by hand. YOUNG ONEY is a mature teenager
with a fierce intelligence.  As she works, she goes over and

over in her mind her plans to escape, just as she will
continue to do for six years.  Now and then she looks up from

the cloth, frowning, envisioning the problems of leaving,
hiding, smuggling herself onto a boat.

> ONA (V.O.)
> Over six years in Philadelphia, I
> learned who could help me escape
> and how....The hope I had could
> have filled that whole house; but I
> never let them see it...
> Instead I tended to Mrs. Washington
> and her granddaughter Nelly. I
> cleaned and fetched and carried. I
> filled and I emptied. And I sewed.
> Mrs. Washington wanted to set an
> example by wearing fine things that
> didn't come from Europe. They were
> to be made here in America. And
> they were: made right here--with
> these two hands.
> They called me the "perfect
> mistress of my needle," but I was
> not the mistress of myself.
> The President and his cabinet
> talked about liberty-liberty.
> I wanted more than that. I wanted
> freedom.
> VOICE OF MARTHA WASHINGTON
> (from the other room)

Oney, Oney. I need you here.

We see in an instant the energy and discipline required to pull herself back from her private planning and to appear as one of the "family," as the Washingtons called her. She pins the frill to the main bonnet and walks away, fixing her face so as not to betray her private thoughts of freedom.

> YOUNG ONEY (WITH NECESSARY, BUT FALSE, BRIGHTNESS)
> Coming, Missus.

SCENE 4 INT. PRIVATE DINING ROOM

AUSTIN steps into the dining room where YOUNG ONEY is laying napkins evenly into a drawer.  He wears his old coat; the saddle-bag hangs over his shoulder; his hat is in his hand.

There is a family resemblance. He wants to say good-bye to YOUNG ONEY privately before leaving for Mount Vernon.  The ride will take several days, depending on the winter weather.

YOUNG ONEY pulls his coat collar together, sad to see him go, afraid, because the trip is dangerous, and she doesn't like him going alone.  He reassures her with a confident look, a hand on shoulder, and a pat.  They embrace and he leaves the frame.  She stands alone looking after him, resigned, because there's nothing else to do.

> ONA (V.O.)
> My brother Austin had been a waiter and a driver and stable hand; he could ride anything. The President sent him to Mt. Vernon on errands, but also to get around the law that said that if we stayed in Pennsylvania for six months they'd have to let us go free.
> The last trip was in December, just before Christmastime. Austin was looking forward to seeing his wife Charlotte and their children; they had five of 'em. He was something over thirty years of age.
> They tell me that he was crossing a river in Maryland and had a seizure.  A farmer was watching

him. They say he just slid right
over in the saddle and down into
the water. The farmer pulled him
out and sent for a doctor, but my
brother was gone.
Just like that.

DISSOLVE TO

SCENE 5 EXT. RURAL NEW HAMPSHIRE

ONA 75, reappears against with the exterior New Hampshire
background.

ONA

When I was 22, I'll never forget-
Mrs. Washington told me that she
was giving me to her granddaughter
Elizabeth.
I would have been a present, like a
good strong chair for her to use.
"Increase," they called it:
"Increase 2 lambs, 3 foals, 2 Negro
children..." Like breeding, you
see, any way they could make more
of us, didn't matter.
I would have been "one mulatto
seamstress, very skilled, young,
and strong. Pleasant and obedient."
Increase. That was their
preference.
But it wa'n't mine. By this time my
mother had died, and my brother.
Until now, leaving would have meant
losing them.
So, while the Washington family
packed for their trip south, I
packed for my own trip--going
north.
And then, when they were at supper,
     (sounds of cutlery and
      dinner conversation; she
      whispers as she remembers
      it)
--I slipped out the house. Free
black people, friends, hid me until
they could get me onto The Nancy, a
boat headed to Portsmouth, New
Hampshire.
They couldn't believe it. President
sent men after me, tryin to make
big men into slave catchers: the
secretary of the Treasury, the
Customs Collector, the senator from

                    New Hampshire.  I'm told he was
                    even planning on a kidnap, except
                    for they told'im the New England
                    people would riot, God bless'em.

                                              DISSOLVE TO:

        SCENE 6 EXT. RURAL NEW HAMPSHIRE

        ONA as we've seen her before, but we now she wears
        spectacles, and she's squinting a little to work on a baby
        quilt, using a lap-sized wooden quilting hoop.  She talks
as
        she sews.

                              ONA
                    So I stayed right where I was. I
                    married Jack Staines, and we had
                    three beautiful children. He died,
                    Jack did.  And then my children, in
                    their thirties. But they lived
                    free, don't you see? When the girls
                    died it was here, with a mother,
                    free to nurse them and close their
                    eyes...
                    Even after the President left
                    office, he kept hunting me.  They
                    neve gave up trying.
                    He never gave up trying. Can you
                    imagine? One poor woman.
                    Ended up they gave my sister to the
                    granddaughter.  My little sister
                    Delphy.  She was the wedding
                    present.
                    That's how it was for us.
        VIDEO 2: PUBLIC DINING ROOM: ESCAPE FROM SLAVERY AND
        REBELLION AGAINST IT; THE FUGITIVE SLAVE LAW AND ST.
DOMINGUE

        CHARACTERS:
        GEORGE WASHINGTON
        TOBIAS LEAR, WASHINGTON'S SECRETARY
        TI-SOUS, YOUNG ST. DOMINGAN WOMAN
        COURAGE, her daughter, much lighter-skinned than TI-SOUS
        BABY in a sling on TI-SOUS's back
        MOLL

        SCENE 7 INT. PUBLIC DINING ROOM

        The ceremonial public dining room. MOLL enters to
straighten
        curtains and leaves. LEAR enters to arrange papers on the
        table, that also serves as writing service. This scene is
the

neutral standby.

DISSOLVE TO:

SCENE 8 EXT. PHILADELPHIA STREET 1790S

TI-SOUS, YOUNG ST. DOMINGAN WOMAN is standing on small cobble

stoned street in Philadelphia, somewhere outside the President's House. She is wearing white chemise and white head cloth. Hers is a trace Haitian accent, not overdone. She's young, but wise, after the struggle she's witnessed, and having been snatched from the country on the verge of freedom.  She speaks with passion but is not preachy or pedantic.

> TI-SOUS
> Liberty was dangerous. Here, in the
> United States, enslaved Africans
> risked their lives just for a taste
> of it.
> John Davis was one. He ran away,
> here to Pennsylvania for freedom.
> Then three men came from Virginia,
> overpowered him, and forced him
> back. The two states argued through
> the courts about whose law would
> prevail--while John Davis, the man
> himself, disappeared back into
> slavery, with God only knows what
> punishments.
> Congress's answer supported
> Virginia. The fugitive Slave Act
> allowed slave catchers to seize
> runaways anywhere in the country.
> In February, 1793, Congress sent
> the Act to the president to sign
> into law.
> It became a federal crime to run.
> It became a federal crime to help
> someone to run.

SCENE 9 INT. PUBLIC DINING ROOM

SECRETARY LEAR readies the large, parchment document for signing.  We see his hands, the desk, and writing implements.
He lays the parchment on the table in front of Washington's

chair, fills the inkwell, away from the document, then replaces it, and checks and replaces the quill.

GEORGE WASHINGTON enters.  We see him from behind and over his shoulder. He takes from his pocket the mother-of-pearl

pen knife his mother gave him at 15 for "unwavering obedience." He sits down, takes the quill from its bin and begins, in an accustomed, systematic way, to sharpen it as he

reads the document. We see the title, which is in larger script than the body text and hear his 60-year-old voiceover

reading it in his mind.

                    GEORGE WASHINGTON  (V.O.)
          "...An Act respecting fugitives
          from Justice and persons escaping
          from the service of their
          masters...
          And be it also enacted, That when a
          person held to labor in any of the
          United States...shall escape...
          the person to whom such labor...
          may be due...is hereby empowered to
          seize or arrest such fugitive...,
          and to take him or her before any
          Judge ... of the United States,
          ...[and] it shall be the duty of
          such Judge ...[to remove]...the
          said fugitive...to the State or
          Territory from which he or she
          fled.

GEORGE WASHINGTON sighs. He finishes sharpening the nib, dips

the quill into the inkwell and signs. He sprinkles over it the drying sand, which sits for a few seconds as he gets up

from the desk.  TOBIA LEAR turns the document perpendicular

to the table and knocks off the sand. George Washington's iconic signature remains.

SCENE 10 EXT. PHILADELPHIA STREET 1790S

                    TI-SOUS
          How dangerous was liberty?  Enough
          so that America would not side with
          Toussaint L'Overture's armies. Even
          though we believed  were fighting
          the same fight!
          Instead, the United States embraced
          our French slavemasters, who jumped
          on boats and fled here in panic.
          They grabbed up as many of us as
          they could--women and children,
          mostly, since the men had joined
          the rebellion. Thomas Jefferson and
          others rushed to welcome our

masters.  He raised money to help set them up. As for us, according to Pennsylvania law, we were still enslaved, then indentured, often sold or rented out. But our hope lay in the children. They would be free.

SCENE 11 EXT. PHILADELPHIA STREET 1790S
MOLL, carrying two boxes, approaches TI-SOUS, who is standing on the cobble stoned street, looking back and forth, confused. She has lost her way. TI-SOUS carries a heavy bundle tied up in a sheet. A baby is slung around her mid section with a threadbare cloth.
Her daughter, COURAGE, AGED 4 OR 5, stands next to her. COURAGE has much lighter skin than her mother.  She is bare headed and threadbare. She has dropped her smaller bundle, heavy for a small child, on the ground.  TI-SOUS tells her, sharply, in Creole, to pick it up. She knows the child is exhausted, but she cannot encourage her to give up.
MOLL puts down her boxes and scoops up COURAGE's bundle, which she holds while they speak. COURAGE watches to see that the 50-year-old woman does not steal it. MOLL and TI-SOUS speak quietly, heads close together, looking down the street, pointing to determine where the girl is going, and MOLL nods and then makes TI-SOUS understand that she will show her how to reach her destination.
The child still watches the older woman as they gesture. MOLL reaches into her tied-on pocket, pulls out a piece of cracker and offers it to the girl.  COURAGE looks to TI-SOUS, who nods yes.  COURAGE takes the cracker, and begins to eat carefully, so as not to lose a crumb.  She does not take her eyes off MOLL.  MOLL observes the child eating.  Then she puts down the boxes she's been holding, rifles through one, and finds a thin, white mob cap for a child.

                    TI-SOUS VOICEOVER
          Our French masters brought us to
          work for them, and then, if they
          needed money, to rent us out like
          the white indentured servants here
          from Europe.  Either way, we

                         were... like cash.
          MOLL squats down to pull the mob cap properly over her
hair.

                              MOLL
                    Every little lady needs a cap here.
                    It just won't do not to have one.
          The mob cap's a little big. But once it is on, we see the
          girl look transformed into an 18th-century American child.
          Molls smiles and stands.

                              TI-SOUS
                    We stay and we work, we'll be free:
                    seven years, they say.  Yes?

          MOLL nods, takes out another jagged triangle of cracker
from
          her pocket, squats down and hands it to COURAGE, who takes
          and eats it, but is still wary. Looking into the girl's
          skittish face, MOLL talks to her, but really to herself,
          since neither she nor TI-SOUS understand much English.

                              MOLL
                    How 'bout that, sugar?  Seven
                    years.  I just hope it's soon
                    enough.  Before anybody who owns
                    you thinks they can just...use you,
                    body and soul...You don't know what
                    I'm talkin'bout, but your mother
                    here does.

                              TI-SOUS

          Does indeed understand, has lived it. Nods knowingly, with
          just a hint of the hurt and bitterness she must live with
for
          the rest of her life.

                              COURAGE
                         (Pointing to pocket)
                    See?

                              MOLL
                    (Feeling in pocket for last piece
                    of cracker)
                    See? Yeah, God only knows what
                    you've seen already, baby. You seen
                    as much as me? Charlotte whipped?
                    Huh?  You seen Wagonny Jack, baby?
                    They sold him to the West Indies.
                    And here you come right from there,
                    where they shipped'im off to.

                              TI-SOUS

You? You free now? You free seven
years?

                    MOLL
                (Shakes her head no,
                 thoughtfully and sadly)
            No, baby, not me.  Not us.
VIDEO 3:  THE ADAMS YEARS
CHARACTERS:
THE REVEREND RICHARD ALLEN
THE REVEREND ABSALOM JONES
MEN'S HANDS, AT LEAST 8-10

SCENE 12 ANIMATION

Full screen montage of William Birch prints of late 18th
and
early 19th century Philadelphia. This is the screen
neutral/standby. The last image is a lithograph of the
High
Street procession that took place after George
Washington's
funeral.

                              DISSOLVE TO:

SCENE 13 INT. STEWARD'S CHAMBERS

The elegant REVEREND RICHARD ALLEN, stands in the
steward's
chamber, a young chimney sweep JOSHUA can be seen in the
foreground. ALLEN'S outward humility and simplicity lay
like
a loose garment over an inner steely faith. This is before
he
is made African Methodist Episcopal Bishop, but after he
has
established the church, his chimney sweep and other
businesses, and had begun to think globally about African
American freedom.

ALLEN wears a simple, black coat and white, high-collar
shirt
and white ascot tie.  His face is open, with lined, baggy
eyes, weary and yet always hopeful. He is correct, hyper
intelligent, but warm and informal, like the Methodism
that
he embraced.  He plays politics like chess, thinking a few
moves ahead, hustling, watching at once for political
advantage.  His energy and insistent hope come from his
numinous experience of conversion at 17, a direct sense of
God's love comforting a young man soon after his mother
and
three siblings had been sold away.  This is a man who

actually converted his own master, who then became
convinced
that he should offer Richard the chance to buy his and his
one remaining brother's freedom.  The man's humanity,
humility, and hustle make him an absolutely unique and
supremely powerful servant-leader.

                RICHARD ALLEN
        My name is Richard Allen. I was
        born in the year of our Lord 1760,
        on February 14th, a slave to
        Benjamin Chew, of Philadelphia. My
        mother and father and four children
        of us were sold into Delaware
        State, near Dover..., and at
        twenty, I was awakened and gained
        the mercy of the Lord.
        And it was the Lord who called us
        to let the oppressed go free...

SCENE 14 EXT 1770S CONSTRUCTION SITE

RICHARD ALLEN'S voice talks over images of the hands of
Black
and White men building a low wall (or fireplace). The men
are
stirring mortar, applying it, and laying the bricks, one
by
one, carefully. The bricklayer taps the brick into the
mortar
using the butt of his trowel.

                RICHARD ALLEN (V.O.)
        I cleaned chimneys in this house,
        which was built by the care and
        labor of men who were enslaved and
        indentured and free. We worked
        together under one roof, but, where
        slavery was concerned, at cross
        purposes...
        President Adams and his wife
        Abigail had always refused to own
        human beings.  So when they moved
        here, slavery in this house ended.
        But in Washington City, hundreds of
        enslaved Africans built the new
        Presidential Palace and Capital
        buildings despite mosquitoes and
        swamp.
        The United States government was
        leaving Philadelphia for the slave
        holding South. And our chance to
        achieve abolition was slipping away
        with it.

SCENE 15 ANIMATION

The screen shows the Birch print portraying Washington's funeral procession along the High Street, December 26, 1799.

The engraving "hangs" on the wall within wide matting.

                                        DISSOLVE TO:

SCENE 16 INT. STEWARD"S CHAMBER

                    RICHARD ALLEN
          So you can imagine that I paid
          close attention in 1799 to
          President Washington's last will
          and testament.
          This is what it said:  that George
          Washington's enslaved people were
          to go free after Martha's death,
          and that proceeds from his estate
          would care for those who were too
          old to work and would educate
          others who still could.

                                        DISSOLVE TO:

SCENE 17 ANIMATION

Here, the Birch image of the Walnut Street Goal, with its foreground drawing of Bethel's original 1794 building appears.

SCENE 18 INT. STEWARD'S CHAMBER

                    RICHARD ALLEN
          Now, I knew full well that the
          President had not supported
          abolition in life.  But on December
          29th, I preached the president a
          praise song eulogy with this hope:
          That maybe from the grave, George
          Washington could convince Americans
          to do in their lifetimes what he
          had not done in his own--to let my
          people go.

SCENE 19 INT. BETHEL CHURCH

ALLEN stands at the lectern.

                    RICHARD ALLEN
          "...his heart was not insensible to

our sufferings. He whose wisdom the
nations revered thought we had a
right to liberty.
Unbiased by the popular opinion of
the state in which is the memorable
Mount Vernon —-he dared to do his
duty, and wipe off the only stain
with which man could ever reproach
him...
May a double portion of his spirit
rest on all the officers of the
government of the United States..."

SCENE 20 INT. STEWARD'S CHAMBERS

RICHARD ALLEN speaks to us directly from in front of a
fireplace, while folding the oilcloth and directing JOSHUA
to
take out brushes and scrapers. He is thoughtful.

                    RICHARD ALLEN
          The very next day, the Rev. Absalom
          Jones and seventy-three black men
          challenged the Fugitive Slave Law
          with the Petition of 1799. They
          signed their names or made their
          marks for freedom.

SCENE 21 INT. CHURCH

The camera does not show faces, but only mid-sections,
table
height, of men around a simple desk or table. The petition
lies on the wooden table.  To our eyes, this petition
looks
very like the Declaration of Independence.
We see the petition and their hands.  REV. ABSALOM JONES
holds the quill, passing it to men who can write--and
writing
the names of those who cannot, then passing it to them to
make their marks. The hands should be of outdoor workers,
at
least one or two missing fingers.

                    REV. ABSALOM JONES
          It is a particular outrage that the
          Constitution and the Fugitive Slave
          Act do not even mention Africans by
          name. Not once.
          And yet these bills had everything
          to do with black people.  They
          intertwined other men's fresh, new
          liberties with our enslavement.
          At once these founding documents

managed to control--and to ignore-
us.
Our petition states, therefore,
that if the Bill of Rights or the
Declaration of Independence are to
have any meaning at all, they must
be amended to admit us as men,
fully human, into the liberties for
which we, too, fought and died, and
which we earn each day with labor
extracted at a terrible cost.

                    RICHARD ALLEN (V.O.)
               (Signing continues )
          Like the enslaved residents of this
          house, we, too, were founding
          fathers of these United States.

VIDEO 4: PHILADELPHIA AND MOUNT VERNON
CHARACTERS:
GILES
HERCULES
AUSTIN
YOUNG ONEY
CHRISTOPHER SHEELS
MOLL
RICHMOND
JOE RICHARDSON
PARIS

SCENE 22 INT. SERVANT'S EATING ROOM

An empty room with packed boxes and luggage. Members of the household have prepared for a trip back to Mt. Vernon. GILES and JOE occasionally enter the frame and add more items into the boxes and then leave. We see a carriage through an open doorway. This is the screen neutral/standby.

                                        DISSOLVE TO:

SCENE 23 INT. SERVANT'S EATING ROOM

CHRISTOPHER SHEELS, walks into the frame, checks outside the doorway, then closes the door quietly behind him and turns toward us.
He has made sure that he is alone before speaking to us.
This is his the "place" of his lifelong slavery:  in
Washington's house, literate, hating his enslavement,
figuring out how to get through his life without letting
bitterness of his own foiled escape attempt cripple his

spirit.

He is dressed in the simplest of 18th century shirts.  He has
been the President's valet.  He is precise, simple, foiled-
and careful--but unbowed.

                    CHRISTOPHER SHEELS
          My name is Christopher Sheels.
          Nine of us were slaves here.
          According to Pennsylvania law,
          after six months, we shoulda been
          free. But the Washingtons, they
          made sure to send each of us out of
          state before the six-months'
          residence was up. When we came back
          -even, say, from a two-day trip to
          Trenton--well, then, the six-months
          started all over again. The point
          was to make certain that no one
          noticed.
          Let me read you how the president
          himself put it in a letter to his
          secretary. This is what he wrote:
          "…If upon taking good advise it is
          found expedient to send them back
          to Virginia, I wish to have it
          accomplished under pretext that may
          deceive both them and the public…"
          So, that is how it was. We used the
          trips, when we could, to keep ties
          with our families in Virginia. Our
          love for them, in fact, kept people
          from running away more than any
          punishment--any threat or sale of
          beating--ever could.

                                        DISSOLVE TO:

SCENE 24 INT. SERVANT'S DINING ROOM

The background has dissolved to black.

                    CHRISTOPHER SHEELS
          The President was never at ease
          with keeping us in slavery in
          Philadelphia. Free blacks talked to
          us and told us what was possible.
          Washington knew, as he wrote, that:
              (reading again)
          "…the idea of freedom might be too
          great a temptation for them to
          resist."

                                        DISSOLVE TO:

SCENE 25 INT. PRIVATE DINING ROOM

YOUNG ONEY in the private dining room, facing the camera
directly.

                    CHRISTOPHER SHEELS (V.O.)
          It was, and Oney JUDGE was the
          first to prove him right.  She
          escaped from this house in 1796.
          She lived in New Hampshire, married
          a sailor named Jack Staines, and
          had three children.  During his
          presidency and after, George
          Washington tried to have her caught
          and brought back.  She lived, free,
          into her 70s.

                                        DISSOLVE TO:

SCENE 26 EXT. BY STABLES

AUSTIN with carriage and saddle bags.

                    CHRISTOPHER SHEELS (V.O.)
          Oney's half-brother Austin, had
          been a waiter at Mount Vernon and
          may have driven Martha north during
          the Revolutionary War.  In
          Philadelphia, he worked in the
          stables with Washington's 14 horses
          and four carriages.  When he died
          after a fall in 1794, he left,
          besides his sister, Oney, his wife,
          Charlotte, and five children, all
          slaves in Virginia.

                                        DISSOLVE TO:

SCENE 27 INT. PUBLIC DINING ROOM

MOLL in the Public Dining room looks directly at camera.

                    CHRISTOPHER SHEELS (V.O.)
          Moll cared for the grandchildren,
          cleaned--at 50, she even painted
          these rooms--and went back to Mount
          Vernon at the end of the
          president's term. She belonged to
          Martha Washington.  Unlike the
          President, Mrs. Washington did not
          set anyone free. Instead, as an old

                         woman, Moll and 152 others were
                         given to the grandchildren.

                                                  DISSOLVE TO:

SCENE 28 INT. KITCHEN

HERCULES in the kitchen.

                    CHRISTOPHER SHEELS (V.O.)
                    Hercules, the cook, escaped in
                    February 1797, at the end of
                    Washington's presidency, and was
                    never heard from again.  In later
                    years, a few people claimed to have
                    eaten meals at New York city
                    taverns that could only have been
                    cooked by the legendary Hercules.
                    His children, Richmond, Evey, and
                    Delia, remained in bondage.

                                                  DISSOLVE TO:

SCENE 29 INT. KITCHEN

RICHMOND in kitchen, looks at camera.

                    CHRISTOPHER SHEELS (V.O.)
                    Hercules's son, Richmond, was
                    allowed to work with his father in
                    Philadelphia when he was 13, but
                    was sent back to Mt. Vernon after a
                    year. In November 1796, when he was
                    caught with a saddle-bag with money
                    in it, the President assumed that
                    he was preparing to escape with his
                    daddy.
                    Richmond got sent off to an
                    outlying farm, away from his
                    family. When Hercules escaped,
                    Richmond did not go with him.

                                                  DISSOLVE TO:

SCENE 30 EXT. STABLES

GILES in stable area, with horse and implements.

                    CHRISTOPHER SHEELS (V.O.)
                    Giles lived next to the stables
                    here at the President's House. He
                    drove the baggage wagon for
                    Washington's Southern tour in 1791.
                    On that trip he got injured so bad

               that he couldn't ride any more. So,
               they lef'im back at Mount Vernon.

                                   DISSOLVE TO:

SCENE 31 EXT. STABLES

PARIS in stable area.

                    CHRISTOPHER SHEELS (V.O.)
               On the Southern tour of 1791, Paris
               was 16.  He drove the carriage and
               worked in the stable.  The
               President called him "...self
               willed & impudent" and did not want
               him to come back to Philadelphia.
               A few years later, there was
               sickness at Mount Vernon, and Paris
               was one of the saves who died.

                                     DISSOLVE TO:

SCENE 32 EXT. STABLES

JOE RICHARDSON is repairing a chair.

                    CHRISTOPHER SHEELS (V.O.)
               Postilion Joe Richardson, "owned"
               by Martha Washington, would drive
               the team of horses for the
               President's carriage.
               Joe's wife, Sall, was "owned" by
               George Washington. His will freed
               her, but she chose to stay with her
               husband Joe.
               She was inherited, in effect,
               along with him and 151 others, by
               Martha Washington's grandchildren.
               I wonder how a husband and wife
               talk about that?
               And I wonder whether George and
               Martha Washington talked about it:
               that he would free the people he
               owned, but that she would not?

                                     DISSOLVE TO:

SCENE 33 INT. SERVANT'S EATING ROOM

CHRISTOPHER SHEELS is speaking to us directly

                    CHRISTOPHER SHEELS
               And me? I was taken back to Mount
               Vernon in 1791. After Washington's

presidency, I became his body
servant. When I was bitten by a
rabid dog, the President sent me up
to Lebanon Pennsylvania, for a
cure, and I survived.  Two years
later I married a woman from a
plantation nearby. The General
found a note I wrote to her about
running away, and he stopped us.
So, I was there to attend to him
on his deathbed.
But as I "belonged" to Martha, I
was never set free.

VIDEO 5: HERCULES
CHARACTERS:
HERCULES,
RICHMOND,
CHRISTOPHER SHEELS,
PARIS,
SAMUEL FRAUNCES, (BLACK FRAUNCES, BLACK SAM),
THE REV. RICHARD ALLEN
JOSHUA

SCENE 34 INT. KITCHEN.

A fine meal is being prepared in the kitchen. PARIS,
CHRISTOPHER SHEELS and RICHMOND enter, check under lids,
clean, stir and leave. This is the screen neutral/standby.

                              DISSOLVE TO:

SCENE 35 INT. KITCHEN

SAMUEL FRAUNCES "in a dazzling white apron, white silk
shirt
and stockings, velvet breeches, and powder in his hair,"
comes in, looks around the kitchen to find HERCULES, who
has
been lining up large, covered platters to be taken into
the
dining room. HERCULES is a powerfully built man of medium
height. He notices SAMUEL FRAUNCES with a nod as he holds
a
frying pan with both hands and a rag to pour pork fat into
a
crock on the low table by the fireplace.  He has to watch
so
that he does not spill, but it's also clear that HERCULES
gives SAMUEL FRAUNCES no more attention than is strictly
necessary. The tension (and bond) between them has to do
with
the fact that slavery and discrimination have curtailed,
but

to wildly different degrees, each man's ability to reap the
benefits of his great talent.

                    HERCULES
Mister Fraunces, Sir, Black Sam,
you're looking for something, as
usual.

                    FRAUNCES
    (peeking under platter
    covers)
Where's the fish?

                    HERCULES
    (pouring)
It cost too much.

                    FRAUNCES
The President has been wanting
fish. Fish is his favorite.  In my
tavern in New York City, I'd serve
the first shad of the season...

                    HERCULES
Well, then you can buy it--and tell
him what you paid for it.

                    FRAUNCES
    (the extravagant stylist,
    is peeved. He peers into
    the other dishes, looking
    to find something
    wanting.) I keep an
    account to the penny,
    Hercules, exactly as I've
    done since the war.

HERCULES does not give FRAUNCES the satisfaction of looking
away from his task.  FRAUNCES dips a wooden spoon into a
large pot sitting on the table and tastes the stew. It is
delicious. Each proud man is momentarily amused. FRAUNCES
smiles to acknowledge the good work.

HERCULES (CONT'D)
        There's iced cream, too, back in
        the ice house.

                    FRAUNCES (CONT'D)
And my carrot cake?

HERCULES nods.

                    FRAUNCES (CONT'D)
               (gently, while leaving the
                room)
          Hmph

                    HERCULES
          (to himself) ...tavern in New York.

SCENE 36 INT. KITCHEN

RICHARD ALLEN comes in with JOSHUA, 6. They have a well
practiced routine that feels at once chaotic and
accustomed.

HERCULES and ALLEN greet each other warmly.

                    HERCULES
               (pointing to Joshua)
          New?

                    ALLEN
          New and game.
               (To Joshua)
          Not always careful enough.

                    JOSHUA
               (Does a cartwheel)
          At your service, Sir.  You comin to
          church?

                    HERCULES

Clears all stools, pots, utensil stands away from hearth.
Does not humor the boy with an answer.

                    ALLEN
          Let's get you to work, Son.
               (Takes Joshua's cap away
                from him and hits it
                against his thigh to
                knock off excess soot,
                then puts it back onto
                the boy's head.)
          Cover your eyes.

ALLEN, is at the bottom of the chimney looks up, keeping
his

face clear of dropping soot.

                    ALLEN (CONT'D)
               (to an unseen boy on the
                top of the roof.)
          Ready?

He listens for an answer from the boy above and nods to

JOSHUA.

ALLEN kneels to let Joshua climb onto him and up into the flue. This getting going correctly is a place for mishaps, and ALLEN cannot trust the cocky boy to be careful enough without monitoring.

>                    HERCULES
>               (respectful and amused)
>          They say that first you converted
>          your master to Christianity, and
>          then he let you and your brother
>          buy yourselves out...How much?

>                    ALLEN
>          Sixty pounds gold and silver.

>                    HERCULES
>          In continental dollars back then,
>          that was...

>                    ALLEN
>          Two thousand.

>                    HERCULES
>               (whistles)
>          And how old were you when you got
>          your freedom?

>                    ALLEN
>          About twenty years old.

Now ALLEN stands as JOSHUA has gained purchase and is scrambling up into the flue, while puffs of dirt come down onto the hearth.

>                    HERCULES
>               (Indicating JOSHUA)
>          He should be in the circus.

>                    ALLEN
>          And you in your own tavern...Not
>          long now.

>                    HERCULES
>               (knows that ALLEN is
>                referring to the
>                possibility of Hercules'
>                future escape. Wants to
>                answer, but obliquely)
>          Pray for us all. Will you?

>                    ALLEN
>          Just as you say.  And just as He's

taught us: Prayer without ceasing.

SCENE 37 INT. KITCHEN

RICHMOND comes in from the rear, carrying very short-cut, medium-girth kitchen firewood. CHRISTOPHER SHEELS and PARIS enter at the same time.  One carries a peck basket of carrots; the other, a bushel of potatoes. There's a young-guy jaunty ease about them.

HERCULES indicates where PARIS is to stack the wood. He frowns and snaps his fingers impatiently to make the other two move faster toward the two stools, and points toward the knives on the low bench that holds utensils. The boys speed up at his command, sit and get to peeling.

HERCULES motions for his son RICHMOND to follow him out the door.

     CHRISTOPHER SHEELS
    (after Hercules and Paris
     step out)
   They're sending him back.

     PARIS
   Who?

     CHRISTOPHER SHEELS
    (Indicates with his head)
   Richmond, Hercules' son.

     PARIS
   Back to Mount Vernon?... General
   must think they're planning
   something together.

     CHRISTOPHER SHEELS
   Prolly.

     PARIS
   You sleep in the same room with
   them up on the fourth floor--

     CHRISTOPHER SHEELS
   Aye.

     PARIS
   So, are they, you think? Planning
   something?

                    CHRISTOPHER SHEELS
               (Re-evaluating Paris
                because the question
                reveals him to be less
                than trustworthy)
          Everybody planning something. 'Cept
          they got family back home: a wife,
          mother, kids,...

                    PARIS
          You got a plan?

                    CHRISTOPHER SHEELS
               (Motioning toward the
                floor on Paris' other
                side.)

                    PARIS

     As PARIS leans over, CHRISTOPHER slaps the back of PARIS'
     neck, just enough to catch him off guard.

                    CHRISTOPHER SHEELS
          Do I have a plan? What you think?

SCENE 38 INT. KITCHEN

HERCULES pours water into a wash basin sitting next to a
large bar of soap. He takes off his head rag and shirt,
throwing them into the basket with many soiled rags from
dinner preparation.

Then he washes meticulously and dries himself with one of
the
last clean rags.  He changes into street clothes: white
stockings, black britches, a shirt, blue coat with velvet
collar, shoes with large buckles.

He walks out of the room.  Our last glimpse of him is as
an
unhurried gentleman leaving the kitchen on his own terms.

                    JOSHUA VOICEOVER
          President George Washington figured
          that maybe Hercules was planning to
          escape, so he sent him back home
          where it would be harder to get
          away.
          At Mount Vernon, they put Hercules
          to makin' bricks. He had to crush
          stones and dry manure and dig clay.
          He acted like that was all he was
          thinking about.

Then, on February 22nd, he just…
disappeared.  It was President
Washington's birthday, too.
Maybe Hercules slipped on the
Potomac River in a little ol'
rowboat.  Or walk through the
woods. Nobody knows.
But we do know one thing: he never
got caught!
Soon after that, the Prince of
France wrote about Hercules in a
book.  It was called: Diaries of My
Travels in America.
This how it reads:
…The general's cook ran away... and
left a little daughter of six at
Mount Vernon. My secretary said
that the little girl must be deeply
upset that she would never see her
father again;
But she answered,
'Oh! Sir, I am very glad, because
he is free now.'