# City of Philadelphia
## Department of Public Property

# The President's House;
## Freedom and Slavery in Making a New Nation



*Freedom and Slavery in the Making of a New Nation*
*Coming in November to*
*The President's House*

**City Inventory of Materials with potential Intellectual Property Rights
December 19, 2012/ Corrected April 24, 2015 (by DPP)**

Based on construction documents prepared by Eisterhold Associates June 25th 2010

**The President's House – Artwork**

<u>Porcelite Panels</u>

G1.01  The Executive Branch
G1.02  The House & the People Who Worked & Live In It
G1.03  The Dirty Business of Slavery
G1.04  Life Under Slavery
G1.05  History Lost and Found – Reader Rail North – Archeology
G1.06  History Lost and Found – Reader Rail South – Exposed/ Contradictions/ Discoveries
G1.07  History Lost and Found – Reader Rail East – Making History/ Digging for History/ Conflict & Collaboration
G1.08  Video 1 Label Panel – Oney Escapes
G1.09  Video 2 Label Panel – Contagion and Liberty:
                 The Yellow Fever Epidemic and the Revolution in Saint Domingue
G1.10  Video 3 Label Panel – Washington's Death and a Renewed Hope For Freedom
G1.11  Video 4 Label Panel – Chef Hercules
G1.12  Video 5 Label Panel – Mount Vernon to Philadelphia:
                 A Path to Freedom – For Some

<u>Glass Panels</u>

G2.01  Franklin Funeral – Promoting the Abolition of Slavery
G2.02  Burn this Treaty to Hell
G2.03  Thirst for Adam's Blood – "We shall come to a civil war"
G2.04  Fugitive Slave Law – "An Act respecting fugitives from Justice"
G2.05  Adams/ Sedition – Suppressing the Opposition
G2.06  Washington/ Fraunces – The Keeper of the House
G2.07  Upstairs – "I will fear no Evil"
G2.08  Oney Bids Adieu: "I am free now"
G2.09  Refugees from Haiti – The opener of the Way
G2.10  An Independent African Church – A Day of Reciprocity
G2.11  Fleeing the Fever – Refuge in the country
G2.12  Death Carts
G2.13  Threat of Kidnapping – "…is hereby empowered to Sieze such Fugitives"
G2.14  Richmond Leaving –"Freedom might be too great a temptation"
G2.15  Adams/ Bunel: Strengthening Ties with the United States
G2.16  Washington/ Native Americans: Awarding a Peace Medal
G2.17  Washing Arriving: "I and my household"

<u>Other Graphic Type</u>

G3.01  The Memorial

<u>Bronze Casts</u>

G4.01  Bronze Footprint (Bronze Shoe Prints)


Based on construction documents prepared by Kelly/ Maiello Architects & Planners May 8th, 2009
Scribe Media & Art Sanctuary

## The President's House – Videos

| | |
|---|---|
| 1. Family Dining Room: | Ona Maria Judge Staines –Oney Escapes |
| 2. State Dining Room: | Escape from Slavery and Rebellion Against it, and St. Domingue |
| 3. Steward's Room: | The Adams Years |
| 4. Servant's Dining Room: | Philadelphia & Mount Vernon |
| 5. Kitchen: | Hercules |



# The President's House – Artwork

## Porcelite Panel G1.01
## The Executive Branch



## Porcelite Panel G1.02
## The House & the People Who Worked & Lived In It



## Porcelite Panel G1.03
## The Dirty Business of Slavery



## Porcelite Panel G1.04
## Life Under Slavery



**Porcelite Panel G1.05**
**History Lost and Found: Reader Rail North – Archeology**



**Porcelite Panel G1.06**
**History Lost and Found: Reader Rail South – Exposed/**
**Contradictions/ Discoveries**



**Porcelite Panel G1.07**
**History Lost and Found: Reader Rail East – Making History/**
**Digging for History/ Conflict & Collaboration**



## Porcelite Panel G1.08
## Video 1 Label Panel – Oney Escapes



**Porcelite Panel G1.09**
**Video 2 Label Panel – Contagion and Liberty:**
**The Yellow Fever Epidemic and the Revolution in Saint Domingue**



**Porcelite Panel G1.10**
**Video 3 Label Panel – Washington's Death and a Renewed Hope For Freedom**



**Porcelite Panel G1.11**
**Video 4 Label Panel – Chef Hercules**



**Porcelite Panel G1.12**
**Video 5 Label Panel – Mount Vernon to Philadelphia: A Path to Freedom – For Some**



**Glass Panel G2.01**
**Franklin Funeral – Promoting the Abolition of Slavery**



## Glass Panel G2.02
## Burn This Treaty to Hell!



**Glass Panel G2.03**
**Thirst for Adam's Blood – "We shall come to a civil war"**



**Glass Panel G2.04**
**Fugitive Slave Law – "An Act respecting fugitives from Justice"**



**Glass Panel G2.05**
**Adams/ Sedition – Suppressing the Opposition**



**Glass Panel G2.06**
**Washington/ Fraunces – The Keeper of the House**



**Glass Panel G2.07**
**Upstairs – "I will fear no Evil"**



## Glass Panel G2.08
## Oney Bids Adieu: "I am free now"



## Glass Panel G2.09
## Refugees from Haiti – The opener of the Way



## Glass Panel G2.10
## An Independent African Church – A Day of Reciprocity



## Glass Panel G2.11
## Fleeing the Fever – Refuge in the country



## Glass Panel G2.12
## Death Carts



**Glass Panel G2.13**
**Threat of Kidnapping – "…is hereby empowered to Sieze such Fugitives"**



**Glass Panel G2.14**
**Richmond Leaving – "Freedom might be too great a temptation"**



## Glass Panel G2.15
## Adams/ Bunel: Strengthening Ties with the United States



**Glass Panel G2.16**
**Washington/ Native Americans: Awarding a Peace Medal**



**Glass Panel G2.17**
**Washington Arriving: "I and my household"**



## Other Graphic Type G3.01
## The Memorial





NOTES:

14 CAST BRONZE FOOTSTEPS INLAID IN 14 2 X 2 X 2' BLUESTONE PAVERS.

SURFACE OF THE BRONZE SHALL BE FLUSH WITH THE SURFACE OF THE PAVERS.

TYP MIN. 2"
DISTANCE
FROM
EDGE OF
PAVER TO
EDGE OF
BRONZE
CASTING.

A FOOTSTEP LAYOUT
SCALE 1/8"=1'-0"

B FOOTSTEP DETAIL
SCALE 1/2"=1'-0"

Eisterhold Associates Inc
INTERPRETIVE DOPE/I--SE

The President's House
Independence National Historical Park, Philadelphia, PA

CONSTRUCTION
DRAWINGS

| DATE DRAWN | 6/25/2010 |
| DRAWN BY | MP |
| APPROVED BY | GLE |

PROJECT DRAWINGS SHOW DESIGN INTENT ONLY. THE CONTRACTOR IS RESPONSIBLE FOR MEANS AND METHODS OF EXECUTION, AND FOR VERIFYING ALL FIELD DIMENSIONS, AND FOR COORDINATING WITH OTHER TRADES.

FOOTSTEP LAYOUT

D 1.40



NOTE:

FOOTPRINT SHAPE SHOWN BELOW CONVEYS DESIGN INTENT.
FINAL FOOTPRINT ART WILL BE PRODUCED BY OTHERS.

THE WORK WILL NEED TO CONFORM TO ACTUAL CASTINGS
PRODUCED BY OTHERS.

POLISHED SURFACE

FILL ADHESIVE
SUBMIT SAMPLE
FOR APPROVAL

CAST BRONZE
SHOE PRINT

GAP FOR EXPANSION

2' x 2' x 2' BLUESTONE PAVERS

SECTION OF CASTING WILL BE
DETERMINED BY OTHERS

**B** FOOTSTEP SECTION DETAIL
D 1.60  SCALE 3"=1'-0"

SURFACE TEXTURE
TBD.

2' x 2' x 2' BLUESTONE PAVER

C-4.01
D 1.60

CAST BRONZE SHOE PRINT
LOCATIONS VARY
(1 OF 14)
FINAL SHAPE TBD

MIN. 2" (TYP.)

MIN. 2" (TYP.)

POLISHED SURFACE

GAP FOR EXPANSION

**A** FOOTSTEP PLAN DETAIL
D 1.60  SCALE 3"=1'-0"

| Eisterhold Associates Inc | The President's House | CONSTRUCTION DRAWINGS | DATE DRAWN | 6/25/2010 | REV | | DATE | FOOTSTEP DETAILS | D 1.60 |
| INTERPRETIVE EXHIBITIONS | Independence National Historical Park, Philadelphia, PA | | DRAWN BY | HP | | | | | |
| | | | APPROVED BY | GLE | | | | | |

PROJECT DRAWINGS SHOW DESIGN INTENT ONLY. THE CONTRACTOR IS RESPONSIBLE FOR MEANS AND METHODS OF EXECUTION, AND FOR VERIFYING ALL FIELD DIMENSIONS, AND FOR COORDINATING WITH OTHER TRADES.



A  VIDEO SCREEN 1 ELEVATION
   SCALE: 1/4"=1'-0"

B  VIDEO SCREEN 2 ELEVATION
   SCALE: 1/4"=1'-0"

C  VIDEO SCREEN 3 ELEVATION
   SCALE: 1/4"=1'-0"

D  VIDEO SCREEN 4 ELEVATION
   SCALE: 1/4"=1'-0"

E  VIDEO SCREEN 5 ELEVATION
   SCALE: 1/4"=1'-0"

TYP. MONITOR
INSTALLATION BY OTHERS

G1.08  EX 3.00
G1.09  EX 3.00
G1.10  EX 3.00
G1.11  EX 3.00
G1.12  EX 3.00

Eisterhold Associates Inc
INTERPRETIVE · EXHIBITS

The President's House
Independence National Historical Park, Philadelphia, PA

CONSTRUCTION
DRAWINGS

DATE DRAWN   6/25/2010
DRAWN BY     MP
APPROVED BY  GLE

PROJECT DRAWINGS SHOW DESIGN INTENT ONLY. THE CONTRACTOR IS RESPONSIBLE FOR MEANS AND METHODS OF EXECUTION, AND FOR VERIFYING ALL FIELD DIMENSIONS, AND FOR COORDINATING WITH OTHER TRADES.

VIDEO LABEL PANELS

EX 3.00