ADDITIONAL INFORMATION PROPOSAL FOR
DESIGN, FABRICATION, AND INSTALLATION FOR

THE PRESIDENT'S HOUSE:
*Freedom and Slavery in Making a New Nation*



for
THE CITY OF PHILADELPHIA
*Project No. 10-06-4128-01*

**Kelly/Maiello** with **Daniel J. Keating Company**
August 21, 2006



Kelly/Maiello Inc.

*Architects & Planners*

1420 Walnut Street, 15th floor
Philadelphia PA 19102-4015
phone   215 546 0800
fax      215 546 1420
web      www.kmarchitects.com

August 21, 2006

James Lowe
Design & Construction Project Manager
City of Philadelphia, Capital Program Office
1515 Arch Street, 11th floor
Philadelphia PA  19102

Re:    **Additional Information Proposal**
        Project No.10-06-4128-01
        *The President's House:  Freedom and Slavery in the Making of a New Nation*

Dear Mr. Lowe:

Kelly/Maiello Architects & Planners with Daniel J. Keating Company is pleased to transmit the enclosed original and 25 copies of our Additional Information Proposal for The President's House project.  The original and 25 copies of our Financial Qualifications and Guaranteed Maximum Price Proposal are transmitted under separate enclosure.  Our Concept Design Proposal is also submitted separately.

For this important project we have assembled a team of highly qualified consultants the majority of whom are local firms that have worked with the City of Philadelphia and/or Independence National Historical Park.  Our team also includes the American History Workshop (AHW) for Interpretive Planning and History.  Richard Rabinowitz who leads AHW was responsible for the record-breaking *Slavery in New York* exhibit at the New York Historical Society last fall and winter. Historians James Oliver Horton, Gary Nash and Julie Winch comprise the Advisory Panel that will contribute to development of the exhibit.

The Project Team includes:

| **Kelly/Maiello** with | **Daniel J. Keating Company** |
|---|---|
| *Architecture &* | *Project Team Contractor &* |
| *Project Design Administration* | *Construction* |
| **American History Workshop** | **Magian Design Studio** |
| *Interpretive Planning and History* | *Exhibit Sound Design* |
| **Richard Rabinowitz** | **Maltbie Inc.** |
| *Advisory Panel* | *Exhibit Fabrication* |
| **James Oliver Horton** | **Synterra Ltd.** |
| Professor of History & American Studies | *Landscape Architecture* |
| George Washington University | **Grenald Waldron Associates** |
| **Gary Nash**, Professor of History | *Lighting Design* |
| University of California at Los Angeles | **John Milner Associates** |
| **Julie Winch**, Professor of History | *Archeology* |
| University of Massachusetts | **Keast & Hood Co.** |
|  | *Structural Engineering* |
| **Ueland Junker McCauley Nicholson** | **Hunt Engineering Co.** |
| *Exhibit Design* | *Civil Engineering* |

The President's House
21 August 2006
Page 2

On behalf of the Kelly/Maiello Project Team I certify that:
1.  the Project Team visited the Project Site and understands the site specific issues, and
2.  attended the Public Meeting (6/5/06) that will impact design, fabrication and installation.

On behalf of the Project Team I verify that we have read and accept the terms of the Request for Proposals.

The sole revisions to our Statement of Qualifications are described in the Proposal, Section III. The Project Team Organization Chart indicates how the team is organized and includes two new subconsultants: Grenald Waldron Associates for Lighting Design and Hunt Engineering Company for Civil Engineering.

The Litigation Disclosure Statements from each firm are included in the Proposal, Section 4, following the DBE Schedule of Participation.

We would be pleased and honored to have the opportunity to work with you on this very important project that will expand the understanding of historic events taking place in Philadelphia as our country was defining itself. Please contact me if you have any questions.

Sincerely yours,

Emanuel Kelly FAIA
Principal

**Kelly/Maiello** with **Daniel J. Keating Co.**                    *The President's House:*
*Freedom and Slavery in Making a New Nation*

## TABLE OF CONTENTS

Letter of Transmittal

Section 1                Understanding of the Project / Scope of Services

Section 2                Project Schedule

Section 3                Project Team Organization Chart and Team Résumés
                         (*For changes in team composition*)

Section 4                Additional Required Statements

                         Appendix A--Philadelphia Tax Status and Clearance
                                Statement
                                --Disclosure of Litigation

                         Appendix B--Disadvantaged Business Requirements

A.  Separate Enclosure   Financial Qualifications (Under Separate Cover)

B.  Separate Enclosure   Project Cost Estimate / Fee Proposal (Appendix K)
                         (Under Separate Cover)

# EXHIBIT 1

**Kelly/Maiello** with **Daniel J. Keating Co.**

*The President's House:*
*Freedom and Slavery in Making a New Nation*

SECTION 1

PROJECT UNDERSTANDING / SCOPE OF SERVICES

We understand that the City of Philadelphia is working in partnership with the National Park Service (NHP) and Independence National Historical Park Service (INHP) for this project. The project objective is to provide a permanent, outdoor installation adjacent to the Liberty Bell Center that will commemorate the President's House where from 1790 to 1800 Presidents George Washington and John Adams lived and worked.

During this period all three branches of the new United States government were located on what is now Independence Mall. In the President's House, Washington and Adams lived, worked and wrestled with the issues that defined the role of Chief Executive of the new United States. One block south flanking Independence Hall, the legislative branch was meeting in Congress Hall and the judicial branch was meeting in the Supreme Court building.

While the project does not seek to recreate the President's House, it does call for the commemorative exhibit to be installed on the footprint of the original house just outside the Liberty Bell Center. To meet that requirement, our architectural design approach establishes for the visitor the physical boundaries of the original house and includes architectural fragments-- front door, windows, fireplaces, chairs, table--that evoke a sense of executive mansion, home, and domestic activity.

To evoke the original appearance of the house, the materials selected for our design include brick at the exterior walls, limestone for the interior walls, bluestone pavers, and granite--all durable materials suitable for an exhibit open to the elements.

While the design anticipates that many visitors will enter as a guest through the front door on Market Street, a visitor can also experience the exhibit by entering the house from the east via paths across the mall that suggest entrances for delivery persons, household servants or slaves.

In the 1790s the President's House was like the nation itself, the stage of a double drama. On one level, American independence was being established.

The other drama, less well-known, is that during the Washington presidency, the household was almost as complex as the nation--free and enslaved, black and white, native and newcomer, powerful and dependent. In its domestic workings, in its relationship to the vibrant capital city around it (and its emerging free African-American community), the President's house dramatized a struggle at the heart of the new nation.

Dreams of freedom and tales of slavery infused the President's House in the 1790s. Another aspect of our design approach is an interpretive program that invites INHP visitors to "Listen In" to these narratives, recaptured across the centuries.

As visitors move through the ghost of the building, its architectural fragments reveal the traces of momentous decisions, heart-rending conversations, and the passing details of everyday life and work in a complex human community:

**Kelly/Maiello** with **Daniel J. Keating Co.**                    *The President's House:*
*Freedom and Slavery in Making a New Nation*

- In sound recordings of dialogues, of ordinary work, of the passing of days, weeks, seasons, and presidential terms
- In images caught, fleetingly and dramatically, on brilliant LED screens, on brilliant LED screens, mounted over the fireplaces as focal points for visitors.
- In clear and memorable graphic panels, representing the context of the times

The dialogues they listen in on help visitors encounter the six core themes of the interpretive project:

A. The house and the people who lived and worked there
B. The Executive Branch of the U.S. Government
C. The system and methods of slavery
D. African-American Philadelphia (including an emphasis on free African-Americans)
E. The move to freedom
F. History lost and found (how knowledge of the President's House and the presence of slavery was forgotten and recovered; why we must remember)

The stories that bring to life the six substantial themes will incorporate the five cultural values identified in the Request for Qualifications--identity, memory, agency, dignity, and truth.

The model, summary board and conceptual proposal explain in detail the design of our exhibit and how the incorporation of LED screens, sound, and graphic panels will invite visitors to "listen in" on this important story.

SCOPE OF SERVICES (WORK PLAN)

The Scope of Services and the Project Schedule (Section 2) together comprise the Work Plan

The President's House is a Design/Build project. As such Daniel J. Keating Company will be the Project Team Contractor, lead the Design Build Team (DBT), be responsible for overall project management and also be responsible for project schedule, cost estimating, the guaranteed maximum price, value engineering and fabrication and construction.

Kelly/Maiello Architects & Planners will be responsible for architecture and administration of project design, coordinating the services of the extensive consultant design team in accordance with the laws of Pennsylvania for design build projects. The Project Team Organization Chart in Section 3 shows the design consultants under the supervision and subcontracted to Kelly/Maiello.

Our team is comprised of firms that are based in Philadelphia and the region and that have experience working with the City of Philadelphia and Independence National Historical Park. We understand the submission and review process required by these entities.

We have described our design approach above and in our conceptual design proposal. The model and Summary Board and Conceptual Design Proposal (11"x17") suggest some of the stories that may be selected to explore the six substantive themes. We look forward to collaborating with the City of Philadelphia, the INHP, the Selection Committee, the Oversight Committee and designated community representatives to refine our proposal to ensure that the complex story of the President's House is fully told.

**Kelly/Maiello** with **Daniel J. Keating Co.**

*The President's House:*
*Freedom and Slavery in Making a New Nation*

Kelly/Maiello will be responsible for the management and facilitating the review of the Project and interaction of the City (CPO), INHP, Oversight Committee and two Community Representatives (Focus Group) during the design phases.

The Project Schedule (Section 2) outlines the proposed sequence of design interpretation and planning activities, schedule of meetings, presentations, milestones and decision dates. To illustrate this process, in the beginning of the Schematic Design Phase at our first meeting with the Focus Group (Oversight Committee and two Community Representatives), we will talk through our approach. We will schedule a second work session with the Focus Group to select the specific Dialogues (stories) for the exhibit. At a third meeting, we will present a script of the Dialogues for approval so that the filming and audio production can start.

The Design Build Team will provide the full scope of design, construction and fabrication services requested by the City of Philadelphia in Appendix F of the Request for Qualifications and those requested by the National Park Service in Appendix I.

Schematic Design Phase (35% Submission)

During this phase the DBT will translate our design concept into more refined spatial and material solutions. The design phase will include interpretive historical research and planning with appropriate plans depicting spaces, elevations and sections as necessary, outline specifications, a general narrative description of basic systems and materials, and other documents that illustrate the scale and relationship of project components. Tasks may include:
- Project site Information
- Subsurface Investigations
- Schematic Design -- Architectural and Landscape
- Historical research, interpretation and planning
- Interpretive site and exhibit design
- Work session with Oversight Committee and two Community Representatives (Focus Group) to select Dialogues (Stories)
- Site survey
- Materials, fabrications and System Selection
- Cost Estimates
- Preliminary Project Schedule
- Finishes and Color Boards
- Revision of Concept Renderings
- Presentation to Oversight Committee and two Community Representatives (Focus Group)
- One presentation to community-at-large -- Public Meeting

Design Development Phase (65%)

After approval of the schematic design from the CPO Project Coordinator and INHP, we will develop design documents that present our design in greater detail. Design development documents will be submitted for regulatory review and approval. Tasks in this phase may include:

**Kelly/Maiello** with **Daniel J. Keating Co.**    *The President's House:*
*Freedom and Slavery in Making a New Nation*

- Design Development Drawings
  - Architectural
  - Landscape
  - Lighting
  - Site-civil, drainage and utilities
- Scripting of Dialogues
- Continued Historical Research, Interpretation and Planning
- Exhibit and Graphic Design
- Content Development
- Label Copy
- Specification Development
- Preliminary Regulatory Review
- Updated Project Schedule
- Cost Estimate
- Value Engineering
- Revision of Renderings
- Midpoint Progress Meeting with Oversight Committee and Two Community Representatives (Focus Group)
- Presentation Meeting with Oversight Committee and Two Community Representatives (Focus Group)

Final Design Phase (100%)

Because this is a Design Build Project with an aggressive schedule for construction and fabrication of Exhibits, the Final Design Documentation and Production will be separated into two packages:
- One package of Construction Documents completed before the construction of foundations, underground utilities and masonry walls are started,
- Second package of Construction Documents which include film and audio production of dialogues (stories), exhibit and graphics completed and submitted in the early part of construction.

The Final Design Phase will include interpretation documents that describe in drawings, specifications, and other contract documents, the requirements for site preparation, fabrication and installation of art work and exhibits for the project. During this phase all schedules of equipment, materials and finishes will be finalized. Technical and supplementary general specifications will be completed, and we will obtain all permits and regulatory approvals before completion of this phase. Tasks may include:

- Filming and Audio Production of Dialogues (Stories)
- Detailed Fabrication and Installation Drawings
- Final Specifications
- Selection of Finish Materials & Colors
- Color/Sample Boards
- Regulatory Approvals
- Fabrication and Installation Phase Schedule
- Final Fabrication and Installation Cost Estimate

**Kelly/Maiello** with **Daniel J. Keating Co.**            *The President's House:*
*Freedom and Slavery in Making a New Nation*

Construction, Fabrication and Installation Phase

Design Build Team will provide administration and management of the Construction, Fabrication and Installation of the project.

- Monitoring of Fabrications and Installation
- Project Meetings
- Design Team Review / Approval of all required Submittals and Shop Drawings
- Fabrication and Installation Schedule / Coordination Review
- Attend Semi-final and Final Inspections and prepare Punch Lists
- OM&S Requirements (Collection of all manuals, development of spreadsheet listing manufacturers, model numbers, technical information, date accepted, warranty period, PM schedules, required inspections etc.)
- Systems Startup and Checkout
- Complete as-built drawings on mylar and electronic drawing files on disks, reflecting all changes to plans and any significant systems

In addition:

1. The DBT will perform all services efficiently, with the highest professional quality and in conformance with all applicable City of Philadelphia standards and requirements.
2. The CPO Project Coordinator will chair all design review meetings and fabrication and installation progress meetings with administrative support from the DBT. DBT shall provide and keep logs of all requests for information (RFIs), submittals and be cognizant of all schedule and budget updates.
3. DBT will provide periodic progress reports with updated project schedule and budget information.
4. DBT will provide all services necessary for design review by the License & Inspections Department (L&I) and other agencies with jurisdiction and will provide the CPO Project Manager with a list of all required permits and approvals.
5. DBT will provide a minimum of four (4) sealed sets of plans for permitting purposes to L&I and all other required approvals.
6. DBT will obtain sign-off of all utilities, government agencies having jurisdiction, using agencies, and other agencies, including the Art Commission.
7. Cost estimates will follow CSI format and incorporate contingencies and escalation appropriate to the project schedule.
8. All work will be performed or reviewed and approved by architects and engineers registered in the Commonwealth of Pennsylvania.
9. No asbestos abatement design is required. If required, environmental reviews must be coordinated through the CPO Project Manager with the CPO's Environmental Liaison.
10. All designs will be in accordance with the Americans with Disabilities Act, Title II.

# EXHIBIT 2

**Kelly/Maiello** with **Daniel J. Keating Co.**          *The President's House:*
*Freedom and Slavery in Making a New Nation*

## SECTION 2

PROJECT SCHEDULE

Case 2:26-cv-00434-CMR    Document 36-17    Filed 01/30/26    Page 13 of 68

## PROJECT SCHEDULE & WORK PLAN

This Project Schedule outlines the proposed sequence of activities for
design, fabrication and construction and major deliverables, key milestones
and decision dates.

| Task | Duration | Start | Finish |
|---|---|---|---|
| **Design Phase** | | | |
| Architecture & Design Admin./Coordination | | | |
| Construction & Exhibit Fabrication Admin. | | | |
| Interp. Historic Research & Planning | | | |
| Selection & Scripting of Dialogues | | | |
| · Film & Audio Production of Dialogues | | | |
| Exhibit & Graphic Design | | | |
| Mtg. & Presentations with Oversight Committee & Focus Group | | | |
| Reviews and Approvals by CPO & NPS | | | |
| **Construction, Fabrication & Installation Phase** | | | |
| Subcontract Award | 15 | 3/26/07 | 4/13/07 |
| Order Stone | 80 | 3/26/07 | 7/13/07 |
| Mobilize on Site | 20 | 4/16/07 | 5/11/07 |
| Grade Site | 5 | 5/14/07 | 5/18/07 |
| Excavation | 5 | 5/21/07 | 5/25/07 |
| Pour Footings | 10 | 5/28/07 | 6/8/07 |
| Install Steel | 5 | 6/11/07 | 6/15/07 |
| Install Masonry Walls | 40 | 6/18/07 | 8/10/07 |
| Underground Electric | 10 | 8/13/07 | 8/24/07 |
| Underground Drainage | 10 | 8/13/07 | 8/24/07 |
| Stone Flooring | 40 | 8/27/07 | 10/19/07 |
| Railings and Misc. Metals | 15 | 10/22/07 | 11/9/07 |
| Lighting | 10 | 10/22/07 | 11/2/07 |
| A/V Install | 20 | 10/22/07 | 11/16/07 |
| Landscaping | 10 | 11/19/07 | 11/30/07 |
| Punch List | 10 | 11/19/07 | 11/30/07 |
| Testing/Training | 20 | 11/19/07 | 12/14/07 |
| Opening | | | 12/14/07 |

Timeline header: 2006 — Oct. | Nov. | Dec. | 2007 — Jan. | Feb. | Mar. | Apr. | May | June | July | Aug. | Sep. | Oct. | Nov. | Dec.

Design Phase bars: Schem. Design; Design Dev.; Final Des. - Package 1; Final Des. - Package 2

# EXHIBIT 3

**Kelly/Maiello** with **Daniel J. Keating Co.**

*The President's House:*
*Freedom and Slavery in Making a New Nation*

## SECTION 3 — PROJECT TEAM ORGANIZATION CHART



**Owner's Representatives**

**City of Philadelphia Capital Program Office**
James Lowe
**Design and Construction Project Manager**

**Independence National Historical Park**
Dennis Reidenbach
Acting Superindent

**Oversight Committee**

**Architecture & Project Design Administration**

**Kelly/Maiello Architects & Planners***
Emanuel Kelly FAIA
Project Design Director
Troy C. Leonard AIA
Project Architect

**Project Team Contractor & Construction**

**Daniel J. Keating Company**
Pierce J. Keating, President
Craig Hunt, Project Director

**Exhibit Fabrication**
**Maltbie Inc.**
Gary Brooks

**Interpretive Planning and History**

**American History Workshop**
Richard Rabinowitz Ph.D.
Historian and Interpretive Planner

**Advisory Panel**
James Oliver Horton
Prof. of History & American Studies,
George Washington Univ.
Gary Nash
Prof. of History, UCLA
Julie Winch
Prof. of History, U Mass

**Exhibit Design**

**Ueland Junker McCauley Nicholson**
Joseph Nicholson AIA, IDSA
Exhibit Designer

**Exhibit Sound Design**

**Magian Design Studio**
Les Gilbert

**Archaeology**

**John Milner Associates**
Rebecca Yamin Ph.D.
Archeologist

**Structures**

**Keast & Hood Co.**
Thomas Normile PE
Project Manager

**Landscape Architecture**

**Synterra Ltd.***
William Mellix
Project Coordinator

**Lighting Design**

**Grenald Waldron Associates**
Lee Waldron FIALD
Principal

**Civil Engineering**

**Hunt Engineering Co.***
Herbert Wescott PE
Sr. Civil Engineer
Deborah Nemiroff PE
Sr. Civil Engineer

\* DBE
PA UCP

New Consultant

**Kelly/Maiello** with **Daniel J. Keating Co.**

*The President's House:*
*Freedom and Slavery in Making a New Nation*

PROJECT TEAM ORGANIZATION

The Project Team Organization Chart on the preceding page indicates the key members of the Kelly/Maiello Team.

The President's House is a Design/Build project. As such Daniel J. Keating Company will be the Project Team Contractor, lead the Design Build Team (DBT), be responsible for overall project management and also be responsible for project schedule, cost estimating, the guaranteed maximum price, value engineering and fabrication and construction.

Kelly/Maiello Architects & Planners will be responsible for architecture and administration of project design, coordinating the services of the extensive consultant design team in accordance with the laws of Pennsylvania for design build projects.

The Organization Chart indicates the Core Design Build Team (Kelly/Maiello, Daniel J. Keating, American History Workshop and Advisory Panel, and UJMN) responsible for developing the Interpretive Plan, Final Concept Plan, Fabrication and Construction, and the relationship between the Core Team and the Client Group. On the lower tier of the chart are the specialized firms, including the newly-added lighting design consultant and the civil engineering consultant, that will be required to complete the design and fabrication.

The Core Team represents the best of highly qualified local firms for those aspects of the project that require an understanding of the City, the community and the role of Independence National Historical Park in Philadelphia. The local core team includes:

**Kelly/Maiello Architects & Planners**   Architecture and Project Administration
**Daniel J. Keating Company**   Project Team Contractor and Construction
**Ueland Junker McCauley Nicholson**   Exhibit Design

Enhancing the strengths of the local firms is the nationally recognized:
**American History Workshop**   Interpretive Planning and History
    Richard Rabinowitz
    **Advisory Panel**
    James Oliver Horton
        Professor of History & American Studies
        George Washington University
    Gary Nash
        Professor of History
        University of California at Los Angeles
    Julie Winch
        Professor of History
        University of Massachusetts

We are pleased that the **Daniel J. Keating Company** has agreed to provide preconstruction budget, schedule, and cost estimating services at no cost.

**Kelly/Maiello** with **Daniel J. Keating Co.**                    *The President's House:*
                                        *Freedom and Slavery in Making a New Nation*

**Magian Design Studio,** a world-renowned firm that has recently worked with Kelly/Maiello and the project team for Big Cat Falls at the Philadelphia Zoo, will be responsible for the audio and visual production for the stories of The President's House.

**Synterra Ltd.** will provide landscape architecture design for the project. Synterra is a Philadelphia DBE firm that has completed many successful public projects in Philadelphia including landscape design for Franklin Court in INHP.

**Keast & Hood Co.,** a Philadelphia firm with a nationwide reputation for excellence will provide structural engineering services for the project. Kelly/Maiello and Keast & Hood work together often. Their projects together include the Philadelphia City Hall Exterior Envelope Restoration, Family Court Master Plan and Phased Renovations, and the Pennsylvania Convention Center Expansion.

We understand that the City of Philadelphia and INHP will contract for site archeology separately. Archeologist Rebecca Yamin Ph.D. of **John Milner Associates** will provide limited participation as an advisor to the Kelly/Maiello team.

Two new consultants have been added to the Kelly/Maiello team: Grenald Waldron Associates, Lighting Design and Hunt Engineering Co., Civil Engineering.

**Grenald Waldron Associates,** Lighting Design
260 Haverford Avenue
Narberth PA 19072
Phone: 610.667.6330

Architect Raymond Grenald chose to follow the lighting profession in 1968. Grenald Associates Ltd., incorporated in 1983, has grown steadily since then, became Grenald Waldron in 1994 and is now one of the largest architectural lighting consultant firms in the world. Successful lighting solutions depend upon a close collaboration with clients. Grenald Waldron participates as an active member of the design team to evaluate the project's design criteria and to develop the most appropriate design solution. The firm has won many awards from the public and the professional design community including two Presidential Awards for Design Excellence.

Kelly/Maiello and Grenald Waldron have worked together on the Family Court Master Plan and Phased Renovations and on the Church of the Advocate Existing Conditions Assessment and Rehabilitation Plan and on the Pennsylvania Convention Center.

Grenald Waldron has completed many exterior lighting projects in Philadelphia; these include the Ben Franklin, Schuylkill River and Green Lane Bridges, Philadelphia City and the Fairmount Waterworks. The firm has also provided lighting design for the White House and the Department of State in Washington DC.

Lee Waldron, FIALD, IESNA, LC is president of Grenald Waldron. He will be Design Principal for lighting responsible for meeting the project schedule. Sandra Stashik, PE, FIES, IALD, LC, LEED, a principal of the firm who has been a member of the firm for 19 years, will be responsible for developing lighting design and coordinating with the other members of the project team. Résumés of Lee Waldron and Sandra Stashik

**Kelly/Maiello** with **Daniel J. Keating Co.**                    *The President's House:*
*Freedom and Slavery in Making a New Nation*

**Hunt Engineering Company,** Civil Engineering
22. E. King Street
Malvern PA  19355
Phone:  610.644.4600

**Hunt Engineering Company,** located in Malvern, PA, has provided clients with diverse engineering services since its founding in 1980. The professional staff is dedicated to providing clients with excellent service and the highest quality engineering design.  The firm's success is indicated by clients who have chosen to work with Hunt on multiple projects over many years.

Hunt has provided civil engineering services for a wide range of projects throughout the Philadelphia area, among these Lincoln Financial Field for the Philadelphia Eagles and the Philadelphia Airport Garages.

Herbert Wescott PE will be the Senior Civil Engineer responsible for his firm's portion of the civil engineering.  Deborah Nemiroff PE, Senior Civil Engineer will work closely with Mr. Wescott to ensure that all aspects of civil engineering are completed as stipulated in the Request for Proposals.

**Hunt Engineering Company** is a Woman Business Enterprise certified by the City of Philadelphia, Pennsylvania Department of Transportation, Southeastern Pennsylvania Transportation Authority, and through the Pennsylvania United Certified Program (PA UCP).

Résumés for the Grenald Waldron and Hunt Engineering key personnel follow.

# LEE WALDRON, FIALD IESNA LC

## PRESIDENT

Lee Waldron joined the Grenald organization in l976.  As President of Grenald Waldron Associates, Lee manages the overall operations of the company, determines the company's fiscal direction, and formulates and executes Grenald Waldron Associates' business and marketing plans.

As a Design Principal, Lee offers design expertise in all project types for interior and exterior architectural applications.  His early work with theatre, film and television lighting adds dramatic expertise to the architectural approach to lighting design.  Lee is a former President of the International Association of Lighting Designers, and he has been on the faculty of Moore College of Art and Design, in Philadelphia, since 1997.

### EDUCATION

Carnegie-Mellon University, Pittsburgh, PA        Bachelor of Fine Arts,
                                                 Theatre Design and Production

### EXPERIENCE

#### Lighting Design and Project Management

GSA Headquarters, Washington, DC
GAP Corporate Facilities, San Bruno, CA, San Francisco, CA & New York, NY
Pennsylvania Museum Historic Commission –Renovations and Restorations
U.S. State Department Renovations, Washington, DC
Joliet Historic Museum, Joliet, IL
National City Christian Church Renovations, Washington, DC
Erie Maritime Museum, Buffalo, NY

### HONORS AND PUBLICATIONS

International Association of Lighting Designers, 2000, Fellow
Edwin F. Guth Award of Excellence 1996, Pennsylvania Convention Center
General Electric Edison Award 1994, Cleveland Indians Ballpark
Architectural Lighting September, 1996, Lightfair Editorial

### Lecturer

DLF/IES Meetings, Nationwide
Lightfair New York, 1992 - Residential Lighting
Lighting Dimensions International, Dallas - Building Facade Lighting
IES Convention, Washington, DC 1990 - Exterior Lighting Design Workshop
Philadelphia Lights, 1991 - Landscape Lighting



# SANDRA STASHIK, PE FIES IALD LC LEED®
## PRINCIPAL

Sandra Stashik has been a member of Grenald Waldron Associates design team for 19 years. As Principal, Sandra's responsibilities include marketing, staff development and hiring as well as project design and management.  Sandra's projects reflect the design philosophy that all lighting has an effect on the quality of people's lives. Whether designing a corporate office, or a downtown or campus master plan, improving the lives of the occupants or users is a prime concern. This philosophy is coupled with the selection of lighting equipment that will provide effective energy utilization and sustainability.

Sandra is a Fellow of the Illuminating Engineering Society, past member of the Board of Directors, and past Chairperson of the National Energy Management Committee.  She is a professional member of the International Association of Lighting Designers, Leed Accredited, certified Lighting Consultant and a registered Professional Engineer.

### EDUCATION

Pennsylvania State University, University Park, PA - Bachelor of Architectural Engineering
Center for Creative Studies, Detroit, MI

### EXPERIENCE

Lecturer

Lightfair 1998, "Feeling Comfortable: Safety and Security Outdoors
Philadelphia Lights 2000 "Lighting For Video Conferencing Workshop"
Lightfair 2004 "Designing & Implementing an Urban Lighting Master Plan – Beyond Footcandles to Economic Growth"

### Lighting Design and Project Management

| | |
|---|---|
| Benjamin Franklin Bridge Relighting  & Camden Waterfront Relighting | Camden, NJ |
| Center City District and Benjamin Franklin Parkway Streetscape | Philadelphia, PA |
| University of Pennsylvania Campus Lighting Master Plan | Philadelphia, PA |
| U. of New Mexico Academic and Medical Facilities Master Lighting Plan | Albuquerque, NM |
| Richmond Center City District | Richmond, VA |
| Manayunk Streetscape | Philadelphia, PA |

### Honors and Publications

Lighting Dimensions, Benjamin Franklin Bridge Article – May 2001
Professional Lighting Design, Benjamin Franklin Parkway – November 2004
Design & Applications Topic Editor for the 8th Edition, Lighting Handbook of the Illuminating Engineering Society of North America, 1993

## Hunt Engineering Company

# HERBERT H. WESCOTT III, P.E.
*Senior Civil Engineer*

**EDUCATION:**
B.S. / 1972 / Civil &
  Environmental Engineering /
  Cornell University
M.S./ 1973 / Civil &
  Environmental Engineering /
  Cornell University

**REGISTRATIONS:**
Professional Engineer / PA, NJ,
  DE, MD, VA, NY

Mr. Wescott is a Senior Civil Engineer at Hunt Engineering Company with more than 19 years of diverse experience in project management, civil, track and structural engineering. He has executed structural design of building, industrial and catenary structures. Mr. Westcott has been Project Engineer for civil engineering efforts requiring the production and coordination of construction bid documents, including drawings; technical specifications, schedules, and construction cost estimates. He has also been involved with the conceptual engineering for several planning studies.

**PROJECT EXPERIENCE:**

**Streetscape Projects:**

Girard Avenue Streetscape Improvements, Philadelphia, Pennsylvania

**Park Projects:**

Pleasant Hill Park Renovations, Philadelphia, Pennsylvania

Smith Memorial Playground Improvements, Philadelphia, Pennsylvania

**Bridge Projects:**

Delaware Canal Pedestrian Bridge, Levittown, Pennsylvania

**Site Design Projects:**

Water Works Dock, Philadelphia, Pennsylvania

**SEPTA Projects:**

SEPTA Allen Lane and Queen Lane Stations, Philadelphia, Pennsylvania

SEPTA 30th Street Station MFSE ADA Improvements Project Philadelphia, Pennsylvania

SEPTA 8th, 13th, and Juniper Street Station ADA Improvements, Philadelphia, Pennsylvania

SEPTA Gulph Mills Station Improvements Project, Upper Merion Township, Pennsylvania

SEPTA 52nd Street/Center City (City Branch) Corridor Alternatives Analysis, Pennsylvania

**Hunt
Engineering
Company**

# DEBORAH N. NEMIROFF, P.E.
*Senior Civil Engineer*

**EDUCATION:**
B.S. / 1992 / Civil Engineering /
  Drexel University
B.S. / 1992 / Architectural
  Engineering / Drexel University
M.S. / 2001 / Civil Engineering /
  Drexel University

**REGISTRATIONS:**
Professional Engineer / PA

Ms. Nemiroff serves as a Senior Civil Engineer for Hunt Engineering Company. With over 13 years of civil engineering experience, her responsibilities include the preparation of plans, specifications, and cost estimates for a variety of public works projects. These projects involve site layout, grading, stormwater management, detention basins, soil erosion control, sanitary sewer collection, roadway design and rehabilitation, permits and associated infrastructure.

Ms. Nemiroff has completed a number of public works projects for the Pennsylvania Department of Transportation and several municipalities. She was responsible for the design and development of construction drawings and bid documents on various projects and has coordinated with various agencies, such as the Pennsylvania Department of Environmental Protection, to obtain permits and approvals. She also has experience in designing guiderail and drainage improvements.

## PROJECT EXPERIENCE:

### Site Engineering Projects:

C.C.A. Baldi Middle School, School District of Philadelphia, Pennsylvania

Cabrini College, New Residence Hall, Radnor Township, Pennsylvania

### Streetscape Projects:

Rockledge / Fox Chase Streetscape Design, Philadelphia, Pennsylvania

Strasburg Avenue Streetscape, Parkesburg, Pennsylvania

### Park Projects:

Minch Park Playground Restoration, Parkesburg, Pennsylvania

### Roadway Rehabilitation Projects:

S.R. 0063, Section A06&A07, EIS, Bucks, Montgomery & Philadelphia Counties, Pennsylvania

S.R. 0095, Section 030, I-95/PA 332 Interchange Modifications, Bucks County, Pennsylvania

S.R. 0030, Section S26, US 30/PA 113 Interchange Modifications, Chester County, Pennsylvania

S.R. 3016, Section 63S, Hopewell Road over Tweed Creed, Chester County, Pennsylvania

**22 E. King Street, Malvern, PA 19355 – Ph: 610.644.4600; Fax: 610.644.2466;
www.huntengineering.com**

# EXHIBIT 4

# APPENDIX "A"

## Philadelphia Tax Status and Clearance Statement

Appendix A

"APPENDIX A"

# PHILADELPHIA TAX STATUS
# AND CLEARANCE STATEMENT

Each organization/member of the Design-Build Team must complete the following:

1. NAME

**DANIEL J. KEATING CO.**
**134 N. NARBERTH AVENUE**
**NARBERTH, PA    19072**

2. ADDRESS

3. SOCIAL SECURITY NUMBER OR FEDERAL TAX ID NUMBER      23-2554926

4. CITY OF PHILADELPHIA BUSINESS PRIVILEGE LICENSE NUMBER   000192
   AND CITY OF PHILADELPHIA TAX ACCOUNT NUMBER FOR ANY    5463724
   AND ALL BUSINESS ACTIVITY, PARTNERSHIP INTEREST OR JOINT
   VENTURES.

It is the policy of the City of Philadelphia to ensure that each of the participants on a Design Build Team is current or in an acceptable status with the Departments of Revenue and Licenses & Inspections. Therefore, the evaluation team will confirm the status of each of the participants prior to the selection of a Design-Build Team.

Should any of the participants not be in a current or acceptable tax status, the evaluation team reserves the right to reject the submission of the proposal.

*Acknowledgment.*

DATE:    7/24/06

SIGNATURE  Pierce s. Keating

**PIERCE J. KEATING**
**PRESIDENT**

APPENDIX

# ACIS VENDOR INFORMATION FORM

## I.

Requester: James Lowe _____ Department: Capital Program Office

Phone Number: 215-683-4422 _____ Fax Number: 215-683-4499 _____

## II.

Vendor Name: Daniel J. Keating Company _____

Federal Tax ID: 23-2554926 _____

City of Phila. Tax ID: 5463724 _____

Business License Number: 000192 _____

| Profit Status: | Profit  X<br>Non-Profit | Legal Status: | Corporation  X<br>Individual<br>Partnership<br>Sole-Proprietor<br>Unincorporated Association |

## III.

Address Type: Payment  X
              Other     X

Address Line 1- 134 N. Narberth Avenue _____
Address Line 2- _____
Address Line 3- _____
City:  Narberth _____          State: PA _____
Zip:  19072-2299
General Phone:  610-664-4550 or 610-633-8982
Contact Name:  David Nagele or  Craig Hunt
Contact Title:  Estimating  /  Project Director
Contact Phone:  same as above /  same as above          Fax:  610-664-4220 _____

FOR OFFICE USE ONLY
Date Received _____          Date Completed _____
Comments _____
_____

"APPENDIX A"

# PHILADELPHIA TAX STATUS
# AND CLEARANCE STATEMENT

Each organization/member of the Design-Build Team must complete the following:

1. NAME  KELLY/MAIELLO INC.

2. ADDRESS  1420 Walnut Street, 15th floor
             Philadelphia PA   19102

3. SOCIAL SECURITY NUMBER OF FEDERAL TAX ID NUMBER
             23 2437324

4. CITY OF PHILADELPHIA BUSINESS PRIVILEGE LICENSE NUMBER
   AND CITY OF PHILADELPHIA TAX ACCOUNT NUMBER FOR ANY
   AND ALL BUSINESS ACTIVITY, PARTNERSHIP INTEREST OR JOINT
   VENTURES. Business Privilege License # 5092465
             Philadelphia Tax Account # 0386-016

It is the policy of the City of Philadelphia to ensure that each of the participants on a Design Build Team is current or in an acceptable status with the Departments of Revenue and Licenses & Inspections. Therefore, the evaluation team will confirm the status of each of the participants prior to the selection of a Design-Build Team.

Should any of the participants not be in a current or acceptable tax status, the evaluation team reserves the right to reject the submission of the proposal.

*Acknowledgment:*

DATE:  24 July 2006          SIGNATURE

                             Emanuel Kelly FAIA
                             President

**APPENDIX "A"**

# ACIS VENDOR INFORMATION FORM

## I.

Requester:  __James Lowe__          Department:  _Capital Program Office_

Phone Number:  215-683-4422          Fax Number:  215-683-4499

## II.

Vendor Name: KELLY/MAIELLO INC.

Federal Tax ID: 23 2437324

City of Phila. Tax ID:  0386-016

Business License Number: 509 246 5

| Profit Status: | Profit | Legal Status: | Corporation |
| --- | --- | --- | --- |
| | Non-Profit | | Individual |
| | | | Partnership |
| | | | Sole-Proprietor |
| | | | Unincorporated Association |

## III.

Address Type:  Payment
             Other

Address Line 1:    1420 Walnut Street, 15th floor
Address Line 2:
Address Line 3:
City:   Philadelphia                State:  PA
Zip:   19102
General Phone:  215.546.0800
Contact Name: Emanuel Kelly FAIA
Contact Title:  President
Contact Phone: 215.546.0800          Fax: 215.546.1420

| FOR OFFICE USE ONLY | |
| --- | --- |
| Date Received | Date Completed |
| Comments | |

"APPENDIX A"

# PHILADELPHIA TAX STATUS
# AND CLEARANCE STATEMENT

Each organization/member of the Design-Build Team must complete the following:

1. NAME   American History Workshop (N.Y.) Inc.

2. ADDRESS  588 7th Street
             Brooklyn NY  11215

3. SOCIAL SECURITY NUMBER OF FEDERAL TAX ID NUMBER
                            11-2737444

4. CITY OF PHILADELPHIA BUSINESS PRIVILEGE LICENSE NUMBER
   AND CITY OF PHILADELPHIA TAX ACCOUNT NUMBER FOR ANY
   AND ALL BUSINESS ACTIVITY, PARTNERSHIP INTEREST OR JOINT
   VENTURES.

It is the policy of the City of Philadelphia to ensure that each of the participants on a Design Build Team is current or in an acceptable status with the Departments of Revenue and Licenses & Inspections. Therefore, the evaluation team will confirm the status of each of the participants prior to the selection of a Design-Build Team.

Should any of the participants not be in a current or acceptable tax status, the evaluation team reserves the right to reject the submission of the proposal.

*Acknowledgment:*

DATE: 7/25/06

SIGNATURE Richard Rabinowitz

**APPENDIX "A"**

# ACIS VENDOR INFORMATION FORM

## I.

Requester:   James Lowe                    Department:   Capital Program Office

Phone Number:   215-683-4422                Fax Number:    215-683-4499

## II.

Vendor Name:   AMERICAN HISTORY WORKSHOP (N.Y.), INC.

Federal Tax ID:    11-2737444

City of Phila. Tax ID:      N.A.

Business License Number:      N.A.

Profit Status:   Profit        Legal Status:   Corporation
                 Non-Profit                    Individual
                                               Partnership
                                               Sole-Proprietor
                                               Unincorporated Association

## III.

Address Type:   Payment
                Other

Address Line 1:   588  7TH  STREET
Address Line 2:
Address Line 3:
City:   BROOKLYN                       State:  NY
Zip:   11215
General Phone:   718/499.6500
Contact Name:   RICHARD RABINOWITZ, PRESIDENT
Contact Title:
Contact Phone:   718/499.6500          Fax:   718/499.6575

FOR OFFICE USE ONLY
Date Received                    Date Completed
Comments

"APPENDIX A"

# PHILADELPHIA TAX STATUS
# AND CLEARANCE STATEMENT

Each organization/member of the Design-Build Team must complete the following:

1.  NAME   UELAND JUNKER MCCAULEY NICHOLSON LLC

2.  ADDRESS   718 Arch Street, Suite 5N
              Philadelphia PA   19106

3.  SOCIAL SECURITY NUMBER OF FEDERAL TAX ID NUMBER
    23-6437663

4.  CITY OF PHILADELPHIA BUSINESS PRIVILEGE LICENSE NUMBER
    AND CITY OF PHILADELPHIA TAX ACCOUNT NUMBER FOR ANY
    AND ALL BUSINESS ACTIVITY, PARTNERSHIP INTEREST OR JOINT
    VENTURES.

    Business Privilege #380538    Phila. Tax # 3143260

It is the policy of the City of Philadelphia to ensure that each of the participants on a Design Build Team is current or in an acceptable status with the Departments of Revenue and Licenses & Inspections. Therefore, the evaluation team will confirm the status of each of the participants prior to the selection of a Design-Build Team.

Should any of the participants not be in a current or acceptable tax status, the evaluation team reserves the right to reject the submission of the proposal.

*Acknowledgment:*

DATE: 7-20-06                    SIGNATURE Joseph A. Nicholson

**APPENDIX "A"**

# ACIS VENDOR INFORMATION FORM

## I.

Requester:    James Lowe                          Department:    Capital Program Office

Phone Number:   215-683-4422                   Fax Number:    215-683-4499

## II.

Vendor Name: Veland Junker McCauley Nicholson LLC

Federal Tax ID: 236437603

City of Phila. Tax ID: 3143260

Business License Number: _____

Profit Status:    (Profit)          Legal Status:    Corporation
                  Non-Profit                         Individual
                                                     (Partnership)
                                                     Sole-Proprietor
                                                     Unincorporated Association

## III.

Address Type:   Payment
                Other

Address Line 1: 118 Arch Street, Suite 5N
Address Line 2: _____
Address Line 3: _____
City: Philadelphia                          State: PA
Zip: 19106
General Phone: 215-440-0190
Contact Name: Joseph Nicholson
Contact Title: Principal
Contact Phone: 215-440-0190 x105     Fax: 215-440-0197

**FOR OFFICE USE ONLY**

Date Received _____     Date Completed _____
Comments _____

"APPENDIX A"

# PHILADELPHIA TAX STATUS
# AND CLEARANCE STATEMENT

Each organization/member of the Design-Build Team must complete the following:

1. NAME - MAGIAN DESIGN STUDIO

2. ADDRESS - 79 POWER STREET, HAWTHORN, VIC, AUSTRALIA, 3122

3. SOCIAL SECURITY NUMBER OF FEDERAL TAX ID NUMBER - N/A

4. CITY OF PHILADELPHIA BUSINESS PRIVILEGE LICENSE NUMBER AND CITY OF PHILADELPHIA TAX ACCOUNT NUMBER FOR ANY AND ALL BUSINESS ACTIVITY, PARTNERSHIP INTEREST OR JOINT VENTURES. - N/A

It is the policy of the City of Philadelphia to ensure that each of the participants on a Design Build Team is current or in an acceptable status with the Departments of Revenue and Licenses & Inspections. Therefore, the evaluation team will confirm the status of each of the participants prior to the selection of a Design-Build Team.

Should any of the participants not be in a current or acceptable tax status, the evaluation team reserves the right to reject the submission of the proposal.

*Acknowledgment:*

**DATE:    21 July 2006**                **SIGNATURE**

**APPENDIX "A"**

# ACIS VENDOR INFORMATION FORM

## I.

Requester:   __James Lowe__          Department:   __Capital Program Office__

Phone Number:__215-683-4422__          Fax Number:   __215-683-4499__

## II.

Vendor Name:   MAGIAN DESIGN STUDIO

Federal Tax ID:  NOT APPLICABLE

City of Phila. Tax ID:  NOT APPLICABLE

Business License Number:
Australia Company Number: 062 317 962
Australia Business Number: 960 62 317 962

Profit Status:   Profit          Legal Status:   Corporation

## III.

Address Type:  Payment
               Other

Address Line 1: 79 POWER STREET
City: HAWTHORN            State:  VICTORIA
Zip: 3122
General Phone: + 61 3 9819 3401
Contact Name: Susan O'Neill
Contact Title: Head of Projects
Contact Phone: + 61 3 9819 3401
Fax:  + 61 3 9819 3404

FOR OFFICE USE ONLY

Date Received                    Date Completed
Comments

"APPENDIX A"

# PHILADELPHIA TAX STATUS
# AND CLEARANCE STATEMENT

Each organization/member of the Design-Build Team must complete the following:

1. NAME      Maltbie, Inc.

2. ADDRESS      708 Fellowship Road, Mt. Laurel, NJ 08054

3. SOCIAL SECURITY NUMBER OF FEDERAL TAX ID NUMBER     23-1615421

4. CITY OF PHILADELPHIA BUSINESS PRIVILEGE LICENSE NUMBER AND CITY OF PHILADELPHIA TAX ACCOUNT NUMBER FOR ANY AND ALL BUSINESS ACTIVITY, PARTNERSHIP INTEREST OR JOINT VENTURES.    2717320 Phila. Wage Tax

It is the policy of the City of Philadelphia to ensure that each of the participants on a Design Build Team is current or in an acceptable status with the Departments of Revenue and Licenses & Inspections. Therefore, the evaluation team will confirm the status of each of the participants prior to the selection of a Design-Build Team.

Should any of the participants not be in a current or acceptable tax status, the evaluation team reserves the right to reject the submission of the proposal.

*Acknowledgment:*

DATE: 7/19/2006                      SIGNATURE

**APPENDIX "A"**

## ACIS VENDOR INFORMATION FORM

### I.

Requester: ___James Lowe___          Department: ___Capital Program Office___

Phone Number: ___215-683-4422___          Fax Number: ___215-683-4499___

### II.

Vendor Name: ___Maltbie, Inc.___

Federal Tax ID: ___23-1615421___

City of Phila. Tax ID: ___          2717320 Phila. City Wage Tax___

Business License Number: ___

Profit Status:  (Profit)          Legal Status:  Corporation
                Non-Profit                        Individual
                                                  Partnership
                                                  Sole-Proprietor
                                                  Unincorporated Association

### III.

Address Type:  Payment
               Other

Address Line 1: ___708 Fellowship Road___
Address Line 2: ___
Address Line 3: ___
City: ___Mt. Laurel___          State: ___NJ___
Zip: ___08054___
General Phone: ___856-234-0052___
Contact Name: ___Charles M. Maltbie, Jr.___
Contact Title: ___President___
Contact Phone: ___856-234-0052___          Fax: ___856-234-0760___

FOR OFFICE USE ONLY
Date Received ___          Date Completed ___
Comments

"APPENDIX A"

# PHILADELPHIA TAX STATUS AND CLEARANCE STATEMENT

Each organization/member of the Design-Build Team must complete the following:

1. NAME        **Synterra, Ltd.**

2. ADDRESS    **628 W. Rittenhouse Street; Philadelphia, PA 19144**

3. SOCIAL SECURITY NUMBER OF FEDERAL TAX ID NUMBER
   **Federal Tax ID Number 23-1919587**
4. CITY OF PHILADELPHIA BUSINESS PRIVILEGE LICENSE NUMBER
   AND CITY OF PHILADELPHIA TAX ACCOUNT NUMBER FOR ANY
   AND ALL BUSINESS ACTIVITY, PARTNERSHIP INTEREST OR JOINT
   VENTURES. **Business Privilege License Number H74253**
   **City of Philadelphia Tax Account Number 3740321**

It is the policy of the City of Philadelphia to ensure that each of the participants on a Design
Build Team is current or in an acceptable status with the Departments of Revenue and Licenses &
Inspections. Therefore, the evaluation team will confirm the status of each of the participants
prior to the selection of a Design-Build Team.

Should any of the participants not be in a current or acceptable tax status, the evaluation team
reserves the right to reject the submission of the proposal.

*Acknowledgment:*

DATE: July 25, 2006                    SIGNATURE _____

**APPENDIX "A"**

# ACIS VENDOR INFORMATION FORM

## I.

Requester: ___James Lowe_____    Department: ___Capital Program Office___

Phone Number: ___215-683-4422_____    Fax Number: ___215-683-4499_____

## II.

Vendor Name: Synterra, Ltd._____

Federal Tax ID: 23-1919587_____

City of Phila. Tax ID: 3740321_____

Business License Number: H 74253_____

Profit Status: (Profit)    Legal Status: (Corporation)
Non-Profit                 Individual
                           Partnership
                           Sole-Proprietor
                           Unincorporated Association

## III.

Address Type: Payment    * Address for All Mailings
              Other

Address Line 1: 628 W. Rittenhouse Street_____
Address Line 2:_____
Address Line 3:_____
City: ___Philadelphia_____    State: __PA_____
Zip: ___19144_____
General Phone: (215) 843-0700_____
Contact Name: Myrna Toro_____
Contact Title: President/CEO_____
Contact Phone: (215) 843-0700_____    Fax: (215) 843-6593_____

FOR OFFICE USE ONLY
Date Received_____    Date Completed_____
Comments_____

"APPENDIX A"

# PHILADELPHIA TAX STATUS
# AND CLEARANCE STATEMENT

Each organization/member of the Design-Build Team must complete the following:

1. NAME  Grenald Waldron Associates

2. ADDRESS  260 Haverford Avenue
   Narberth, PA 19072

3. SOCIAL SECURITY NUMBER OF FEDERAL TAX ID NUMBER  23-2256112

4. CITY OF PHILADELPHIA BUSINESS PRIVILEGE LICENSE NUMBER
   AND CITY OF PHILADELPHIA TAX ACCOUNT NUMBER FOR ANY
   AND ALL BUSINESS ACTIVITY, PARTNERSHIP INTEREST OR JOINT
   VENTURES.  4709507

It is the policy of the City of Philadelphia to ensure that each of the participants on a Design Build Team is current or in an acceptable status with the Departments of Revenue and Licenses & Inspections. Therefore, the evaluation team will confirm the status of each of the participants prior to the selection of a Design-Build Team.

Should any of the participants not be in a current or acceptable tax status, the evaluation team reserves the right to reject the submission of the proposal.

*Acknowledgment:*

DATE:___7-19-2006_____        SIGNATURE_____

**APPENDIX "A"**

# ACIS VENDOR INFORMATION FORM

## I.

Requester: ___James Lowe___          Department: ___Capital Program Office___

Phone Number: ___215-683-4422___          Fax Number: ___215-683-4499___

## II.

Vendor Name: ___Grenald Waldron Associates___

Federal Tax ID: ___23-2256112___

City of Phila. Tax ID: ___4709507___

Business License Number: _____

| Profit Status: | Profit  x | Legal Status: | Corporation  x |
|---|---|---|---|
| | Non-Profit | | Individual |
| | | | Partnership |
| | | | Sole-Proprietor |
| | | | Unincorporated Association |

## III.

Address Type:  Payment
              Other

Address Line 1: ___P.O. Box 525___
Address Line 2: ___260 Haverford Avenue___
Address Line 3: _____
City: ___Narberth___          State: ___PA___
Zip: ___19072___
General Phone: ___610-667-6330___
Contact Name: ___Lee Waldron___
Contact Title: ___President___
Contact Phone: ___610-667-6330___          Fax: ___610-667-7685___

FOR OFFICE USE ONLY
Date Received          Date Completed
Comments

"APPENDIX A"

## PHILADELPHIA TAX STATUS
## AND CLEARANCE STATEMENT

Each organization/member of the Design-Build Team must complete the following:

1. NAME    JMA Services Inc., contracting as John Milner Associates, Inc.

2. ADDRESS  535 North Church Street, West Chester, PA 19380

3. SOCIAL SECURITY NUMBER OF FEDERAL TAX ID NUMBER    23-2493131

4. CITY OF PHILADELPHIA BUSINESS PRIVILEGE LICENSE NUMBER
   AND CITY OF PHILADELPHIA TAX ACCOUNT NUMBER FOR ANY
   AND ALL BUSINESS ACTIVITY, PARTNERSHIP INTEREST OR JOINT
   VENTURES.  License No. 023700; Tax ID No. 5312384

It is the policy of the City of Philadelphia to ensure that each of the participants on a Design Build Team is current or in an acceptable status with the Departments of Revenue and Licenses & Inspections. Therefore, the evaluation team will confirm the status of each of the participants prior to the selection of a Design-Build Team.

Should any of the participants not be in a current or acceptable tax status, the evaluation team reserves the right to reject the submission of the proposal.

*Acknowledgment:*

DATE: July 21, 2006            SIGNATURE *Kathryn L Bowers*
                                         Kathryn L. Bowers
                                         Vice President

**APPENDIX "A"**

## ACIS VENDOR INFORMATION FORM

### I.

Requester: __James Lowe__    Department: __Capital Program Office__

Phone Number: __215-683-4422__    Fax Number: __215-683-4499__

### II.

Vendor Name: __JMA Services Inc., contracting as John Milner Associates, Inc.__

Federal Tax ID: __23-2493131__

City of Phila. Tax ID: __5312384__

Business License Number: __023700__

Profit Status: (Profit)    Legal Status: (Corporation)
Non-Profit    Individual
Partnership
Sole-Proprietor
Unincorporated Association

### III.

Address Type: (Payment)
Other

Address Line 1: __535 North Church Street__
Address Line 2: _____
Address Line 3: _____
City: __West Chester__    State: __PA__
Zip: __19380__
General Phone: __610-436-9000__
Contact Name: __Colleen Norcini__
Contact Title: __Sr. Bookkeeper__
Contact Phone: __610-436-9000__    Fax: __610-436-8468__

"APPENDIX A"

# PHILADELPHIA TAX STATUS
# AND CLEARANCE STATEMENT

Each organization/member of the Design-Build Team must complete the following:

1. NAME      Keast & Hood Co.

2. ADDRESS   601 Walnut Street, Suite 450W
             Philadelphia  PA   19106

3. SOCIAL SECURITY NUMBER OF FEDERAL TAX ID NUMBER
             23-1513246

4. CITY OF PHILADELPHIA BUSINESS PRIVILEGE LICENSE NUMBER
   AND CITY OF PHILADELPHIA TAX ACCOUNT NUMBER FOR ANY
   AND ALL BUSINESS ACTIVITY, PARTNERSHIP INTEREST OR JOINT
   VENTURES.          Philadelphia Tax ID:   0076232
        Business Privilege License No.:   102998

It is the policy of the City of Philadelphia to ensure that each of the participants on a Design Build Team is current or in an acceptable status with the Departments of Revenue and Licenses & Inspections. Therefore, the evaluation team will confirm the status of each of the participants prior to the selection of a Design-Build Team.

Should any of the participants not be in a current or acceptable tax status, the evaluation team reserves the right to reject the submission of the proposal.

*Acknowledgment:*

DATE: 7/19/06

SIGNATURE

**APPENDIX "A"**

# ACIS VENDOR INFORMATION FORM

## I.

Requester: __James Lowe__    Department: __Capital Program Office__

Phone Number: __215-683-4422__    Fax Number: __215-683-4499__

## II.

Vendor Name: __Keast & Hood Co.__

Federal Tax ID: __23-1513246__

City of Phila. Tax ID: __0076232__

Business License Number: __102998__

Profit Status: (Profit)    Legal Status: (Corporation)
Non-Profit                  Individual
                            Partnership
                            Sole-Proprietor
                            Unincorporated Association

## III.

Address Type:  Payment
               Other

Address Line 1: __601 Walnut Street, Suite 450W__
Address Line 2: _____
Address Line 3: _____
City: __Philadelphia__    State: __PA__
Zip: __19106__
General Phone: __215-625-0099__
Contact Name: __Edward Shoemaker__
Contact Title: __Business Manager__
Contact Phone: __215-625-0099__    Fax: __215-625-9408__

| FOR OFFICE USE ONLY | |
|---|---|
| Date Received_____ | Date Completed_____ |
| Comments_____ | |

"Appendix A"

# PHILADELPHIA TAX STATUS
# AND CLEARANCE STATEMENT

Each consultant and subconsultant on the Design Professional's team must complete the following:

    1.  NAME          **Hunt Engineering Company**

    **2.**  ADDRESS     **P.O. Box 537**
                             **22 East King Street**
                             **Malvern, PA 19355**

    3.  SOCIAL SECURITY NUMBER OR FEDERAL TAX ID NUMBER
          **23-2153326**

    4.  CITY OF PHILADELHIA BUSINESS PRIVILEGE LICENSE NUMBER AND CITY OF PHILADELPHIA TAX ACCOUNT NUMBER FOR ANY AND ALL BUSINESS ACTIVITY, PARTNERSHIP INTEREST OR JOINT VENTURE.
          **9376 – Business Privilege Tax Number**
          **4942033 – City Tax Account Number**

It is the policy of the City of Philadelphia to ensure that each of the participants on a Design Professional's team is current or in an acceptable status with the Department of Revenue and Licenses & Inspections. Therefore, the evaluation team will confirm the status of each of the participants prior to the selection of the Design Professional.

Should any of the participants not be in current or acceptable tax status, the evaluation team reserves the right to reject the submission of the proposal.

*Acknowledgment:*

**DATE:** <u>July 18, 2006</u>          **SIGNATURE:** _____

**"APPENDIX A"**

"APPENDIX A"

## ACIS VENDOR INFORMATION FORM

**I.**

Requester:  ___James Lowe___                Department:  ___Capital Programs Office___

Phone Number:  ___215-683-4422___          Fax:  ___215-683-4499___

**II.**

Vendor Name:  _____Hunt Engineering Company_____

Federal Tax ID:  ___23-2153326___

City of Phila. Tax ID:  ___4942033___

Business License Number:  ___License Code: 3702  License No. 009376___

Profit Status:  **Profit**                Legal Status:  **Corporation**
                     Non-Profit                     Individual
                                      Partnership
                                      Sole-Proprietor
                                      Unincorporated Association

**III.**

Address Type:  Payment
                  Other

Address Line 1:  _____22 E. King Street_____
Address Line 2:  _____P.O. Box 537_____
Address Line 3:  _____
City:  _____Malvern_____          State:  ___Pennsylvania___
Zip:  ___19355___
General Phone:  ___610-644-4600___
Contact Name:  ___Judi Worrall___
Contact Title:  ___Accounts Receivable / Accounts Payable___
Contact Phone:  ___610-644-4600, ext. 211___    Fax:  ___610-644-2466___

| FOR OFFICE USE ONLY | |
|---|---|
| Date Received: | Date Completed: |
| Comments | |

**Kelly/Maiello** with **Daniel J. Keating Co.**

*The President's House:*
*Freedom and Slavery in Making a New Nation*

LITIGATION DISCLOSURE STATEMENT



C O M P A N Y

Pierce J. Keating
*President*
pkeating@djkeating.com

*General Contractors – Construction Managers*

Contractor's Philadelphia Business License # 000192

July 21, 2006

Re:   **The President's House Proposal**
      **Litigation Disclosure Requirement**

To Whom It May Concern:

I hereby certify that there is no pending or threatened litigation, claim, contract dispute, consent order, settlement agreement, investigation, criminal charge, challenge or other proceeding (whether federal, state, local or foreign) (collectively, an "Action") brought against Daniel J. Keating Company.

Should our firm become involved in, or is known to be the subject in any inquiry or investigation conducted by any federal, state, local or foreign government or regulatory body or association, we will inform the City.

Sincerely yours,

Pierce J. Keating
President

134 North Narberth Avenue • Narberth, PA 19072-2299 • (610) 664-4550 • Fax: (610) 664-4220

 **Kelly/Maiello Inc.**
*Architects & Planners*

1420 Walnut Street, 15th floor
Philadelphia PA 19102-4015
phone  215 546 0800
fax       215 546 1420
web     www.kmarchitects.com

August 21, 2006

Re:     **The President's House Proposal**
        **Litigation Disclosure Requirement**

To Whom It May Concern:

Kelly/Maiello is a party in two legal proceedings at the present time.

- XL Specialty Reinsurance and XL Reinsurance America, Inc. v. Lower Merion School District and Foreman Program and Construction Managers, Inc. and Kelly/Maiello, Inc. and Multani Associates, Inc. and Yerkes Associates, Inc. and Paul H. Yeomans, Inc., Court of Common Pleas of Montgomery County, Civil Action No. 05-10317

- Marlene David, Admin. Estate of Henrietta Alston, Eva Cason and Jennifer Sherry David v. Albany Remodeling, Kelly/Maiello Inc., Fire-Lite Alarms, Watts Regulatory Company and Ames Fire & Waterworks, d/b/a Ames Company, Inc., Court of Common Pleas, Philadelphia County, May Term 2006, No. 003142

Other than the two instances listed above, I hereby certify that there is no pending or threatened litigation, claim, contract dispute, consent order, settlement agreement, investigation, criminal charge, challenge or other proceeding (whether federal, state, local or foreign) (collectively, an "Action") brought against Kelly/Maiello Inc.

Should our firm become involved in, or is know to be the subject in any inquiry or investigation conducted by any federal, state, local or foreign government or regulatory body or association, we will inform the City.

Sincerely yours,

Emanuel Kelly FAIA
Principal

American History Workshop
588 Seventh Street
Brooklyn, NY 11215-3707

*tel* 718 499-6500
*fax* 718 499-6575



*Creating encounters with
our shared past
through research, feasibility studies,
master planning, writing,
exhibit design, media production,
publications,
educational programming,
curatorial services, and fund raising.*

August 21, 2006

Re:    **The President's House Proposal
Litigation Disclosure Requirement**

To Whom It May Concern:

I hereby certify that there is no pending or threatened litigation, claim, contract
dispute, consent order, settlement agreement, investigation, criminal charge,
challenge or other proceeding  (whether federal, state, local or foreign)
(collectively, an "Action") brought against American History Workshop.

Should our firm become involved in, or is know to be the subject in any inquiry
or investigation conducted by any federal, state, local or foreign government or
regulatory body or association, we will inform the City.

Sincerely yours,

Richard Rabinowitz
President

RECEIVED
JUL 2 8 2006
KELLY / MAIELLO



August 21, 2006

Re:     **The President's House Proposal**
        **Litigation Disclosure Requirement**

To Whom It May Concern:

I hereby certify that there is no pending or threatened litigation, claim, contract dispute, consent order, settlement agreement, investigation, criminal charge, challenge or other proceeding (whether federal, state, local or foreign) (collectively, an "Action") brought against Ueland Junker McCauley Nicholson LLC.

Should our firm become involved in, or is know to be the subject in any inquiry or investigation conducted by any federal, state, local or foreign government or regulatory body or association, we will inform the City.

Sincerely yours,

Joseph Nicholson, AIA
Principal

UELAND JUNKER MCCAULEY NICHOLSON LLC
718 Arch Street | Suite 5N | Philadelphia, PA 19106 | T 215.440.0190 | F 215.440.0197 | www.ujmn.com



August 21, 2006

Re:    **The President's House Proposal**
       **Litigation Disclosure Requirement**

To Whom It May Concern:

I hereby certify that there is no pending or threatened litigation, claim, contract dispute, consent order, settlement agreement, investigation, criminal charge, challenge or other proceeding  (whether federal, state, local or foreign) (collectively, an "Action") brought against Magian Design Studio.

Should our firm become involved in, or is know to be the subject in any inquiry or investigation conducted by any federal, state, local or foreign government or regulatory body or association, we will inform the City.

Sincerely yours,

Susan O'Neill

Head of Projects



August 21, 2006

Re:    **The President's House Proposal**
       **Litigation Disclosure Requirement**

To Whom It May Concern:

I hereby certify that Maltbie has two pending litigations, and no other claim, contract dispute, consent order, settlement agreement, investigation, criminal charge, challenge or other proceedings (whether federal, state, local or foreign) (collectively, an "Action"). One is a fender bender from June of 2002 and the other is an extremely broad WM compensation claim (where we are named with 24 other shops) for an employee death.

Should our firm become involved in, or is known to be the subject in any inquiry or investigation conducted by any federal, state, local or foreign government or regulatory body or association, we will inform the City.

Sincerely yours,

MALTBIE, INC.

Charles M. Maltbie, Jr.
President

708 fellowship road   mount laurel  nj  08054   p  856 234 0052   f  856 234 0760   www.maltbie.com



**SITE ARCHITECTURE, DEVELOPMENT PLANNING**
**CONSTRUCTION MANAGEMENT**
Philadelphia  •  New York  •  Washington

July 25, 2006

**RE:    The President's House Proposal**
**Litigation Disclosure Requirement**

To Whom It May Concern:

I hereby certify that there is no pending or threatened litigation, claim, contract dispute, consent order, settlement agreement, investigation, criminal charge, challenge or other proceeding    (whether federal, state, local or foreign) (collectively, an "Action") brought against Synterra, Ltd.

Should our firm become involved in, or is know to be the subject in any inquiry or investigation conducted by any federal, state, local or foreign government or regulatory body or association, we will inform the City.

Sincerely,

Myrna Toro
President/CEO

MT:kvh

| ☐ | Philadelphia | • 628 West Rittenhouse Street, Philadelphia, PA | 19144 | (215) 843-0700 |
| | | e-mail: synterra@aol.com | fax | (215) 843-6593 |
| ☐ | New York | • 170 West 74th Street, Suite 216, New York, NY | 10023 | (212) 721-2408 |
| ☐ | Washington | • 1211 Rhode Island Ave., NW, Washington, DC | 20005 | (202) 667-4286 |

**GRENALD WALDRON ASSOCIATES**



August 21, 2006

Re:    **The President's House Proposal**
       **Litigation Disclosure Requirement**

To Whom It May Concern:

I hereby certify that there is no pending or threatened litigation, claim, contract dispute, consent order, settlement agreement, investigation, criminal charge, challenge or other proceeding (whether federal, state, local or foreign) (collectively, an "Action") brought against Grenald Waldron Associates.

Should our firm become involved in, or is know to be the subject in any inquiry or investigation conducted by any federal, state, local or foreign government or regulatory body or association, we will inform the City.

Sincerely yours,

Lee Waldron
President

ARCHITECTURAL       P O BOX 525        TEL  610 667 6330
LIGHTING            260 HAVERFORD      FAX  610 667 7658
CONSULTANTS         AVENUE
                    NARBERTH PA
                    19072 0525

# JMA

### JOHN MILNER ASSOCIATES, INC.

Restoration & Rehabilitation • Preservation Planning • Archeological & Historical Research • Cultural Landscapes • Materials Conservation

PRINCIPALS
Allan H. Steenhusen
Daniel G. Roberts, RPA
F. Neale Quenzel, AIA
Charles D. Cheek, Ph.D.
John K. Mott, FAIA
Thomas F. Struthers
Kathryn L. Bowers, SPHR
Charles S. Roth, AIA
Joel I. Klein, Ph.D., RPA
Wade P. Catts, RPA

SENIOR ASSOCIATES
Clare W. Adams, ASLA
Joseph F. Balicki, RPA
Peter C. Benton, AIA
Ellen McLean Jenkins, AIA
Robert G. Kingsley, Ph.D.
Richard Meyer
Alfonso A. Narvaez
Elizabeth A. Sargent, ASLA
Donna J. Seifert, Ph.D., RPA
Peter E. Siegel, Ph.D., RPA
J. Sanderson Stevens
B.J. Titus
Rebecca Yamin, Ph.D., RPA
Philip F. Yocum, AIA

ASSOCIATES
Jonathan K. Balas, AIA
Fod L. Benedict
William Chadwick, Ph.D., PG
Juliette J. Gerhardt
Patrick J. Heaton, RPA
I. Carey Howlett
Douglas C. McVarish
Christopher Quirk, AIA
Michael E. Roberts, RPA
Sarah Jane Ruch
Krista L. Schneider, ASLA
Elizabeth A. Sullivan

July 21, 2006

Re:  **The President's House Proposal**
     **Litigation Disclosure Requirement**

To Whom It May Concern:

I hereby certify that there is no pending or threatened litigation, claim, contract dispute, consent order, settlement agreement, investigation, criminal charge, challenge or other proceeding (whether federal, state, local or foreign) (collectively, an "Action") brought against JMA Services Inc., contracting as John Milner Associates, Inc.

Should our firm become involved in, or is known to be the subject in any inquiry or investigation conducted by any federal, state, local or foreign government or regulatory body or association, we will inform the City.

Sincerely yours,

JMA SERVICES INC.
JOHN MILNER ASSOCIATES, INC.

Kathryn L. Bowers
Vice President

535 North Church Street, West Chester, Pennsylvania 19380-2397 • 610-436-9000 / fax 610-436-8468

West Chester, PA    Philadelphia, PA    Alexandria, VA    Charlottesville, VA    Croton-on-Hudson, NY    Louisville, KY    Littleton, MA
www.JohnMilnerAssociates.com

 **KEAST & HOOD CO.**

**Structural Engineers**

215l 625-0099
       625-9408 fax     mail@keasthood.com

601 Walnut Street Suite 450W Philadelphia PA 19106

August 21, 2006

Re:     **The President's House Proposal**
        **Litigation Disclosure Requirement**

To Whom It May Concern:

I hereby certify that there is no pending or threatened litigation, claim, contract dispute, consent order, settlement agreement, investigation, criminal charge, challenge or other proceeding (whether federal, state, local or foreign) (collectively, an "Action") brought against Keast & Hood Co.

Should our firm become involved in, or is know to be the subject in any inquiry or investigation conducted by any federal, state, local or foreign government or regulatory body or association, we will inform the City.

Sincerely yours,

KEAST & HOOD CO.

Thomas J. Normile
Secretary/Treasurer

Frederick C. Baumert  CCS PE        Suzanne M. Pentz        Thomas J. Leidigh  PE        2026 P Street NW Washington DC 20036
Constantine G. Doukakis  PE        Patrick T. Fair PE      Nicholas L. Gianopulos  PE
Thomas J. Normile  PE              Jonathan S. Price PE    Carl A. Baumert  Jr  PE
Matthew J. Daw  PE LEED



**Hunt
Engineering
Company**

www.huntengineering.com

August 21, 2006

Re:    **The President's House Proposal
        Litigation Disclosure Requirement**

To Whom It May Concern:

I hereby certify that there is no pending or threatened litigation, claim, contract dispute, consent order, settlement agreement, investigation, criminal charge, challenge or other proceeding (whether federal, state, local or foreign) (collectively, an "Action") brought against **Hunt Engineering Company.**

Should our firm become involved in, or is know to be the subject in any inquiry or investigation conducted by any federal, state, local or foreign government or regulatory body or association, we will inform the City.

Sincerely yours,

Christine T. Hunt, P.E.
Principal

---

**22 East King Street – Malvern, PA 19355 • PO Box 537 • Tel: 610.644.4600 • Fax:
610.644.2466**

**Kelly/Maiello** with **Daniel J. Keating Co.**

*The President's House:*
*Freedom and Slavery in Making a New Nation*

SECTION 4

Appendix B--Disadvantaged Business Requirements

## DANIEL J. KEATING
### C O M P A N Y

---

### *General Contractors – Construction Managers*

---

August 21, 2006                                                      Contractor's Philadelphia Business License # 000192

James Lowe
Design & Construction Project Manager
City of Philadelphia, Capital Program Office
1515 Arch Street, 11th floor
Philadelphia PA  19102

Re:    **The President's House Proposal**
       **Disadvantaged Business Enterprise Requirements**
       **Letter of Intent re: DBE Subcontract**

Dear Mr. Lowe:

As the Prime Team Contractor we have agreement from the following DBE firms to enter into a subcontract with us for the design services listed below if our Design Build Team is selected for The President's House Project:

**DBE firms**

| | |
|---|---|
| **Kelly/Maiello Inc.**<br>Architects & Planners<br>1420 Walnut Street, 15th Floor<br>Philadelphia PA | Contact:  Emanuel Kelly FAIA, President<br>Phone 215.546.0800<br><br>PA UCP Number 5559<br>See attached Certification Letter |
| **Synterra Ltd.**<br>Landscape Architecture<br>628 Rittenhouse Street<br>Philadelphia PA  19144 | Contact:  William L. Wilson, President<br>215.843.0700<br><br>PA UCP Number 12299<br>See attached Certification Letter |
| **Hunt Engineering Company**<br>Site-civil engineering<br>P. O. Box 537<br>Malvern PA  19355 | Contact:  Christine Hunt, President<br>Phone 610.644.4600<br><br>See attached Certification Letter |

The dollar/percentage amounts are listed on the enclosed Schedules for Participation by Disadvantaged Business Enterprises (DBE).

As Prime Team Contractor we will be seeking DBE firms to perform construction and fabrication services.

Sincerely yours,

*Pierce J. Keating*

Pierce J. Keating
President

---

134 North Narberth Avenue • Narberth, PA 19072-2299 • (610) 664-4550 • Fax: (610) 664-4220

DUPLICATE THIS FORM AS NEEDED

## SCHEDULE FOR PARTICIPATION
## BY
## DISADVANTAGED BUSINESS ENTERPRISES (DBE)

President's House RFP                                  Name of Proposer

| DBE | Detailed Description of Work or Supply Effort | DBE Participation | |
| --- | --- | --- | --- |
| | | Dollar Amount $ | Percentage of Prime Contract (calculate Regular Dealer 60% rule if applicable) |
| Name Kelly/Maiello Inc. <br> Address 1420 Walnut St., 15th flr. <br> Philadelphia PA 19102 <br> Contact Person Emanuel Kelly Phone 215.546.0800 | Architecture reconstruction, Project Design Team Administration and Coordination of Interpretive Planning and Exhibit Design | $211,700 | 4.7% |
| Name Synterra Ltd. <br> Address 628 W. Rittenhouse Street <br> Philadelphia PA 19144 <br> Contact Person William L. Wilson Phone 215.843.0700 | Site/Landscape Design | $ 21,000 | .46% |

<u>PLEASE NOTE</u>:

1.  If the proposer is a DBE, it is still required to complete this form and must describe, in detail, the work that it will perform, with its own workforce and the dollar/percentage amount of the contract that this represents.
2.  A binding commitment must have been achieved with the DBE for the detailed work and percentage/dollar amount of participation (as reflected by the DBE's quotation) listed on this Schedule for Participation.
3.  DBEs listed above must be certified by the PaUCP in order to count toward the DBE goal.
4.  If DBE is a regular dealer performing a Supply Effort, count only 60% of the cost of the materials.

DUPLICATE THIS FORM AS NEEDED  DUPLICATE THIS FORM AS NEEDED

## SCHEDULE FOR PARTICIPATION
## BY
## DISADVANTAGED BUSINESS ENTERPRISES (DBE)

President's House RFP                                    Name of Proposer _____

| DBE | Detailed Description of Work or Supply Effort | DBE Participation | |
| --- | --- | --- | --- |
| | | Dollar Amount $ | Percentage of Prime Contract (calculate Regular Dealer 60% rule if applicable) |
| **Name** Hunt Engineering Company<br>**Address** 22 East King Street<br>Malvern PA  19355<br>Christine Hunt  **Contact Person** / 610.644.4600  **Phone** | Civil site improvements, erosion control, grading, and drainage, utilities, and update topographic survey | $ 17,300 | .38% |
| **Name** Bittenbender Construction, Co., LP<br>**Address** 2511 N. 11th Street<br>Philadelphia PA  19133<br>Emily Bittenbender  **Contact Person** / 215.925.8900  **Phone** | Site preparation, utilities, improvements, landscaping, cast-in-place concrete | $225,000 | 5 % |

PLEASE NOTE:

1.   If the proposer is a DBE, it is still required to complete this form and must describe, in detail, the work that it will perform, with its own workforce and the dollar/percentage amount of the contract that this represents.
2.   A binding commitment must have been achieved with the DBE for the detailed work and percentage/dollar amount of participation (as reflected by the DBE's quotation) listed on this Schedule for Participation.
3.   DBEs listed above must be certified by the PaUCP in order to count toward the DBE goal.
4.   If DBE is a regular dealer performing a Supply Effort, count only 60% of the cost of the materials.

Request For Good Faith Efforts Review
Page 1 of 5

## <u>REQUEST FOR GOOD FAITH EFFORTS REVIEW</u>

Name of Proposer:Kelly/Maiello Inc.                President's House RFP

Date: August 21, 2006

I, Emanuel Kelly FAIA            represent, under penalty of law and as evidenced by the attached documentation, that I have made good faith efforts to meet the DBE Contract Goal in accordance with the criteria set forth in 49 C.F.R. Section 26.53, but have been unable to achieve this goal for the following reasons*:

The PA UCP directory of certified DBEs was not developed with projects such as this one in mind.

Given the tight time frame of this project, it was impossible for additional firms to have become certified by the PA UCP in time for this submission.

*You may attach supplemental pages and documentation if necessary.

Case 2:26-cv-00434-CMR    Document 36-17    Filed 01/30/26    Page 64 of 68

## REQUEST FOR GOOD FAITH EFFORTS REVIEW
### SCHEDULE FOR Partial PARTICIPATION
### BY
### DISADVANTAGED BUSINESS ENTERPRISES (DBE)

NOT APPLICABLE

President's House RFP                                Name of Proposer Kelly/Maiello Inc.

| DBE | Detailed Description of Work or Supply Effort | DBE Participation | |
| --- | --- | --- | --- |
| | | Dollar Amount $ | Percentage of Prime Contract (calculate Regular Dealer 60% rule if applicable) |
| Name<br><br>Address<br><br><br>Contact Person / Phone | | | |
| Name<br><br>Address<br><br><br>Contact Person / Phone | | | |

PLEASE NOTE:
1. If the proposer is a DBE, it is still required to complete this form and must describe, in detail, the work that it will perform, with its own workforce and the dollar/percentage amount of the contract that this represents.
2. A binding commitment must have been achieved with the DBE for the detailed work and percentage/dollar amount of participation (as reflected by the DBE's quotation) listed on this Schedule for Participation.
3. DBEs listed above must be certified by the PaUCP in order to count toward the DBE goal.
4. If DBE is a regular dealer performing a Supply Effort, count only 60% of the cost of the materials.

Request For Good Faith Efforts Review
Page 3 of 5

Name of Proposer: Kelly/Maiello Inc.
President's House RFP

A.    CONTRACTOR'S ADVERTISEMENTS FOR PARTICIPATION

Have you advertised in general circulation media, trade association publications and minority or female focused media concerning subcontracting opportunities in general? If so attach copies of all such advertisements published by you within the past six months. If copies are not available, explain why and state the text of the advertisement(s) and the publications where they were printed.

NOT APPLICABLE

B.    NOTIFICATION TO DISADVANTAGED BUSINESS ENTERPRISES

(1)    Did you contact in writing any Disadvantaged Business Enterprise(s) to solicit their participation in this contract? If so, attach dated copies of all such solicitations.

Refer to Statement on page 1 of 5.

(2)    Identify by name, address, date and telephone number each Disadvantaged Business Enterprise that you contacted orally, and name the person with whom you spoke. If your company maintains a telephone log, please attach relevant entries.

Refer to Statement on page 1 of 5.

Request For Good Faith Efforts Review
Page 4 of 5

Name of Proposer: Kelly/Maiello Inc.          President's House RFP

C.    DISADVANTAGED    BUSINESS    ENTERPRISES    UNAVAILABLE    TO
PARTICIPATE IN CONTRACT

Of those Disadvantaged Business Enterprises listed in answer to Subpart B
above, identify those which were interested in the contract but which were
unavailable to work on this contract or were unable to prepare a quote. State the
reasons for the unavailability of each Disadvantaged Business Enterprise. The
attached certification of unavailability form should be completed by the DBE and
submitted for each unavailable firm whenever possible.

Refer to Statement on Page 1 of 5.

D.    INFORMATION AND ASSISTANCE PROVIDED TO DISADVANTAGED
BUSINESSES

Of those Disadvantaged Business Enterprises listed in answer to Subpart B
above, identify those which you provided with plans, specifications and
requirements of the contract. Detail all assistance you provide to interested
Disadvantaged Business Enterprises and all efforts at negotiation to specific sub-
bids below.

Refer to Statement on page 1 of 5.

I HEREBY VERIFY THAT THE FOREGOING STATEMENTS ARE TRUE. THIS VERIFICATION IS MADE
SUBJECT TO THE PENALTIES SET FORTH IN 18 Pa.C.S.A. 4904 RELATING TO UNSWORN
FALSIFICATION TO AUTHORITIES, AND 18 U.S.C.S. 1001, RELATING TO FALSE STATEMENTS. I
UNDERSTAND THAT THIS REQUEST FOR GOOD FAITH EFFORTS REVIEW WILL BE CONSIDERED
AND APPROVED OR DISAPPROVED SOLELY ON THE BASIS OF THE INFORMATION HEREIN
PROVIDED.

Name (Signature)
Emanuel Kelly FAIA
President, Kelly/Maiello Inc.
Title:

Request For Good Faith Efforts Review
Page 5 of 5

DUPLICATE AS NECESSARY        NOT APPLICABLE

Name of Proposer:_____        President's House RFP

## CERTIFICATION OF UNAVAILABILITY
## OF DISADVANTAGED BUSINESS ENTERPRISES

I, _____

do hereby certify that I was offered an opportunity to propose on the above referenced
RFP

for_____

(Describe Work or Supply Effort Solicited)

by _____

(Name of Proposer's Representative Making Solicitation)

on

_____

(Give Date of Solicitation)

but was unavailable to participate/unable to prepare a quote (strike inappropriate term) for
the following reasons:



_____

Name of Disadvantaged Business


_____

Signature of Principal of
Disadvantaged Business Enterprise


_____

Title


_____

Date