









AUSTIN
PARIS
HERCULES

CHRISTOPHER SHEELS
RICHMOND
GILES

ONEY JUDGE
MOLL
JOE