IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE CITY OF PHILADELPHIA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUG BURGUM, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.  26-434 |

**POST-HEARING ORDER**

**AND NOW,** this 2nd day of February 2026, after a hearing on Plaintiff's Motion for Preliminary Injunction [MDL Doc. No. 2], it is hereby **ORDERED** that:

1. Plaintiff is granted leave to file an Amended Complaint and Amended Motion for Preliminary Injunction on or before **February 6, 2026**.

2. Defendants may file a response to the Amended Motion for a Preliminary Injunction on or before **February 13, 2026**.

3. The Defendants shall respond to the Amended Complaint on or before **February 27, 2026**.

4. Counsel for the parties arranged an inspection by the Court of all displays removed from the President's House on January 22, 2026, as well as any remaining display at the President's House site for Monday, February 2, 2026 at 11:00 a.m. Counsel for the parties are permitted to attend the inspection by the Court, and one representative from each Amici may also attend.

5. No further removal and/or destruction of the President's House site will be permitted until further order of the Court.

6.  The Court defers ruling on Plaintiff's Motion for Preliminary Injunction [Doc. No. 2] pending additional briefing.

It is so **ORDERED.**

                                                  **BY THE COURT:**

                                                  /s/ **Hon. Cynthia M. Rufe**

                                                  **HON. CYNTHIA M. RUFE, J.**