UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>               Plaintiff,<br><br>      v.<br><br>DOUG BURGUM, SECRETARY OF THE INTERIOR,<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>JESSICA BOWRON, ACTING DIRECTOR OF THE NATIONAL PARK SERVICE,<br><br>      And<br><br>NATIONAL PARK SERVICE, UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>               Defendants. | **Civil Action No. 2:26-cv-434** |

### STIPULATION BY AND BETWEEN THE PARTIES

WHEREAS, Plaintiff the City of Philadelphia sued Defendants Doug Burgum, Jessica Bowron, United States Department of the Interior, and the National Park Service alleging Administrative Procedure Act violations through the action to remove the panels referencing slavery at the President's House site;

WHEREAS, the City filed a motion for preliminary injunction and the Court scheduled a hearing on January 30, 2026 at 10:30 am;

WHEREAS, the parties desire to stipulate and agree to the authenticity and admissibility of certain documents for purposes of the preliminary injunction;

THEREFORE, the parties hereby agree to the authenticity and the admissibility of the following documents as provided by the City to Defendants' Counsel on January 29, 2026:

1. 1950 City-US Cooperative Agreement
2. 2003 U.S. House of Representatives Report 107-564
3. 2006 City-US Cooperative Agreement
4. 2007 First Amendment to Cooperative Agreement
5. 2008 Second Amendment to Cooperative Agreement
6. 2009 Third Amendment to Cooperative Agreement
7. 2015 City-US Assignments of IP Rights
8. 2017 Independence National Historical Park Foundation Document (NPS)
9. 2026.01.22 – Screenshots of NPS Website
10. 2022 - Application and Approval for Presidents House in Underground Railroad Network
11. Photos of site (prior to January 22, 2026)
12. 2010 script for video media
13. 2015 drawings and inventory list for IP Rights
14. 2005 Request for Qualification
15. 2006 Request for Proposals
16. 2006.08.21 Kelly/Maiello, Additional Information Proposal for Design, Fabrication, and Installation for THE PRESIDENT'S HOUSE: Freedom and Slavery in Making a New Nation
17. 2007.02.07 City-NPS Press Release
18. 2007.03.21 City-NPS Press Release
19. 2007.05.02 City-NPS Press Release

20. 2007.05.10 City-NPS Press Release

21. 2007.06.17 City-NPS Press Release

22. 2009.08.21 City-NPS Press Release

23. 2010.12.15 City-NPS Press Release

24. Photos of site (taken on January 28, 2026).

SO STIPULATED:

BY: _____
Bailey Axe
Attorney for Plaintiff

DATE: 1/30/2026

BY: _____
Gregory in den Berken
Attorney for Defendants

DATE: 1/30/2026