IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CITY OF PHILADELPHIA,**<br>    **Plaintiff,**<br>  v.<br>**DOUG BURGUM,** *et al.*,<br>    **Defendants.** | CIVIL ACTION NO. 26-434 |

## INSPECTION REPORT

  On February 2, 2026, this Court conducted a visual inspection of the displays removed from the President's House site by the National Parks Service, which are being held in their custody and stored at the National Constitution Center, as well as the President's House site as it currently stands. Counsel from the government, including Gregory in den Berken and Gregory David with paralegal Emily Wood; counsel from the City of Philadelphia, including Anne Taylor and Bailey Axe with Val Gay; and counsel for Amici Avenging the Ancestors and The Black Journey, Cara McClellon with Avenging the Ancestors representative Michael Coard and The Black Journey representative Raina Yancey accompanied the Court in its inspection of the removed displays. The National Parks Service made the displays available for inspection.

  The Court visually inspected 34 panels, including glass and metal panels. Panels were each one-sided, except for one dual-sided panel. The panels are stored in a secure place. The displays are not destroyed. Certain panels exhibited damage.

  Still to be determined by the Court is the extent of any damage and the integrity of the exhibits regarding their amenability to being restored to their original condition. The government is **ORDERED** to continue to securely store all removed panels and to mitigate any further deterioration or damage.

**AND NOW,** this 2nd day of February 2026, it is so **ORDERED.**

**BY THE COURT:**

/s/ Hon. Cynthia M. Rufe
_____
**HON. CYNTHIA M. RUFE, J.**