# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE CITY OF PHILADELPHIA,**<br>　　　　Plaintiff,<br>　　v.<br>**DOUG BURGUM,** *et al.*,<br>　　　　Defendants. | CIVIL ACTION NO. 26-434 |

## ORDER

**AND NOW,** this 10th day of February 2026, upon consideration of Montgomery, Bucks, Chester, and Delaware Counties in Pennsylvania's Motion for Leave to File Brief as Amicus Curiae [Doc. No. 49], it is hereby **ORDERED** that Plaintiff and Defendants shall file a response to the Motion on or before **Tuesday, February 17, 2026**.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Hon. Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**HON. CYNTHIA M. RUFE, J.**