IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CITY OF PHILADELPHIA**<br>**Plaintiff,**<br>v.<br>**DOUG BURGUM,** *et al.***,**<br>**Defendants.** | **CIVIL ACTION NO. 26-434** |

### PRELIMINARY INJUNCTION ORDER

**AND NOW,** this 16th day of February 2026, upon consideration of Plaintiff's Amended Motion for Preliminary Injunction and Temporary Restraining Order [Doc. Nos. 45, 2], Defendants' Opposition thereto [Doc. Nos. 52, 27], and after hearing and oral argument thereon, including giving consideration to the amended briefing of the Parties and briefing and arguments of *amici curiae*, it is hereby **ORDERED**:

1. For the reasons stated in the accompanying Memorandum Opinion, the Amended Motion for Preliminary Injunction [Doc. Nos. 45, 2] is **GRANTED**. The alternative relief for the Amended Motion for Temporary Restraining Order is hereby **DISMISSED AS MOOT**.

2. Defendants Doug Burgum, United States Department of the Interior, Jessica Bowron, and National Park Service are hereby **ORDERED** to restore the President's House Site to its physical status as of January 21, 2026.

3. Defendants are hereby **ENJOINED** from taking any action to damage any exhibits, panels, artwork, or other items from the President's House Site, are **ORDERED** to take all necessary steps to ensure the safety, security, and preservation of any such items that had been removed from the President's House Site on January 22, 2026, and are **ENJOINED** from making any and all further changes to the President's House Site, including the installation of

replacement materials, without mutual agreement of the City of Philadelphia during the pendency of this litigation or until further Order of the Court.

    4.    Defendants are hereby **ORDERED** to provide immediate, continuing, and proper maintenance to the Site, its exhibits, grounds, artifacts, video monitors, and recordings which **SHALL** remain operable.

    5.    Defendants are hereby **ORDERED** to maintain the President's House Site in a clean and accessible manner, cleared of debris, snow, ice and/or any other impediment to public access.

All terms and conditions of this Order for preliminary injunctive relief must be followed immediately, that is **FORTHWITH.**

    **BY THE COURT:**

    /s/ Cynthia M. Rufe
    _____
    **CYNTHIA M. RUFE, J.**