UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CITY OF PHILADELPHIA,**<br><br>                **Plaintiff,**<br><br>    v.<br><br>**DOUG BURGUM, SECRETARY OF THE INTERIOR, et al.,**<br><br>                **Defendants.** | Civil Action No. 2:26-cv-434 |

## PLAINTIFF THE CITY OF PHILADELPHIA'S RESPONSE TO THE MOTION TO FILE AMICUS BRIEF BY MONTGOMERY, BUCKS, CHESTER, AND DELAWARE COUNTIES

Plaintiff the City of Philadelphia (the "City" or "Philadelphia"), by and through its undersigned counsel, hereby files this Response to the Motion to File Amicus Brief (the "Motion") by Montgomery, Bucks, Chester, and Delaware Counties in Pennsylvania (the "Counties") (Doc. No. 49) consistent with this Court's order dated February 10, 2026 (Doc. No. 50). The City has no objection to the Counties' Motion.

                                          Respectfully submitted,

                                          CITY OF PHILADELPHIA
                                          LAW DEPARTMENT

Date: February 17, 2026          */s/ Bailey Axe*
                                          Renee Garcia, City Solicitor
                                          Anne Taylor, Chair | Litigation
                                          Lydia Furst, Chief Deputy City Solicitor
                                          Ryan B. Smith, Divisional Deputy City Solicitor
                                          Bailey Axe, Deputy City Solicitor
                                          City of Philadelphia Law Department
                                          1515 Arch Street, 15th Floor
                                          Philadelphia, PA 19102
                                          (215) 683-5024
                                          bailey.axe@phila.gov

*Attorneys for Plaintiff the City of Philadelphia*