IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUG BURGUM, SECRETARY OF THE INTERIOR, *et al.*,<br><br>    Defendants. | Case No. 26-cv-434 |

**DEFENDANTS' OPPOSITION TO PHILADELPHIA REPARATIONS COALITION FOR AMERICAN FREEDMEN'S MOTION TO INTERVENE**

The Court has ordered the parties to respond to the "Next-Friend Petition and Motion to Intervene" filed by the Philadelphia Reparations Coalition for American Freedmen (PRC). *See* ECF No. 51. Defendants oppose PRC's motion, which should be denied because PRC has failed to meet its burden to warrant intervention and does not appear to have appropriate representation to proceed before this Court.

*First*, PRC has failed to satisfy its burden. On a motion to intervene, the burden is on the movant to establish that intervention is warranted. *See, e.g.*, *Hoots v. Com. of Pa.*, 672 F.2d 1133, 1134-35 (3d Cir. 1982). Yet PRC wholly fails to explain on what basis it seeks to intervene and nowhere articulates how it satisfies the standard for either as-of-right intervention or permissive intervention under Federal Rule of Civil Procedure 24. That failure makes it impossible to assess PRC's request—and establishes that it has not satisfied its burden to warrant intervention.

*Second*, it does not appear that PRC has appropriate representation to proceed before this Court. PRC's filing is signed by "Anthony Dickerson, Pro Se." ECF No. 43 at

6. But artificial entities like PRC must appear in federal court through licensed counsel. *See* 28 U.S.C. § 1654; *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993). Yet Mr. Dickerson does not appear to be admitted to practice before this Court.

\* \* \*

The Court should deny PRC's motion to intervene.[1]

| | |
|---|---|
| Dated:  February 17, 2026 | Respectfully submitted, |
| | |
| BRETT A. SHUMATE | DAVID METCALF |
| Assistant Attorney General | United States Attorney |
| Civil Division | |
| | */s/ Gregory B. David* |
| MICHAEL VELCHIK | GREGORY B. DAVID |
| Senior Counsel to the Assistant | Assistant United States Attorney |
| Attorney General | Chief, Civil Division |
| | |
| | */s/ Gregory B. in den Berken* |
| | GREGORY B. IN DEN BERKEN |
| | Assistant United States Attorney |
| | Eastern District of Pennsylvania |
| | 615 Chestnut Street, Suite 1250 |
| | Philadelphia, PA 19106 |
| | Phone:   (215) 861-8200 |
| | Email:   gregory.indenberken@usdoj.gov |

*Counsel for Defendants*

---

[1]  The Court has also ordered the parties to respond to the motion for leave to file an amicus brief by Montgomery, Bucks, Chester, and Delaware Counties. *See* ECF No. 50. The Counties sought leave to file an amicus brief "in support of the City of Philadelphia's Amended Motion for Preliminary Injunction and Temporary Restraining Order." ECF No. 49 at 1. Although Defendants do not object to their request, it is now moot because the Court has already decided the City's amended motion. *See* ECF Nos. 53-54.

**CERTIFICATE OF SERVICE**

I certify that on February 17, 2026, a true and correct copy of Defendants' foregoing Opposition to Philadelphia Reparations Coalition for American Freedmen's Motion to Intervene was filed electronically via the Court's CM/ECF system and served via CM/ECF on all counsel of record. I further certify that I caused a true and correct copy to be served upon the following individual via certified mail:

> Anthony Dickerson
> 8235 Forrest Avenue
> Philadelphia, PA 19150

*See* ECF No. 43.

> */s/ Gregory B. in den Berken*
> GREGORY B. IN DEN BERKEN