IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>      Plaintiff,<br><br>      v.<br><br>DOUG BURGUM, SECRETARY OF THE INTERIOR; UNITED STATES DEPARTMENT OF THE INTERIOR; JESSICA BORWON, ACTING DIRECTOR OF THE NATIONAL PARK SERVICE; and NATIONAL PARK SERVICE, UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>      Defendants. | Case No. 26-cv-434 |

## NOTICE OF APPEAL

Defendants hereby appeal this Court's February 16, 2026 memorandum opinion (ECF No. 53) and order (ECF No. 54) to the United States Court of Appeals for the Third Circuit.

Dated: February 17, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHAEL VELCHIK
Senior Counsel to the Assistant
Attorney General

DAVID METCALF
United States Attorney

*/s/ Gregory B. David*
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

*/s/ Gregory B. in den Berken*
GREGORY B. IN DEN BERKEN
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:   (215) 861-8200
Email:   gregory.indenberken@usdoj.gov

*Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

I certify that on February 17, 2026, a true and correct copy of Defendants' Notice of Appeal was filed electronically via the Court's CM/ECF system and served via CM/ECF on all counsel of record.

*/s/ Gregory B. in den Berken*
GREGORY B. IN DEN BERKEN
