IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CITY OF PHILADELPHIA,**<br>　　　　　**Plaintiff,**<br>　　v.<br>**DOUG BURGUM,** *et al.***,**<br>　　　　　**Defendants.** | **CIVIL ACTION NO. 26-434** |

## INTERVENTION ORDER

**AND NOW,** this 18th day of February 2026, upon consideration of the Philadelphia Reparations Coalition for American Freedmen's Next Friend Petition and Motion to Intervene [Doc. No. 43] and the responses of each party thereto, it is hereby **ORDERED** that the Motion is **DENIED**.[1]

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Hon. Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　　　─────────────────────────
　　　　　　　　　　　　　　　　　　　　　　　　　HON. CYNTHIA M. RUFE, J.

---

[1] The Philadelphia Reparations Coalition for American Freedmen ("PRC") have failed to satisfy the burden to intervene. Fed. R. Civ. P. 24. PRC has not established "(1) a timely application for leave to intervene, (2) a sufficient interest in the underlying litigation, (3) a threat that the interest will be impaired or affected by the disposition of the underlying action, and (4) that the existing parties to the action do not adequately represent the prospective intervenor's interests." *Islamic Soc'y of Basking Ridge v. Twp. of Bernards*, 681 F. App'x 110, 111–12 (3d Cir. 2017); *United States v. Terr. of V.I.*, 748 F.3d 514, 519 (3d Cir. 2014). Nor does this Court elect to exercise its discretion to allow permissive intervention under Rule 24(b) because the proposed intervenor will not add anything to the litigation, and its interests are well represented by the Plaintiff. *Hoots v. Pennsylvania*, 672 F.2d 1133, 1136 (3d Cir. 1982).

PRC also is not appropriately represented to proceed before this Court. The motion is a pro se filing, but PRC is a corporate entity that must be represented by counsel. [Doc. No. 55]; *In re 69 N. Franklin Tpk., LLC*, 693 F. App'x 141, 144 (3d Cir. 2017); *Pa. Bus. Bank v. Biz Bank Corp.*, 330 F. Supp. 2d 511, 513 (E.D. Pa. 2004).