IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CITY OF PHILADELPHIA,**<br>          Plaintiff,<br>     v.<br>**DOUG BURGUM,** *et al.*,<br>          Defendants. | CIVIL ACTION NO. 26-434 |

# ORDER

**AND NOW,** this 18th day of February 2026, upon consideration of Defendant's failure to comply with this Court's February 16, 2026 Order to **FORTHWITH** follow terms and conditions of the Order, it is hereby **ORDERED** that Defendants shall comply with the terms of this Court's February 16, 2026 Order by restoring the President's House site to its physical status as of January 21, 2026 by **Friday, February 20, 2026 at 5:00 PM.**[1]

It is so **ORDERED.**

BY THE COURT:

/s/ Hon. Cynthia M. Rufe
_____
HON. CYNTHIA M. RUFE, J.

---

[1] While Defendants appealed this Court's February 16, 2026 Memorandum Opinion and Order [Doc. No. 58], this Court retains jurisdiction to enforce its own orders when it does not modify or alter the appealed order. § 3921.2 Interlocutory Injunction Appeals—Trial Court Action Pending Appeal, 16 Fed. Prac. & Proc. Juris. § 3921.2 (3d ed.). Defendants have not moved this Court for a stay. The Court is enforcing the deadline for **FORTHWITH** action, and this order does not modify the February 16, 2026 Order. Absent a stay granted by this Court or the Third Circuit, this Court must enforce its own order. Fed. R. Civ. P. 62(c); *E.O.H.C. v. Sec'y United States Dep't Homeland Security*, 950 F.3d 177, 194 (3d. Cir. 2020) ("[E]ach court has the inherent power to enforce its own orders[.]") (internal quotations and citations omitted).