REC'D FEB 1 9 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CITY OF PHILADELPHIA , et al.,

    Plaintiffs

v.

UNITED STATES DEPARTMENT OF
INTERIOR, NATIOLAL PARK SERVICE,

    DEFENDANTS

NO. 26CB 434

U.S. DISTRICT JUDGE :
Cynthia Rufe, Presiding

NUNC PRO TUNC

MOTION TO INTERVENE PURSUANT TOO F.R.CIV.P 24
(a) AND F.R.CIV.P. 19 INTER ALIA CHALLENGING
JURISDICTION OF U.S. DISTRICT COURT JUDGE CYN-
THIA RUFE SUBJECT MATTER JURISDICTION PRESIDING
OVER THIS MATTER

I.    INTERVENORS:    Anthony Johnson and Keith davis, hereby intervene challenging subject matter jurisdiction of U.S. District Judge Cynthia Rufe presiding over this matter involving African Americans Anthony Johnson and Keith Davis and evidently other African Americans: Consequence of her lying and sabotaging previous civil rights action of African Americans and sabotage the bill of rights to protect white officer of the court from liability and was subsequently given immunity by her colleagues, civil action Davis v. City of Phila et al No. 19-2905, Schmehl, J. for lying and cheating African Americans from their right to a jury trial pursuant to F.R.Evid. 902 (4) Notice Intervenors possess irrefutable documentd evidence of Judge Rufe's acts of racism; and the Third Circuit Court of Appeals.

II.    Moreover, following media organizations gave ostensible information (see proof of service Media's addresses) concerning Judge Rufe's via Third Circuit Court, admonishing DOJ attorney Gregory Byron; giving the impression that She is a fair judge and/or neutral factfinder: She is not, She is a racist and a lies and invoked immunity to her racism and lies, See Davis supra.

III.     Intervenors Johnson and Davis can testify and produce documented evidence ("unredacted" see Trump admin. Epstien files) of her and her colleagues lies in open court, promoting racism inter alia:  Because intervenors Johnson and Davis are decendants/progenies of the former slavery institution, legally enforced by the United States Judicial system, and poses evidence of U.S. District Judge Cynthia Rufe and associate racist and unlawful acts against African Americans including Congress refusal to investigate the covert acts of racism, covertly instituted by the Third Circuit Court Judges and then adjudicate their own corruption! See Exhibit A. State Representative Keith Harris, correspondence dated April 15, 2025 requesting an investigation of the racist acts of said judges, exploitation of the African Americans communities via the denial of the guaranteed right to a jury trial. As a conseqence of the foregoing Intervenors Johnson and Davis, has a right, being progenies of the former slavery institution, inwhich Rufe,[1] J. is subtlly revising and continuing said acts of slavery practices against African American and pretense of Admonishment of the DOJ Office, is simply a FACADE to deceive African Americans from her previous acts of racism!

2

---

[1]     Ironically Intervenors Anthony Johnson and Keith Davis several years ago and currently produced pictures of Judge Rufe and her Third Circuit Colleagues Judges exposing their unlawful orders too the American People at large pursuant to F.R.Evid. 902 (4) at the Philadelphia Court "Justice Center" at 13th. and Filbert St. Phila. Pa 19107; the Philadelphia Sheriffs confisicated the federally protected documented evidence and barred, Davis from the Courthouse and the Admistrative Law judge(a homosexual) creaeted a phoney order in violation of the Sdition Act and bills of attainder:  Thus how can U.S. Judge Cynthia Rufe preside over the "historic pictures and facts of the inhumane slavery Institution" When her and her colleagues "historic Acts Of Racism" against African Americans: pictures and decisions are barred from review in a United States Courthouse; through reapplication of the Sedition Act and bills of attainder i. e., Mr. Davis nor Anthony Johnson have have ever been charged or convicetd or held in contempt of court; only barred access to the court. Thus Judge Rufe cannot now claim subject matter jurisdictiin over the historic facts of pitures involving the slavery institution of America, when her own historical orders and decisions and picture are being denied review at a public courthous by the Philadelphia Sheriffs and her federal judicial colleagues; i. e., the U.S. Court of Appeals Third Circuit jurisdiction is also being challenged as a correlating factor to Rufe's jurisdiction. See Davis v. City Of Phila, supra, in support hereof.

IV.     NOTICE, Intervenors Anthony Johnson and Keith Davis are proceeding pro se, and have no affiliation with defense counsels are any officers of the court i. e., the officers of the court, of whom Intervenors can prove that they are sycophant to the court"s posture and not the African Americans plight and are there for no other purpose than to serve their own personal agandas. Consequently, any negative connotations by the defense team concerning this document, would simply corroborate this claim i. e., why wouldn't a defense lawyer present evidence of racist judges involving the subject matter of the case; inwhich the evidence is invaluble and irrefutable.

WHEREFORE, the motion to intervene, is legally unavoidable, pursuant too F.R.Civ. 24 (a) and F.R.Evid. 902 (4) et seq. Intervenors challenges U.S. District Court Judge Cynthia Rufe subject matter jurisdiction [2] i. e. She has committed acts of racism in the past. and currently, inwhich Intervenors can prove in a court of law., nunc pro nunc, emphasis added.

Date Feb. 19, 2026          3

SIGNATURE:

ANTHONY JOHNSON, pro se

KEITH DAVIS, pro se

---

[2]  It should be noted as a matter of evidence pursuant to F.R.Evid. 902 (4) U. S. Third Circuit Judges Mia Perez C.A. 25-3106 and Chad Kenney C.A. 24-5776 dismissed section 1983 civil rights suits against mostly white officers of the court, under guise of the Rooker Feldman doctrine and Younger v. Harris Comity doctrine, claiming they have no jurisdiction to interfere with state Court matters/decisions and did the same thing in Houston v, City of Phila, yet now claims jurisdiction over the state matters of the slavery institution, Also see Renee Bumb, J., C.A. 7-3110 same denial of state court proceedings, inwhich claim is time barred, yet the Court can use the illegal documented acts to enforce the state law inwhich they claim they have no jurisdiction, when it dose not serve thier purpose! Two hundred years later.

PROOF OF SERVICE:                    CITY OF PHILA. v. U.S. via Dept.
                                     of Interior, et al    Rufe, J.

    I, __Anthony Johnson and Keith Davis,__ hereby verify that the motion to intervene in thse proceeding was sent first class mail U.S. postage prepaid to the following addressed:

Department of Justice
Gregory Byron
950 Pa. Ave
NW Washington D. C. 20550

Renee Garcia, Esq.
1101 Market St.  10th. Fl.
Phila. Pa 19106

Micheal Coard, Esq.
1650 Market St.
Suite 3600
Phila. Pa 19103


State Representative PA
Keith Harris
2835 W. Girard ave.
Phila. Pa 19130 (hand delivered.)

NEWS MEDIA ADDRESSES:

You Tube
901 Cherry ave.
San Brunno Cal. 94066

ABOVE THE LAW
611 Broadway Suite 907 D
NY NY 10012

U.S. New World Report
1050 Thomas Jefferson St.
NW Washington D. C. 20007

FOX 29 News
330 Market St.
Phila. Pa 10103

Failure to respond constitute Selective journalism; for white officers of the court.

Date 2/19/26

Submitted:

ANTHONY JOHNSON   POA
& Keith Davis

KEITH S. HARRIS, STATE REPRESENTATIVE
195TH LEGISLATIVE DISTRICT

DISTRICT OFFICE:
2835 W GIRARD AVE
PHILADELPHIA, PA 19130
(215) 684-3738



CAPITOL OFFICE
6A EAST WING
P O BOX 202195
HARRISBURG, PA 17120-2195
(717) 787-3480



House of Representatives
COMMONWEALTH OF PENNSYLVANIA
HARRISBURG

April 15, 2025

To Whom it May Concern:

    My constituents have shared with me that their cases are being denied the right to a jury trial. It is alleged that this act has been committed numerous times by the Third Circuit Federal Judges et al. My constituents have provided their denial documents, wherein the Federal Judges of this circuit invoke immunity to the right to a jury trial. There are several examples of individuals case being denied the right to a jury trial: Please see C.A. Davis vs. City of Philadelphia 19-2905 and 24-6216 Davis vs United States of America et al. Also, United States' District Court Carlton Reeves of the 5th Circuit of Mississippi has exposed this exact practice, by a 60-page critique Memorandum of Law submitted on May 20, 2024.

    Due to the influx of constituents' concerns and reports regarding this matter, on behalf of my constituents, I will be submitting an inquiry and recommending a thorough investigation for an equitable resolve. This will require me to submit my inquiry and recommendation directly to the Circuit Executive, United States Third Circuit, at 22409 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106-1790 via postal mailing including all necessary documents to support my constituents' concerns or claims. I believe the best way to resolve this matter would be to resolve it internally.

Sincerely,

Keith Harris, State Representative
195thLegislative District

INTERVENORS EXHIBIT A