**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **CITY OF PHILADELPHIA,** | |
| **Plaintiff,** | |
| v. | **CIVIL ACTION NO.  26-434** |
| **DOUG BURGUM,** *et al.*, | |
| **Defendants.** | |

**ORDER**

**AND NOW,** this 20th day of February 2026, upon consideration of the Philadelphia Reparations Coalition for American Freedmen's Motion for Partial Summary Judgment [Doc. No. 71], it is hereby **ORDERED** that the Clerk of Court **STRIKE** the Motion from the record as Movant is not a party to this case [Doc. No. 62]. No further filings should be accepted from a nonparty.

It is so **ORDERED.**

BY THE COURT:

/s/ Hon. Cynthia M. Rufe

HON. CYNTHIA M. RUFE, J.