IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>     Plaintiff,<br><br>v.<br><br>DOUG BURGUM, SECRETARY OF THE INTERIOR, *et al.*,<br><br>     Defendants. | Case No. 26-cv-434 |

## DEFENDANTS' COMPLIANCE REPORT

1. On February 16, 2026, the Court ordered the Government, among other things, to "restore the President's House Site to its physical status as of January 21, 2026."

2. On February 18, 2026, the Court entered a subsequent order specifying that the Government "restor[e] the President's House site to its physical status as of January 21, 2026 by Friday, February 20, 2026 at 5:00 PM."

3. Late in the afternoon today, the Third Circuit granted an administrative stay of the Court's preliminary injunction in part, including any deadline for the Government's compliance and further ordered the Government to "preserve the status quo as to the President's House as of the entry of this order." Consistent with that order, the Government paused remaining re-installation efforts.

4. While re-installation is currently stayed pending appeal, the Government provides this report to apprise the Court of the diligent efforts it took toward compliance before the stay was issued.

5.     NPS staff began planning for compliance immediately upon receipt of the February 16, 2026 Order. This included formulating an installation plan, ensuring adequate maintenance and law enforcement personnel, gathering materials, fabricating bolts, and transporting the glass panels and materials to the site.

6.     On Thursday, February 19, NPS re-installed 16 of the 17 glass interpretive panels. Over a period of several hours, this required the work of all qualified and capable staff to be present at the President's House as well as approximately six law enforcement rangers to assist with crowd control and security.

7.     Today, before issuance of the stay, NPS re-installed all three panels around the glass atrium to the archeological site. NPS also re-installed the wayside panel that identifies the site, located in the grass to the east of the President's House site.

8.     Today, before issuance of the stay, the four functioning monitors were turned on and resumed playing the videos that had been playing on January 21, 2026. The fifth monitor is nonfunctional and was so prior to January 21, 2026.

9.     To ensure public safety while staff were actively working to re-install panels, NPS temporarily placed bike rack fencing around the site. Even during that time, the public was permitted on site and able to see the entirety of the President's House site.

10.    Further, in compliance with paragraph 4 of the Court's February 16 Order, the Government had otherwise "provide[d] immediate, continuing, and proper maintenance to the Site, its exhibits, grounds, artifacts, video monitors, and recordings."

11.    In compliance with paragraph 5 of the Court's February 16 Order, except for the temporary metal fencing described above, the Government had likewise

"maintain[ed] the President's House Site in a clean and accessible manner, cleared of debris, snow, ice and/or any other impediment to public access."

12. There is one remaining glass panel that was not re-installed because it required repairs to three of its four mounting bolts. This repair was started and involved the use of epoxy, which is currently curing.

13. There are also eight large metal panels and five smaller metal panels adjacent to the monitors that were not re-installed. Their re-installation would have required several steps, which the Government was in the process of taking prior to issuance of the stay:

    a. The substrate (or bracket) to which the metal exhibit panels mount must be cleaned of old adhesive.

    b. To accomplish this, the substrate must be removed from the site to the Park maintenance facility for cleaning. All of the substrates except for one were removed. Removal required several maintenance workers and special tools.

    c. Re-installation of the metal exhibit panels would also include necessary flattening to ensure proper adhesion to the substrate.

    d. There would then be a process to adhere the metal panel to the substrate and necessary time to cure.

    e. Then, the panel and substrate would be re-installed at the appropriate locations at the President's House site.

Consistent with the Third Circuit's administrative stay, the Government has now paused all restoration efforts.

Dated:  February 20, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHAEL VELCHIK
Senior Counsel to the Assistant
Attorney General

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Gregory B. David*
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

*/s/ Gregory B. David*
GREGORY B. IN DEN BERKEN
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:    (215) 861-8200
Email:    gregory.indenberken@usdoj.gov

4