**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>            Plaintiff,<br><br>    v.<br><br>DOUG BURGUM, SECRETARY OF THE INTERIOR,<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>JESSICA BOWRON, ACTING DIRECTOR OF THE NATIONAL PARK SERVICE,<br><br>        and<br><br>NATIONAL PARK SERVICE, UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>            Defendants. | **Civil Action No. 2:26-cv-434 CMR** |

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

I, Ryan B. Smith, hereby certify that I caused service of the summons and complaint in this matter to be made on the following Defendants on the following dates and by the following means in accordance with Federal Rule of Civil Procedure 4(i):

**Via Certified U.S. Mail sent January 28, 2026**

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Doug Burgum, Secretary of the Interior
Department of the Interior
1849 C Street NW
Washington, DC 20240

Department of the Interior
1849 C Street NW
Washington, DC 20240

Jessica Bowron, Acting Director
National Park Service
Department of the Interior
1849 C Street NW
Washington, DC 20240

National Park Service
Department of the Interior
1849 C Street NW
Washington, DC 20240

Respectfully submitted,

Date:  February 25, 2026

/s/ Ryan B. Smith
Ryan B. Smith, Divisional Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 410-8264
Ryan.Smith@phila.gov

*Attorney for Plaintiff City of Philadelphia*

2

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CITY OF PHILADELPHIA,

               Plaintiff,

    v.

DOUG BURGUM, SECRETARY OF THE INTERIOR,

UNITED STATES DEPARTMENT OF THE
INTERIOR,

JESSICA BOWRON, ACTING DIRECTOR OF THE
NATIONAL PARK SERVICE,

           and

NATIONAL PARK SERVICE, UNITED STATES
DEPARTMENT OF THE INTERIOR,

               Defendants.

**Civil Action No. 2:26-cv-434
CMR**

**CERTIFICATE OF SERVICE**

I, Ryan B. Smith, hereby certify that a true and correct copy of the foregoing Affidavit of

Service was filed via the Court's electronic filing system and is available for downloading.

Respectfully submitted,

Date:  February 25, 2026      BY:  */s/ Ryan B. Smith*
                                             Ryan B. Smith, Divisional Deputy City Solicitor
                                             City of Philadelphia Law Department
                                             1515 Arch Street, 15th Floor
                                             Philadelphia, PA 19102
                                             (215) 410-8264
                                             Ryan.Smith@phila.gov

                                             *Attorney for Plaintiff City of Philadelphia*