IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CITY OF PHILADELPHIA,

     Plaintiff,

     v.

DOUG BURGUM, SECRETARY OF THE
INTERIOR, *et al.*,

     Defendants.

Case No. 26-cv-434

**[PROPOSED] ORDER [#1]**

**AND NOW**, this _____ day of _____ 2026, upon consideration of Defendants' Motion to Stay Proceedings Pending Appeal or, Alternatively, for Extension of Time to Respond to Amended Complaint and for good cause shown, it is hereby **ORDERED** as follows:

1.     Further proceedings in this matter are hereby stayed pending the decision of the U.S. Court of Appeals for the Third Circuit in *City of Philadelphia v. Secretary U.S. Dep't of Interior*, No. 26-1348; and

2.     Defendants' alternative request for an extension of the deadline to respond to the amended complaint and adopt the parties' briefing schedule is denied as moot.

It is so **ORDERED**.

                            **BY THE COURT:**

                            _____
                            **HON. CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CITY OF PHILADELPHIA,

  Plaintiff,

  v.

DOUG BURGUM, SECRETARY OF THE
INTERIOR, *et al.*,

  Defendants.

Case No. 26-cv-434

## [PROPOSED] ORDER [#2]

**AND NOW**, this _____ day of _____ 2026, upon consideration of Defendants' Motion to Stay Proceedings Pending Appeal or, Alternatively, for Extension of Time to Respond to Amended Complaint and for good cause shown, it is hereby **ORDERED** as follows:

1. Defendants' request for a stay pending appeal is denied; but

2. The Court adopts the following schedule proposed by the parties:

   - Defendants shall file their motion to dismiss **on or before April 1, 2026**;

   - Plaintiff shall file its opposition to Defendants' motion to dismiss **on or before May 1, 2026**; and

   - Defendants shall file their reply brief **on or before May 15, 2026**.

It is so **ORDERED**.

       **BY THE COURT:**


       _____
       **HON. CYNTHIA M. RUFE, J.**