IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CITY OF PHILADELPHIA,**<br>　　　　**Plaintiff,**<br>　　v.<br>**DOUG BURGUM, et al.,**<br>　　　　**Defendants.** | CIVIL ACTION NO.  26-434 |

## ORDER

**AND NOW,** this 26th day of February 2026, upon consideration of Defendants' Motion to Stay Proceedings Pending Appeal or, Alternatively, for Extension of Time to Respond to Amended Complaint [Doc. No. 75], and after a telephone conference call with the parties, through counsel, it is hereby **ORDERED** as follows:

1. Defendants' Motion for a Stay Pending Appeal is **DENIED**; however,

2. Defendants' Unopposed Motion for Extension of Time to Respond to Amended Complaint is **GRANTED**. The Court adopts the following schedule proposed by the parties:

    a. Defendants shall file their response to the Amended Complaint on or before **April 1, 2026**;

    b. Plaintiff may file its opposition to any motion to dismiss on or before **May 1, 2026**; and

    c. Defendants may file a reply on or before **May 15, 2026**.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Hon. Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**HON. CYNTHIA M. RUFE, J.**