**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CITY OF PHILADELPHIA, <br><br> Plaintiff, <br><br> v. <br><br> DOUG BURGUM, SECRETARY OF THE INTERIOR, *et al.*, <br><br> Defendants. | **Civil Action No. 2:26-cv-434** <br><br> Honorable Cynthia M. Rufe |

**MOTION FOR LEAVE TO FILE A MEMORANDUM IN SUPPORT OF PROPOSED INTERVENORS' MOTION TO INTERVENE IN EXCESS OF THE PAGE LIMIT**

Avenging The Ancestors Coalition ("ATAC") and The Black Journey: African-American Walking Tour of Philadelphia ("The Black Journey") (collectively, "Proposed Intervenors") respectfully seek leave to file a Memorandum of Law supporting their Motion to Intervene in excess of the Court's 15-page limit for initial memoranda. *See* Judge Cynthia M. Rufe Policies and Procedures (memoranda in support of motions and responses shall not exceed 15 double-spaced pages).

Proposed Intervenors seek to challenge Defendants' (a) removal of the educational and interpretive panels from the PH / Slavery Memorial and (b) enforcement of Executive Order 14253, entitled "Restoring Truth and Sanity to American History," and Secretarial Order No. 3431, for violations of their constitutional rights under the Equal Protection component of the Fifth Amendment and the Administrative Procedure Act ("APA"). This case presents extraordinary circumstances and constitutional issues that Proposed Intervenors believe warrant exceeding the page limit in Proposed Intervenors' Memorandum in Support of their Motion for Intervention. To adequately set forth Proposed Intervenor's extensive involvement in the history and creation of

"The President's House: Freedom and Slavery in the Making of a New Nation" exhibit and memorial for nearly 25 years, and the complex legal arguments supporting Proposed Intervenors' Motion for Intervention, Proposed Intervenors seek leave to file a supporting memorandum not to exceed 20 pages.

Proposed Intervenors respectfully request that this Court grant their Motion to Exceed Page Limit and allow them to file a brief of no more than 20 pages in length.

Dated: March 30, 2026                                    Respectfully submitted,

                                                                    /s/ Cara McClellan
                                                                    Cara McClellan
                                                                    Attorney ID: 331129
                                                                    Penn Legal Assistance Office
                                                                    3501 Sansom Street
                                                                    Philadelphia, PA 19104
                                                                    (215) 746-2164
                                                                    caralm@law.upenn.edu

                                                                    Avatara Smith-Carrington*
                                                                    Kacey Mordecai*
                                                                    Victor Olofin*
                                                                    NAACP Legal Defense Fund
                                                                    700 14th Street, NW, 6th Floor
                                                                    Washington, DC 20005
                                                                    (202) 682-1300
                                                                    acarrington@naacpldf.org
                                                                    kmordecai@naacpldf.org
                                                                    volofin@naacpldf.org

                                                                    Alexandra Thompson*
                                                                    NAACP Legal Defense Fund
                                                                    40 Rector Street, 5th Floor
                                                                    New York, NY 10006
                                                                    (212) 965-2200
                                                                    athompson@naacpldf.org

                                                                    *pro hac vice forthcoming

                                                                    Attorneys for Proposed Intervenors

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 30, 2026, I electronically filed the foregoing *Motion for Leave to File a Memorandum in Support of Proposed Intervenors' Motion to Intervene in Excess of the Page Limit* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record who are registered participants of the Court's CM/ECF system. I further certify that I sent the foregoing document by electronic mail to counsel of record who are not CM/ECF participants as indicated in the notice of electronic filing.

*/s/ Cara McClellan*
Cara McClellan

*Attorney for Proposed Intervenors*