**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| **THE CITY OF PHILADELPHIA,** |
| **Plaintiff,** |
| **v.** |
| **DOUG BURGUM,** *et al.***,** |
| **Defendants.** |

**CIVIL ACTION NO.  26-434**

**ORDER**

**AND NOW,** this 8th day of April 2026, upon consideration of Avenging the Ancestors

Coalition and The Black Journey: African-American Walking Tour of Philadelphia's

(collectively, "Proposed Intervenors") Motion to Intervene as Plaintiffs [Doc. No. 81], it is

hereby **ORDERED** that Plaintiffs and Defendants shall each file a response to the Motion on or

before **April 15, 2026**.

It is so **ORDERED.**

**BY THE COURT:**

 **/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**