UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>                     **Plaintiff,**<br><br>              **v.**<br><br>DOUG BURGUM, SECRETARY OF THE<br>INTERIOR, et al.,<br><br>                    **Defendants.** | Civil Action No. 2:26-cv-434 |

**PLAINTIFF THE CITY OF PHILADELPHIA'S RESPONSE TO THE MOTION TO INTERVENE AS PLAINTIFFS**

Plaintiff the City of Philadelphia (the "City" or "Philadelphia"), by and through its undersigned counsel, hereby files this Response to the Motion to Intervene as Plaintiffs (the "Motion") by Avenging the Ancestors Coalition and The Black Journey: African-American Walking Tour of Philadelphia (the "Proposed Intervenors") (Doc. No. 81) consistent with this Court's order dated April 8, 2026 (Doc. No. 83).  The City has no objection to the Proposed Intervenors' Motion.

                                         Respectfully submitted,

                                         CITY OF PHILADELPHIA
                                         LAW DEPARTMENT

Date: April 9, 2026                  */s/ Bailey Axe*
                                         Renee Garcia, City Solicitor
                                         Anne Taylor, Chair | Litigation
                                         Lydia Furst, Chief Deputy City Solicitor
                                         Ryan B. Smith, Divisional Deputy City Solicitor
                                       Bailey Axe, Deputy City Solicitor
                                       City of Philadelphia Law Department
                                       1515 Arch Street, 15th Floor
                                       Philadelphia, PA 19102
                                       (215) 683-5024

bailey.axe@phila.gov
*Attorneys for Plaintiff the City of Philadelphia*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CITY OF PHILADELPHIA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DOUG BURGUM, SECRETARY OF THE INTERIOR, et al.,**<br><br>**Defendants.** | **Civil Action No. 2:26-cv-434** |

**CERTIFICATE OF SERVICE**

I, Bailey Axe, do hereby certify that a true and correct copy of the foregoing Response to Motion to Intervene as Plaintiffs was filed via the Court's electronic filing system and is available for downloading.

Date: April 9, 2026        BY:    */s/ Bailey Axe*
                                    Bailey Axe, Deputy City Solicitor
                                    City of Philadelphia Law Department
                                    1515 Arch Street, 15th Floor
                                    Philadelphia, PA 19102
                                    (215) 683-5024
                                    bailey.axe@phila.gov

                                    *Attorney for Plaintiff the City of Philadelphia*