**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CITY OF PHILADELPHIA** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.  26-434** |
| **BURGUM et al** | |
| **Defendants.** | |

**ORDER**

     **AND NOW,** this 20th day of April 2026, it is hereby **ORDERED** that the Orders

granting Motions for Pro Hac Vice (Doc. nos. 91, 92, 93, 94) are hereby **VACATED** as filed in

error.

     It is so **ORDERED.**

                       **BY THE COURT:**

                       **/s/ Cynthia M. Rufe**

                       **CYNTHIA M. RUFE, J.**