

**U.S. Department of Justice**

United States Attorney
Eastern District of Pennsylvania

---

**Gregory B. in den Berken**
Assistant United States Attorney
Phone:  (215) 861-8505
Fax:      (215) 861-8618
Email:  gregory.indenberken@usdoj.gov

615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476
(215) 861-8200

April 30, 2026

<u>**VIA CM/ECF**</u>
The Honorable Cynthia M. Rufe
United States District Court
  for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 12614
Philadelphia, PA 19106

Re:    *City of Phila. v. Burgum*, No. 26-cv-434

Dear Judge Rufe:

I write on behalf of Defendants (the Government) in the above-referenced case and without objection from Plaintiff (the City of Philadelphia) to inform the Court of planned work affecting the President's House.

First, starting May 11, the National Park Service plans to conduct cleaning and maintenance work at the President's House Site. This will include washing the pavers and brick surfaces, cleaning the glass and storm-drain inlets, removing weeds, and painting the steel columns and gables at the Site's windows and doorways. To ensure the safety of the public as well as NPS staff working at height, NPS will place temporary barricades around active work zones. The number and placement of these barricades will vary depending on the work being done at the time, but any barricades will be removed or moved aside at the end of each workday. The cleaning and maintenance work is expected to be completed on May 22. And to be clear, NPS will not make any substantive changes to the President's House or Site. All exhibits currently up will remain in place, and no exhibits will be changed or added. The washing may require powering down the televisions to avoid short-circuiting them, but they would be turned back on as soon as the work is complete.

Second, on the evening of May 18, NPS will install solar panels at the Liberty Bell Center, which adjoins the Site. That work will require disconnecting power to the Liberty Bell Center. The televisions and HVAC system at the President's House are powered by the Liberty Bell Center's electrical system and will thus also be powered down during the installation of the solar panels. The work is estimated to take approximately 4 hours, after which the power—and the President's House televisions and HVAC system—will be turned back on.

April 30, 2026
Page 2

       The Government interprets this Court's preliminary injunction as permitting the kind of routine maintenance activities described above[1] and submits this letter to keep the Court informed. I have also conferred with counsel for the City of Philadelphia about NPS's plans described above. The City has no objection to these activities.

Respectfully submitted,

DAVID METCALF
United States Attorney

GREGORY B. DAVID
Chief, Civil Division
Assistant United States Attorney

*/s/ Gregory B. in den Berken*
GREGORY B. IN DEN BERKEN
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:  (215) 861-8505
Email:  gregory.indenberken@usdoj.gov

---

   [1]  *Cf*. ECF No. 54 (Injunction) ¶¶ 4-5 (stayed provisions that required "immediate, continuing, and proper maintenance to the Site, its exhibits, [and] grounds" and "maintain[ing] the President's House Site in a clean and accessible manner").

## **CERTIFICATE OF SERVICE**

I certify that on April 30, 2026, I filed this Letter using the Court's CM/ECF system and thus served the filing on all counsel of record via CM/ECF.

/s/ Gregory B. in den Berken
GREGORY B. IN DEN BERKEN