**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CITY OF PHILADELPHIA,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.  26-434** |
| **DOUG BURGUM,** *et al.*, | |
| **Defendants.** | |

## ORDER

**AND NOW,** this 21st day of May 2026, upon consideration of Avenging the Ancestors Coalition and The Black Journey: African-American Walking Tour of Philadelphia's (collectively "Proposed Intervenors") Motion to Intervene as Plaintiffs [Doc. No. 81] and the responses thereto, it is clear the integral issue of standing has been raised by the Motion. However, neither Proposed Intervenors nor any party has briefed the issue of standing, which is necessary to rule on the Motion.[1]

Accordingly, it is hereby **ORDERED** that Movants and each party shall file supplemental briefing on the issue of standing as follows:

1.  Movants shall file a brief not to exceed fifteen pages on the issue of standing on or before **June 4, 2026**.

2.  Plaintiff and Defendants shall file responsive briefs not to exceed ten pages on or before **June 20, 2026**.

It is so **ORDERED.**

BY THE COURT:

 /s/ Hon. Cynthia M. Rufe
 _____
 HON. CYNTHIA M. RUFE, J.

---

[1] *See Town of Chester, N.Y. v. Laroe Estates, Inc.*, 581 U.S. 433, 439 (2017); *Wayne Land and Mineral Group, LLC v. Del. River Basin Comm'n*, 959 F.3d 569, 574 (3d Cir. 2020).