**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**CITY OF PHILADELPHIA,**

**Plaintiff,**

v.

**DOUG BURGUM,** *et al.*,

**Defendants.**

**CIVIL ACTION NO.  26-434**

**ORDER**

**AND NOW,** this 8th day of June 2026, upon consideration of a request from the parties,

it is hereby **ORDERED** that Plaintiff and Defendant shall file supplemental briefs pursuant to

this Court's May 21, 2026 Order [Doc. No. 99] on or before **June 22, 2026**.

It is so **ORDERED.**

**BY THE COURT:**

 **/s/ Hon. Cynthia M. Rufe**

**HON. CYNTHIA M. RUFE, J.**