

**U.S. Department of Justice**

United States Attorney
Eastern District of Pennsylvania

---

**Gregory B. in den Berken**
Assistant United States Attorney
Phone:  (215) 861-8505
Fax:      (215) 861-8618
Email:   gregory.indenberken@usdoj.gov

615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476
(215) 861-8200

June 12, 2026

<u>**VIA CM/ECF**</u>
The Honorable Cynthia M. Rufe
United States District Court
  for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 12614
Philadelphia, PA 19106

     Re:    *City of Phila. v. Burgum*, No. 26-cv-434

Dear Judge Rufe:

     I write on behalf of Defendants (the Government) in the above-referenced case and without objection from Plaintiff (the City of Philadelphia) to inform the Court of planned work affecting the President's House.

     Starting June 15, the National Park Service intends to perform maintenance work and cleaning of the President's House's archeological site, which will consist of removing efflorescence and biological growth as well as limited stabilization work of certain displaced features. NPS staff will remove efflorescence buildup on the masonry and soil as well as treat and remove any biological growth that has formed on the soil in some areas. They will also re-set loose bricks and level out soil areas that have subsided over time. All loose bricks will be dry laid (without mortar); no repointing (mortar replacement) is proposed. The leveling of soil subsidence may include the addition of new clean masonry sand. If that proves to be required, NPS anticipates using 1-2 bags of masonry sand. NPS also plans to conduct a soil boring to take a soil sample to send out for testing in connection with long-term maintenance assessments. Finally, NPS staff will clean the glass vitrine and structure.

     The work should be completed on June 22. All work will be limited to the archeological site and will not involve substantive changes to the President's House or Site. To be clear—all exhibits currently up will remain in place and no exhibit will be changed or added while the Third Circuit's stay remains in effect.

June 12, 2026
Page 2

      The Government interprets this Court's preliminary injunction as permitting the kind of routine maintenance activities described above[1] and submits this letter to keep the Court informed. I have also conferred with counsel for the City about NPS's plans described above. The City has no objection to these activities.

Respectfully submitted,

DAVID METCALF
United States Attorney

GREGORY B. DAVID
Chief, Civil Division
Assistant United States Attorney

*/s/ Gregory B. in den Berken*
GREGORY B. IN DEN BERKEN
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone: (215) 861-8505
Email: gregory.indenberken@usdoj.gov

---

[1]   *Cf.* ECF No. 54 (Injunction) ¶¶ 4-5 (stayed provisions that required "immediate, continuing, and proper maintenance to the Site, its exhibits, [and] grounds" and "maintain[ing] the President's House Site in a clean and accessible manner").

## CERTIFICATE OF SERVICE

I certify that on June 12, 2026, I filed this Letter using the Court's CM/ECF system and thus served the filing on all counsel of record via CM/ECF.

/s/ Gregory B. in den Berken
GREGORY B. IN DEN BERKEN