**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CITY OF PHILADELPHIA,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 2:26-cv-434** |
| **DOUG BURGUM, SECRETARY OF THE INTERIOR, et al.,** | |
| **Defendants.** | |

## ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of Plaintiff City of Philadelphia's Notice of the Issuance of the Appellate Mandate and Request for a Stay Pending the Motion for Reconsideration, and any response thereto, it is **HEREBY ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

CITY OF PHILADELPHIA,

               **Plaintiff,**

        **v.**                               **Civil Action No. 2:26-cv-434**

DOUG BURGUM, SECRETARY OF THE
INTERIOR, et al.,

               **Defendants.**

**PLAINTIFF CITY OF PHILADELPHIA'S NOTICE OF THE ISSUANCE OF
THE APPELLATE MANDATE AND REQUEST FOR A STAY
<u>PENDING THE MOTION FOR RECONSIDERATION</u>**

Plaintiff City of Philadelphia submits this filing to inform the Court that the U.S. Court of Appeals for the Third Circuit granted Defendants' motion to issue the Mandate, ordering the Clerk of Court to issue the Mandate "forthwith." (3d Cir. ECF No. 115). The Clerk did so at 9:41 a.m. (3d Cir. ECF No. 116). The City respectfully requests that the Court temporarily refrain from taking action pursuant to the Mandate while the City requests reconsideration, the recall of the mandate, and potential rehearing in the Third Circuit.

Defendants submitted the motion yesterday afternoon, on July 2, and the Third Circuit granted it and issued the mandate this morning, July 3, a federal holiday, before the City had an opportunity to respond. The Rules of Appellate Procedure provide for ten days to respond by default. Fed. R. App. P. 27(a)(3)(A); L.A.R. 27.7. The City has filed a motion for reconsideration and to recall the Mandate. (3d Cir. ECF No. 117). The City is also considering a request for rehearing on several legal issues in the panel's decision and respectfully requests that this Court

refrain from acting on the Mandate until the Third Circuit issues a decision on the pending request.

Respectfully submitted,

CITY OF PHILADELPHIA
LAW DEPARTMENT

Date: July 3, 2026                    BY:    */s/ Ryan B. Smith*
                                            Renee Garcia, City Solicitor
                                            Anne Taylor, Chair | Litigation
                                            Lydia Furst, Chief Deputy City Solicitor
                                            Ryan B. Smith, Divisional Deputy City Solicitor
                                            Bailey Axe, Deputy City Solicitor
                                            City of Philadelphia Law Department
                                            1515 Arch Street, 15th Floor
                                            Philadelphia, PA 19102
                                            (215) 683-5024
                                            Ryan.Smith@phila.gov

                                            *Attorneys for Plaintiff the City of Philadelphia*

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **CITY OF PHILADELPHIA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DOUG BURGUM, SECRETARY OF THE INTERIOR, et al.,**<br><br>**Defendants.** | **Civil Action No. 2:26-cv-434** |

**CERTIFICATE OF SERVICE**

I, Ryan B. Smith, do hereby certify that a true and correct copy of the foregoing Notice of the Issuance of the Appellate Mandate and Request for a Stay Pending the Motion for Reconsideration was filed via the Court's electronic filing system and is available for downloading.

Date: July 3, 2026              BY:     */s/ Ryan B. Smith*
                                        Ryan B. Smith, Divisional Deputy City Solicitor
                                        City of Philadelphia Law Department
                                        1515 Arch Street, 15th Floor
                                        Philadelphia, PA 19102
                                        (215) 683-5024
                                        Ryan.Smith@phila.gov

                                        *Attorney for Plaintiff the City of Philadelphia*