**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **THE CITY OF PHILADELPHIA,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO.  26-434** |
| **DOUG BURGUM,** *et al.*, | |
| **Defendants.** | |

**ORDER**

**AND NOW,** this 13th day of July 2026, upon consideration of the Mandate of the United States Court of Appeals for the Third Circuit [Doc. No. 108] and the Third Circuit's denial of the City of Philadelphia's opposition to immediate issuance of the Mandate [Third Circuit Case No. 26-1438 Doc. No. 120], it is hereby **ORDERED** that Counts II through V of the Amended Complaint are **DISMISSED for lack of jurisdiction**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

CYNTHIA M. RUFE, J.