**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CITY OF PHILADELPHIA,**<br>**Plaintiff,**<br>**v.**<br>**DOUG BURGUM, *et al*.,**<br>**Defendants.** | **CIVIL ACTION NO. 26-434** |

**ORDER**

**AND NOW,** this 31st day of August 2026, following a status conference in the above-captioned action, it is hereby **ORDERED** that Plaintiff and Defendants **SHALL** each file a letter brief stating their positions on the status of this action, including regarding the remaining Count I, Defendants' Motion to Dismiss, the mandate and opinion of the Third Circuit Court of Appeals, and any potential amendment of the City's complaint. These letter briefs shall be filed of record on or before **September 14, 2026**.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**