**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>Plaintiff,<br><br>v.<br><br>DOUG BURGUM, SECRETARY OF THE INTERIOR, *et al.*,<br><br>Defendants. | **Civil Action No. 2:26-cv-434**<br><br>Honorable Cynthia M. Rufe |

**MOTION TO WITHDRAW OF COUNSEL AND**
**PENDING PRO HAC VICE REQUESTS**

Pursuant to Local Rule 5.1(b), Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") respectfully moves to withdraw its appearance as counsel for Avenging the Ancestors Coalition and The Black Journey in the above-captioned matter. WilmerHale respectfully requests that the Court grant an order withdrawing the appearance of George Varghese and the pending motions for admission pro hac vice of April Williams and Ryan Chabot, Dkts. 100 and 101.

Dated: October 21, 2026

Respectfully submitted,

/s/ *George P. Varghese*
George P. Varghese
Attorney ID: 94329
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6524
george.varghese@wilmerhale.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, I caused the foregoing document to be filed with the Clerk of Court via CM/ECF. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ George P. Varghese*
George P. Varghese