CITY OF PHILADELPHIA

LAW DEPARTMENT
One Parkway
1515 Arch Street, 15th Floor
Philadelphia, PA 19102-1595

**RYAN B. SMITH**
Divisional Deputy City Solicitor
(215) 410-8264
ryan.smith@phila.gov

**VIA ECF**

November 24, 2026

Honorable Cynthia M. Rufe
12614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *City of Philadelphia v. Burgum*
No. 2:26-cv-00434-CMR (E.D. Pa.)

Dear Judge Rufe:

Pursuant to the Court's Policies and Procedures regarding unopposed requests for extension, the City of Philadelphia writes to request an extension of time to submit a reply in support of its motion for leave to file a second amended complaint. Defendants filed a response in opposition to the City's motion on November 23, 2026. The City intends to file a reply brief as permitted by this Court's Policies and Procedures. Due to the Thanksgiving holiday and subsequent City closure on Friday, November 27, the City respectfully requests fourteen (14) days to submit its reply. The filing would be due on or before December 7, 2026.

Counsel for the City conferred with Counsel for Defendants prior to filing this request. Defendants do not oppose the relief the City seeks.

The City appreciates the Court's consideration of this request. A proposed order follows.

Respectfully submitted,

*/s/ Ryan B. Smith*
Ryan B. Smith

Cc: all counsel of record (*via ECF only*)

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CITY OF PHILADELPHIA,<br><br>Plaintiff,<br><br>v.<br><br>DOUG BURGUM, SECRETARY OF THE INTERIOR, et al.,<br><br>Defendants. | **Civil Action No. 2:26-cv-434 CMR** |

**ORDER**

AND NOW, this _____________ day of November, 2026, upon consideration of Plaintiff's unopposed request for an extension of time to file a reply in further support of its motion for leave to file a second amended complaint, it is **HEREBY ORDERED** that the request is **GRANTED**.

Plaintiff shall file a reply brief on or before **December 7, 2026**.

BY THE COURT:

____________________________

Cynthia M. Rufe, J.

**CERTIFICATE OF SERVICE**

I, Ryan B. Smith, do hereby certify that a true and correct copy of the foregoing Letter dated November 24, 2026 was filed via the Court's electronic filing system and is available for viewing and downloading.

Date: November 24, 2026

BY: */s/ Ryan B. Smith*

Ryan B. Smith, Divisional Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
(215) 410-8264
Ryan.Smith@phila.gov

*Attorney for Plaintiff the City of Philadelphia*