**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CITY OF PHILADELPHIA,**<br>**Plaintiff,**<br>**v.**<br>**DOUG BURGUM, SECRETARY OF THE INTERIOR, *et al.*,**<br>**Defendants.** | **CIVIL ACTION NO. 26-434** |

**ORDER**

**AND NOW,** this 24th day of November 2026, upon consideration of Plaintiff's unopposed request for an extension of time to file a reply in further support of its motion for leave to file a second amended complaint [Doc. No 123], it is hereby **ORDERED** that the Motion is **GRANTED**. Plaintiff shall file a reply brief on or before **December 7, 2026**.

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**